B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Utah | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Naartjie Custom Kids, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**77-0490573** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3676 W. California Ave., Suite D-100**<br>**Salt Lake City, UT, UT**<br>ZIP Code **84104** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Salt Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **See attached list** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Naartjie Custom Kids, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Naartjie Custom Kids, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Annette Jarvis**
Signature of Attorney for Debtor(s)

**Annette Jarvis (01649)**
Printed Name of Attorney for Debtor(s)

**Dorsey & Whitney LLP**
Firm Name

**136 S. Main Street, Suite 1000**
**Salt Lake City, UT 84101**

Address

**801-933-7360  Fax: 801-933-7373**
Telephone Number

**September 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeff Nerland**
Signature of Authorized Individual

**Jeff Nerland**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**September 12, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# LOCATIONS OF PRINCIPAL ASSETS

Satellite Office
533 Airport Blvd. Suite 300
Burlingame, CA 94010

Alderwood Mall
3000 184th Street SW, Space #0438
Lynnwood, WA 98037

Bridgewater Commons
400 Commons Way, Suite #2240
Bridgewater, NJ 08807

Corporate
3676 W. California Ave D-100
Salt Lake City, UT 84104

USA Website
3676 California Avenue, Suite D-101, Suite #D 101
Salt Lake City, UT 84104

Carolina Place Mall
11025 Carolina Place Parkway, Space #D-12
Pineville, NC 28134

Friendly Center
806 Friendly Center Road
Greensboro, NC 27408

Westfield Century City
10250 Santa Monica Blvd., Suite 1230
Los Angeles, CA 90067

The Outlets at Anthem
4250 West Anthem Way, Suite 560
Phoenix, AZ 85086

Woodburn Company (Outlet)
1001 Arney Rd., Suite #308
Woodburn, OR 97071

Danbury Fair
7 Backus Avenue, Suite #C212
Danbury, CT 06810

Deer Park (Outlet)
1520 The Arches Circle
Deer Park, NY& 11729

Eastview Mall
7979 Pittsford-Victor Road, Suite #436
Victor, NY 14564

Fair Oaks
11823U Fair Oaks Mall, Suite H-230
Fairfax, VA 2203

Fashion Outlets of Chicago
5220 Fashion Outlet Way, Suite #1083
Rosemont, IL 60018

Flatiron Crossing
One West Flatiron Crossing Dr., Suite 2202
Broomfield, CO 80021

Staten Island Mall
2655 Richmond Avenue, Suite #1305
Staten Island, NY 10314

Glendale Galleria
1305 Glendale Galleria, Suite B004
Glendale, CA 91210

Oxmoor Center
7900 Shelbyville Road, Space E-14
Louisville, KY 40222

The Outlet Shoppes at Atlanta
915 Ridewalk Parkway, Suite 402
Woodstock, GA 30188

Southlake Town Square
120 State Street
Southlake, TX 76092

1

## LOCATIONS OF PRINCIPAL ASSETS

The Shops at La Cantera
15900 La Cantera Parkway, Suite #9895
San Antonio, TX 78256

South Towne Center
10450 South State Street, Suite 1232
Sandy, UT 84070

Mall of Georgia
3333 Buford Dr., Suite 1017A
Buford, GA 30519

Great Mall of Bay Area (Outlet)
210 Great Mall Drive, Suite #210
Milpitas, CA 95035

The Shops at Mission Viejo
660 The Shops at Mission Viejo, Floor 2
Space 660A
Mission Viejo, CA 92691

Mall of America
230 S. Avenue, Suite #S230
Bloomington, MN 55425

Westfield Montgomery
7101 Democracy Blvd., Space #2476
Bethesda, MD 20817

Natick Mall
1245 Worcester, Suite #2078
Natick, MA 01760

North Point Mall
1094 North Point Circle, Space #1094
Alpharetta, GA 30022

North Star Mall
7400 San Pedro, Space #460
San Antonio, TX 78216

Oak Park Mall
11413 West 95th Street, Suite #45
Overland Park, KS 66214

Outlet Shoppes at Oklahoma City
7628 West Reno Avenue, Suite #105
Oklahoma City, OK 73127

Corporate
2880 Argentia Road, Unit #5
Mississauga, ON L5N 7X8

Redmond Town Center
7335 164th Avenue NE, Space I-125
Redmond, WA 98052

Washington Square
9390 SW Washington Sq. Rd., Suite R09
Tigard, OR 97223

Rancho Cucamonga
12512 North Main Street
Rancho Cucamonga, CA 97139

Westfield Galleria @ Roseville
1151 Galleria Blvd., Suite 169A
Roseville, CA 95678

Fashion Place
6191 South State Street, Unit 262
Murray, UT 84107

Houston Galleria
5135 West Alabama, Space 5290
Houston, TX 77056

Sherman Oaks
14006 Riverside Drive, Space 115
Sherman Oaks, CA 91423

The Streets at Southpoint
6910 Fayetteville Road, Suite #261
Durham, NC 27713

Stanford Shopping Center
180 El Camino Real, Suite #210
Palo Alto, CA 94304

2

4837-9442-4606\1

# LOCATIONS OF PRINCIPAL ASSETS

Stonebriar Centre
2601 Preston Rd., Suite #1022
Frisco, TX 75034

Riverhead (Outlet)
1770 West Main Street, Suite #404
Riverhead, NY 11901

Sevierville (Outlet)
1645 Parkway, Suite 1130
Sevierville, TN 37862

San Marcos (Outlet)
4015 I-35 South, Suite #920
San Marcos, TX 78666

Irvine Spectrum Center
95 Fortune Drive, Suite 621
Irvine, CA 92618

Santa Barbara
933 State Street
Santa Barbara, CA 93101

The Mall at Wellington Green
10300 W. Forest Hill Blvd., Suite #169
Wellington, FL 33414

Towson Town Center
825 Dulaney Valley Rd., Suite #3360
Towson, MD 21204

Myrtle Beach Outlets
10835 Kings Rd., Suite #704
Myrtle Beach, SC 29572

Tysons Corner Center
7964L Tysons Corner Center, Suite D-6L
McLean, VA 22102

Westfield University Town Ctr.
4525 La Jolla Village Drive, Suite D-21
San Diego, CA 92122

Westfield Valley Fair
2855 Stevens Creek Blvd., Suite 1285
Santa Clara, CA 95060

West County Center
53 W. County Center, Suite #1161
Des Peres, MO 63131

Santan
2174 E. Williams Field Rd., Suite 114
Gilbert, AZ 85296

Westfield Garden State Plaza
1 Garden State Plaza, Space #L7D
Paramus, NJ 07652

Westfield Topanga
6600 Topanga Canyon Blvd., Suite 1017
Canoga Park, CA 91303

4837-9442-4606\1