B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **Naartjie Custom Kids, Inc.**                                             Case No.
                                              Debtor(s)                           Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Affiliate Traction**<br>**2125 Delaware Avenue, Suite E**<br>**Santa Cruz, CA 95060** | **Affiliate Traction**<br>**2125 Delaware Avenue, Suite E**<br>**Santa Cruz, CA 95060** | **Marketing** | | **8,834.22** |
| **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | **American Express**<br>**PO Box 65048**<br>**Dallas, TX 75265-0448** | **Credit card** | | **10,448.28** |
| **BCNY International, Inc.**<br>**25 Newbridge Road, Ste. 405**<br>**Hicksville, NY 11801** | **BCNY International, Inc.**<br>**25 Newbridge Road, Ste. 405**<br>**Hicksville, NY 11801** | **Product** | | **177,867.75** |
| **Bill Rudisill**<br>**285 Tanglebrook Trail**<br>**Eden, NC 27288** | **Bill Rudisill**<br>**285 Tanglebrook Trail**<br>**Eden, NC 27288**<br>**336-627-5401** | **10.5% Senior Subordinated Convertible Debenture (Series C-2002)** | | **118,862.50** |
| **George Rankin**<br>**700 Carolina Ave.**<br>**Lowell, NC 28098** | **George Rankin**<br>**700 Carolina Ave.**<br>**Lowell, NC 28098** | **10.5% Senior Subordinated Convertible Debenture (Series C-2002)** | | **36,411.62** |
| **Inetz Media Group**<br>**1055 East 3900 South**<br>**Salt Lake City, UT 84124** | **Inetz Media Group**<br>**1055 East 3900 South**<br>**Salt Lake City, UT 84124** | **Web services** | | **7,418.20** |
| **Joyce Summervillle**<br>**3709 Huntington Drive**<br>**Matthews, NC 28104** | **Joyce Summervillle**<br>**3709 Huntington Drive**<br>**Matthews, NC 28104**<br>**704-846-1178** | **Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C)** | | **21,433.63** |
| **Julian Trust (Julian Marcus)**<br>**Sloterweg 327**<br>**1171 VC Badhoevedorp**<br>**THE NETHERLANDS** | **Julian Marcus**<br>**Julian Trust**<br>**Sloterweg 327 1171 VC Badhoevedorp**<br>**THE NETHERLANDS**<br>**31206599900** | **Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C)** | | **12,285.83** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Naartjie Custom Kids, Inc.**                                                                    Case No.
                                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mark S. Rzepczynski<br>299 Lexinton Rd<br>Concord, MA 01742 | Mark S. Rzepczynski<br>299 Lexinton Rd<br>Concord, MA 01742<br>978-371-5948 | 10.5% Senior Subordinated Convertible Debenture (Series C-2001) | | 59,066.67 |
| Mid-America Overseas, Inc.<br>39033 Eagle Way Drive<br>Chicago, IL 60678-1390 | Mid-America Overseas, Inc.<br>39033 Eagle Way Drive<br>Chicago, IL 60678-1390<br>(510) 856-5300 | Shipping | | 237,652.91 |
| Patricia Chatham<br>3620 Chilham Pl.<br>Charlotte, NC 28226 | Patricia Chatham<br>3620 Chilham Pl.<br>Charlotte, NC 28226<br>704-876-1148 | Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C) | | 172,150.94 |
| Precision Graphics<br>PO Box 236<br>Centerville, UT 84014-0236 | Precision Graphics<br>PO Box 236<br>Centerville, UT 84014-0236 | Graphic services | | 6,336.52 |
| Richard J. Burks<br>136 Fraley Road<br>Statesville, NC 28625 | Richard J. Burks<br>136 Fraley Road<br>Statesville, NC 28625<br>704-846-1178 | Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C) | | 10,798.48 |
| Rita Wood<br>1689 Turnersburg Highway<br>Statesville, NC 28625 | Rita Wood<br>1689 Turnersburg Highway<br>Statesville, NC 28625<br>704-873-4529 | Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C) | | 25,553.60 |
| Shannon Miller<br>18355 Kalabash Road<br>Charlotte, NC 28278 | Shannon Miller<br>18355 Kalabash Road<br>Charlotte, NC 28278<br>704-588-8494 | Amended and Restated 10.5% Senior Subordinated Convertible Debenture (Series C) | | 56,855.08 |
| Soxnet, Inc.<br>235 South 6th Ave.<br>La Puente, CA 91746 | Janet Garcia<br>Soxnet, Inc.<br>235 South 6th Ave.<br>La Puente, CA 91746<br>(626) 934-9400 | Product | | 32,317.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Naartjie Custom Kids, Inc.**　　　　　　　　　　　　　Case No.

　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Target Ease International**<br>**11/F., Winful Industrial Bldg.**<br>**1517 Tai Yip Street, Kwun Tong, HK**<br>**HONG KONG** | **Target Ease International**<br>**11/F., Winful Industrial Bldg.**<br>**1517 Tai Yip Street, Kwun Tong, HK**<br>**HONG KONG** | **Product** | | 3,432,331.11 |
| **The Travelers Indemnity Company**<br>**CL Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | **The Travelers Indemnity Company**<br>**CL Remittance Center - PO Box 660317**<br>**Dallas, TX 75266-0317** | **Insurance** | | 9,031.31 |
| **U.S. Customs Services**<br>**PO Box 100769**<br>**Atlanta, GA 30304** | **U.S. Customs Services**<br>**PO Box 100769**<br>**Atlanta, GA 30304** | **Import fees** | | 147,632.01 |
| **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | **Shipping** | | 70,537.63 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 12, 2014**　　　　　　　Signature  **/s/ Jeff Nerland**
　　　　　　　　　　　　　　　　　　　　　　　　　**Jeff Nerland**
　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.