# **<u>EXHIBIT B</u>**



# Canadian Cash Management System

