Annette W. Jarvis (Utah State Bar No. 01649)
Michael F. Thomson (Utah State Bar No. 09707)
Benjamin J. Kotter (Utah State Bar No. 09592)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        thomson.michael@dorsey.com
        kotter.benjamin@dorsey.com
        armington.jeff@dorsey.com

*Proposed Attorneys for Debtor Naartjie Custom Kids, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 14-29666 |
|---|---|
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | Judge William T. Thurman |

### DEBTOR'S MOTION TO CONTINUE DEBTOR'S
### CRITICAL VENDOR MOTION [DOCKET NO. 3]

Naartjie Custom Kids, Inc. ("Naartjie" or "Debtor"), the debtor in possession in the above captioned bankruptcy case, by and through its proposed counsel, submits this motion (the "Motion") to continue the hearing on the *Debtor's Motion Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders Authorizing (I) the Debtor to Honor Prepetition Obligations to and Continue Prepetition Practice with Certain Critical Vendor and Certain Shippers; (II) Authorizing all Applicable Banks and Other*

*Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Scheduling a Final Hearing to Consider Entry of a Final Order* [Docket No.3] (the "Critical Vendor Motion"). For the reasons set forth in the *Notice of Withdrawal of DIP Motion* filed concurrently herewith and incorporated herein by reference, the Debtor respectfully requests that the interim hearing on the Critical Vendor Motion be continued from Monday, September 15, 2014 at 2:00 p.m. until such time as the hearing may be held concurrently with the replacement DIP motion, the financing terms of which the Debtor is actively negotiating.

DATED this 14th day of September, 2014.

**DORSEY & WHITNEY LLP**

 /s/ Annette W. Jarvis
Annette W. Jarvis
Michael F. Thomson
Benjamin J. Kotter
Jeffrey M. Armington

*Proposed Attorneys for Debtor Naartjie Custom Kids, Inc.*