# United States Bankruptcy Court

## District of Utah

In re    **Naartjie Custom Kids, Inc.**
                                                    ,    Case No.    **14-29666**
                                Debtor

                                                        Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached list** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 17, 2014**                Signature    **/s/ Jeff Nerland**
                                                        **Jeff Nerland**
                                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

---

**0**    continuation sheets attached to List of Equity Security Holders

Naartjie Custom Kids, Inc.                                                          14-29666

## LIST OF EQUITY SECURITY HOLDERS

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alaia Merz<br>1 South Vista de la Luna<br>Laguna Beach CA, 92651 | Common Stock | 11,855 | Equity |
| Alejandro Da Costa<br>c/o Jorge Girona<br>2, 4° 1a<br>Barcelona, Spain  08034<br>SPAIN | Series A Preferred | 13,215 | Equity |
| Alfred Degen<br>Langackerstrasse 11<br>Thurnen, Switzerland  CH-4441<br>SWITZERLAND | Common Stock | 45 | Equity |
| Alfred Degen<br>Langackerstrasse 11<br>Thurnen, Switzerland  CH-4441<br>SWITZERLAND | Series A Preferred | 6,647 | Equity |
| Allen D. Sr. and Rosalie Ray<br>106 SW 20th Street<br>Oak Island NC 28465 | Series A Preferred | 1,472 | Equity |
| Arnold Michael Crook<br>Theatre Royal Haymarket<br>18 Suffolk Street<br>London, England  SW1Y 4HT<br>ENGLAND | Series A Preferred | 611 | Equity |
| Ashley F. McClain<br>3944 Carson Cuttoff<br>Martinez, GA  30907 | Series A Preferred | 599 | Equity |
| Audry Last<br>3223 Surmont Dr.<br>Lafayette, CA  94549 | Common Stock | 250 | Equity |
| B. Attitudes Foundation<br>c/o Brent L. Bishop<br>2369 West Orton Circle<br>Salt Lake City, UT  84119 | Series B Preferred | 96,967 | Equity |
| Barbara McBryde (IRA Resources FBO)<br>4748 Homestead Place<br>Matthews, NC  28104 | Series A Preferred | 328 | Equity |
| Barbara Thompson (IRA Resources FBO)<br>2334 Jefferson Ave.<br>Gastonia, NC  28056 | Series A Preferred | 1,358 | Equity |
| Barry S. and Terri F. Pope<br>128 Valley Ranch Lane<br>Matthews, NC  28104 | Series A Preferred | 2,942 | Equity |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bell Family Investments Ltd<br>c/o Brent Bell<br>9271 Durban Road<br>Sandy, UT  84093 | Common Stock | 362 | Equity |
| Bell Family Investments Ltd<br>c/o Brent Bell<br>9271 Durban Road<br>Sandy, UT  84093 | Series A Preferred | 30,985 | Equity |
| Bernard Harvey<br>115 Blakemore Dr<br>Shelby, NC  28152 | Series A Preferred | 328 | Equity |
| Betty L. Thomas<br>13 Railroad Blvd.<br>Pelzer, SC  29669 | Series A Preferred | 1,658 | Equity |
| Bevan Brumwell<br>Po de Claudi Güell 20<br>Barcelona, Spain  08034<br>SPAIN | Series A Preferred | 4,338 | Equity |
| Bishop Special Asset Mgmt., LLC<br>c/o Strong & Hanni<br>3 Triad Center Suite 500<br>Salt Lake City, UT  84180 | Common Stock | 2,369 | Equity |
| Bishop Special Asset Mgmt., LLC<br>c/o Strong & Hanni<br>3 Triad Center Suite 500<br>Salt Lake City, UT  84180 | Series A Preferred | 122,029 | Equity |
| Bishop Special Asset Mgmt., LLC<br>c/o Strong & Hanni<br>3 Triad Center Suite 500<br>Salt Lake City, UT  84180 | Series B Preferred | 96,967 | Equity |
| Bonnie Newman<br>1362 East 1700 South<br>Bountiful, UT  84010 | Common Stock | 495 | Equity |
| Bonnie Newman<br>1362 East 1700 South<br>Bountiful, UT  84010 | Series A Preferred | 10,764 | Equity |
| Brenda H. Wilson<br>5732 Rebl Dr.<br>Charlotte, NC  28210 | Series A Preferred | 1,216 | Equity |
| Brent Bell<br>9271 Durban Road<br>Sandy, UT  84093 | Common Stock | 651 | Equity |

