Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone:     (801) 524-5734
Facsimile:      (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re: **NAARTJIE CUSTOM KIDS, INC.,** Debtor. | **Bankruptcy Case No. 14-29666 WTT** (Chapter 11) Chief Judge William T. Thurman |
|---|---|

## APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee in the case of: **Naartjie Custom Kids, Inc.,**

1.   Simon Property Group, Inc. **(Chairperson)**
     c/o Ron Tucker, Esq.
     225 W. Washington Street
     Indianapolis, IN 46204
      Telephone:     (317) 263-2346
      Cell Phone:    (317) 371-1781
      Facsimile:     (317) 263-7901
      Email: rtucker@simon.com

2. Target East International
c/o Mona Burton, Esq.
and Engels J. Tejeda, Esq.
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5822
Email: mburton@hollandhart.com
ejtejeda@hollandhart.com
francis@targetease.com.hk

3. Soxnet, Inc.
c/o Alex Ryu
235 South 6th Avenue
La Puente, CA 91746
Telephone: (626) 934-9400
Facsimile: (626) 934-8400
Email: alex@soxnetinc.com

4. GGP Limited Partnership
c/o Julie Minnick Bowden
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 960-2707
Facsimile: (312) 442-6374
Email: julie.minnick@ggp.com

5. Inetz
c/o JT Holt or Steve Haymond
1055 East 3900 South
Salt Lake City, UT 84124
Telephone: (801) 415-2500
Facsimile: (801) 415-2501
Email: jt@inetz.com or shaymond@inetz.com

6. The Macerich Company
c/o Steve Spector, SVP, GC
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 394-6000 & (585) 249-4421
Facsimile: (310) 393-0756
Email: steve.spector@macerich.com

DATED: September 22, 2014

                          Respectfully submitted,

                          _____/s/_____
                          Peter J. Kuhn
                          Attorneys for Patrick S. Layng,
                          United States Trustee

## **CERTIFICATE OF MAILING**

  I HEREBY CERTIFY that, on September 24, 2014, I caused a true and correct copy of the foregoing **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System as noted below:

Annette Jarvis, Esq.
Michael Johnson, Esq.

  Further, I certify that I caused copies of the **APPOINTMENT** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all persons as listed on the appointment and to the following:

Naartjie Custom Kids, Inc.
3676 W. California Ave., Suite D-100
Salt Lake City, UT 84104

                /s/
               Peter J. Kuhn