Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone:    (801) 524-5734
Facsimile:    (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>**NAARTJIE CUSTOM KIDS, INC.,**<br><br>Debtor. | **Bankruptcy Case No. 14-29666 WTT**<br><br>(Chapter 11)<br>Chief Judge William T. Thurman |
|---|---|

**AMENDED
APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE**

---

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee in the case of: **Naartjie Custom Kids, Inc.,**

1.  Simon Property Group, Inc. **(Chairperson)**
    c/o Ron Tucker, Esq.
    225 W. Washington Street
    Indianapolis, IN 46204
    Telephone:    (317) 263-2346
    Cell Phone:    (317) 371-1781
    Facsimile:    (317) 263-7901
    Email: rtucker@simon.com

2. Target Ease International
c/o Mona Burton, Esq.
and Engels J. Tejeda, Esq.
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5822
Email: mburton@hollandhart.com
ejtejeda@hollandhart.com
francis@targetease.com.hk

3. Soxnet, Inc.
c/o Alex Ryu
235 South 6th Avenue
La Puente, CA 91746
Telephone: (626) 934-9400
Facsimile: (626) 934-8400
Email: alex@soxnetinc.com

4. GGP Limited Partnership
c/o Julie Minnick Bowden
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 960-2707
Facsimile: (312) 442-6374
Email: julie.minnick@ggp.com

5. Inetz
c/o JT Holt or Steve Haymond
1055 East 3900 South
Salt Lake City, UT 84124
Telephone: (801) 415-2500
Facsimile: (801) 415-2501
Email: jt@inetz.com or shaymond@inetz.com

6. The Macerich Company
c/o Steve Spector, SVP, GC
and Bill Palmer, AVP Asset Management
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (424) 299-3348 & (585) 249-4421
Facsimile: (310) 393-0756
Email: steve.spector@macerich.com

DATED: September 25, 2014

Respectfully submitted,

_____/s/_____
Peter J. Kuhn
Attorneys for Patrick S. Layng,
United States Trustee

# CERTIFICATE OF MAILING

      I HEREBY CERTIFY that, on September 25, 2014, I caused a true and correct copy of the foregoing **AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System as noted below:

Annette Jarvis, Esq.
Michael Johnson, Esq.
Michael F. Thomson, Esq.

      Further, I certify that I caused copies of the **AMENDED APPOINTMENT** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all persons as listed on the appointment and to the following:

Naartjie Custom Kids, Inc.
3676 W. California Ave., Suite D-100
Salt Lake City, UT 84104

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4100

                                                      /s/
                                               Peter J. Kuhn