# EXHIBIT A

Date Issued: August 8, 2011

# naartjie Kids

the original nature-action clothing since 19-10

### Reservation Purchase Order (US) - Fall 2 2014 Knit & Woven

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2011, USA

Import Ref#: 103627

| Agent: Target East International Limited | | Vendor: TBA - Targetease | |
|---|---|---|---|
| | | Issued Dec. 21, 2014 amended June 17, 2014 | |
| Shipment Samples Due: | 10-Jun-14 | Hand over to Forwarder: | 24-Jun-14 |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|
| K | GBTS209FL24 | ESS ROCOCO FLORAL TUNIC | 2616 | 812 | 45 | 3473 | $ 2.76 | $ 10,137.48 |
| K | GKTS240FL24 | ESS ROCOCO FLORAL TUNIC | 7920 | 3627 | 276 | 11723 | $ 3.26 | $ 38,216.98 |
| K | GBTS330FL24 | SPOT TOP | 3920 | 812 | 46 | 4778 | $ 3.87 | $ 18,490.86 |
| K | GKTS320FL24 | SPOT TOP | 8840 | 3852 | 366 | 13058 | $ 4.45 | $ 58,108.10 |
| K | GBOS529FL24 | ESS SPOT CARDIGAN | 960 | 203 | 26 | 1193 | $ 2.30 | $ 2,243.90 |
| K | GXOS529FL24 | ESS SPOT CARDIGAN | 3230 | 1112 | 183 | 4525 | $ 2.67 | $ 12,081.75 |
| K | GBTS471FL24 | ROYAL ROSE TUNIC WITH SPOTTY SLVS | 1392 | 343 | 24 | 1759 | $ 3.30 | $ 5,804.70 |
| K | GKTS490FL24 | ROYAL ROSE TUNIC WITH SPOTTY SLVS | 5270 | 1628 | 297 | 7195 | $ 3.95 | $ 26,420.25 |
| K | GTT2100FL24 | ROYAL ROSE TUNIC WITH SPOTTY SLVS | 208 | 254 | 18 | 480 | $ 5.04 | $ 2,419.20 |
| K | GBTS221FL24 | SLUB TUNIC WITH LACE PIECING | 1264 | 310 | 17 | 1591 | $ 3.65 | $ 5,807.15 |
| K | GKTS220FL24 | SLUB TUNIC WITH LACE PIECING | 4845 | 1318 | 189 | 6352 | $ 4.10 | $ 26,043.20 |
| K | GTT210FL24 | SLUB TUNIC WITH LACE PIECING | 232 | 281 | 10 | 523 | $ 5.50 | $ 2,876.50 |
| K | GBTS217FL24 | SLUB TUNIC W/ FRL FRILLS | 1384 | 363 | 32 | 1779 | $ 4.20 | $ 7,471.80 |
| K | GKTS216FL24 | SLUB TUNIC W/ FRL FRILLS | 5270 | 1827 | 258 | 7355 | $ 4.89 | $ 35,965.95 |
| K | GB1S215FL24 | SLUB HOODED TOP WITH SPOTTY SLEEVES | 1296 | 271 | 18 | 1585 | $ 4.35 | $ 6,895.83 |
| K | GKTS214FL24 | SLUB HOODED TOP WITH SPOTTY SLEEVES | 4930 | 1381 | 158 | 6469 | $ 4.73 | $ 30,598.37 |
| K | GTT210FL24 | SLUB HOODED TOP WITH SPOTTY SLEEVES | 328 | 306 | 44 | 678 | $ 5.65 | $ 3,827.31 |
| K | GROS476FL24 | ROYAL ROSE REVERSE F/T ZIP HOODY | 160 | 105 | 9 | 274 | $ 5.73 | $ 1,570.02 |
| K | GKOS473FL24 | ROYAL ROSE REVERSE F/T ZIP HOODY | 1751 | 559 | 78 | 2388 | $ 6.28 | $ 14,996.64 |
| K | GBOS245FL24 | SLUB FRENCH TERRY VEST | 480 | 185 | 9 | 611 | $ 4.43 | $ 2,706.73 |
| K | GBOS264FL24 | SLUB FRENCH TERRY VEST | 2040 | 664 | 88 | 2789 | $ 5.08 | $ 14,168.12 |
| K | GROS532FL24 | PIECED LACE TRIM PRINT COAT | 856 | 222 | 9 | 1092 | $ 7.24 | $ 7,900.62 |
| K | GKOS531FL24 | PIECED LACE TRIM PRINT COAT | 2975 | 914 | 186 | 4075 | $ 8.19 | $ 33,374.25 |
| K | GBOS375FL24 | HOODED LACE TRIM CARDIGAN SWEATER | 856 | 161 | 40 | 1057 | $ 10.94 | $ 11,563.58 |
| K | GKOS374FL24 | HOODED LACE TRIM CARDIGAN SWEATER | 3672 | 618 | 126 | 4416 | $ 11.50 | $ 50,784.00 |
| K | GTO2105FL24 | HOODED LACE TRIM CARDIGAN SWEATER | 136 | 152 | 20 | 398 | $ 12.98 | $ 3,992.84 |
| K | GBOS322FL24 | SPOTSTRIPE I/O SWEATER | 856 | 167 | 9 | 1032 | $ 2.42 | $ 2,658.47 |
| K | GKOS336FL24 | SPOTSTRIPE I/O SWEATER | 2788 | 562 | 85 | 3435 | $ 8.92 | $ 30,643.64 |
| K | GTO2104FL24 | SPOTSTRIPE I/O SWEATER | 120 | 153 | 30 | 303 | $ 10.67 | $ 3,233.31 |
| K | GBTS460FL24 | DANCING JIE JIE | 840 | 205 | 9 | 1054 | $ 3.48 | $ 3,667.92 |
| K | GKTS479FL24 | DANCING JIE JIE | 2720 | 909 | 87 | 3716 | $ 4.08 | $ 15,161.26 |
| K | GBBS231FL24 | ESS ROYAL ROSE LEGGING | 2280 | 612 | 36 | 2928 | $ 2.70 | $ 7,905.60 |
| K | GKBS230FL24 | ESS ROYAL ROSE LEGGING | 6035 | 3429 | 479 | 9943 | $ 3.10 | $ 30,823.30 |
| K | GBBS274FL24 | ESS SPOTTY LEGGING | 3240 | 813 | 35 | 4088 | $ 2.70 | $ 11,037.60 |
| K | GKBS273FL24 | ESS SPOTTY LEGGING | 8840 | 5004 | 814 | 14658 | $ 3.10 | $ 45,439.80 |
| K | GTB2105FL24 | SPOTTY LEGGING | 320 | 382 | 29 | 731 | $ 3.90 | $ 2,850.90 |
| W | GBBS54XC0R4 | ESS STRETCH SKINNY DENIM | 560 | 600 | 0 | 1160 | $ 3.50 | $ 4,060.00 |
| W | GKBS48XC0R4 | ESS STRETCH SKINNY DENIM | 1300 | 1502 | 0 | 3002 | $ 4.30 | $ 13,768.60 |
| K | GBBS088FL14 | ESS SCRUNCHED LEGGING | 400 | 150 | 0 | 550 | $ 2.86 | $ 1,573.00 |
| K | GKBS087FL14 | ESS SCRUNCHED LEGGING | 1105 | 400 | 52 | 1557 | $ 3.21 | $ 4,997.97 |
| W | GBBS469FL24 | ESS STRETCH CORD PANT | 1903 | 452 | 34 | 2390 | $ 3.79 | $ 9,058.10 |
| W | GKBS468FL24 | ESS STRETCH CORD PANT | 6480 | 3322 | 486 | 10288 | $ 5.18 | $ 52,366.90 |
| W | GBBS229FL24 | BELTED 16 W CORD PANT | 1744 | 402 | 18 | 2164 | $ 5.75 | $ 12,443.00 |
| W | GKBS228FL24 | BELTED 16 W CORD PANT | 5185 | 1722 | 167 | 7074 | $ 7.95 | $ 56,238.30 |
| W | GTB2109FL24 | BELTED 16 W CORD PANT | 80 | 100 | 13 | 193 | $ 10.05 | $ 1,939.65 |
| K | GBKS362FL24 | 2 LEG WARMER LEGGING WITH ROYAL ROSE CUF | 2216 | 543 | 36 | 2795 | $ 2.70 | $ 7,546.50 |
| K | GKDS261FL24 | 2 LEG WARMER LEGGING WITH ROYAL ROSE CUF | 7650 | 2926 | 523 | 11099 | $ 3.30 | $ 36,626.70 |
| K | GTB210?FL24 | 2 LEG WARMER LEGGING WITH ROYAL ROSE CUF | 240 | 331 | 60 | 631 | $ 4.40 | $ 2,776.40 |
