UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  Naartjie Custom Kids, Inc.

_____

_____

Debtor(s).

Case No.  14-29666

Chapter  11

Trustee: _____

AMENDED MATRIX
$30 Fee Required
☐ IFP Waiver

File amended matrix with **ONLY** the amended creditors.  File separate change of address form to change the debtor's address.
Fee required except for change of address or adding attorney for listed creditor.  Conversion? (13 to 7) ☐ Yes ☐ No.

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.
A certificate of mailing should be filed with the Clerk's office (see below).  **If adding more than eight (8) creditors, attach a scannable
list to this cover sheet rather than beginning the list on this page.  The scannable list needs to be in Courier 10 pitch, Prestige Elite
or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**    Adding ☑   Correcting ☐  Deleting ☐
Please type the creditors' address(es) changes/additions below:

1) See attached                           2)

3)                                        4)

5)                                        6)

7)                                        8)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate
as follows (please mark the appropriate line(s)):

☑ 341 Notice          ☐ Discharge Notice          ☐ Plan/Amended Plan

10/22/14
DATE

ATTORNEY FOR DEBTOR(S)

Rev. 11/11

A&G Realty
445 Brodhollow Drive, Suite 410
Melville, NY 11747

ABM
10250 Santa Moncia Blvd.
Los Angeles, CA 90067

Acces Point Inc.
PO Box 842447
Boston, MA 02284-2447

ADP Screening & Selection Services
PO Box 645177
Cincinnati, OH 45264-5177

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

ADT Security Services Canada Inc.
615 - 18th Street S.E.
Calgary, AB T2E 6J5
CANADA

Affiliate Traction Canada, Inc.
7676 Woodbine Ave, Suite 200
Markham, ON L3R 2N2
CANADA

Alaia Merz
1 South Vista de la Luna
Laguna Beach CA, 92651

Alejandro Da Costa
c/o Jorge Girona
2, 4° 1a
Barcelona, Spain  08034
SPAIN

Alfred Degen
Langackerstrasse 11
Thurnen, Switzerland  CH-4441
SWITZERLAND

Allen D. Sr. and Rosalie Ray
106 SW 20th Street
Oak Island NC 28465

Ameren - Missouri
PO Box 66529
Saint Louis, MO 63166-6529

APS
PO Box 2906
Phoenix, AZ 85062-2906

Arnold Michael Crook
Theatre Royal Haymarket
18 Suffolk Street
London, England  SW1Y 4HT
ENGLAND

Ashley F. McClain
3944 Carson Cuttoff
Martinez, GA  30907

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T
PO Box 5082
Carol Stream, IL 60197-5082

AT&T
PO Box 105068
Atlanta, GA 30348-5068

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Atlanta Outlet Shoppes LLC
PO Box 809324
Chicago, IL 60680-9324

Audry Last
3223 Surmont Dr.
Lafayette, CA  94549

B-P Trucking
PO Box 386
Ashland, MA 01721

Barbara McBryde (IRA Resources FBO)
4748 Homestead Place
Matthews, NC  28104

Barbara Thompson (IRA Resources FBO)
2334 Jefferson Ave.
Gastonia, NC  28056

Barry S. and Terri F. Pope
128 Valley Ranch Lane
Matthews, NC  28104

BCNY International, Inc.
25 Newbridge Road, Ste. 405
Hicksville, NY 11801

Bell Canada
PO Box 9000, Station Don Mills
North York, ON M3C 2X7
CANADA

Bell Canada Customer Payment Center
Box 3650, Station Don Mills
Toronto, ON M3C 3X9
CANADA

Bell Family Investments Ltd
c/o Brent Bell
9271 Durban Road
Sandy, UT  84093

Bernard Harvey
115 Blakemore Dr
Shelby, NC  28152

Betty L. Thomas
13 Railroad Blvd.
Pelzer, SC  29669

Bevan Brumwell
Po de Claudi Güell 20
Barcelona, Spain  08034
SPAIN

Bishop Special Asset Mgmt., LLC
c/o Strong & Hanni
3 Triad Center Suite 500
Salt Lake City, UT  84180

