*Order Prepared and Submitted by:*

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

*Proposed Local Counsel for the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: **NAARTJIE CUSTOM KIDS, INC.,** Debtor. | Bankruptcy Case No. 14-29666 WTT Chapter 11 Honorable William T. Thurman (Filed via ECF) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR**

---

Upon the application (the "**Application**") [Doc. 163] of the Official Committee of

Unsecured Creditors (the "**Committee**") of the above-captioned debtor and debtor in possession

(the "**Debtor**"), for an order pursuant to section 1103 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing them to retain and employ FTI Consulting, Inc., together with its wholly owned subsidiaries (collectively, "**FTI**") as financial advisor; and upon the Declaration of Conor Tully [Doc. 169] in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any adverse interest in connection with this case; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

      **ORDERED** that the Application be, and it hereby is, granted; and it is further

      **ORDERED** that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

      **ORDERED** that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as their financial advisor on the terms set forth in the Application; and it is further

      **ORDERED** that FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this court; and it is further

      **ORDERED** that, FTI is entitled to reimbursement of actual and necessary expenses, including legal fees related to this retention application and future fee applications as approved by the court; and it is further

**ORDERED** that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

---------------------------------------------END OF DOCUMENT------------------------------------------