*Prepared and Submitted By:*
Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       hunt.peggy@dorsey.com
       thomson.michael@dorsey.com
       armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 14-29666 |
|---|---|
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | Judge William T. Thurman |

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO MAKE CERTAIN INTERIM PAYMENTS TO ITS WHOLLY OWNED SUBISIDIARY, ZA ONE (PTY) LTD. PURSUANT TO 11 U.S.C. §§ 105 AND 363, AND FED. R. BANKR. P. 6004**

Upon the Motion[1] of the Debtor in the above-captioned Chapter 11 Case seeking, pursuant to sections 105 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court, for entry of an Order authorizing the Debtor to make certain interim payments to its wholly owned subsidiary, ZA One (Pty) Ltd. ("ZA One"). No objections to the Motion have been filed; the Official Committee of Unsecured Creditors provided an informal response to the Debtor and the issues raised have been resolved. Therefore, the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its estate and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given as demonstrated by the *Certificate of Service* for the Motion [Docket No. 214], and that no other or further notice is necessary; and no objections being filed; and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor is authorized to immediately transfer $50,000.00 to ZA One as a loan;

3. The Debtor is authorized to transfer the additional amount of $140,000.00 to ZA One as a loan on November 25, 2014, unless a formal objection to such transfer is filed by the Official Committee of Unsecured Creditors (the "Committee") on or before **November 24, 2014 at 4:00 p.m. Mountain Time**.

---

[1] Docket No. 198. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

4. If an objection is timely filed by the Committee, a hearing on the objection will be conducted before this Court on **November 25, 2014 at 2:00 p.m. Mountain Time**.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. To the extent applicable, the requirements of Bankruptcy Rule 6004(h) are hereby waived and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____End of Order_____