*Prepared and Submitted by:*

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  dleigh@rqn.com

*Local Counsel for the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re: | |
|---|---|
| **NAARTJIE CUSTOM KIDS, INC.,** | Bankruptcy Case No. 14-29666 WTT |
| Debtor. | Chapter 11 |
| | Honorable William T. Thurman |
| | (Filed via ECF) |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1102(B)(3)(A) AND 1103(C) FOR AN ORDER CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION UNDER BANKRUPTCY CODE SECTION 1102(B)(3)(A)**
_____

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § § 1102(B)(3)(A) and 1103(C) for an Order Clarifying Its Requirement to Provide Access to Information Under Bankruptcy Code Section 1102(B)(3)(A)* (the

1303638

"**Motion**") [Docket No. 197], filed on October 24, 2014, by the Official Committee of Unsecured Creditors (the "**Committee**") of Naartjie Custom Kids, Inc. (the "**Debtor**"), and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. § § 1408 and 1409; and it appearing that no other or further notice need be provided, and no objections to the Motion having been filed, and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. The relief requested in the Motion is **GRANTED**.

2. The Committee, its professionals, and its members and their respective agents, representatives, advisors, and counsel are not required to disseminate Confidential Information or Privileged Information (as both terms are defined in the Motion) to unsecured creditors. The Committee is authorized to withhold Confidential Information and Privileged Information.

3. The Committee is deemed to have satisfied its duties under the "comment solicitation" prong of Section 1102(b)(3) of the Bankruptcy Code by means of a link to a web page posted on, and accessible via, Committee counsel's existing internet site, www.pszjlaw.com/naartjie.html.

4. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

-----------------------------------------------END OF DOCUMENT-------------------------------------------