2

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brent Bell<br>9271 Durban Road<br>Sandy, UT  84093 | Series A Preferred | 1,867 | Equity |
| Brent Bishop<br>PO Box 767<br>Farmington, UT  84025 | Common Stock | 7,588 | Equity |
| Brent Bishop<br>PO Box 767<br>Farmington, UT  84025 | Series A Preferred | 583,156 | Equity |
| C. La Don Butler<br>1912 Baker Ave<br>Haines City, FL  33844 | Series A Preferred | 558 | Equity |
| Carol Morris (IRA Resources FBO)<br>528 Greystone Trail, NE<br>Marietta, GA  30068 | Series A Preferred | 1,339 | Equity |
| Charles Michael Williams Revocable Trust<br>c/o Philip Hegg<br>15720 John Delaney Drive, Suite 110<br>Charlotte, NC  28277 | Series A Preferred | 2,807 | Equity |
| Charles S. Clayton<br>306 Riverton Rd<br>Matthews, NC  28104 | Common Stock | 45 | Equity |
| Charles S. Clayton<br>306 Riverton Rd<br>Matthews, NC  28104 | Series A Preferred | 11,892 | Equity |
| Craig Keller<br>100 Larkspur Landing Circle, Suite 204<br>Larkspur, CA  94939 | Series A Preferred | 15,986 | Equity |
| Daffodil Trust<br>c/oManager NMT Trustees Ltd<br>PO Box 264, Suite A<br>Sausmarez Street<br>St. Peter Port, Guernsey, Channel Islands<br>GY1 4LN<br>CHANNEL ISLANDS | Series A Preferred | 3,750 | Equity |
| Dan and Shellie George<br>395 North 200 West<br>Bountiful, UT  84010 | Common Stock | 112 | Equity |
| Dan and Shellie George<br>395 North 200 West<br>Bountiful, UT  84010 | Series A Preferred | 13,889 | Equity |

3

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dan Paxton<br>1757 South Stone Hollow Dr.<br>Bountiful, UT  84010 | Common Stock | 550 | Equity |
| Dan Paxton<br>1757 South Stone Hollow Dr.<br>Bountiful, UT  84010 | Series A Preferred | 24,081 | Equity |
| Daniel Driggs<br>11643 S. Redwood Rd.<br>South Jordan, UT  84095 | Common Stock | 473 | Equity |
| Daniel Driggs<br>11643 S. Redwood Rd.<br>South Jordan, UT  84095 | Series A Preferred | 30,830 | Equity |
| Daniel Driggs<br>11643 S. Redwood Rd.<br>South Jordan, UT  84095 | Series B Preferred | 13,668 | Equity |
| Daren J. Shaw<br>30 E 100 S., Suite 100<br>Salt Lake City, UT  84111 | Common Stock | 45 | Equity |
| Daren J. Shaw<br>30 E 100 S., Suite 100<br>Salt Lake City, UT  84111 | Series A Preferred | 5,556 | Equity |
| David and Delane Winchester<br>1302 Potter Road South<br>Monroe, NC  28110 | Series A Preferred | 578 | Equity |
| David B. Bishop<br>2333 South Dakota Ave<br>Provo UT 84606 | Common Stock | 85 | Equity |
| David B. Bishop<br>2333 South Dakota Ave<br>Provo UT 84606 | Series A Preferred | 455 | Equity |
| David Brian Curran<br>J.S. Bach 14, 2, B 1a<br>Barcelona, Spain  08021<br>SPAIN | Series A Preferred | 4,183 | Equity |
| David L. Curtis<br>PO Box 278<br>Denver, NC  28037 | Series A Preferred | 2,823 | Equity |
| Dax Studios<br>6105 Melrose Avenue<br>Los Angeles, CA  90038 | Series A Preferred | 675 | Equity |
| Deborah L. Tyler IRA Resources FBO<br>5379 Conifer Drive<br>Mason, OH  45040 | Series A Preferred | 4,085 | Equity |

4

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis R. Webb<br>2626 Hillsden Dr.<br>Holladay, UT 84117 | Common Stock | 112 | Equity |
| Dennis R. Webb<br>2626 Hillsden Dr.<br>Holladay, UT 84117 | Series A Preferred | 13,889 | Equity |
| Densey Investments SA<br>c/o Manager NMT Trustees Ltd<br>PO Box 264, Suite A<br>Sausmarez Street<br>St. Peter Port, Guernsey, Channel Islands<br>GY1 4LN<br>CHANNEL ISLANDS | Series A Preferred | 46,970 | Equity |
| Des R. Townsend<br>1203 Tee Time<br>Farmington, UT 84025 | Common Stock | 112 | Equity |
| Des R. Townsend<br>1203 Tee Time<br>Farmington, UT 84025 | Series A Preferred | 13,889 | Equity |
| Dominique Merz<br>Mattweg 99<br>Arlesheim, Switzerland 1411<br>SWITZERLAND | Common Stock | 454 | Equity |
| Dominique Merz<br>Mattweg 99<br>Arlesheim, Switzerland 1411<br>SWITZERLAND | Series A Preferred | 36,207 | Equity |
| Don G. And Debra Forrest<br>3307 Greeson Country Road<br>Climax, NC 27233 | Series A Preferred | 331 | Equity |
| Donald D. Davis<br>966 Wintook Drive<br>Ivins, UT 84738 | Series A Preferred | 33,167 | Equity |
| Douglas Luckett (IRA Resources FBO)<br>5405 Cedarfield Drive<br>Summerfield, NC 27358 | Series A Preferred | 294 | Equity |
| E.C. Carter-Johnson<br>17 Invermark Crescent<br>Higgovale<br>Cape Town, South Africa 8001<br>SOUTH AFRICA | Common Stock | 16 | Equity |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| E.C. Carter-Johnson<br>17 Invermark Crescent<br>Higgovale<br>Cape Town, South Africa  8001<br>SOUTH AFRICA | Series A Preferred | 4,905 | Equity |
| EE Investments<br>c/o Mike Elloitt<br>49 Strathmore Road<br>Camps Bay, Cape Town, South Africa 8005<br>SOUTH AFRICA | Common Stock | 34 | Equity |
| EE Investments<br>c/o Mike Elloitt<br>49 Strathmore Road<br>Camps Bay, Cape Town, South Africa 8005<br>SOUTH AFRICA | Series A Preferred | 97,917 | Equity |
| Felicia W. Thomas (IRA Resources FBO)<br>4401 Sages Drive<br>Indian Trail, NC  28079 | Series A Preferred | 892 | Equity |
| Fergus Reid<br>c/o Lumelite Corporation<br>85 Charles Colman Boulevard<br>Pawling, NY  12564-1194 | Common Stock | 5,556 | Equity |
| Frank and Jean Wright<br>1701 Cathy Road<br>Charlotte, NC  28214 | Series A Preferred | 1,153 | Equity |
| Frank McGowan<br>6576 Bluewaters Drive<br>Flowery Branch, GA  30542 | Common Stock | 3,837 | Equity |
| Frank McGowan<br>6576 Bluewaters Drive<br>Flowery Branch, GA  30542 | Series A Preferred | 14,371 | Equity |
| Frank McGowan<br>6576 Bluewaters Drive<br>Flowery Branch, GA  30542 | Series B Preferred | 1,000 | Equity |
| Gary M. Sides (IRA Resources FBO)<br>2829 Pulaski Drive<br>Monroe, NC  28110 | Series A Preferred | 327 | Equity |