| K | GBBS219FL24 | SPOT PANT WITH PRINT FRILLS | 1672 | 421 | 27 | 2120 | $ 3.29 | $ 6,974.80 |
| K | GKBS218FL24 | SPOT PANT WITH PRINT FRILLS | 6120 | 2118 | 141 | 8379 | $ 3.89 | $ 32,591.31 |
| K | GBBS478FL24 | ROYAL ROSE REVERSE F/T PANT | 416 | 146 | 9 | 571 | $ 4.59 | $ 2,620.89 |
| K | GKBS477FL24 | ROYAL ROSE REVERSE F/T PANT | 1785 | 509 | 112 | 2403 | $ 5.59 | $ 13,422.18 |
| K | GBBS269FL24 | CURVED PIECING SKIRT WITH LEGS | 1368 | 271 | 18 | 1657 | $ 4.80 | $ 7,953.60 |
| K | GKBS290FL24 | CURVED PIECING SKIRT | 4760 | 1626 | 202 | 6588 | $ 4.90 | $ 32,281.20 |
| K | GTB210?FL24 | CURVED PIECING SKIRT | 320 | 306 | 19 | 645 | $ 5.94 | $ 3,831.30 |
| W | GBBS563FL24 | KNIT WAIST BELTED DENIM PANT | 480 | 112 | 9 | 601 | $ 5.45 | $ 3,275.45 |
| W | GKBS652FL24 | KNIT WAIST BELTED DENIM PANT | 1360 | 502 | 51 | 1913 | $ 7.15 | $ 13,677.95 |
| W | GTB210?FL24 | KNIT WAIST BELTED DENIM PANT | 80 | 100 | 13 | 193 | $ 9.40 | $ 1,814.20 |
| K | GBBS483FL24 | JIE JIE LUREX EMB MESH SKIRT | 840 | 205 | 9 | 1054 | $ 5.79 | $ 6,102.66 |
| K | GKBS482FL24 | JIE JIE LUREX EMB MESH SKIRT | 2890 | 909 | 100 | 3899 | $ 6.99 | $ 27,254.01 |
| W | GBBS486FL24 | FLORAL STRETCH TWILL | 80 | 62 | 9 | 151 | $ 4.85 | $ 732.35 |
| W | GKBS485FL24 | FLORAL STRETCH TWILL | 1020 | 251 | 74 | 1345 | $ 6.75 | $ 9,078.75 |
| W | GTB210?FL24 | FLORAL STRETCH TWILL | 80 | 71 | 13 | 164 | $ 8.35 | $ 1,369.40 |
| K | GHDS211FL24 | PIECED PRINT DRESS WITH APPLQ | 1648 | 361 | 25 | 2034 | | $ 12,566.72 |
| K | GKDS231FL24 | PIECED PRINT DRESS WITH APPLQ | 5525 | 2332 | 168 | 8025 | | $ 59,064.00 |
| K | GBDS231FL24 | ROYAL ROSE HOODED DRESS W/SPOT BUBBLE SKI | 1648 | 319 | 25 | 1992 | $ 5.24 | $ 10,438.08 |
| K | GKDS213FL24 | ROYAL ROSE HOODED DRESS W/SPOT BUBBLE SKI | 5015 | 2918 | 458 | 7491 | $ 6.35 | $ 47,642.76 |
| K | GBDS299FL24 | 5X2 RIB DRESS WITH ROYAL ROSE SKIRT | 1648 | 401 | 25 | 2074 | $ 6.35 | $ 13,169.90 |
| K | GKDS264FL24 | 5X2 RIB DRESS WITH ROYAL ROSE SKIRT | 5695 | 2719 | 267 | 8681 | $ 8.05 | $ 69,882.05 |
| K | GTDS111FL24 | 5X2 RIB DRESS WITH ROYAL ROSE SKIRT | 292 | 378 | 20 | 690 | $ 10.20 | $ 7,038.00 |
| K | GBDS226FL24 | 16 WALE CORD DRESS WITH LACE TRIM | 1304 | 278 | 25 | 1687 | $ 5.59 | $ 9,370.50 |
| K | GKDS225FL24 | 16 WALE CORD DRESS WITH LACE TRIM | 4845 | 2123 | 151 | 7119 | $ 6.76 | $ 48,124.44 |
| K | GBS484FL24 | PRINCESS 2 PC PTS | 464 | 96 | 0 | 560 | $ 6.35 | $ 3,556.00 |
| K | GKS481FL24 | PRINCESS 2 PC PTS | 1020 | 200 | 0 | 1220 | $ 7.55 | $ 9,211.00 |
| K | GBAS476FL24 | ROCOCO FLORAL HEADBAND | 1310 | 176 | 30 | 1516 | $ 1.50 | $ 2,274.00 |
| K | GKAS475FL24 | ROCOCO FLORAL HEADBAND | 1925 | 578 | 55 | 2558 | $ 1.50 | $ 3,837.00 |
| K | GTA211FL24 | ROCOCO FLORAL HEADBAND | 120 | 151 | 9 | 280 | $ 1.60 | $ 448.00 |
| K | GBAS383FL24 | SOLID SWEATER BEANIE | 535 | 76 | 10 | 621 | $ 2.80 | $ 1,738.80 |
| K | GKAS382FL24 | SOLID SWEATER BEANIE | 1125 | 282 | 25 | 1432 | $ 3.20 | $ 4,582.40 |
| K | GTA211FL24 | SOLID SWEATER BEANIE | 30 | 50 | 3 | 83 | $ 3.70 | $ 307.10 |
| K | GBAS385FL24 | SPOTSTRIPE BEANIE | 535 | 75 | 10 | 620 | $ 3.18 | $ 1,971.60 |
| K | GKAS384FL24 | SPOTSTRIPE BEANIE | 850 | 180 | 35 | 1065 | $ 3.35 | $ 3,567.75 |
| K | GTA211FL24 | SPOTSTRIPE BEANIE | 30 | 50 | 3 | 83 | $ 3.75 | $ 311.25 |
| K | GKAS388FL24 | SOLID SWEATER SCARF | 550 | 180 | 20 | 750 | $ 5.09 | $ 3,817.50 |
| K | GTA211FL24 | SOLID SWEATER SCARF | 30 | 50 | 3 | 83 | $ 6.29 | $ 522.07 |
| K | GKAS387FL24 | SPOTSTRIPE SCARF | 535 | 200 | 20 | 755 | $ 4.88 | $ 3,684.40 |
| K | GTA211FL24 | SPOTSTRIPE SCARF | 30 | 50 | 3 | 83 | $ 5.90 | $ 489.70 |
| K | GKAS87FL24 | 3 PIECE UNDIES | 990 | 230 | 36 | 1256 | $ 3.50 | $ 4,396.00 |
| K | BRTS296FL24 | ESS WEAVE STRIPE THERMAL TEE | 1320 | 291 | 22 | 1656 | $ 2.78 | $ 4,603.68 |
| K | BKTS295FL24 | ESS WEAVE STRIPE THERMAL TEE | 3315 | 1099 | 106 | 4520 | $ 3.08 | $ 13,921.60 |
| K | BRTS591FL24 | ESS SIDE PANEL TRIBAL PRINT ANIMAL SLUB TEE | 920 | 105 | 8 | 1033 | $ 2.83 | $ 2,923.39 |
| K | BKTS592FL24 | ESS SIDE PANEL TRIBAL PRINT ANIMAL SLUB TEE | 2080 | 475 | 44 | 2599 | $ 3.10 | $ 8,056.90 |
| K | BRTS39?FL24 | ESS SOLID THERMAL PIECED TEE | 1920 | 479 | 30 | 2029 | $ 2.78 | $ 5,640.62 |
| K | BKTS10?FL24 | ESS SOLID THERMAL PIECED TEE | 4420 | 2050 | 176 | 6646 | $ 3.08 | $ 20,469.68 |
| K | BRTS593FL24 | ESS ELEPHANT TAXI SLUB TEE | 860 | 95 | 8 | 953 | $ 2.65 | $ 2,525.45 |
| K | BKTS66?FL24 | ESS ELEPHANT TAXI SLUB TEE | 2093 | 498 | 43 | 2629 | $ 2.95 | $ 7,755.55 |
| K | BRTS104FL24 | ESS GEO CHEST STRIPE SLUB HOODY TEE | 860 | 125 | 9 | 971 | $ 2.94 | $ 2,890.62 |
| K | BKTS103FL24 | ESS GEO CHEST STRIPE SLUB HOODY TEE | 2795 | 461 | 44 | 3300 | $ 3.24 | $ 10,692.00 |
| K | BRTS29?FL24 | ESS GIRAFFE SPEEDY S1 TEE | 836 | 64 | 8 | 908 | $ 2.44 | $ 2,344.32 |
| K | BKTS288FL24 | ESS GIRAFFE SPEEDY S1 TEE | 1612 | 412 | 44 | 2068 | $ 2.94 | $ 6,079.92 |
| K | BKT6999FL14 | ESS SLUB HOODY | 1196 | 364 | 14 | 1574 | $ 3.65 | $ 5,245.10 |
| K | BBRS006FL14 | ESS PIECED BANDED FLEECE PANT | 2400 | 133 | 8 | 2541 | $ 3.70 | $ 9,401.70 |