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103

Bonnie Newman
1362 East 1700 South
Bountiful, UT  84010

Brenda H. Wilson
5732 Rebl Dr.
Charlotte, NC  28210

Brent Bell
9271 Durban Road
Sandy, UT  84093

Brent Bishop
PO Box 767
Farmington, UT  84025

C. La Don Butler
1912 Baker Ave
Haines City, FL  33844

Canada Post Corporation
Payment Processing, 2701 Riverside Drive
Ottawa, ON K1A 1L7
CANADA

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Carol Morris (IRA Resources FBO)
528 Greystone Trail, NE
Marietta, GA  30068

CenturyLink
PO Box 52187
Phoenix, AZ 85072-2187

CenturyLink
PO Box 91154
Seattle, WA 98111-9255

Charles Michael Williams Revocable Trust
c/o Philip Hegg
15720 John Delaney Drive, Suite 110
Charlotte, NC  28277

Charles S. Clayton
306 Riverton Rd
Matthews, NC  28104

Charter Communications
PO Box 60229
Los Angeles, CA 90060-0229

Chris Stone
c/o Zions SBIC, L.L.C.
c/o Wasatch Venture Fund
1 South Main Street, 8th Floor
Salt Lake City, UT  84111

City and County of Broomfield
Sales Tax Administration Division
PO Box 407
Broomfield, CO 80038-0407

City of Palo Alto Utilities
PO Box 7026
San Francisco, CA 94120-7026

City of Roseville
PO Box 45807
San Francisco, CA 94145-0807

City of Woodburn
270 Montgomery St.
Woodburn, OR 97071

Colorado Department of Revenue
Denver, CO 80261-0013

Comcast
PO Box 1577
Newark, NJ 07101-1577

ComEd
PO Box 6111
Carol Stream, IL 60197-0111

Commission Junction
4140 Solutions Center
Chicago, IL 60677-4001

Connect PR Corp
dba Konnect Public Relations
888 S. Figueroa St., Ste. 630
Los Angeles, CA 90017

Consolidated Communications
PO Box 969
Roseville, CA 95661-0969

County of Fairfax
Dept. of Taxation
PO Box 10206
Fairfax, VA 22035-0206

County of San Diego
Dept of Agriculture, Weights & Meas
555 Overland Ave. Bldg. 3
San Diego, CA 92123-1292

Cox Communication
PO Box 79172
Phoenix, AZ 85062

Cox Communications - Phoenix
PO Box 53249
Phoenix, AZ 85072-3279

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

Craig Keller
100 Larkspur Landing Circle, Suite 204
Larkspur, CA  94939

Daffodil Trust
c/o Manager NMT Trustees Ltd
PO Box 264, Suite A
Sausmarez Street
St. Peter Port, Guernsey, Channel Islands  GY1 4LN
CHANNEL ISLANDS

Dan and Shellie George
395 North 200 West
Bountiful, UT  84010

Dan Paxton
1757 South Stone Hollow Dr.
Bountiful, UT  84010

Daniel Driggs
11643 S. Redwood Rd.
South Jordan, UT  84095

Danielle Wood
6924 SW Tierra Del Mar Drive
Beaverton, OR 97007

Daren J. Shaw
30 E 100 S., Suite 100
Salt Lake City, UT  84111

David and Delane Winchester
1302 Potter Road South
Monroe, NC  28110

David B. Bishop
2333 South Dakota Ave
Provo UT 84606

David Brian Curran
J.S. Bach 14, 2, B 1a
Barcelona, Spain  08021
SPAIN

David L. Curtis
PO Box 278
Denver, NC  28037

Dax Studios
6105 Melrose Avenue
Los Angeles, CA  90038

Deborah L. Tyler IRA Resources FBO
5379 Conifer Drive
Mason, OH  45040

Dennis R. Webb
2626 Hillsden Dr.
Holladay, UT  84117

Densey Investments SA
c/o Manager NMT Trustees Ltd
PO Box 264, Suite A
Sausmarez Street
St. Peter Port, Guernsey, Channel Islands  GY1 4LN
CHANNEL ISLANDS