6

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gary, Tim and Patricia Wade Jointly<br>45 Rye Road<br>Hoddesdon<br>Hertfordshire, England  EN11 0JE<br>ENGLAND | Series A Preferred | 5,291 | Equity |
| Ginny U Smith Irrev Trust<br>c/o Brent Bishop, Trustee<br>P.O. Box 767<br>Farmington, UT  84025 | Series A Preferred | 500 | Equity |
| Gladys L. Spencer (IRA Resources FBO)<br>401 Kingswood Drive<br>Greenville, SC  29611 | Series A Preferred | 433 | Equity |
| Glenda K. Swinford<br>1306 Kings Road<br>Anderson, SC  29621 | Series A Preferred | 926 | Equity |
| Harold L. Noles<br>7601 Tirzah Church Rd.<br>Waxhaw, NC  28104 | Series A Preferred | 581 | Equity |
| Harry and Kevin Brown<br>1010 Timberlake Drive<br>Charlotte, NC  28227 | Series A Preferred | 562 | Equity |
| Harry Brown<br>1010 Timberlake Drive<br>Charlotte, NC  28227 | Series A Preferred | 560 | Equity |
| Helen S. Moore<br>6607 Indian Lane<br>Charlotte, NC  28213 | Series A Preferred | 2,851 | Equity |
| Hunter Leighton<br>3603 Eastfield Rd.<br>Carmel, CA  93923 | Series A Preferred | 450 | Equity |
| J. Curtis Blackwood<br>4620 Homestead Place<br>Matthews, NC  28104 | Series A Preferred | 1,375 | Equity |
| JAC Ventures Ltd.<br>c/o John Ure, Trustee<br>220 N. Morgan Valley Dr.<br>Morgan, UT  84058 | Common Stock | 473 | Equity |
| JAC Ventures Ltd.<br>c/o John Ure, Trustee<br>220 N. Morgan Valley Dr.<br>Morgan, UT  84058 | Series A Preferred | 8,005 | Equity |

7

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Jack W. Sunderlage<br>2122 Gad Way<br>Sandy, UT  84093 | Common Stock | 478 | Equity |
| Jack W. Sunderlage<br>2122 Gad Way<br>Sandy, UT  84093 | Series A Preferred | 2,273 | Equity |
| James Albert McGuire<br>13517 Bridle Gate Lane<br>Draper, UT  84020 | Common Stock | 6,079 | Equity |
| James Albert McGuire<br>13517 Bridle Gate Lane<br>Draper, UT  84020 | Series A Preferred | 4,591 | Equity |
| James Albert McGuire<br>13517 Bridle Gate Lane<br>Draper, UT  84020 | Series B Preferred | 7,758 | Equity |
| James B. Nelson<br>c/o Peterson Partners<br>2825 East Cottonwood Parkway Suite 400<br>Salt Lake City, UT  84121 | Common Stock | 5,023 | Equity |
| James B. Nelson<br>c/o Peterson Partners<br>2825 East Cottonwood Parkway Suite 400<br>Salt Lake City, UT  84121 | Series A Preferred | 2,778 | Equity |
| James E. Bates Jr.<br>316 Pointe Olympus Drive<br>Gainesville, GA  30506 | Common Stock | 1,200 | Equity |
| James H. Duncan (IRA Resources FBO)<br>10711 Vicino Court<br>Matthews, NC  28105 | Series A Preferred | 2,509 | Equity |
| James R. Ivins<br>1525 Maple Hills Dr<br>Bountiful, UT  84010 | Common Stock | 506 | Equity |
| James R. Ivins<br>1525 Maple Hills Dr<br>Bountiful, UT  84010 | Series A Preferred | 7,829 | Equity |
| James T. McGuire Trustee<br>5222 Fire Water Lane<br>Indian Land, NC  29707 | Series A Preferred | 1,497 | Equity |
| Janice Stevens White<br>3603 Hobbs Road<br>Greensboro, NC  27410 | Common Stock | 5 | Equity |