Page 1

Date Issued: August 8, 2011

naartjie Kids

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| K | BKB500593L14 | ESS PIECED BANDED FLEECE PANT | 4040 | 1000 | 42 | 5072 | $ | 4.50 | $ 22,824.00 |
| W | BBB500293L14 | ESS ONE POCKET DENIM PANT | 120 | 0 | 0 | 120 | $ | 4.05 | $ 486.00 |
| W | BKB500193L14 | ESS ONE POCKET DENIM PANT | 910 | 0 | 0 | 910 | $ | 5.20 | $ 4,732.00 |
| W | BKB500093L14 | ESS PIECED TWILL PANT | 2990 | 751 | 21 | 3762 | $ | 4.10 | $ 15,424.20 |
| K | BHT530893L24 | PIECED THERMAL SUEDE TRIM COLORBLOCK TEE | 912 | 195 | 8 | 1115 | $ | 3.49 | $ 3,891.35 |
| K | BKT530793L24 | PIECED THERMAL SUEDE TRIM COLORBLOCK TEE | 2097 | 411 | 60 | 2535 | $ | 3.79 | $ 9,619.02 |
| K | BHT531093L24 | MODE STRIPE THERMAL HOODY | 1272 | 167 | 8 | 1447 | $ | 4.14 | $ 5,992.58 |
| K | BKT531193L24 | MODE STRIPE THERMAL HOODY | 2221 | 503 | 60 | 2786 | $ | 4.74 | $ 13,205.64 |
| K | BHT531693L24 | 2FER CAMEL SADDEL APPL PRINTED SLVS TEE | 992 | 159 | 8 | 1159 | $ | 3.39 | $ 3,929.01 |
| K | BKT531793L24 | 2FER CAMEL SADDEL APPL PRINTED SLVS TEE | 2221 | 464 | 65 | 2749 | $ | 3.79 | $ 10,418.71 |
| K | BHT531593L24 | THERMAL SLV MAP ART RAGLAN TEE | 912 | 124 | 6 | 1044 | $ | 3.14 | $ 3,278.16 |
| K | BKT531393L24 | THERMAL SLV MAP ART RAGLAN TEE | 2067 | 461 | 65 | 2593 | $ | 3.54 | $ 9,179.22 |
| K | BHT549993L24 | CHECK CORD TRIM WOVEN SHIRT | 456 | 22 | 8 | 486 | $ | 7.88 | $ 3,829.68 |
| W | BKT450093L24 | CHECK CORD TRIM WOVEN SHIRT | 741 | 100 | 21 | 862 | $ | 9.68 | $ 8,344.16 |
| K | BBO531993L24 | REVERSE FRENCH TERRY ZIP HOODY JACKET | 816 | 144 | 8 | 968 | $ | 6.29 | $ 6,088.72 |
| K | BKO531893L24 | REVERSE FRENCH TERRY ZIP HOODY JACKET | 1492 | 407 | 29 | 1917 | $ | 7.88 | $ 15,029.28 |
| W | BBO532093L24 | DENIM VEST WITH FRENCH TERRY SLEEVE JACKET | 960 | 27 | 8 | 993 | $ | | $ 3,065.49 |
| K | BKO532193L24 | DENIM VEST WITH FRENCH TERRY SLEEVE JACKET | 585 | 50 | 14 | 649 | $ | | $ 5,243.65 |
| K | BBB532393L24 | E WAIST FRENCH TERRY REVERSE KNEE PANT | 816 | 138 | 31 | 985 | $ | 4.40 | $ 4,334.00 |
| K | BKB532293L24 | E WAIST FRENCH TERRY REVERSE KNEE PANT | 1482 | 907 | 88 | 2477 | $ | 5.53 | $ 13,747.15 |
| W | BBB449793L24 | E WAIST YARN DYE CHECK PANT | 480 | 100 | 12 | 592 | $ | 5.38 | $ 3,185.96 |
| K | BKB449893L24 | ADJ WAIST YARN DYE CHECK PANT | 741 | 333 | 64 | 1138 | $ | 7.48 | $ 8,512.24 |
| W | BBB449993L24 | E WAIST HERRINGBONE PATCH CORD PANT | 960 | 164 | 22 | 1146 | $ | 5.34 | $ 6,119.64 |
| W | BKB449693L24 | E WAIST HERRINGBONE PATCH CORD PANT | 2223 | 1212 | 112 | 3547 | $ | 7.43 | $ 26,354.21 |
| K | BBS532593L24 | SLEEPY DOG BABYGROW | 360 | 33 | 0 | 393 | $ | 5.63 | $ 2,210.63 |
| K | BKS533493L24 | SLEEPY DOG 2 PC SET | 685 | 27 | 0 | 712 | $ | 7.41 | $ 5,280.60 |
| W | BBA565693L24 | BB FLANNEL CHECK SHERPA HAT | 295 | 20 | 5 | 310 | $ | 3.60 | $ 1,116.00 |
| K | BKA565593L24 | BK FLANNEL CHECK SHERPA HAT | 362 | 31 | 6 | 370 | $ | 3.98 | $ 1,508.42 |
| K | BBA565793L24 | BB WEAVE STRIPE BEANIE | 855 | 60 | 15 | 930 | $ | 1.50 | $ 1,395.00 |
| K | BKA565893L24 | BK WEAVE STRIPE BEANIE | 1026 | 174 | 18 | 1218 | $ | 1.50 | $ 1,827.00 |
| K | LGT527593L24 | SNAIL CORNELLI HOLLY SPOT TEE | 1140 | 40 | 10 | 1230 | $ | 3.18 | $ 3,911.40 |
| K | LGB528593L24 | BUGS PRINT WITH HOLLY SPOT TRIM PANT | 1140 | 116 | 10 | 1266 | $ | 2.83 | $ 3,582.78 |
| W | LGB528797L24 | FRILL TRIM CORD PANT | 513 | 51 | 9 | 573 | $ | 3.68 | $ 2,108.64 |
| K | LGO528293L24 | ANIMAL FRIENDS HOLLY SPOT TRIM BABYGROW | 1750 | 159 | 30 | 1939 | $ | 5.63 | $ 10,916.57 |
| K | LGT528693L24 | 2-FER BUGS PRINT RIB SLEEVES BABYGROW | 1830 | 166 | 30 | 2046 | $ | 5.63 | $ 11,518.98 |
| K | LGO528193L24 | RIB BODY HOLLY SPOT SKIRT BOW DRESS | 1170 | 134 | 20 | 1324 | $ | 4.48 | $ 5,931.52 |
| K | LGO528493L24 | FLEECE MIXED WITH PEARL KNOT SWEATER | 513 | 57 | 9 | 579 | $ | 5.65 | $ 3,271.35 |
| K | LGA530593L24 | HOLLY SPOT BEANIE | 1200 | 152 | 15 | 1367 | $ | 1.85 | $ 2,528.95 |
| K | LGA537693L24 | HOLLY SPOT SOCK BUGS PRINT HOODIE | 850 | 114 | 15 | 979 | $ | 2.45 | $ 2,398.55 |
| K | LGA528593L24 | PEARL KNOT HEART BEANIE | 400 | 150 | 10 | 560 | $ | 2.30 | $ 1,288.00 |
| K | LBT545693L24 | NOVA STAR APPLIQUE SPACE STRIPE SLVE TEE | 1170 | 121 | 20 | 1294 | $ | 3.35 | $ 4,334.90 |
| K | LBO548693L24 | SPACE STRIPE CUFF FLEECE PANT | 1035 | 154 | 18 | 1207 | $ | 3.30 | $ 3,983.10 |
| K | LBO524793L24 | 01 ART CHAMBRAY PLACKET BABYGROW | 1670 | 107 | 30 | 1807 | $ | 5.38 | $ 9,721.66 |
| K | LBO547593L24 | SPACE STRIPE HENLEY HOODY BABYGROW | 1700 | 127 | 30 | 1947 | $ | 5.38 | $ 10,474.86 |
| K | LBO525393L24 | STRO ART THERMAL FLEECE SIDE SNAP BABYGROW | 2000 | 265 | 30 | 2295 | $ | 5.38 | $ 12,347.10 |
| K | LBA529693L24 | PUPPY ART SPACE STRIPE BEANIE | 1200 | 173 | 15 | 1388 | $ | 2.10 | $ 2,914.80 |
| K | LBA537393L24 | SPACE STRIPE BOOTIES | 1050 | 115 | 15 | 1180 | $ | 2.45 | $ 2,891.00 |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | | | | 0 | $ | | - |
| | | | 207,101 | 85,505 | 9,515 | 362,121 | | | $ 1,702,251.61 |