Des R. Townsend
1203 Tee Time
Farmington, UT  84025

Dominique Merz
Mattweg 99
Arlesheim, Switzerland  1411
SWITZERLAND

Don G. And Debra Forrest
3307 Greeson Country Road
Climax, NC  27233

Donald D. Davis
966 Wintook Drive
Ivins, UT  84738

Douglas Luckett (IRA Resources FBO)
5405 Cedarfield Drive
Summerfield, NC  27358

E.C. Carter-Johnson
17 Invermark Crescent
Higgovale
Cape Town, South Africa  8001
SOUTH AFRICA

EE Investments
c/o Mike Elloitt
49 Strathmore Road
Camps Bay, Cape Town, South Africa  8005
SOUTH AFRICA

Eide Bailey LLP
5929 Fashion Point Drive, Suite 300
Ogden, UT 84403

Enbridge
PO Box 650
Scarborough, ON M1K 5E3
CANADA

Enersource
3240 Mavis Road
Mississauga, ON L5C 3K1
CANADA

Fashion Square
Bank of America
File #56991
Los Angeles, CA 90074-6991

Felicia W. Thomas (IRA Resources FBO)
4401 Sages Drive
Indian Trail, NC  28079

Forte of Utah
c/o Forte North America Inc.
4376 S 700 E Ste 223
Salt Lake City, UT 84107

Fergus Reid
c/o Lumelite Corporation
85 Charles Colman Boulevard
Pawling, NY  12564-1194

Frank and Jean Wright
1701 Cathy Road
Charlotte, NC  28214

Frank McGowan
6576 Bluewaters Drive
Flowery Branch, GA  30542

Frontier Communications
PO Box 20550
Rochester, NY 14602-0050

Fulton County Tax Commissioner
Arthur E. Ferdinand
PO Box 105052
Atlanta, GA 30348-5052

Galleria at Roseville
PO Box 31001-0782
Lockbox 910782
Pasadena, CA 91110-0782

Gary M. Sides (IRA Resources FBO)
2829 Pulaski Drive
Monroe, NC  28110

Gary, Tim and Patricia Wade Jointly
18 Westside
Turnford
Herts, England EN10 6DF
ENGLAND

Ginny U Smith Irrev Trust
c/o Brent Bishop, Trustee
P.O. Box 767
Farmington, UT  84025

Gladys L. Spencer (IRA Resources FBO)
401 Kingswood Drive
Greenville, SC  29611

Glenda K. Swinford
1306 Kings Road
Anderson, SC  29621

Glenn Wood
1807 Cottonwood Glen
Salt Lake City, UT 84117

Green Planet 21, Inc.
5185 West Harold Gatty Dr.
Salt Lake City, UT 84116

Griffin Publishing
3868 Pueblo Ave.
Santa Barbara, CA 93110

Gwinnett County License and Revenue
PO Box 1045
Lawrenceville, GA 30046

Harold L. Noles
7601 Tirzah Church Rd.
Waxhaw, NC  28104

Harry and Kevin Brown
1010 Timberlake Drive
Charlotte, NC  28227

Harry Brown
1010 Timberlake Drive
Charlotte, NC  28227

Helen S. Moore
6607 Indian Lane
Charlotte, NC  28213

Hunter Leighton
3603 Eastfield Rd.
Carmel, CA  93923

iContact LLC
PO Box 418296
Boston, MA 02241-8296

Illinois Department of Revenue
PO Box 19013
Springfield, IL 62794-9013

Integra
PO Box 2966
Milwaukee, WI 53201-2966

Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966

Inteprepid Investment Bankers, LLC
11755 Wilshire Blvd., Suite 2200
Los Angeles, CA 90025

J. Curtis Blackwood
4620 Homestead Place
Matthews, NC  28104

JAC Ventures Ltd.
c/o John Ure, Trustee
220 N. Morgan Valley Dr.
Morgan, UT  84058

Jack W. Sunderlage
2122 Gad Way
Sandy, UT  84093

James Albert McGuire
13517 Bridle Gate Lane
Draper, UT  84020

James B. Nelson
c/o Peterson Partners
2825 East Cottonwood Parkway Suite 400
Salt Lake City, UT  84121