8

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Janice Stevens White<br>3603 Hobbs Road<br>Greensboro, NC  27410 | Series A Preferred | 556 | Equity |
| Janice Stevens White (IRA Resources FBO)<br>3603 Hobbs Road<br>Greensboro, NC  27410 | Series A Preferred | 1,294 | Equity |
| JB&C Family Limited Liability Company<br>c/o Strong & Hanni<br>PO Box 767<br>Farmington, UT  84025 | Common Stock | 16,142 | Equity |
| JB&C Family Limited Liability Company<br>c/o Strong & Hanni<br>PO Box 767<br>Farmington, UT  84025 | Series A Preferred | 130,561 | Equity |
| Jeffrey J. Scott<br>999 8th Street S.W.<br>Calgary, Alberta, Canada  T2R 1J5<br>CANADA | Common Stock | 1,650 | Equity |
| Jennifer M. Guynn<br>1018 Redfield Lane<br>Dunwoody, GA  30338 | Common Stock | 17 | Equity |
| Jennifer M. Guynn<br>1018 Redfield Lane<br>Dunwoody, GA  30338 | Series A Preferred | 2,363 | Equity |
| Jo Ann Harkey<br>411 N. 6th Street<br>Emery, SD  57332 | Series A Preferred | 968 | Equity |
| Joe Norwood<br>9760 Bluffside Dr<br>Sandy, UT  84092 | Common Stock | 2,000 | Equity |
| Joelle M. Williams<br>100 Larkspur Landing Circle, Suite 204<br>Larkspur, CA  94939 | Series A Preferred | 6,819 | Equity |
| John & Priscilla Rankin<br>2111 Rankin Rd<br>Gastonia, NC  28056 | Series A Preferred | 6,439 | Equity |
| John and Kathy Spain JTWROS<br>622 Pacer Lane<br>Waxhaw, NC  28173 | Common Stock | 34 | Equity |
| John and Kathy Spain JTWROS<br>622 Pacer Lane<br>Waxhaw, NC  28173 | Series A Preferred | 9,748 | Equity |

9

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John E. Townsend<br>Mas la Papesse<br>Route d'Ales<br>Cavillargues, France  30330<br>FRANCE | Series A Preferred | 9,938 | Equity |
| John K. Peltier<br>c/o Damrell, Nelson, Schrimp, Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA  95354 | Common Stock | 32,195 | Equity |
| John K. Peltier<br>c/o Damrell, Nelson, Schrimp, Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA  95354 | Series A Preferred | 2,797 | Equity |
| John Lawrie<br>Theatre Royal Haymarket<br>18 Suffolk Street<br>London, England  SW1Y 4HT<br>ENGLAND | Series A Preferred | 611 | Equity |
| John Miller<br>P.O. Box 2238<br>Ketchum, ID  83340 | Series A Preferred | 20,441 | Equity |
| John R. Cleveland<br>PO Box 2958<br>Gainesville, GA  30503 | Series A Preferred | 45,238 | Equity |
| John W. Trotter<br>632 Trotter Road<br>Pickens, SC  29671 | Series A Preferred | 316 | Equity |
| Joseph Franceschi<br>2251 East High Ridge Lane<br>Sandy, UT  84092 | Common Stock | 9,022 | Equity |
| Joseph Franceschi<br>2251 East High Ridge Lane<br>Sandy, UT  84092 | Series A Preferred | 4,546 | Equity |
| Joseph Franceschi<br>2251 East High Ridge Lane<br>Sandy, UT  84092 | Series B Preferred | 9,697 | Equity |
| Joseph W. Sutton, (IRA Resources FBO)<br>184 Six Mile Creek Road<br>Lancaster, SC  29720 | Series A Preferred | 634 | Equity |