Date Issued: August 8, 2011

# naartjie Kids   the original name in fun clothing sizes 0 – 10

## Reservation Purchase Order (US) - Fall 2 2014 Knit & Woven

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

| Payment Terms: Document Presentation |

**Terms of Contract**

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.

_Laura B. Dietz_

Signature of Naartjie Corporation representative        Print name in block letters        Date

FREDRICA COLON        6/19/2014

Signature of Agent/Vendor representative        Print name in block letters        Date

(Please sign and return fax to +27 21 448-3689)

Date Issued: August 8, 2011

*naartjie*kids ... the original name in fun clothing sizes 0 - 10

**Reservation Purchase Order (US) - WT14 and WT24 2014 Knit & Woven**

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA

Import RN#: 103627

| Agent: Target Easc International Limited | | Issued March 17, 2014 revised July 28 2014 | | Vendor: TBA - Targeteese | |
|---|---|---|---|---|---|
| Shipment Samples Due: | 10-Jul-14 | | | Hand over to Forwarder: | 29-Jul-14 |

This Reservation Purchase Order pertains to the following list of styles:

| KW | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | PEL QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| K | GBT5674WT14 | ESS 2X2 YOKE TUNIC | 4256 | 840 | 57 | | 5153 | $ 2.82 | $ 14,531.46 |
| K | GKT5673WT14 | ESS 2X2 YOKE TUNIC | 10999 | 3323 | 281 | | 14603 | $ 3.45 | $ 50,380.35 |
| K | GBT5676WT14 | ESS STRIPED TUNIC | 2992 | 767 | 68 | | 3827 | $ 2.50 | $ 9,567.50 |
| K | GKT5675WT14 | ESS STRIPED TUNIC | 8534 | 2479 | 488 | | 11501 | $ 3.10 | $ 35,653.10 |
| K | GBT5678WT14 | ESS SPOT-FLORAL TUNIC | 3904 | 616 | 47 | | 4567 | $ 2.60 | $ 11,874.20 |
| K | GKT5677WT14 | ESS SPOT-FLORAL TUNIC | 10064 | 3128 | 327 | | 13519 | $ 3.00 | $ 40,557.00 |
| K | GBT5719WT14 | SPARKLY STAR GRAPHIC TEE | 1008 | 183 | 16 | | 1207 | $ 3.70 | $ 4,465.90 |
| K | GKT5718WT14 | SPARKLY STAR GRAPHIC TEE | 2448 | 747 | 92 | | 3287 | $ 4.25 | $ 13,969.75 |
| K | GTT3005WT14 | SPARKLY STAR GRAPHIC TEE | 0 | 353 | 20 | | 373 | $ 5.80 | $ 2,163.40 |
| K | GBT5709WT14 | 2X2 HOODED TUNIC | 2448 | 463 | 40 | | 2951 | $ 4.35 | $ 12,836.85 |
| K | GKT5708WT14 | 2X2 HOODED TUNIC | 5081 | 2015 | 378 | | 7476 | $ 5.14 | $ 38,426.64 |
| K | GTT3006WT14 | 2X2 HOODED TUNIC | 0 | 250 | 13 | | 263 | $ 5.91 | $ 1,554.33 |
| K | GBT5737WT14 | LX FLOCKED SWEATER TRIM VELOUR TUNIC | 688 | 258 | 9 | | 955 | $ 5.25 | $ 5,013.75 |
| K | GKT5736WT14 | LX FLOCKED SWEATER TRIM VELOUR TUNIC | 2873 | 1369 | 112 | | 4354 | $ 6.15 | $ 26,777.10 |
| K | GTT3007WT14 | LX FLOCKED SWEATER TRIM VELOUR TUNIC | 0 | 278 | 10 | | 288 | $ 7.55 | $ 2,174.40 |
| W | GBO5745WT14 | GLITTER STAR PUFFA JACKET | 440 | | 9 | | 546 | $ 13.89 | $ 7,583.94 |
| W | GKO5744WT14 | GLITTER STAR PUFFA JACKET | 935 | 187 | 14 | | 1136 | $ 16.89 | $ 19,187.04 |
| K | | | | | | | 0 | $ 11.30 | $ - |
| K | | | | | | | 0 | $ 13.40 | $ - |
| K | GBT5769WT14 | MIXED PRINT TUNIC | 1440 | 313 | 34 | | 1787 | $ 3.10 | $ 5,539.70 |
| K | GKT5768WT14 | MIXED PRINT TUNIC | 3315 | 1623 | 83 | | 5021 | $ 3.60 | $ 18,075.60 |
| K | GBO5552WT14 | LX LONG SWEATER CARDIGAN | 728 | 89 | 9 | | 826 | $ 11.50 | $ 9,499.00 |
| K | GKO5548WT14 | LX LONG SWEATER CARDIGAN | 2261 | 336 | 91 | | 2688 | $ 12.85 | $ 34,540.80 |
| K | GTO3001WT14 | LX LONG SWEATER CARDIGAN | 0 | 76 | 8 | | 84 | $ 13.50 | $ 1,134.00 |
| K | GKB5681WT14 | ESS 2X2 RIB LEGGING WITH NETTING | 5728 | 842 | 82 | | 6652 | $ 2.80 | $ 18,625.60 |
| K | GKB5679WT14 | ESS 2X2 RIB LEGGING WITH NETTING | 13532 | 4014 | 547 | | 18093 | $ 3.40 | $ 61,516.20 |
| K | GKB5683WT14 | ESS STRIPED LEGGING WITH SPOT TRIM | 4024 | 632 | 72 | | 4728 | $ 2.70 | $ 12,765.60 |
| K | GKB5682WT14 | ESS STRIPED LEGGING WITH SPOT TRIM | 9265 | 2825 | 374 | | 12464 | $ 3.10 | $ 38,638.40 |
| K | GTB3009WT14 | ESS STRIPED LEGGING WITH SPOT TRIM | 0 | 229 | 16 | | 245 | $ 3.95 | $ 967.75 |
| K | GKB5864WT14 | ESS SPOT LEGGING WITH BOWS | 4976 | 814 | 49 | | 5839 | $ 2.80 | $ 16,349.20 |
| K | GKB5863WT14 | ESS SPOT LEGGING WITH BOWS | 10778 | 3486 | 417 | | 14681 | $ 3.30 | $ 48,447.30 |