James E. Bates Jr.
316 Pointe Olympus Drive
Gainesville, GA  30506

James H. Duncan (IRA Resources FBO)
10711 Vicino Court
Matthews, NC  28105

James R. Ivins
1525 Maple Hills Dr
Bountiful, UT  84010

James T. McGuire Trustee
5222 Fire Water Lane
Indian Land, NC  29707

Janice Stevens White
3603 Hobbs Road
Greensboro, NC  27410

Janice Stevens White (IRA Resources FBO)
3603 Hobbs Road
Greensboro, NC  27410

JB&C Family Limited Liability Company
c/o Strong & Hanni
PO Box 767
Farmington, UT  84025

Jeff Nerland
11612 Lasluces
Santa Ana, CA 92705

Jeffrey J. Scott
999 8th Street S.W.
Calgary, Alberta, Canada   T2R 1J5
CANADA

Jennifer M. Guynn
1018 Redfield Lane
Dunwoody, GA   30338

Jo Ann Harkey
411 N. 6th Street
Emery, SD   57332

Joe Norwood
9760 Bluffside Dr
Sandy, UT   84092

Joelle M. Williams
100 Larkspur Landing Circle, Suite 204
Larkspur, CA   94939

John & Priscilla Rankin
2111 Rankin Rd
Gastonia, NC   28056

John and Kathy Spain JTWROS
622 Pacer Lane
Waxhaw, NC   28173

John E. Townsend
Mas la Papesse
Route d'Ales
Cavillargues, France   30330
FRANCE

John K. Peltier
c/o Damrell, Nelson, Schrimp, Pallios, Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA   95354

John Lawrie
Theatre Royal Haymarket
18 Suffolk Street
London, England   SW1Y 4HT
ENGLAND

John Miller
P.O. Box 2238
Ketchum, ID   83340

John R. Cleveland
PO Box 2958
Gainesville, GA   30503

John W. Trotter
632 Trotter Road
Pickens, SC  29671

Jorge Sandoval
6701 Wilson Ave.
Los Angeles, CA 90001

Joseph Choi
9229 W. Sunset Boulevard, Suite 900
West Hollywood, CA 90069

Joseph Franceschi
2251 East High Ridge Lane
Sandy, UT  84092

Joseph W. Sutton, (IRA Resources FBO)
184 Six Mile Creek Road
Lancaster, SC  29720

Joyce Kight
10721 Jordan Rae Lane
Charlotte, NC  28277

Joyce S. Clark (IRA Resources FBO)
811 Woodland Forest Drive
Waxhaw, NC  28173

Joyce W. Summerville (IRA Resources FBO)
3709 Huntington Drive
Matthews, NC  28104

Karen Burks Keesee
132 Fraley Road
Statsville, NC  28625

Karen S. Foster
234 So. Joy Dr.
Farmington, UT  84025

Kathy W. and Garret S. Cronin
6801 Miami Church Road
Concord, NC  28025

Keller Norris
c/o Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W Sunset Bouldevard, Suite 900
West Hollywood, CA  90069

Kirk C. and Michelle R. Miller
1601 No. Pony Express Way
Centerville, UT  84014

Larry Chase
1994 S White Oak
Springfield, MO  65809

Laura W. and Jason C. Holt
5585 South Oakmont Street
Kannapolis, NC  28081

LEI Customs Brokers Inc.
30 Midair Court
Brampton, ON L6T 5V1
CANADA

Lee Roy Moore (IRA Resources FBO)
6608 Indian Lane
Charlotte, NC  28213

Lennard H. Ostrom
c/o Correio Azul Intl
Val do Cavo, Celulaq 45, P
Caroerio, LGA , Portugal  8400-509
PORTUGAL

Leo F. Ingham
5 Clos des Fontaines
St. Martins, Guernsey, Channel Islands
UK GY4 6RF
CHANNEL ISLANDS

Lindy A. Boozer (IRA Resources FBO)
3831 Cornerwood Ln Apt 12
Charlotte, NC  28211

Longbow Holding Co., LLC
Longbow Holding Co, LLC
Eccles Management Group
P.O. Box 3028
Salt Lake City, UT  84110

Long Island Power Authority (LIPA)
PO Box 90939
Hicksville, NY 11802-9039

Louis I. Michaels Limited
Louis I Michaels Ltd
Theatre Royal Haymarket
18 Suffolk Street
London, England  SW1Y 4HT
ENGLAND

Luis Nogales
c/o Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W Sunset Bouldevard, Suite 900
West Hollywood, CA  90069