10

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joyce Kight<br>10721 Jordan Rae Lane<br>Charlotte, NC  28277 | Series A Preferred | 2,450 | Equity |
| Joyce S. Clark (IRA Resources FBO)<br>811 Woodland Forest Drive<br>Waxhaw, NC  28173 | Series A Preferred | 1,462 | Equity |
| Joyce W. Summerville<br>3709 Huntington Drive<br>Matthews, NC  28104 | Series A Preferred | 381 | Equity |
| Joyce W. Summerville (IRA Resources FBO)<br>3709 Huntington Drive<br>Matthews, NC  28104 | Series A Preferred | 7,290 | Equity |
| Karen Burks Keesee<br>132 Fraley Road<br>Statsville, NC  28625 | Series A Preferred | 712 | Equity |
| Karen S. Foster<br>234 So. Joy Dr.<br>Farmington, UT  84025 | Common Stock | 589 | Equity |
| Karen S. Foster<br>234 So. Joy Dr.<br>Farmington, UT  84025 | Series A Preferred | 16,162 | Equity |
| Kathy W. and Garret S. Cronin<br>6801 Miami Church Road<br>Concord, NC  28025 | Series A Preferred | 21 | Equity |
| Kirk C. and Michelle R. Miller<br>1601 No. Pony Express Way<br>Centerville, UT  84014 | Common Stock | 309 | Equity |
| Kirk C. and Michelle R. Miller<br>1601 No. Pony Express Way<br>Centerville, UT  84014 | Series A Preferred | 3,689 | Equity |
| Larry Chase<br>1994 S White Oak<br>Springfield, MO  65809 | Series A Preferred | 6,288 | Equity |
| Laura W. and Jason C. Holt<br>5585 South Oakmont Street<br>Kannapolis, NC  28081 | Series A Preferred | 21 | Equity |
| Lee Roy Moore (IRA Resources FBO)<br>6608 Indian Lane<br>Charlotte, NC  28213 | Series A Preferred | 1,629 | Equity |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lennard H. Ostrom<br>c/o Correio Azul Intl<br>Val do Cavo, Celulaq 45, P<br>Caroerio, LGA , Portugal  8400-509<br>PORTUGAL | Series A Preferred | 2,084 | Equity |
| Leo F. Ingham<br>5 Clos des Fontaines<br>St. Martins, Guernsey, Channel Islands<br>UK GY4 6RF<br>CHANNEL ISLANDS | Series A Preferred | 3,374 | Equity |
| Lindy A. Boozer (IRA Resources FBO)<br>3831 Cornerwood Ln Apt 12<br>Charlotte, NC  28211 | Series A Preferred | 1,093 | Equity |
| Longbow Holding Co., LLC<br>Longbow Holding Co, LLC<br>Eccles Management Group<br>P.O. Box 3028<br>Salt Lake City, UT  84110 | Series A Preferred | 2,439 | Equity |
| Louis I. Michaels Limited<br>Louis I Michaels Ltd<br>Theatre Royal Haymarket<br>18 Suffolk Street<br>London, England  SW1Y 4HT<br>ENGLAND | Series A Preferred | 3,054 | Equity |
| Lynda M. B. Esposito<br>12 Mountain Valley Place<br>Danville, CA  94506 | Common Stock | 154 | Equity |
| Lynda M. B. Esposito<br>12 Mountain Valley Place<br>Danville, CA  94506 | Series A Preferred | 221 | Equity |
| Lynn Ann Imes (IRA Resources FBO)<br>108 River Oaks Circle<br>Piedmont, SC  29673 | Series A Preferred | 557 | Equity |
| Lynn Robbins<br>145 West 1600 North<br>Centerville, UT  84014 | Common Stock | 2,751 | Equity |
| Lynn Robbins<br>145 West 1600 North<br>Centerville, UT  84014 | Series A Preferred | 13,637 | Equity |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| M.C. Turbin<br>28 Pound Lane<br>Bowers Gifford, Basildon<br>SS13 2HF<br>Essex, UK  CM13 3AR<br>UNITED KINGDOM | Series A Preferred | 1,250 | Equity |
| Mabel H. Dye<br>102 Elliott Circle<br>Anderson, SC  29621 | Series A Preferred | 318 | Equity |
| Mara Holdings<br>650 Fifth Avenue, 3rd floor<br>New York NY 10019 | Series A Preferred | 2,778 | Equity |
| Marcus E. Archer (IRA Resources FBO)<br>208 Dundin Place<br>Weddington, NC  28104 | Series A Preferred | 3,186 | Equity |
| Margaret B. Evans<br>27 Geariesville Gardens<br>Ilford<br>Essex, England  IG6 1JH<br>ENGLAND | Series A Preferred | 749 | Equity |
| Margaret Dickie<br>4689 Eagle Ridge Lane<br>Monticello, MN  55362 | Series A Preferred | 1,252 | Equity |
| Melanie Forbes<br>1209 Bear Hollow Cove<br>Draper, UT  84020 | Common Stock | 112 | Equity |
| Melanie Forbes<br>1209 Bear Hollow Cove<br>Draper, UT  84020 | Series A Preferred | 13,889 | Equity |
| Melinda Dundore<br>8411 Ridgebrook Circle<br>Odessa, FL  33556 | Common Stock | 1,200 | Equity |
| Menderes<br>Falknerstrasse 3, P.O. 176<br>Basel, Switzerland  CH-4001<br>SWITZERLAND | Common Stock | 45,657 | Equity |
| Menderes<br>Falknerstrasse 3, P.O. 176<br>Basel, Switzerland  CH-4001<br>SWITZERLAND | Series A Preferred | 457,566 | Equity |
| Michael L. Guynn<br>1018 Redfield Lane<br>Dunwoody, GA  30338 | Common Stock | 17 | Equity |

13

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael L. Guynn<br>1018 Redfield Lane<br>Dunwoody, GA  30338 | Series A Preferred | 2,363 | Equity |
| Milo Ott<br>627 Bonita<br>Millbrae, CA  94030 | Common Stock | 6 | Equity |
| Milo Ott<br>627 Bonita<br>Millbrae, CA  94030 | Series A Preferred | 1,107 | Equity |
| Mirna Torres<br>2140 Cortez Lane<br>Sacramento, CA 94203 | Common Stock | 159 | Equity |
| Mirna Torres<br>2140 Cortez Lane<br>Sacramento, CA 94203 | Series A Preferred | 228 | Equity |
| Mozelle Lemons<br>4849 N C Highway 24-27 W<br>Mt. Gilead, NC  27306 | Series A Preferred | 859 | Equity |
| Mrs. Doreen E. Spacie<br>1 Waterloo Street<br>Birmingham<br>Stratford upon Avoncott, Warwickshire, UK<br>B2 5PG<br>UNITED KINGDOM | Series A Preferred | 7,434 | Equity |
| Mrs. F. Witzigmann<br>Paseo Colon, 24, 4o 1a<br>Barcelona, Spain  08002<br>SPAIN | Series A Preferred | 749 | Equity |
| Munhui Diane Bang<br>7756 Crest Ave.<br>Oakland, CA  94605 | Common Stock | 250 | Equity |
| Nancy Bishop (IRA Resources FBO)<br>1217 S Rutherford St<br>Blacksburg, SC  29702 | Series A Preferred | 1,191 | Equity |
| Nancy S. Inge (IRA Resources FBO)<br>300 Middleton Ave<br>Matthews, NC  28104 | Series A Preferred | 1,729 | Equity |
| Shauna Beard<br>PO Box 553<br>Draper, UT  84020 | Series A Preferred | 1,137 | Equity |
| Nelson O'Neal<br>PO Box 1355<br>Matthews, NC  28106 | Common Stock | 17 | Equity |