| W | GBB5588COR4 | ESS DENIM PANT WITH STAR BUTTON | 1168 | 400 | 35 | | 1603 | $ 3.50 | $ 5,610.50 |
| W | GKB5687COR4 | ESS DENIM PANT WITH STAR BUTTON | 2057 | 1800 | 351 | | 4208 | $ 4.30 | $ 18,094.40 |
| W | GTB3010COR4 | DENIM PANT WITH STAR BUTTON | 0 | 250 | 7 | | 257 | $ 6.25 | $ 1,606.25 |
| K | GBB5711WT14 | 2X2 RIB PANT WITH PRINT TRIM | 2928 | 713 | 49 | | 3690 | $ 2.79 | $ 10,295.10 |
| K | GKB5710WT14 | 2X2 RIB PANT WITH PRINT TRIM | 6936 | 2620 | 267 | | 9823 | $ 3.20 | $ 31,433.60 |
| K | GTB3011WT14 | 2X2 RIB PANT WITH PRINT TRIM | 0 | 150 | 13 | | 163 | $ 3.95 | $ 643.85 |
| K | GBB5726WT14 | BALLERINA DANCE FLORAL LEGGING | 2768 | 616 | 45 | | 3429 | $ 2.75 | $ 9,429.75 |
| K | GKB5725WT14 | BALLERINA DANCE FLORAL LEGGING | 5678 | 2129 | 228 | | 8035 | $ 3.20 | $ 25,712.00 |
| K | GKB5729WT14 | LX FLOCKED FRILL JERSEY & VELOUR PANT | 2472 | 487 | 40 | | 2999 | $ 3.80 | $ 11,396.20 |
| K | GKB5722WT14 | LX FLOCKED FRILL JERSEY & VELOUR PANT | 4131 | 1727 | 100 | | 5958 | $ 4.40 | $ 26,215.20 |
| W | GBB5716WT14 | LX E-WAIST FLOCKED PANT | 512 | | 9 | | 678 | $ 6.80 | $ 4,610.40 |
| W | GKB5712WT14 | LX ADJ WAIST FLOCKED PANT | 2414 | 911 | 97 | | 3426 | $ 9.30 | $ 31,861.80 |
| W | GTB3012WT14 | LX ADJ WAIST FLOCKED PANT | 0 | 178 | 14 | | 192 | $ 10.30 | $ 1,977.60 |
| W | GBB5692WT14 | SEQUIN PATCH RIB WAIST DENIM PANT | 440 | 127 | 9 | | 576 | $ 5.67 | $ 3,265.92 |
| W | GKB5686WT14 | SEQUIN PATCH RIB WAIST DENIM PANT | 850 | 300 | 51 | | 1201 | $ 7.78 | $ 9,343.78 |
| W | GTB3013WT14 | SEQUIN PATCH RIB WAIST DENIM PANT | 0 | 76 | 7 | | 83 | $ 9.63 | $ 799.29 |
| W | GBB5693WT14 | RUCHED CORD PANT | 1128 | 128 | 17 | | 1273 | $ 5.30 | $ 6,746.90 |
| K | GKB5689WT14 | RUCHED CORD PANT | 2584 | | 73 | | 3623 | $ 6.75 | $ 24,455.25 |
| K | GBD5255WT14 | JAZZY SPOT SKATER SKIRT W/ LEGS | 1008 | 185 | 16 | | 1209 | $ 4.20 | $ 5,077.80 |
| K | GKB5254WT14 | JAZZY SPOT SKATER SKIRT | 2584 | 971 | 93 | | 3648 | $ 4.05 | $ 14,774.40 |
| K | GTB3014WT14 | JAZZY SPOT SKATER SKIRT | 0 | 331 | 17 | | 348 | $ 4.80 | $ 1,670.40 |
| K | GBD5702WT14 | SPOTTY BALLERINA DRESS WITH RIB SLEEVES | 2360 | 386 | 62 | | 2808 | $ 5.20 | $ 14,601.60 |
| K | GKD5701WT14 | SPOTTY BALLERINA DRESS WITH RIB SLEEVES | 6392 | 2479 | 326 | | 9197 | $ 6.10 | $ 56,101.70 |
| K | GTD3015WT14 | SPOTTY BALLERINA DRESS WITH RIB SLEEVES | 0 | 353 | 17 | | 370 | $ 7.00 | $ 2,590.00 |
| K | GBD5706WT14 | LX FLOCKED POPLIN DRESS WITH VELOUR INSETS | 2248 | 340 | 41 | | 2629 | $ 5.65 | $ 14,853.85 |
| K | GKD5704WT14 | LX FLOCKED POPLIN DRESS WITH VELOUR INSETS | 4505 | 1871 | 186 | | 6562 | $ 7.25 | $ 47,574.50 |
| K | GBD5735WT14 | 2X2 RIB DRESS WITH PRINT TRIM | 2592 | 465 | 51 | | 3106 | $ 5.48 | $ 17,031.84 |
| K | GKD5734WT14 | 2X2 RIB DRESS WITH PRINT TRIM | 7225 | 2873 | 429 | | 10527 | $ 6.48 | $ 68,214.96 |
| K | GBS5866WT14 | SNOWY DAY PJ'S | 880 | 54 | 0 | | 934 | $ 6.40 | $ 5,977.60 |
| K | GKS5865WT14 | SNOWY DAY PJ'S | 1887 | 282 | 0 | | 2169 | $ 7.60 | $ 16,484.40 |
| K | GBA5723WT14 | LX VELOUR HEADBAND | 732 | 100 | 12 | | 844 | $ 1.60 | $ 1,350.40 |
| K | GKA5722WT14 | LX VELOUR HEADBAND | 980 | 251 | 40 | | 1271 | $ 1.60 | $ 2,033.60 |
| K | GBA5739WT14 | SPOTTY HEADBAND WITH BOW | 1192 | 100 | 20 | | 1312 | $ 1.55 | $ 2,033.60 |
| K | GKA5738WT14 | SPOTTY HEADBAND WITH BOW | 1740 | 313 | 68 | | 2121 | $ 1.55 | $ 3,287.55 |
| K | GTA3020WT14 | SPOTTY HEADBAND WITH BOW | 0 | 100 | 12 | | 112 | $ 1.65 | $ 184.80 |
| K | | | | | | | 0 | $ 4.55 | $ - |
| K | | | | | | | 0 | $ 4.70 | $ - |
| K | | | | | | | 0 | $ 7.60 | $ - |
| K | GBA5554WT14 | LX TEXTURED SWEATER HAT | 440 | 75 | 5 | | 520 | $ 3.95 | $ 2,054.00 |
| K | GKA5550WT14 | LX TEXTURED SWEATER HAT | 660 | 195 | 12 | | 867 | $ 4.50 | $ 3,901.50 |
| K | GKA5556WT14 | LX TEXTURED SWEATER SCARF | 440 | 70 | 8 | | 518 | $ 4.95 | $ 2,564.10 |
| K | GKA5767WT14 | FLOCKED FLOWER VELOUR BAG | 420 | 65 | 8 | | 493 | $ 3.14 | $ 1,548.02 |
| K | GKA5867WT14 | FLORAL-STRIPE CAMIS | 522 | 128 | 9 | | 659 | $ 3.60 | $ 2,372.40 |
| K | GKA5868WT14 | FLORAL-STRIPE-SPOT UNDIES | 702 | 179 | 9 | | 890 | $ 3.50 | $ 3,115.00 |