Lynda M. B. Esposito
12 Mountain Valley Place
Danville, CA  94506

Lynn Ann Imes (IRA Resources FBO)
108 River Oaks Circle
Piedmont, SC  29673

Lynn Robbins
145 West 1600 North
Centerville, UT  84014

M.C. Turbin
28 Pound Lane
Bowers Gifford, Basildon
SS13 2HF
Essex, UK  CM13 3AR
UNITED KINGDOM

Mabel H. Dye
102 Elliott Circle
Anderson, SC  29621

Mansell Group Inc.
WhatCounts
75 Remittance Drive, Suite 6050
Chicago, IL 60675-6050

Mara Holdings
650 Fifth Avenue, 3rd floor
New York NY 10019

Marcus E. Archer (IRA Resources FBO)
208 Dundin Place
Weddington, NC  28104

Margaret B. Evans
27 Geariesville Gardens
Ilford
Essex, England  IG6 1JH
ENGLAND

Margaret Dickie
4689 Eagle Ridge Lane
Monticello, MN  55362

Maricopa County Treasurer
Attn: Charles Hos Hoskins
301 W Jefferson RM 100
Phoenix, AZ 85003-2199

Mecklenburg County Tax Collecor
PO Box 71063
Charlotte, NC 28272

Megan Bradshaw
10182 Chattel Circle
South Jordan, UT 84095

Melanie Forbes
1209 Bear Hollow Cove
Draper, UT  84020

Melinda Dundore
8411 Ridgebrook Circle
Odessa, FL  33556

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Michael L. Guynn
1018 Redfield Lane
Dunwoody, GA  30338

Milo Ott
627 Bonita
Millbrae, CA  94030

Minnesota Revenue
Mail Station 1765
Saint Paul, MN 55145-1765

Mirna Torres
2140 Cortez Lane
Sacramento, CA 94203

Monster Worldwide, Inc.
622 Third Avenue, 39th Floor
New York, NY 10017

Montgomery Mall LLC
c/o Bank of America File #54738
Los Angeles, CA 90074-4738

Mood Media North America Ltd.
PO Box 602782
Charlotte, NC 28260-2782

Mozelle Lemons
4849 N C Highway 24-27 W
Mt. Gilead, NC  27306

Mrs. Doreen E. Spacie
1 Waterloo Street
Birmingham
Stratford upon Avoncott, Warwickshire, UK  B2 5PG
UNITED KINGDOM

Mrs. F. Witzigmann
Paseo Colon, 24, 4o 1a
Barcelona, Spain  08002
SPAIN

Munhui Diane Bang
7756 Crest Ave.
Oakland, CA  94605

Nancy Bishop (IRA Resources FBO)
1217 S Rutherford St
Blacksburg, SC  29702

Nancy S. Inge (IRA Resources FBO)
300 Middleton Ave
Matthews, NC  28104

National Grid
PO Box 9037
Hicksville, NY 11802-9037

Nelson O'Neal
PO Box 1355
Matthews, NC  28106

New York State Sales Tax
PO Box 15168
Albany, NY 12212-5168

Nimfa Freeze
4506 Belvoir Drive
Greensboro NC 27406

Norma Jean Wilson
120 Brooke Lane, North East
Cleveland, TN  37312

NSTAR
PO Box 660369
Dallas, TX 75266-0369

NW Natural
PO Box 6017
Portland, OR 97228-6017

NRTJJ, LLC
c/o Robert Weidhauer
2814 La Mesa Drive
Henderson, NV  89014
NRTJJ, LLC

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Olympic III Mall Services
PO Box 55287
Houston, TX 77255-5287

Oregon Department of Revenue
PO Box 14780
Salem, OR 97309

Organizational Leadership Resource, Inc.
c/o Dan R. Paxton
1757 South Stone Hollow Dr.
Bountiful, UT  84010

PG&E
Box 997300
Sacramento, CA 95899-7300

Patricia R. and Gary M. Kirscher
2744 Camino Segura
Pleasanton, CA  94566-5887

Patsy P. Richardson
121 Brickyard Road
Fort Mill, SC  29715

Patsy R. Sutton, (IRA Resources FBO)
184 Six Mile Creek Road
Lancaster, SC  29720