14

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nelson O'Neal<br>PO Box 1355<br>Matthews, NC  28106 | Series A Preferred | 3,424 | Equity |
| Nimfa Freeze<br>4506 Belvoir Drive<br>Greensboro NC 27406 | Series A Preferred | 1,198 | Equity |
| Nogales Investors Fund II, LP<br>Attn: J. Keller Norris<br>9229 W Sunset Bouldevard, Suite 900<br>West Hollywood, CA  90069 | Series B Preferred | 2,251,095 | Equity |
| Nogales Investors Fund II, LP<br>Attn: J. Keller Norris<br>9229 W Sunset Bouldevard, Suite 900<br>West Hollywood, CA  90069 | Series B Preferred | 3,346,493 | Equity |
| Norma Jean Wilson<br>120 Brooke Lane, North East<br>Cleveland, TN  37312 | Series A Preferred | 1,900 | Equity |
| NRTJJ, LLC<br>c/o Robert Weidhauer<br>2814 La Mesa Drive<br>Henderson, NV  89014 | Common Stock | 567 | Equity |
| NRTJJ, LLC<br>c/o Robert Weidhauer<br>2814 La Mesa Drive<br>Henderson, NV  89014 | Series A Preferred | 19,477 | Equity |
| Organizational Leadership Resource, Inc.<br>c/o Dan R. Paxton<br>1757 South Stone Hollow Dr.<br>Bountiful, UT  84010 | Common Stock | 10 | Equity |
| Organizational Leadership Resource, Inc.<br>c/o Dan R. Paxton<br>1757 South Stone Hollow Dr.<br>Bountiful, UT  84010 | Series A Preferred | 455 | Equity |
| Patricia Chatham (IRA Resources FBO)<br>3620 Chilham Pl.<br>Charlotte, NC  28226 | Series A Preferred | 3,801 | Equity |
| Patricia R. and Gary M. Kirscher<br>2744 Camino Segura<br>Pleasanton, CA  94566-5887 | Common Stock | 250 | Equity |
| Patsy P. Richardson<br>121 Brickyard Road<br>Fort Mill, SC  29715 | Series A Preferred | 1,152 | Equity |

4824-5245-3662\1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Patsy R. Sutton, (IRA Resources FBO)<br>184 Six Mile Creek Road<br>Lancaster, SC  29720 | Series A Preferred | 634 | Equity |
| Paul Gosling<br>La Porte Au Nord<br>Les Portes<br>St. Sampsons's , Guernsey, Channel Islands<br>GY2 4GD<br>CHANNEL ISLANDS | Series A Preferred | 916 | Equity |
| Peter H. and Kathryn A. Touzeau<br>Candia, Les Cherfs,<br>Ruette des Corneilles, Cobo, Castel<br>Castel, Guernsey, UK  GY5 7HG<br>UNITED KINGDOM | Series A Preferred | 2,890 | Equity |
| Peter Wilson<br>5732 Rebel Dr.<br>Charlotte, NC  28210 | Series A Preferred | 3,347 | Equity |
| Phil Thompson (IRA Resources FBO)<br>2334 Jefferson Ave.<br>Gastonia, NC  28056 | Series A Preferred | 11,743 | Equity |
| Philip R. Sutterfield<br>2583 Silver Cloud Court<br>Park City, UT  84060 | Common Stock | 1,845 | Equity |
| Philip R. Sutterfield<br>2583 Silver Cloud Court<br>Park City, UT  84060 | Series A Preferred | 9,091 | Equity |
| Polly G. Haigler<br>521 Helms Efird Rd.<br>Marshville, NC  28103 | Series A Preferred | 1,450 | Equity |
| Price B. Brown (IRA Resources FBO)<br>1315 W. Bank Street<br>Salisbury, NC  28144 | Series A Preferred | 2,948 | Equity |
| R. Dean Harrell<br>5615 Potter Road<br>Matthews, NC  28104 | Series A Preferred | 3,613 | Equity |
| R. Gordon and Lee Gooding, JTWROS<br>3401 Lanai Drive<br>San Ramon, CA  94582 | Common Stock | 35,000 | Equity |
| R.G. Hinckley Company LLC<br>1284 Federal Heights Dr.<br>Salt Lake City, UT  84103 | Common Stock | 946 | Equity |