Page 1

Date Issued: August 8, 2011

naartjie Kids — the original name in fun clothing sizes 0 - 10

## Reservation Purchase Order (US) - WT14 and WT24 2014 Knit & Woven
Purchaser: Naartjie Custom Kids, Inc., 535 Airport Boulevard, Suite 300, Burlingame, CA 94010-3011, USA

Import RN#: 103627

| Agent: Target Exec International Limited | | | | | | | Vendor: TBA - Targetease | |
|---|---|---|---|---|---|---|---|---|
| Shipment Samples Due: | 10-Jul-14 | | Issued: March 17, 2014 revised July 29, 2014 | | | Hand over to Forwarder: | 29-Jul-14 | |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | PEL QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| K | BBT5425WT14 | ESS VERTICAL FLAG SLUB TEE | 1032 | 82 | 9 | | 1123 | $ 2.80 | $ 3,144.40 |
| K | BKT5424WT14 | ESS VERTICAL FLAG SLUB TEE | 2145 | 212 | 42 | | 2399 | $ 3.20 | $ 7,676.80 |
| K | BBT5428WT14 | ESS HELICOPTER GORGE THERMAL RAGLAN | 1360 | 167 | 18 | | 1545 | $ 2.70 | $ 4,171.50 |
| K | BKT5426WT14 | ESS HELICOPTER GORGE THERMAL RAGLAN | 3055 | 814 | 119 | | 3988 | $ 3.10 | $ 12,362.80 |
| K | BBT5432WT14 | ESS PIECED THERMAL TEE | 1616 | 289 | 18 | | 1923 | $ 2.65 | $ 5,095.95 |
| K | BKT5431WT14 | ESS PIECED THERMAL TEE | 2535 | 1017 | 75 | | 3627 | $ 3.05 | $ 11,062.35 |
| K | BBT5423WT14 | ESS FIRETRUCK SLUB TEE | 1272 | 83 | 18 | | 1373 | $ 2.80 | $ 3,844.40 |
| K | BKT5421WT14 | ESS FIRETRUCK SLUB TEE | 2210 | 350 | 43 | | 2603 | $ 3.20 | $ 8,329.60 |
| K | BBT5420WT14 | ESS RELAY STRIPE THERMAL HOODY | 3200 | 557 | 46 | | 3803 | $ 3.25 | $ 12,359.75 |
| K | BKT5419WT14 | ESS RELAY STRIPE THERMAL HOODY | 5460 | 1917 | 138 | | 7515 | $ 3.65 | $ 27,429.75 |
| K | BBT5430WT14 | ESS DEER CHEST STRIPE SLUB TEE | 1320 | 85 | 18 | | 1423 | $ 2.85 | $ 4,055.55 |
| K | BKT5429WT14 | ESS DEER CHEST STRIPE SLUB TEE | 2145 | 612 | 51 | | 2808 | $ 3.20 | $ 8,985.60 |
| K | BBT5440WT14 | 2-FER FIERY STRIPE TEE | 576 | 56 | 10 | | 642 | $ 2.95 | $ 1,893.90 |
| K | BKT5439WT14 | 2-FER FIERY STRIPE TEE | 1677 | 231 | 36 | | 1944 | $ 3.30 | $ 6,415.20 |
| W | BBT5444WT14 | BUFFALO CHECK WOVEN SHIRT | 456 | 27 | 10 | | 493 | $ 6.60 | $ 3,253.80 |
| W | BKT5443WT14 | BUFFALO CHECK WOVEN SHIRT | 741 | 73 | 12 | | 826 | $ 8.40 | $ 6,938.40 |
| K | BBOS804WT14 | REVERSE PIECED FRENCH TERRY P/O HOODY | 912 | 124 | 10 | | 1046 | $ 6.71 | $ 7,018.66 |
| K | BKOS803WT14 | REVERSE PIECED FRENCH TERRY P/O HOODY | 1521 | 196 | 41 | | 1758 | $ 8.31 | $ 14,608.98 |
| K | BBT5442WT14 | COLORBLOCKED SNOW SCENERY TEE | 576 | 56 | 10 | | 642 | $ 3.25 | $ 2,086.50 |
| K | BKT5441WT14 | COLORBLOCKED SNOW SCENERY TEE | 1326 | 167 | 28 | | 1521 | $ 3.60 | $ 5,475.60 |
| K | BBT5446WT14 | ARGYLE PRINT SLEEVE PCKT HOODY | 912 | 66 | 10 | | 988 | $ 3.05 | $ 3,013.40 |
| K | BKT5445WT14 | ARGYLE PRINT SLEEVE PCKT HOODY | 1716 | 251 | 42 | | 2009 | $ 3.40 | $ 6,830.60 |
| K | BBOS079WT14 | FLEECE MIXED ZIP HOODY SWEATER | 576 | 80 | 10 | | 666 | $ 13.10 | $ 8,724.60 |
| K | BKOS078WT14 | FLEECE MIXED ZIP HOODY SWEATER | 936 | 169 | 29 | | 1134 | $ 14.90 | $ 16,896.60 |
| K | BBOS081WT14 | MARLED STRIPED GML COLLAR SWEATER | 912 | 64 | 20 | | 996 | $ 6.55 | $ 6,523.80 |
| K | BKOS080WT14 | MARLED STRIPED GML COLLAR SWEATER | 1482 | 169 | 29 | | 1680 | $ 7.95 | $ 13,356.00 |
| K | BBOS459WT14 | FLEECE MIXED GML HOODY VEST | 576 | 74 | 10 | | 660 | $ 6.65 | $ 4,389.00 |
| K | BKOS458WT14 | FLEECE MIXED GML HOODY VEST | 975 | 166 | 29 | | 1170 | $ 7.85 | $ 9,184.50 |
| K | BBOS461WT14 | FLEECE PUFFY JACKET | 456 | 33 | 10 | | 499 | $ 10.35 | $ 5,164.65 |
| K | BKOS460WT14 | FLEECE PUFFY JACKET | 741 | 73 | 12 | | 826 | $ 13.05 | $ 10,779.30 |
| K | BBB5436WT14 | ESS FLEECE KNEE PIECED PANT | 4200 | 1945 | 48 | | 6193 | $ 3.20 | $ 19,817.60 |
| K | BKB5435WT14 | ESS FLEECE KNEE PIECED PANT | 10985 | 7862 | 207 | | 19054 | $ 4.10 | $ 78,121.40 |
| W | BBB5438WT14 | ESS WALE CORD KNEE PIECED PANT | 5200 | 1930 | 50 | | 7180 | $ 4.15 | $ 29,797.00 |
| W | BKB5437WT14 | ESS WALE CORD KNEE PIECED PANT | 11310 | 7371 | 304 | | 18985 | $ 5.55 | $ 105,366.75 |
| W | BBB5002COR4 | ESS DENIM PANT | 560 | 300 | 47 | | 907 | $ 4.05 | $ 3,673.35 |
| W | BKB5001COR4 | ESS DENIM PANT | 1040 | 893 | 89 | | 2022 | $ 5.20 | $ 10,514.40 |
| W | BBB5450WT14 | RIB WAIST LINED CRACKER PANT | 456 | 27 | 10 | | 493 | $ 5.90 | $ 2,908.70 |
| W | BKB5449WT14 | RIB WAIST LINED CRACKER PANT | 741 | 119 | 22 | | 882 | $ 8.25 | $ 7,276.50 |
| W | BBB5452WT14 | EWAIST ANKLE CUFFS DENIM PANT | 456 | 62 | 10 | | 528 | $ 5.45 | $ 2,877.60 |
| W | BKB5451WT14 | EWAIST ANKLE CUFFS DENIM PANT | 741 | 93 | 22 | | 856 | $ 6.35 | $ 5,435.60 |
| W | BBB5457WT14 | RIB WAIST FLEECE PANT | 456 | 43 | 10 | | 509 | $ 5.90 | $ 3,003.10 |
| W | BKB5456WT14 | RIB WAIST FLEECE PANT | 936 | 139 | 42 | | 1117 | $ 7.10 | $ 7,930.70 |
| W | BBB5455WT14 | EWAIST CORD CARGO PCKT CANVAS PANT | 456 | 43 | 10 | | 509 | $ 5.20 | $ 2,645.80 |
| W | BKB5453WT14 | EWAIST CORD CARGO PCKT CANVAS PANT | 741 | 119 | 17 | | 877 | $ 7.40 | $ 6,489.80 |
| W | BBB5467WT14 | EWAIST HOUND YOKE TWILL PANT | 912 | 85 | 20 | | 1017 | $ 5.20 | $ 5,288.40 |
| W | BKB5466WT14 | ADJ WAIST HOUND YOKE TWILL PANT | 1625 | 277 | 26 | | 1928 | $ 7.10 | $ 13,688.80 |
| K | BKS5469WT14 | BB MOOSE ARGYLE BABYGROW PJS | 360 | 27 | 0 | | 387 | $ 6.50 | $ 2,515.50 |
| K | BKS5462WT14 | BK MOOSE ARGYLE 2 PC SET PJS | 585 | 51 | 0 | | 636 | $ 7.90 | $ 5,024.40 |
| K | BBA5083WT14 | BB SWEATER BEANIE | 570 | 63 | 5 | | 638 | $ 2.60 | $ 1,658.80 |
| K | BKA5082WT14 | BK SWEATER BEANIE | 684 | 82 | 6 | | 772 | $ 2.75 | $ 2,123.00 |
| K | BKA5084WT14 | BK SWEATER SCARF | 684 | 45 | 6 | | 735 | $ 5.55 | $ 4,079.25 |
| K | BBA5465WT14 | BB CORD HOUND SHERPA FLAP HAT | 1400 | 63 | 10 | | 1473 | $ 3.80 | $ 5,597.40 |
| W | BKA5464WT14 | BK CORD HOUND SHERPA FLAP HAT | 1368 | 124 | 24 | | 1516 | $ 4.10 | $ 6,215.60 |
| K | BKA5574WT14 | BB BEAR SWEATER BEANIE | 350 | 20 | 10 | | 380 | $ 4.15 | $ 1,577.00 |
| K | BKA5573WT14 | BK BEAR SWEATER BEANIE | 342 | 42 | 12 | | 396 | $ 4.50 | $ 1,782.00 |