Paul Gosling
La Porte Au Nord
Les Portes
St. Sampsons's , Guernsey, Channel Islands  GY2 4GD
CHANNEL ISLANDS

Peter H. and Kathryn A. Touzeau
Candia, Les Cherfs,
Ruette des Corneilles, Cobo, Castel
Castel, Guernsey, UK  GY5 7HG
UNITED KINGDOM

Peter Wilson
5732 Rebel Dr.
Charlotte, NC  28210

Phil Thompson (IRA Resources FBO)
2334 Jefferson Ave.
Gastonia, NC  28056

Philip R. Sutterfield
2583 Silver Cloud Court
Park City, UT  84060

Polly G. Haigler
521 Helms Efird Rd.
Marshville, NC  28103

Price B. Brown (IRA Resources FBO)
1315 W. Bank Street
Salisbury, NC  28144

Quest Resource Management Group, LLC
MSC 30081
PO Box 415000
Nashville, TN 37241-5000

Questar Gas
PO Box 45840
Salt Lake City, UT 84139-0001

Qwest
PO Box 29040
Phoenix, AZ 85038

R. Dean Harrell
5615 Potter Road
Matthews, NC  28104

R. Gordon and Lee Gooding, JTWROS
3401 Lanai Drive
San Ramon, CA  94582

R.G. Hinckley Company LLC
1284 Federal Heights Dr.
Salt Lake City, UT  84103

Randy Church
769 Villa Ridge Way
Sandy, UT  84070

Ray and Colleen Huffstickler
1881 Old Wilkesboro Road
Statesville, NC  28625

RDRW Gardner Family Rev Living Trust
c/o Mr. Ronald D. Gardner
2420 Fairway Dr.
Bountiful, UT  84010

Reda W. Jurney
116 Parlier Street
Statesville, NC  28625

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Rena K. Sargent (IRA Resources FBO)
204 Cone Drive
Liberty, SC  29657

Rene LeFrancois
1073 Tithin Hill Place
Riverton, UT  84065

Rexel Capitol Light
PO Box 418453
Boston, MA 02241-8453

Richard Wolfley
66 E. 2050 N.
Centerville, UT  84014

Richard G. and Elizabeth D. Propst
601 Weddington Rd.
Matthews, NC  28104

Richard Grenley
308 Ginger Court
San Ramon, CA  94583

Ricks Creek Limited
c/o Bob Steed
654 Ridgewood Circle
Farmington, UT  84025

RLC Real Estate LLC
c/o Ronald Craven
316 West 1465 North
Centerville, UT  84014

Rob and Sue Wright-Broughton
1707 Cypress Street
Brentwood, CA  94513

Robert and Sandra Ray
P.O. Box 318
Smartville, CA  95903-9318

Robert Antony Davis
Le Souleillat
Albas, France  46140
FRANCE

Robert Cashman
905 Dana Highlands Court
Lafayette, CA  94549

Robert H. Starnes
15237 Cabarrus Road
Charlotte, NC  28227

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

Roger J Brumwell
Po de Claudi Güell 20
Barcelona, Spain  08034

Roger Imes
1212 East Celesta Ave.
Spokane, WA  99202-2315

Ronald D. Gardner
2420 Fairway Dr.
Bountiful, UT  84010
Ronald D. Gardner

Rose B. Worley IRA Resources FBO
819 Old Rock Quarry Rd
Princeton, NC  27569

RPAI Southwwest Management LLC
15105 Collections Center Dr.
Chicago, IL 60693-5105

Russell Investments
Russell Investments
329 Stump Creek Rd.
Mooresville, NC  28117

Sam Gustafson
2498 Wrenhaven Lane
Salt Lake City, UT  84171

Santee Cooper
PO Box 188
Moncks Corner, SC 29461

SDGE
PO Box 2511
Santa Ana, CA 92799-5111

SEO What.com
207 Mapleridge Drive
Mankato, MN 56001

Sevier County Electric System
PO Box 4870
Sevierville, TN 37864

Sevier County Utility District
Department 1340
PO Box 2153
Birmingham, AL 35287-1340