4824-5245-3662\1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| R.G. Hinckley Company LLC<br>1284 Federal Heights Dr.<br>Salt Lake City, UT  84103 | Series A Preferred | 16,001 | Equity |
| Randy Church<br>769 Villa Ridge Way<br>Sandy, UT  84070 | Common Stock | 119 | Equity |
| Randy Church<br>769 Villa Ridge Way<br>Sandy, UT  84070 | Series A Preferred | 2,001 | Equity |
| Ray and Colleen Huffstickler<br>1881 Old Wilkesboro Road<br>Statesville, NC  28625 | Series A Preferred | 1,115 | Equity |
| RDRW Gardner Family Rev Living Trust<br>c/o Mr. Ronald D. Gardner<br>2420 Fairway Dr.<br>Bountiful, UT  84010 | Common Stock | 478 | Equity |
| RDRW Gardner Family Rev Living Trust<br>c/o Mr. Ronald D. Gardner<br>2420 Fairway Dr.<br>Bountiful, UT  84010 | Series A Preferred | 2,273 | Equity |
| Reda W. Jurney<br>116 Parlier Street<br>Statesville, NC  28625 | Series A Preferred | 2,149 | Equity |
| Rena K. Sargent (IRA Resources FBO)<br>204 Cone Drive<br>Liberty, SC  29657 | Series A Preferred | 686 | Equity |
| Rene LeFrancois<br>1073 Tithin Hill Place<br>Riverton, UT  84065 | Common Stock | 2,500 | Equity |
| Richard Wolfley<br>66 E. 2050 N.<br>Centerville, UT  84014 | Common Stock | 2,500 | Equity |
| Richard Wolfley<br>66 E. 2050 N.<br>Centerville, UT  84014 | Series B Preferred | 1,940 | Equity |
| Richard G. and Elizabeth D. Propst<br>601 Weddington Rd.<br>Matthews, NC  28104 | Series A Preferred | 1,469 | Equity |
| Richard Grenley<br>308 Ginger Court<br>San Ramon, CA  94583 | Common Stock | 861 | Equity |

4824-5245-3662\1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard Grenley<br>308 Ginger Court<br>San Ramon, CA  94583 | Series A Preferred | 1,250 | Equity |
| Ricks Creek Limited<br>c/o Bob Steed<br>654 Ridgewood Circle<br>Farmington, UT  84025 | Common Stock | 590 | Equity |
| Ricks Creek Limited<br>c/o Bob Steed<br>654 Ridgewood Circle<br>Farmington, UT  84025 | Series A Preferred | 9,978 | Equity |
| Rita C. Wood<br>1689 Turnersburg Highway<br>Statesville, NC  28625 | Series A Preferred | 328 | Equity |
| RLC Real Estate LLC<br>c/o Ronald Craven<br>316 West 1465 North<br>Centerville, UT  84014 | Common Stock | 224 | Equity |
| RLC Real Estate LLC<br>c/o Ronald Craven<br>316 West 1465 North<br>Centerville, UT  84014 | Series A Preferred | 27,778 | Equity |
| Rob and Sue Wright-Broughton<br>1707 Cypress Street<br>Brentwood, CA  94513 | Series A Preferred | 250 | Equity |
| Robert and Sandra Ray<br>P.O. Box 318<br>Smartville, CA  95903-9318 | Series A Preferred | 846 | Equity |
| Robert Antony Davis<br>Le Souleillat<br>Albas, France  46140<br>FRANCE | Series A Preferred | 2,500 | Equity |
| Robert Cashman<br>905 Dana Highlands Court<br>Lafayette, CA  94549 | Series A Preferred | 5,275 | Equity |
| Robert H. Starnes<br>15237 Cabarrus Road<br>Charlotte, NC  28227 | Series A Preferred | 2,065 | Equity |
| Roger J Brumwell<br>Po de Claudi Güell 20<br>Barcelona, Spain  08034 | Series A Preferred | 47,554 | Equity |

18

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Roger Imes<br>1212 East Celesta Ave.<br>Spokane, WA  99202-2315 | Series A Preferred | 557 | Equity |
| Ronald D. Gardner<br>2420 Fairway Dr.<br>Bountiful, UT  84010 | Common Stock | 130 | Equity |
| Ronald D. Gardner<br>2420 Fairway Dr.<br>Bountiful, UT  84010 | Series A Preferred | 10,110 | Equity |
| Rose B. Worley IRA Resources FBO<br>819 Old Rock Quarry Rd<br>Princeton, NC  27569 | Series A Preferred | 1,774 | Equity |
| Russell Investments<br>Russell Investments<br>329 Stump Creek Rd.<br>Mooresville, NC  28117 | Series A Preferred | 5,480 | Equity |
| Sam Gustafson<br>2498 Wrenhaven Lane<br>Salt Lake City, UT  84171 | Common Stock | 224 | Equity |
| Sam Gustafson<br>2498 Wrenhaven Lane<br>Salt Lake City, UT  84171 | Series A Preferred | 27,778 | Equity |
| Shailesh Redkar<br>Eduard-Bilz Strasse 44<br>Radebeul  Germany 01445<br>GERMANY | Series A Preferred | 9,297 | Equity |
| Shauna Beard<br>PO Box 553<br>Draper, UT  84020 | Common Stock | 228 | Equity |
| Shelby Hawkins (IRA Resources FBO)<br>105 Queen Drive<br>Anderson, SC  29625 | Series A Preferred | 614 | Equity |
| Sidney Alexander<br>104 Canterbury Dr.<br>Easley, SC  29642 | Common Stock | 7 | Equity |
| Sidney Alexander<br>104 Canterbury Dr.<br>Easley, SC  29642 | Series A Preferred | 1,554 | Equity |
| Sidney Maughan<br>11641 Watson Rd.<br>Sandy, UT  84092 | Common Stock | 96 | Equity |