Date Issued: August 8, 2011

**naartjie** Kids *...the original name in fun clothing sizes 0 - 10*

## Reservation Purchase Order (US) - WT14 and WT24 2014 Knit & Woven
Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA

Import RN#: 103627

| Agent: Target Ease International Limited | | | | | Vendor: TBA - Targetease | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Issued March 17, 2014 revised July 28, 2014 | | |
| Shipment Samples Due: | 10-Jul-14 | | | | Hand over to Forwarder: | 29-Jul-14 |

This Reservation Purchase Order pertains to the following list of styles:

| KW | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | PEL QTYB | TOTAL UNITS | CONFIRMED PRICE | VALUE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| K | LGT5663WT14 | SWAN MESH SLEEVE TOP | 1020 | 78 | 10 | | 1108 | $ 3.25 | $ 3,601.00 |
| K | LGB5651WT14 | BLUEBELL FLORAL MESH SKIRT FOOTED PANT | 1020 | 58 | 10 | | 1088 | $ 4.30 | $ 4,678.40 |
| K | LGD5654WT14 | BLUEBELL FLORAL MESH SKIRT DRESS | 1140 | 42 | 20 | | 1202 | $ 4.68 | $ 5,625.36 |
| K | LGG5706WT14 | 2X2 RIB MESH SKIRTED BABYGROW | 1700 | 258 | 30 | | 1988 | $ 6.58 | $ 13,081.04 |
| K | LGG5659WT14 | BLUEBELL FLORAL BUBBLE BABYGROW | 1140 | 162 | 20 | | 1322 | $ 6.20 | $ 8,196.40 |
| K | LGG5662WT14 | THUMPER STRIPE RUFFLE BABYGROW | 570 | 96 | 10 | | 676 | $ 6.23 | $ 4,211.48 |
| K | LGA5786WT14 | CHARACTER FASHION BEANIE | 570 | 136 | 10 | | 716 | $ 2.10 | $ 1,503.60 |
| K | LGA5862WT14 | BLUEBELL FLORAL MESH BOW HEADBAND | 1026 | 210 | 24 | | 1260 | $ 1.60 | $ 2,016.00 |
| K | LGA5700WT14 | SOLID FRILLY MESH BOOTIES | 855 | 192 | 20 | | 1067 | $ 2.45 | $ 2,614.15 |
| K | LST5694WT14 | LX VELOUR CORNELLI FLOWER LACE TUNIC | 1700 | 276 | 20 | | 1996 | $ 5.50 | $ 10,978.00 |
| K | LGB5695WT14 | LX VELOUR LACE PANT | 1700 | 287 | 20 | | 2007 | $ 4.20 | $ 8,429.40 |
| K | LGD5693WT14 | LX VELOUR SURPLICE LACE DRESS | 1900 | 275 | 30 | | 2205 | $ 6.40 | $ 14,112.00 |
| K | LGO5696WT14 | LX VELOUR LACE CARDIGAN | 513 | 99 | 18 | | 630 | $ 5.70 | $ 3,591.00 |
| K | LGG5697WT14 | LX VELOUR FRILL LACE BABYGROW | 2100 | 345 | 30 | | 2475 | $ 6.30 | $ 15,592.50 |
| K | LGA5699WT14 | LX VELOUR PARISIAN BEANIE | 1000 | 216 | 15 | | 1231 | $ 2.30 | $ 2,831.30 |
| K | LGA5861WT14 | LX VELOUR LACE BLANKET | 342 | 30 | 6 | | 378 | $ 6.40 | $ 2,419.20 |
| K | LGT5414WT14 | CRITTERS GRAPHIC TEE | 1140 | 68 | 10 | | 1218 | $ 3.10 | $ 3,775.80 |
| K | LBT5777WT14 | 2FER BUFFALO CHECK WOVEN TEE | 513 | 31 | 9 | | 553 | $ 6.15 | $ 3,400.95 |
| W | LBB5959WT14 | WALE CORD FLEECE PANT | 513 | 46 | 9 | | 568 | $ 3.90 | $ 2,215.20 |
| K | LBB5960WT14 | 1X1 RIB SHERPA FEET PANT | 1140 | 64 | 10 | | 1214 | $ 3.08 | $ 3,739.12 |
| K | LBG5771WT14 | FLEECE PATCH BABYGROW | 1740 | 117 | 20 | | 1877 | $ 6.07 | $ 11,393.39 |
| K | LBG5109WT14 | FLEECE CRITTERS STRIPE KANGA POCKET BABYGROW | 1290 | 75 | 20 | | 1385 | $ 5.90 | $ 8,171.50 |
| K | LBG5110WT14 | CRITTER STRIPE ANIMAL ART BABYGROW | 1290 | 131 | 20 | | 1441 | $ 5.70 | $ 8,213.70 |
| K | LBG5112WT14 | FLEECE SHERPA HOOD JACKET | 513 | 42 | 9 | | 564 | $ 5.43 | $ 3,062.52 |
| K | LBO5575WT14 | LX SWEATER WITH FLEECE HOOD | 513 | 42 | 9 | | 564 | $ 11.42 | $ 6,438.06 |
| K | LBA5116WT14 | CRITTER STRIPE BEANIE | 855 | 90 | 15 | | 960 | $ 1.90 | $ 1,824.00 |
| K | LBA5117WT14 | CRITTER STRIPE BOOTIES | 855 | 81 | 10 | | 946 | $ 2.10 | $ 1,986.60 |
| | | | | | | | | | |
| K | GBT5721WT24 | SPOT-STRIPE-STAR TUNIC | 1728 | 356 | 27 | | 2111 | $ 3.67 | $ 7,747.37 |
| K | GKT5720WT24 | SPOT-STRIPE-STAR TUNIC | 3910 | 1513 | 118 | | 5541 | $ 4.26 | $ 23,604.66 |
| K | GBT5764WT24 | GLITTER STAR WRAP CARD | 1192 | 234 | 14 | | 1440 | $ 3.32 | $ 4,780.80 |
| K | GKT5765WT24 | GLITTER STAR WRAP CARD | 2193 | 721 | 60 | | 2974 | $ 4.21 | $ 12,520.54 |
| K | GTT3030WT24 | GLITTER STAR WRAP CARD | 0 | 76 | 11 | | 87 | $ 5.45 | $ 474.15 |
| K | GBT5762WT24 | GLITTER STAR TEE | 1784 | 373 | 19 | | 2176 | $ 2.80 | $ 6,092.80 |
| K | GKT5760WT24 | GLITTER STAR TEE | 4029 | 1516 | 324 | | 5869 | $ 3.35 | $ 19,684.63 |
| K | GTT3031WT24 | GLITTER STAR TEE | 0 | 176 | 17 | | 193 | $ 4.06 | $ 783.58 |