Shailesh Redkar
Eduard-Bilz Strasse 44
Radebeul  Germany 01445
GERMANY

Shauna Beard
PO Box 553
Draper, UT  84020

Shelby Hawkins (IRA Resources FBO)
105 Queen Drive
Anderson, SC  29625

Shops at Mission Viejo LLC
7415 Solution Center
Chicago, IL 60677-7004

Sidney Alexander
104 Canterbury Dr.
Easley, SC  29642

Sidney Maughan
11641 Watson Rd.
Sandy, UT  84092

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

SPG Center, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Spring Haven Farms, LC
c/o Lynn Robbins
145 West 1600 North
Centerville, UT  84014

Sterling K. Jenson
568 S. 350 E.
Farmington, UT  84025

State of New Jersey - Division of Taxati
revenue Processing Center
PO Box 666
Trenton, NJ 08646-0666

Steven M. Pomerantz
182-20 Liberty Av
Jamaica, NY  11412

Stiftung fuer Lebensqualitaet
Falknerstrasse 3, P.O. 176
Basel, Switzerland
SWITZERLAND

Susan B. McGann
125 Ownes Beach Road Extension
Harbinger, NC  27941

Sustainable Solutions Group
Dept 40299
PO Box 740209
Atlanta, GA 30374-0209

Sutterfield Investments LLC
c/o Philip R. Sutterfield
2583 Silver Cloud Court
Park City, UT  84060

Taxware LLC
PO Box 347977
Pittsburgh, PA 15251-4977

Terry G. Rock
380 North 1225 East
Bountiful, UT 84010

The Brew 1998 Revocable Trust
c/o Cathleen E Brew
900 Enslen Ave
Modesto, CA 95350-5109

The Buckner Group
6550 S. Millrock Dr., Ste.300
Salt Lake City, UT 84121

The ELSIE MILLS Irrevocable Trust dated 6/10/200
6307 Scott Long Road
Indian Trail, NC  28079

The Kids Watch Company LLC
c/o Magnolia Financial, Inc.
PO Box 16807
Atlanta, GA 30321-0807

Time Warner Cable Inc.
PO Box 223085
Pittsburgh, PA 15251-2085

Tim Martin
1 Cote de Colline
Les Vardes, St. Peter Port
Guernsey, Channel Islands, UK  GY1 1BH
UNITED KINGDOM

Tom Grimm
1895 Stone Hollow Dr.
Bountiful, UT  84010

TSYS Merchant Solutions, LLC
1601 Dodge St.
Omaha, NE 68102

TWMB Associates, LLC
3200 Northline Avenue, Suite 360
Wilmington, NC 28407

TXU Energy
PO Box 650638
Dallas, TX 75265-0638

Uline
PO Box 88741
Chicago, IL 60680-1741

UPS Canada
PO BOX 4900, Station A
Toronto, ON M5W 0A7
CANADA

UTC
Bank of America
File #55976
Los Angeles, CA 90074-5976

Valley Fair
Bank of America
File # 55702
Los Angeles, CA 90074-5702

Verizon
PO Box 920041
Dallas, TX 75392-0041

Verizon Southwest
PO Box 920041
Dallas, TX 75392-0041

Victor A. Gamble
357 Chemin de la Rabine,
La Roque sur Pernes, France  84210

W. J. Byrnes & Co.
PO Box 280205
San Francisco, CA 94128-0205

Walter Rossi
282 Cherry Lane
Los Altos, CA  94022-2270

Washington State Department of Revenue
PO Box 34051
Seattle, WA 98124-1501

Waste Management of Canada Corporation
PO Box 4205, Station A
Toronto, ON M5W 5L4
CANADA

White & Associates, LLC
11639 S 700 E, Suite 220
Draper, UT 84020

Will Ascend LLC
1331 North Hidden Quail Cove
Farmington, UT  84025

William C. Thompson
2334 Jefferson Ave.
Gastonia, NC  28056

William F. Palmer
6740 Indian Knoll Road
Cumming, GA  30041

William J. Leffew
228 Harrison St.
Eden, NC  27288

William M. Davidson
10475 Medlock Bridge Road, Suite 820
Johns Creek, GA  30097

William M. Harris Jr.
15 Cleveland Street
Williamson, SC  29697

Woodrow L. Blanchard
4509 Blanchard Circle
Indian Trail, NC  28079

XO Communications
14239 Collections Center Drive
Chicago, IL 60693