19

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sidney Maughan<br>11641 Watson Rd.<br>Sandy, UT  84092 | Series A Preferred | 455 | Equity |
| Spring Haven Farms, LC<br>c/o Lynn Robbins<br>145 West 1600 North<br>Centerville, UT  84014 | Common Stock | 363 | Equity |
| Spring Haven Farms, LC<br>c/o Lynn Robbins<br>145 West 1600 North<br>Centerville, UT  84014 | Series A Preferred | 28,223 | Equity |
| Sterling K. Jenson<br>568 S. 350 E.<br>Farmington, UT  84025 | Common Stock | 591 | Equity |
| Sterling K. Jenson<br>568 S. 350 E.<br>Farmington, UT  84025 | Series A Preferred | 10,001 | Equity |
| Steven M. Pomerantz<br>182-20 Liberty Av<br>Jamaica, NY  11412 | Common Stock | 1,044 | Equity |
| Steven M. Pomerantz<br>182-20 Liberty Av<br>Jamaica, NY  11412 | Series A Preferred | 15,657 | Equity |
| Steven M. Pomerantz<br>182-20 Liberty Av<br>Jamaica, NY  11412 | Series B Preferred | 7,292 | Equity |
| Stiftung fuer Lebensqualitaet<br>Falknerstrasse 3, P.O. 176<br>Basel, Switzerland<br>SWITZERLAND | Common Stock | 2,500 | Equity |
| Stiftung fuer Lebensqualitaet<br>Falknerstrasse 3, P.O. 176<br>Basel, Switzerland<br>SWITZERLAND | Series A Preferred | 3,747 | Equity |
| Susan B. McGann<br>125 Ownes Beach Road Extension<br>Harbinger, NC  27941 | Series A Preferred | 1,472 | Equity |
| Sutterfield Investments LLC<br>c/o Philip R. Sutterfield<br>2583 Silver Cloud Court<br>Park City, UT  84060 | Common Stock | 107 | Equity |

4824-5245-3662\1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sutterfield Investments LLC c/o Philip R. Sutterfield 2583 Silver Cloud Court Park City, UT 84060 | Series A Preferred | 13,264 | Equity |
| Terry G. Rock 380 North 1225 East Bountiful, UT 84010 | Common Stock | 119 | Equity |
| Terry G. Rock 380 North 1225 East Bountiful, UT 84010 | Series A Preferred | 2,001 | Equity |
| The Brew 1998 Revocable Trust c/o Cathleen E Brew 900 Enslen Ave Modesto, CA 95350-5109 | Series A Preferred | 633 | Equity |
| The ELSIE MILLS Irrevocable Trust dated 6/10/200 6307 Scott Long Road Indian Trail, NC 28079 | Series A Preferred | 2,915 | Equity |
| Tim Martin 1 Cote de Colline Les Vardes, St. Peter Port Guernsey, Channel Islands, UK GY1 1BH UNITED KINGDOM | Series A Preferred | 879 | Equity |
| Tom Grimm 1895 Stone Hollow Dr. Bountiful, UT 84010 | Common Stock | 10,878 | Equity |
| Tom Grimm 1895 Stone Hollow Dr. Bountiful, UT 84010 | Series A Preferred | 12,302 | Equity |
| Victor A. Gamble 357 Chemin de la Rabine, La Roque sur Pernes, France 84210 | Series A Preferred | 2,555 | Equity |
| Walter Rossi 282 Cherry Lane Los Altos, CA 94022-2270 | Common Stock | 700 | Equity |
| Walter Rossi 282 Cherry Lane Los Altos, CA 94022-2270 | Series A Preferred | 974 | Equity |
| Will Ascend LLC 1331 North Hidden Quail Cove Farmington, UT 84025 | Series A Preferred | 4,878 | Equity |

4824-5245-3662\1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William C. Thompson<br>2334 Jefferson Ave.<br>Gastonia, NC  28056 | Series A Preferred | 1,092 | Equity |
| William F. Palmer<br>6740 Indian Knoll Road<br>Cumming, GA  30041 | Series A Preferred | 1,394 | Equity |
| William J. Leffew<br>228 Harrison St.<br>Eden, NC  27288 | Series A Preferred | 579 | Equity |
| William M. Davidson<br>10475 Medlock Bridge Road, Suite 820<br>Johns Creek, GA  30097 | Series A Preferred | 1,952 | Equity |
| William M. Harris Jr.<br>15 Cleveland Street<br>Williamson, SC  29697 | Series A Preferred | 584 | Equity |
| Woodrow L. Blanchard<br>4509 Blanchard Circle<br>Indian Trail, NC  28079 | Series A Preferred | 1,917 | Equity |
| Zions SBIC, L.L.C.<br>c/o Wasatch Venture Fund<br>1 South Main Street, 8th Floor<br>Salt Lake City, UT  84111 | Common Stock | 24,772 | Equity |
| Zions SBIC, L.L.C.<br>c/o Wasatch Venture Fund<br>1 South Main Street, 8th Floor<br>Salt Lake City, UT  84111 | Series A Preferred | 1,282,165 | Equity |
| Zions SBIC, L.L.C.<br>c/o Wasatch Venture Fund<br>1 South Main Street, 8th Floor<br>Salt Lake City, UT  84111 | Series B Preferred | 570,621 | Equity |

4824-5245-3662\1