| K | GBO5776WT24 | SWEATER TRIM F/T HOODY | 968 | 203 | 16 | | 1187 | $ 7.99 | $ 9,484.13 |
| K | GKO5775WT24 | SWEATER TRIM F/T HOODY | 2771 | 813 | 116 | | 3700 | $ 9.67 | $ 35,779.00 |
| K | GTO3032WT24 | SWEATER TRIM F/T HOODY | 0 | 126 | 11 | | 137 | $ 12.15 | $ 1,664.55 |
| K | GBO4969WT24 | FT HOODED PULLOVER WITH SWEATER SLEEVES | 352 | 77 | 12 | | 441 | $ 8.67 | $ 3,821.27 |
| K | GKO4968WT24 | FT HOODED PULLOVER WITH SWEATER SLEEVES | 1802 | 502 | 102 | | 2406 | $ 10.85 | $ 26,141.19 |
| K | GBB5681WT14 | ESS 2X2 RIB LEGGING WITH NETTING | 40 | 239 | 0 | | 279 | $ 2.80 | $ 781.20 |
| K | GKB5673WT14 | ESS 2X2 RIB LEGGING WITH NETTING | 85 | 870 | 0 | | 955 | $ 3.40 | $ 3,247.00 |
| K | GBB5683WT14 | ESS STRIPED LEGGING WITH SPOT TRIM | 0 | 239 | 0 | | 239 | $ 2.70 | $ 645.30 |
| K | GKB5682WT14 | ESS STRIPED LEGGING WITH SPOT TRIM | 0 | 437 | 0 | | 437 | $ 3.10 | $ 1,354.70 |
| K | GBB5864WT14 | ESS SPOT LEGGING WITH BOWS | 0 | 166 | 0 | | 166 | $ 2.80 | $ 464.80 |
| K | GKB5863WT14 | ESS SPOT LEGGING WITH BOWS | 0 | 784 | 0 | | 784 | $ 3.30 | $ 2,587.20 |
| W | GKB5687COR4 | ESS DENIM PANT WITH STAR BUTTON | 0 | 523 | 0 | | 523 | $ 4.30 | $ 2,248.90 |
| K | GBB5766WT24 | GLITTER STAR LEGGING | 2648 | 533 | 41 | | 3222 | $ 2.99 | $ 9,633.78 |
| K | GKB5765WT24 | GLITTER STAR LEGGING | 6239 | 2116 | 161 | | 8516 | $ 3.44 | $ 29,295.04 |
| K | GTB3033WT24 | GLITTER STAR LEGGING | 0 | 153 | 16 | | 169 | $ 4.44 | $ 750.36 |
| K | GBB5691WT24 | GLITTER STAR MESH SKIRT with legs | 1448 | 241 | 48 | | 1737 | $ 6.44 | $ 11,186.28 |
| K | GKB5690WT24 | GLITTER STAR MESH SKIRT | 3791 | 1007 | 183 | | 4981 | $ 6.67 | $ 33,223.27 |
| K | GTB3034WT24 | GLITTER STAR MESH SKIRT | 0 | 176 | 11 | | 187 | $ 7.87 | $ 1,471.69 |
| K | GBB5747WT24 | FRENCH TERRY PANT WITH GLITTER CUFFS | 968 | 205 | 16 | | 1189 | $ 4.80 | $ 5,707.20 |
| K | GKB5746WT24 | FRENCH TERRY PANT WITH GLITTER CUFFS | 2312 | 513 | 94 | | 2919 | $ 5.90 | $ 17,222.10 |
| K | GTB3035WT24 | FRENCH TERRY PANT WITH GLITTER CUFFS | 0 | 100 | 11 | | 111 | $ 7.20 | $ 799.20 |
| K | GBD5715WT24 | SOLID OFF THE SHOULDER BALLERINA DRESS | 2504 | 531 | 19 | | 3054 | $ 4.59 | $ 14,017.86 |
| K | GKD5714WT24 | SOLID OFF THE SHOULDER BALLERINA DRESS | 5846 | 2005 | 130 | | 7983 | $ 5.69 | $ 45,423.27 |
| K | GTD3036WT24 | SOLID OFF THE SHOULDER BALLERINA DRESS | 0 | 303 | 16 | | 319 | $ 7.18 | $ 2,290.42 |
| K | GBD5708WT24 | LX GLITTER MESH PARTY DRESS | 0 | 0 | 0 | | 0 | $ 6.51 | $ - |
| K | GKD5709WT24 | LX GLITTER MESH PARTY DRESS | 0 | 0 | 0 | | 0 | $ 7.98 | $ - |
| K | GBA5741WT24 | GLITTER STAR HEADBAND | 884 | 100 | 12 | | 996 | $ 1.49 | $ 1,484.04 |
| K | GKA5740WT24 | GLITTER STAR HEADBAND | 1200 | 300 | 20 | | 1520 | $ 1.49 | $ 2,264.80 |
| K | BKT5306FL24 | ESS SOLID THERMAL PIECED TEE | 537 | 0 | 0 | | 537 | $ 2.46 | $ 1,321.02 |

Date Issued: August 8, 2011

- 6 AUG 2014

## Reservation Purchase Order (US) - WT14 and WT24 2014 Knit & Woven

Purchaser: Naartjie Custom Kids, Inc., 555 Airport Boulevard, Suite 300, Burlingame, CA 94010-2011, USA

Import RN#: 103527

| Agent: Target Ease International Limited | | | | | | | | Vendor: TBA - Targetease | |
|---|---|---|---|---|---|---|---|---|---|
| Shipment Samples Due: | | 10-Jul-14 | | | | | | Hand over to Forwarder: | 29-Jul-14 |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | PEL QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | 357,760 | 110,396 | 10,635 | 0 | 478,791 | | $ 2,149,892.82 |

All prices noted above are strictly Free- On Board (F.O.B) ex Hong Kong
Agent/Vendor to provide a Pro Forma Invoice as per above

## Reservation Purchase Order (US) - WT14 and WT24 2014 Knit & Woven

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

> Payment Terms: Document Presentation

### Terms of Contract

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing Instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.

Laura R. Diaz

Signature of Naartjie Corporation representative      Print name in block letters      Date

Francis Ocran      8/7/2014

Signature of Agent/Vendor representative      Print name in block letters      Date

(Please sign and return fax to +27 21 448-3607)