# ORIGINAL TRANSCRIPT

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In the matter of NAARTJIE CUSTOM KIDS, INC., <br><br> Debtor. | ) HEARING ON MOTION FOR <br> ) POST-PETITION <br> ) FINANCING <br> ) <br> ) <br> ) Case No. 14-29666 <br> ) <br> ) Judge Marker <br> ) |

### TRANSCRIPT FROM ELECTRONIC RECORDING

September 17, 2014 * 11:05 a.m.

Transcribed: November 19, 2014

Reporter: Ashley Money, RPR
Notary Public in and for the State of Utah





236 South 300 East
Salt Lake City, Utah 84111

PH: 801.532.3441    FAX: 801.532.3414    TOLL FREE: 877.532.3441

1                    A P P E A R A N C E S

2    FOR THE DEBTOR:

3              Annette W. Jarvis
              Michael F. Thomson
4              Jeffrey M. Armington
              DORSEY & WHITNEY
5              Attorneys at Law
              136 South Main Street
6              #1000
              Salt Lake City, Utah  84101
7              Tel:  (801) 933-7360
              Fax:  (801) 933-7373
8              email:  Jarvis.annette@dorsey.com
              email:  Thomson.michael@dorsey.com
9              email:  Armington.jeff@dorsey.com

10   FOR SALUS CAPITAL PARTNERS:

11             Kenneth L. Cannon, II
              Jeffrey Wolf
12             DURHAM, JONES & PINEGAR
              Attorneys at Law
13             111 East Broadway
              #900
14             Salt Lake City, Utah  84111
              Tel:  (801) 415-3000
15             Fax:  (801) 415-3500
              email:  Kcannon@djplaw.com
16
     FOR TARGET EASE INTERNATIONAL:
17
              Mona L. Burton
18             HOLLAND AND HART
              Attorney at Law
19             222 South Main Street
              #2200
20             Salt Lake City, Utah  84101
              Tel:  (801) 799-5822
21             Fax:  (801) 799-5700
              email:  Mburton@hollandhart.com
22

23

24

25

1               A P P E A R A N C E S (Cont.)

2    FOR UNITED STATES TRUSTEE:

3               Peter J. Kuhn
                John T. Morgan
4               UNITED STATES TRUSTEE
                Attorneys at Law
5               405 South Main Street
                #300
6               Salt Lake City, Utah  84111
                Tel:  (801) 524-5105
7               Fax:  (801) 524-5628
                email:  Peter.j.kuhn@usdoj.gov
8               email:  John.t.morgan@usdoj.gov

9    FOR GENERAL GROWTH PROPERTIES:

10              Tyler M. Hawkins
                BALLARD SPAHR
11              Attorney at Law
                201 South Main Street
12              #800
                Salt Lake City, Utah  84111
13              Tel:  (801) 531-3030
                Fax:  (801) 531-3001
14              email:  Hawkinst@ballardspahr.com

15              Dustin P. Branch
                KATTEN, MUCHIN & ROSENMAN
16              Attorney at Law
                2029 Century Park East
17              Suite 2600
                Los Angeles, California  90067-3012
18              Tel:  (310) 788-4420
                Fax:  (310) 712-8271
19              email:  Dustin.branch@kattenlaw.com

20

21

22

23

24

25

1                    P R O C E E D I N G S

2

3            THE CLERK:  All arise.  Court resumes its

4     session.  Please be seated.

5            THE COURT:  Good morning.  Please call the

6     calendar.

7            THE CLERK:  This is in the matter of

8     Naartjie Custom Kids.

9            THE COURT:  Can I get appearances, please.

10            MS. JARVIS:  Your Honor, Annette Jarvis,

11     Mike Thomson, and Jeff Armington for the debtor in

12     possession for proposed counsel --

13            THE COURT:  I need you to speak up,

14     Ms. Jarvis.  Thank you.

15            MS. JARVIS:  Okay.  Should I go up here?

16     All right.

17            THE COURT:  Yeah.

18            MS. JARVIS:  Your Honor, Annette Jarvis,

19     Mike Thomson, and Jeff Armington from Dorsey and

20     Whitney as proposed counsel for the debtor in

21     possession.

22            THE COURT:  Thank you.

23            MR. CANNON:  Your Honor, Kenneth Cannon

24     and Jeff Wolf representing Salus Capital Partners.

25            THE COURT:  All right.  How are we

1    pronouncing that?

2            MR. CANNON:  The way that people from

3    Boston pronounce it, your Honor, is Salus.

4            THE COURT:  Thank you.

5            MS. BURTON:  Mona Burton on behalf of

6    Target Ease International.

7            MR. KUHN:  Peter Kuhn, John Morgan for the

8    United States Trustee.

9            MR. HAWKINS:  Tyler Hawkins on behalf of

10   General Growth Properties, also local counsel for

11   Macerich and Westfield.  But I understand that lead

12   counsel, Dustin Branch, is also on the phone, so I

13   believe he's making an appearance as well.

14           MR. BRANCH:  That's correct, your Honor.

15   Dustin Branch from Katten, Muchin, Rosenman, LLP on

16   the phone on behalf of Westfield, LLC and the

17   Macerich Company.

18           THE COURT:  Thank you.  All right.  We've

19   got a motion and an order that nobody's really had a

20   chance to spend a lot of time with, so -- one thing

21   we didn't get to the other day was an explanation of

22   Salus loan -- Salus?  Did I say it right?

23           UNIDENTIFIED MAN:  Salus, your Honor.

24           THE COURT:  Salus.  Okay.  I'm going to

25   write that down with a long A.  So the papers made it

1    look like it was an October loan for about
2    $4 million, and there was no description of why the
3    company borrowed the money at that time and what the
4    money was used for.
5              Do we have somebody who can describe that
6    for us?  Did it replace an existing facility?  Was it
7    new money?  And if it was new money, where did it go?
8              MR. WOLF:  Your Honor, Jeff Wolf on behalf
9    of Salus Capital Partners.  The loan was made by
10   Salus.  It was new money.  It was not to refinance
11   any old debt.  It was to be used by the company for
12   working capital purposes.
13             THE COURT:  Okay.  That's your client's
14   understanding?
15             MR. WOLF:  Correct.
16             THE COURT:  Now, from the debtor's
17   perspective, what was it used for?
18             MS. JARVIS:  My understanding, your Honor,
19   is it was used for working capital purposes and what
20   happened at --
21             THE COURT:  It didn't buy a boat
22   somewhere?
23             MS. JARVIS:  No.
24             THE COURT:  Okay.
25             MS. JARVIS:  It was inventory purchases,

1   payment of leases, you know, the operations of the

2   company.  And the company, because of a variety of

3   circumstances, including some unprofitable stores,

4   you know, the general kind of economic condition,

5   came to a point where it needed additional working

6   capital as well as coming up to a point where this

7   short-term loan became due.  And that's why we're

8   here today.

9               THE COURT:  Okay.  So taking a look at a

10  year ago or 11 months ago, so where we are now -- so

11  I'm assuming there wasn't a large obligation to

12  Target Ease at that time.

13              MS. JARVIS:  I'm not certain, your Honor,

14  but I -- I believe that some of the -- I mean,

15  clearly, because I think the annual purchase from

16  Target Ease of inventory is about 15.5 million a

17  year.  I assume that part of this was used for

18  either, you know, ship -- you know, goods in transit

19  or goods that, you know, had been shipped.

20              THE COURT:  Over time.  But what I'm

21  trying to get at is -- so there's 3 million,

22  according to papers, owed to Ms. Burton's client at

23  this point, and he's not happy, and there's 4 million

24  outstanding to Salus.

25              So does that mean the company has gone in

1   the hole $7 million, using very rough math, over the

2   last 11 months?

3            MS. JARVIS:  I think -- I mean, yeah.  I

4   believe that's -- yeah, that is -- that is -- yeah,

5   the obligation side, that's right.  And, you know,

6   the asset side, there's, you know, 8 million in

7   inventory about now, or approximately that, and then,

8   you know, whatever other assets they have, the

9   leaseholds, the -- you know, the South African

10  company that they own the stock in, the IP.

11           THE COURT:  Okay.  So that -- that change

12  in the amount of cash coming in and where the company

13  is now, you know, when you look at the cash

14  collateral balance sheet, did -- was that cash

15  used -- like did they double -- did the company

16  double its inventory between October of 2013 and now

17  or is it just -- did that money get used up in losses

18  instead of increasing inventory?

19           MS. JARVIS:  Yeah.

20           THE COURT:  Any idea?

21           MS. JARVIS:  Yeah.  I'm not certain, your

22  Honor.  My guess would be it would be a combination

23  of that, both replacement inventory and dealing with

24  losses.  I know that the company knew by January that

25  they were heading into financial problems.

1    They engaged an investment banker at that

2    time.  They began to look for options.  So this has

3    been a -- this is not a sudden, you know, trying to

4    find some way out.  It's been since January that

5    they've been trying to find some solution to this

6    problem.

7    And that process generated only one offer

8    from Victory Park.  They -- we went down that road

9    with the company, but that, as you know, ultimately

10   failed.

11   THE COURT:  All right.  And Mr. Nerland

12   was put in place for his expertise in these types of

13   situations or because there was a fiduciary problem

14   with prior management?

15   MS. JARVIS:  No.  It was for his

16   expertise.  He was brought in on August 4th as we

17   went down this pathway with our one, you know,

18   bidder/financer, Victory Park, to help in bringing

19   that transaction to -- to fruition and for his

20   expertise in the retail industry so that the -- the

21   current CEO, Glenn Woods, could continue to operate

22   the company while the problems were dealt with by

23   someone experienced in dealing with those problems.

24   THE COURT:  All right.  And so to your

25   knowledge as company counsel, there's no allegations

1    of any wrongdoing on prior management?

2                MS. JARVIS:  No, none to my knowledge.

3                THE COURT:  Okay.  And who has done what

4    due diligence on Salus's pre-petition documents?

5                MS. JARVIS:  I believe this was done by

6    the company and by Mr. Nerland.  We also were, you

7    know, aware of this transaction, meaning -- so some

8    of it was done by Dorsey, some of it would have been

9    done by the company and by Mr. Nerland.

10               THE COURT:  I'm just trying to find out --

11   there are some waivers in these documents.

12               MS. JARVIS:  Yeah.

13               THE COURT:  What was done to support --

14   was that done on an informed basis?

15               MS. JARVIS:  Yes.

16               THE COURT:  Or is it just we don't have

17   any other choice so --

18               MS. JARVIS:  Combination of both.  And,

19   your Honor, the -- the carveout or the -- the waiver

20   is not, you know, applicable to anyone but the

21   debtor.  So it's very clear that the amount, the

22   priority, the security, everything can be challenged

23   by other parties.

24               THE COURT:  And the --

25               MS. JARVIS:  So this is --

1           THE COURT:  Okay.  Since you brought that
2    up, there's one question I have on the language.  All
3    right.  And on the -- let's see.  So the order that
4    was uploaded this morning is docket number 50, the
5    revised form of the interim order at the --
6           MS. JARVIS:  Yes, that's correct.
7           THE COURT:  -- bottom paragraph of page 6.
8    This is paragraph E(iii).  It says, "The debtor for
9    itself and its estate only."
10          MS. JARVIS:  Yes.
11          THE COURT:  And then that's replaced --
12   and I'm sorry again, but I haven't had time to
13   connect all the dots.  There's a provision for
14   "challenge parties later on," which would include a
15   Chapter 11 trustee.
16          But if the debtor is waiving, for example,
17   certain claims it may have against Salus for itself
18   and the estate, but a possible future Chapter 11
19   trustee may challenge but the estate's already waived
20   any right to challenge, what's the trustee doing?  Is
21   that -- am I -- am I nitpicking there or --
22          MS. JARVIS:  I think that's a valid
23   question based on the language, but I think our
24   understanding is -- and Mr. Wolf can speak as well --
25   is that there is no waiver at all that applies to a

1    subsequent Chapter 11 trustee, an examiner, estate,

2    you know, representative, a committee, you know, or

3    other parties.  It's only the debtor that is bound by

4    this.

5                And we actually just discussed with U.S.

6    Trustee, making it clear in paragraph 33 and 34,

7    which deals with the reservation of rights of these

8    other parties, that the committee and any subsequent,

9    you know, Chapter 11 trustee, examiner, estate

10   representative, or Chapter 7 trustee would have

11   45 days after appointment -- that's one of the

12   changes we would propose after discussing this -- to

13   challenge the secured lender's claim and priority and

14   amount, et cetera.

15               THE COURT:  Okay.  And you can stay there,

16   please.

17               Mr. Wolf, is it your understanding that

18   your client is -- you may remain seated so I can hear

19   you.  Just get the microphone up there nice and snug.

20               Is it your understanding that your client

21   has a first priority lien on the debtor's assets?

22               MR. WOLF:  Yes, your Honor, that is my

23   understanding.

24               THE COURT:  Okay.  And so the priming

25   provision in the documents for this million dollar

1    facility is -- would prime its own lien, but, to your

2    knowledge, does not prime anybody else because there

3    is nobody else?

4              MR. WOLF:  No.  I believe that there

5    are -- there are -- there is some insider debt that

6    is behind us that -- that is secured, but it's

7    subject to a subordination agreement behind us where

8    we're contractually able to layer in new debt on top

9    of them.

10             THE COURT:  All right.  Who's the insider

11   debt?

12             MS. JARVIS:  I think there are three

13   holders of this subordinated -- well, secured

14   convertible debt.  They have been noticed because

15   they are -- they have representatives on the board of

16   the company.

17             THE COURT:  Do you know who they are?

18             MS. JARVIS:  Yes.  There's -- sorry.

19   Nogales Investors, Epic -- I think it's Venture

20   Capital, Brent Bishop.

21             THE COURT:  Brent -- I'm sorry?

22             MS. JARVIS:  Brent Bishop.

23             THE COURT:  All right.  And the

24   approximate amount of their claims?

25             MS. JARVIS:  Ten million, your Honor.

1          THE COURT:  Which would mean that we're
2    starting out with an insolvent estate.
3          MS. JARVIS:  Meaning that there's --
4          THE COURT:  Just from a secured debt
5    basis.
6          MS. JARVIS:  Yeah.  Right.  Right.  Right.
7    Without change in -- or without any challenge to that
8    capital structure, yes.
9          THE COURT:  Without any change.  What does
10   that --
11         MS. JARVIS:  Well, I mean -- in other
12   words, there is -- there is the right for parties,
13   the unsecured creditors committee, to, you know,
14   challenge, you know, both of this -- I mean, the
15   tiers of secured debt.
16         You know, we believe that the -- the debt
17   by Salus, or Salus, is fully secured.  We agreed to
18   that.  There has been nothing stated with respect to
19   the secured convertible debt, meaning that is an
20   issue, I assume, your Honor, that is going to be --
21         THE COURT:  Yeah.  And I apologize for all
22   these questions, but in a hearing like this -- I
23   mean, part of it is just doing discovery on the fly,
24   trying to figure out what's going on in the case.
25         MS. JARVIS:  Yeah.

1          THE COURT: So I'm not accusing anybody of
2     anything.  I'm just trying to get some of the facts
3     out.
4          MS. JARVIS: And I apologize, your Honor,
5     because we have been rapidly trying to put this
6     together, and this has been a rapid education for us,
7     too.
8          THE COURT: Yes.  And so to your
9     knowledge -- and Nogales and Mr. Bishop and the third
10    party have knowledge of the priming --
11          MS. JARVIS: Yes.
12          THE COURT: -- provision and are not
13    objecting?
14          MS. JARVIS: Yes.  They were noticed and
15    they did not object.  And they were also informed --
16    their board representatives were also informed of
17    this.
18          THE COURT: All right.  The budget that's
19    attached to the motion, can we take a look at that?
20    Have you checked with Judge Thurman's chambers for a
21    possible final date on this motion?
22          MS. JARVIS: Yes.  We received a date of
23    October 1st.
24          THE COURT: The same date as the other
25    hearing.

1      MS. JARVIS:  Yes.  Yes.

2      THE COURT:  Okay.  At 10:00?

3      MS. JARVIS:  Yes.

4      THE COURT:  All right.  So this interim

5  order would cover that period?

6      MS. JARVIS:  Yes.

7      THE COURT:  So is -- is the company -- on

8  the budget there's a line item for U.S. Customs.  Is

9  that replacement inventory?

10      MS. JARVIS:  No, your Honor.  That is

11  actually -- it is a priority tax claim that is paid,

12  you know, on -- on inventory as it comes in or has,

13  you know, come in in the recent past as well as a --

14  kind of an annual fee that is paid to the taxing

15  authority.

16      And I can tell you the reason why this was

17  included is just because this was a priority tax

18  obligation that would need to be paid.  And there was

19  some concern that if it wasn't paid there would be

20  some, you know, possible personal liability of the

21  company officers and directors; and it was,

22  therefore, included in here in agreement with Salus.

23      THE COURT:  I guess that's why the sales

24  tax is in there as well.

25      MS. JARVIS:  Yeah.

1          THE COURT:  Is there any provision in this
2     first two weeks for any replacement inventory?
3          MS. JARVIS:  No, I don't believe so.
4          THE COURT:  Right.
5          MS. JARVIS:  We obviously have some goods
6     in transit --
7          THE COURT:  Well, that's what I'm --
8          MS. JARVIS:  Yeah.
9          THE COURT:  That's the next question.  Is
10    there stuff sitting on the dock in Long Beach that
11    hasn't been paid for that's just sitting there?
12         MS. JARVIS:  I don't believe there is
13    currently.  There will be.  We certainly will have
14    further discussions about that.  And it could be that
15    depending on how things go that we'll ask for some
16    modification, but currently there's nothing in here
17    to pay for inventory, new inventory.  That will
18    depend, your Honor.
19         We -- as part of the milestones in here,
20    we are required by Monday to file a motion with this
21    Court to -- and we have a hearing date for
22    October 3rd -- to enter into an agency agreement for
23    basically a liquidator of the inventory.  And my --
24         THE COURT:  And have you identified
25    somebody to do that?

1        MS. JARVIS:  We have been negotiating with

2   someone, and we expect that we will have that agreed

3   to or a stalking-horse contract in place before

4   Monday.

5        THE COURT:  All right.  Mr. Wolf, you

6   wanted to weigh in?

7        MR. WOLF:  Your Honor, if I might.

8   Ms. Jarvis is correct; the debtor is in the process

9   of investigating a stalking-horse bid for -- with a

10  liquidator that will come in and run liquidation

11  sales at the debtor's stores.

12        And until we have that bid and have fully

13  investigated what that will look like -- and that's

14  the collective "we," the secured lender as well as

15  the debtor -- we don't know whether it makes sense to

16  bring in additional inventory because the liquidation

17  bid may well be less than a hundred cents on the

18  dollar for the inventory and so it wouldn't make

19  sense for the debtor to be spending hundred cent

20  dollars to buy -- bring in inventory only to turn

21  around and effectively sell it to a liquidator for,

22  say, 60, 70, $0.80 on the dollar.

23        So it may be that in this transaction with

24  a liquidator that the -- that the liquidator may want

25  to bring those goods in and may have the opportunity

1   to bring those goods in and we will be asking the

2   Court for the ability to -- to do that if it makes

3   sense in the context of the liquidation model.

4           THE COURT: All right.

5           MS. JARVIS: Right. Your Honor, we'll

6   look at it and see if there's some profit in there

7   for the estate; and if not, then we won't be asking

8   for money to buy new inventory.

9           THE COURT: Have you -- what kind of

10  progress have you made on schedules?

11          MS. JARVIS: I think we are on track to

12  get them filed within the required date. We want to

13  get them on file as quickly as possible. We've been

14  working on them because we realize that this is going

15  rapidly and, therefore, we need to get those

16  schedules on file. So we --

17          THE COURT: And do you have in mind some

18  general numbers for claims other than Salus and

19  Target Ease, which are large? And I -- we'll avoid

20  for the time being any rejection damages claims or

21  anything like that, but just trade debt and taxes.

22          MS. JARVIS: I don't think there's a lot

23  because I think if -- I mean, Target Ease was the

24  major supplier of the company; so other than the

25  rent, you know, obligations to leases, there is

1    minimal beyond on what's owed Target Ease.

2                THE COURT: All right. And, Ms. Burton,

3    have you had a chance to take -- talk to your client

4    about whether its claim is -- is there any security

5    for that $3 million figure?

6                MS. BURTON: I was just retained

7    yesterday, your Honor. If I may remain seated --

8                THE COURT: Yes.

9                MS. BURTON: I think you can hear me

10   better.

11               My client's in Hong Kong. The people I

12   deal with do speak a good bit of English. They are

13   unfamiliar completely with the bankruptcy process in

14   the United States. I have only had two very short

15   conversations with them.

16               I believe there is no collateral. I

17   believe there are no guarantors. There is a shipment

18   on its way to the Port of Oakland which will arrive,

19   we believe, before the end of this month.

20               Under the terms of the contract, the -- a

21   payment of $1.67 million would have to be made to the

22   freight forwarder for the goods to be released to the

23   debtor.

24               MS. JARVIS: I might add, your Honor, that

25   we did -- when we filed our list of 20 largest

1   unsecured creditors on the petition date, that's

2   probably most of what there is in unsecured debt.

3           THE COURT: All right.  That's helpful.

4   Thank you.

5           All right.  Those are my preliminary

6   questions.  Anybody else right now?  Mr. Morgan?  No?

7   Anything you want to hear?

8           MR. MORGAN:  Not beyond what the Court has

9   already asked, your Honor.

10          THE COURT:  All right.  Ms. Burton,

11  anything you want to hear?

12          MS. BURTON:  Well, I would certainly like

13  to know that --

14          THE COURT:  I'm not treating this as a

15  traditional contested matter because of the expedited

16  nature, so --

17          MS. BURTON:  I understand, your Honor.

18  And I realize that the debtor and the lender are

19  trying to put things together quickly.  I was -- like

20  I say, I was only retained late yesterday.  I still

21  do not know a lot.

22          I am a little concerned that with my

23  client owed as much money as it is that it may end up

24  faced with a demand for turnover of inventory without

25  payment even though the contract requires that the

1  payment be made before the inventory is transferred
2  at the Port of Oakland.
3           And I don't know -- and I have not had a
4  chance, because of the 10:30 hearing I had before,
5  your Honor -- and preparation for that -- I have not
6  had a chance to review the order.  I don't know if
7  there are any provisions in there that might
8  prejudice my client in that regard.
9           So if the debtor's in a position to say
10 the order does not require turnover of the inventory
11 without payment, that would be helpful.
12          THE COURT:  It doesn't address that issue
13 at all?
14          MS. JARVIS:  No.
15          MS. BURTON:  Thank you.
16          THE COURT:  Mr. Hawkins?
17          MR. HAWKINS:  No.  I have nothing.
18          THE COURT:  All right.
19          MS. JARVIS:  And we did also have some
20 correspondence with the landlords, which is why we
21 made sure in the order that the -- the DIP lien
22 applies only to the proceeds of the leases, not to
23 the leaseholds themselves.  So that was done in
24 writing.
25          THE COURT:  And for the landlords who are

1  listening, were all of the -- as far as you know,

2  Mr. Nerland, all of the leases paid on September 1st?

3          MR. Nerland:  They [indeterminable].

4          THE COURT:  They were not paid -- none of

5  them?

6          MR. Nerland:  Some were, some were not.

7          THE COURT:  Okay.  All right.  And we've

8  got other payments due October 1st?

9          MR. Nerland:  Correct.

10          THE COURT:  And does the budget cover

11  October 1st rent?

12          MR. Nerland:  Yes.  And the budget also

13  covers the stub -- the post-petition stub period for

14  all -- for the stores that weren't paid.

15          MS. JARVIS:  And, your Honor, I also might

16  say the company has been pretty much in daily

17  conversation with Target Ease.  Obviously, we tried

18  to come in here to -- you know, to have a DIP to pay

19  them and to continue in business that failed.

20          So there have been, you know -- I mean,

21  they are informed by the company of -- have been

22  pretty much on a day-to-day basis as to what's going

23  on.

24          THE COURT:  Okay.  All right.  Well, those

25  are the questions I had about the budget and about

1    the interim relief request.

2           And I see that there's a -- yet a third

3    form of the order that hasn't been filed yet,

4    correct?

5           MS. JARVIS:  Right.  Well, there are

6    actually a couple things -- just right before we

7    discuss, there is one request -- I mean, we -- we

8    filed the -- the wrong form of order last night.  We

9    replaced it by the right form of order and provided

10   everyone with redlines this morning.

11          There was one other clarification that

12   I -- that was requested by Salus --

13          THE COURT:  Well, the -- I'm sorry.  The

14   redline that I got, is that between docket 49 and 50

15   or between 50 and is as yet unfiled order?

16          MS. JARVIS:  No.  It's between 49 and 50.

17          THE COURT:  Okay.

18          MS. JARVIS:  Yeah.  Just so everyone could

19   see quickly, if they had reviewed the old order, what

20   was changed.

21          THE COURT:  All right.

22          MS. JARVIS:  We do have a couple other

23   changes that have been requested by the parties.  As

24   we discussed with the U.S. Trustee in paragraph 33,

25   we will make it clear that in defining, you know, a

1    trustee appointed in the Chapter 11 case and in the

2    successor case, an examiner or estate representative,

3    that they will all be defined to fit in the category

4    that -- along with the statutory committee -- that

5    now provides in Romanette -- or A(ii) at the end of

6    this paragraph on page 35 -- that they will be

7    allowed to have 45 days after the appointment to

8    challenge Salus's loan and amount, priority, et

9    cetera.

10             So that -- that will be clarified because

11   it only dealt with the statutory committee and didn't

12   have a period.  So it's been extended by 45 days in

13   agreement with Salus and also to include the other

14   estate representatives that might come up.

15             We also had one other change.  And this,

16   actually, is on -- I think this is on a second

17   redline.  And I apologize, your Honor.  It just

18   was -- we're doing this quite rapidly.  If I can hand

19   this up to your Honor if this is helpful -- no.

20   Okay.

21             In paragraph, it would be -- of the order,

22   so in (a), when we're defining --

23             THE COURT:  I'm sorry.  What paragraph?

24             MS. JARVIS:  (a), the very, very first --

25   on page 2 of the order.  It's just a change to make

1    clear that the definition of credit agreement
2    includes the DIP term sheet as well as the ultimate
3    debtor in possession credit agreement.
4             So there's a few just word changes just
5    clarifying that when we refer to DIP credit
6    agreement, we're dealing with both the -- the term
7    sheet in the interim and then the ultimate credit
8    agreement which has to be filed five days after the
9    order is entered.
10            THE COURT: All right.
11            MS. JARVIS: We also had one other request
12   from Salus, and that is in some instances it's --
13   it's been -- they have a right under their
14   pre-petition credit agreement to issue notice of
15   dominion over our bank accounts. This order gives
16   them the right to -- to issue that as part of this
17   DIP credit agreement in order to take control over
18   the cash.
19            In some instances when those are filed on
20   banks, there's been a delay and they just freeze it
21   and do nothing for a while. So we have ran it by the
22   parties here to add in a paragraph that would just
23   make it clear that the banks shall take this order
24   as -- as allowing them, directing them, to release
25   the cash in accordance with this order.

1          THE COURT: All right.

2          MS. JARVIS: And then finally, your Honor,

3    there was in -- I think it's paragraph three on page

4    12 -- let's see.  I just wanted on the record to put

5    a clarification in here.  There are references, if

6    you look at the top of page 13, to various fees,

7    unused facility -- or facility fees, continuing

8    commitment fees, monitoring exit fees, et cetera.  We

9    asked for clarification.

10         While we didn't change this language, we

11   did ask Salus for clarification that there are no

12   extra fees other than the exit fee, the one percent

13   exit fee, that are incurred as part of this DIP

14   financing.  And perhaps Mr. Wolf would just like to

15   speak to that.

16         MR. WOLF: Your Honor, Jeff Wolf on behalf

17   of Salus Capital Partners.  That is confirmed.  The

18   only fee that's going to be charged in connection

19   with this DIP is the one percent exit fee on the

20   million dollar commitment.

21         But I just do want to make clear that

22   there are the normal day-to-day fees, such as wire

23   charges, if there's an appraisal charge that's not --

24   those are all third party out-of-pocket costs and

25   expenses but they're not fees.

1     MS. JARVIS: That's our understanding as

2  well, your Honor.

3     THE COURT: All right. The professional

4  fee escrow funding, it mentions Dorsey

5  [indeterminable] his -- there's no employment --

6     MS. JARVIS: No. They --

7     THE COURT: -- pleadings on them.

8     MS. JARVIS: Right. They will be filing

9  one shortly as 327(e) counsel to assist, because of

10  their expertise in this auction, for a short period

11  of time with respect to the inventory. So that is in

12  anticipation of that, and I expect that that will be

13  on file in the next day or two.

14     THE COURT: And who's SCP?

15     MS. JARVIS: Sierra Capital -- yeah,

16  Sierra Capital Constellation. This is Jeff Nerland's

17  group that has been operating -- or been the CRO for

18  the company.

19     THE COURT: All right. That's 20,000

20  [indeterminable]. Is that -- that's Mr. Nerland and

21  who else?

22     MS. JARVIS: He has another associate that

23  works with him on this, too. I think it's William

24  White. William White.

25     THE COURT: All right. Ms. Burton needs

1  some time.

2         Mr. Kuhn, Mr. Morgan, do you need more

3  time to go over the order?

4         MR. KUHN:  It would be helpful your Honor,

5  yes.

6         THE COURT:  All right.

7         MS. BURTON:  Your Honor, if I may, I -- I

8  think they're doing a redline based upon the changes

9  they've discussed this morning before.  That would be

10  helpful if they could circulate that for our review.

11         THE COURT:  All right.  So what I'm -- I

12  guess what I'm asking is do you want to sit here and

13  grind through it or I can approve the interim relief

14  request that's subject to endorsements of the final

15  form of order?

16         MS. BURTON:  I'm fine with that.

17         UNIDENTIFIED MAN:  Fine with that, your

18  Honor.

19         THE COURT:  All right.  And as well, on

20  the U.S. Trustee side, I'm still waiting for

21  endorsements on the first day orders before I sign

22  them.  I did get endorsements from Salus.

23         MR. KUHN:  We're close.  I need to look at

24  one order.  The rest are all acceptable, and we'll

25  have that out --

1          THE COURT: And I just want to let you

2     know I was waiting, so -- okay.

3          All right. Anybody else wish to be heard?

4     All right. Well, it's an expedited hearing, but the

5     relief requested is appropriate under the

6     circumstances; and I'll grant interim relief subject

7     to endorsements by the U.S. Trustee, Salus, and

8     Target Ease on the final form of order, with a

9     hearing to be held before Judge Thurman.

10         If you'll fill in those dates as well in

11    page -- on paragraph 46, the date and time of the

12    hearing before Judge Thurman, and then I'll sign that

13    when I get the endorsements. All right?

14         MS. JARVIS: Thank you, your Honor. We do

15    appreciate you allowing us to come before you today.

16         THE COURT: Oh, you're welcome. I --

17    what's that old movie saying? Who is it, Betty --

18    "Fasten your seatbelts; you're in for a bumpy ride,"

19    something like that.

20         MS. JARVIS: It's been bumpier than we

21    thought.

22         THE COURT: Thank you for your time.

23         MS. JARVIS: Thank you, your Honor.

24         THE CLERK: All arise.

25         (Hearing concluded at 11:39 a.m.)

## REPORTER'S CERTIFICATE

STATE OF UTAH          )
                       )  ss.
COUNTY OF SALT LAKE    )

         I, Ashley Money, Registered Professional Reporter and Notary Public in and for the State of Utah, do hereby certify:

         That on November 18, 2014, I transcribed an audio recording at the request of Mona Burton;

         That the testimony of all speakers was reported by me in stenotype and thereafter transcribed, and that a full, true, and correct transcription of said testimony is set forth in the preceding pages, according to my ability to hear and understand the tape provided;

         That the original transcript was sealed and delivered to Mona Burton for safekeeping.

         I further certify that I am not kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the outcome thereof.

         WITNESS MY HAND this 20th day of November, 2014.


                         _____
                         Ashley Money, RPR
                         Notary Public
                         Residing in Salt Lake County,
                         Utah

**$**

**$0.80** [1] 18:22
**$1.67** [1] 20:21
**$3** [1] 20:5
**$4** [1] 6:2
**$7** [1] 8:1

**1**

**10:00** [1] 16:2
**10:30** [1] 22:4
**11** [7] 7:10 8:2 11:15,18 12:
  1,9 25:1
**11:39** [1] 30:25
**12** [1] 27:4
**13** [1] 27:6
**15.5** [1] 7:16
**1st** [4] 15:23 23:2,8,11

**2**

**2** [1] 25:25
**20** [1] 20:25
**20,000** [1] 28:19
**2013** [1] 8:16

**3**

**3** [1] 7:21
**327(e** [1] 28:9
**33** [2] 12:6 24:24
**34** [1] 12:6
**35** [1] 25:6
**3rd** [1] 17:22

**4**

**4** [1] 7:23
**45** [3] 12:11 25:7,12
**46** [1] 30:11
**49** [2] 24:14,16
**4th** [1] 9:16

**5**

**50** [4] 11:4 24:14,15,16

**6**

**6** [1] 11:7
**60** [1] 18:22

**7**

**7** [1] 12:10
**70** [1] 18:22

**8**

**8** [1] 8:6

**A**

**A(ii** [1] 25:5
**a.m** [1] 30:25
**ability** [1] 19:2
**able** [1] 13:8
**acceptable** [1] 29:24
**accordance** [1] 26:25
**according** [1] 7:22
**accounts** [1] 26:15
**accusing** [1] 15:1
**actually** [4] 12:5 16:11 24:
  6 25:16
**add** [2] 20:24 26:22
**additional** [2] 7:5 18:16
**address** [1] 22:12
**African** [1] 8:9
**agency** [1] 17:22
**ago** [2] 7:10,10
**agreed** [2] 14:17 18:2
**agreement** [10] 13:7 16:
  22 17:22 25:13 26:1,3,6,8,
  14,17
**allegations** [1] 9:25
**allowed** [1] 25:7
**allowing** [2] 26:24 30:15
**already** [2] 11:19 21:9
**amount** [5] 8:12 10:21 12:
  14 13:24 25:8
**Annette** [2] 4:10,18
**annual** [2] 7:15 16:14
**another** [1] 28:22
**anticipation** [1] 28:12
**anybody** [4] 13:2 15:1 21:
  6 30:3
**apologize** [3] 14:21 15:4
  25:17
**appearance** [1] 5:13
**appearances** [1] 4:9
**applicable** [1] 10:20
**applies** [2] 11:25 22:21
**appointed** [1] 25:1
**appointment** [2] 12:11
  25:7

**appraisal** [1] 27:23
**appreciate** [1] 30:15
**appropriate** [1] 30:5
**approve** [1] 29:13
**approximate** [1] 13:24
**approximately** [1] 8:7
**arise** [2] 4:3 30:24
**Armington** [2] 4:11,19
**around** [1] 18:21
**arrive** [1] 20:18
**asset** [1] 8:6
**assets** [2] 8:8 12:21
**assist** [1] 28:9
**associate** [1] 28:22
**assume** [2] 7:17 14:20
**assuming** [1] 7:11
**attached** [1] 15:19
**auction** [1] 28:10
**August** [1] 9:16
**authority** [1] 16:15
**avoid** [1] 19:19
**aware** [1] 10:7

**B**

**balance** [1] 8:14
**bank** [1] 26:15
**banker** [1] 9:1
**bankruptcy** [1] 20:13
**banks** [2] 26:20,23
**based** [2] 11:23 29:8
**basically** [1] 17:23
**basis** [3] 10:14 14:5 23:22
**Beach** [1] 17:10
**became** [1] 7:7
**began** [1] 9:2
**behalf** [5] 5:5,9,16 6:8 27:
  16
**behind** [2] 13:6,7
**believe** [11] 5:13 7:14 8:4
  10:5 13:4 14:16 17:3,12
  20:16,17,19
**better** [1] 20:10
**Betty** [1] 30:17
**between** [4] 8:16 24:14,15,
  16
**beyond** [2] 20:1 21:8

**bid** [3] 18:9,12,17
**bidder/financer** [1] 9:18
**Bishop** [3] 13:20,22 15:9
**bit** [1] 20:12
**board** [2] 13:15 15:16
**boat** [1] 6:21
**borrowed** [1] 6:3
**Boston** [1] 5:3
**both** [4] 8:23 10:18 14:14
  26:6
**bottom** [1] 11:7
**bound** [1] 12:3
**Branch** [3] 5:12,14,15
**Brent** [3] 13:20,21,22
**bring** [4] 18:16,20,25 19:1
**bringing** [1] 9:18
**brought** [2] 9:16 11:1
**budget** [5] 15:18 16:8 23:
  10,12,25
**bumpier** [1] 30:20
**bumpy** [1] 30:18
**BURTON** [12] 5:5,5 20:2,6,
  9 21:10,12,17 22:15 28:25
  29:7,16
**Burton's** [1] 7:22
**business** [1] 23:19
**buy** [3] 6:21 18:20 19:8

**C**

**calendar** [1] 4:6
**call** [1] 4:5
**came** [1] 7:5
**CANNON** [3] 4:23,23 5:2
**Capital** [10] 4:24 6:9,12,19
  7:6 13:20 14:8 27:17 28:
  15,16
**carveout** [1] 10:19
**case** [2] 14:24 25:1,2
**cash** [5] 8:12,13,14 26:18,
  25
**category** [1] 25:3
**cent** [1] 18:19
**cents** [1] 18:17
**CEO** [1] 9:21
**certain** [3] 7:13 8:21 11:17
**certainly** [2] 17:13 21:12

**cetera** [3] **12:**14 **25:**9 **27:**8
**challenge** [7] **11:**14,19,20 **12:**13 **14:**7,14 **25:**8
**challenged** [1] **10:**22
**chambers** [1] **15:**20
**chance** [4] **5:**20 **20:**3 **22:**4,6
**change** [6] **8:**11 **14:**7,9 **25:**15,25 **27:**10
**changed** [1] **24:**20
**changes** [4] **12:**12 **24:**23 **26:**4 **29:**8
**Chapter** [6] **11:**15,18 **12:**1,9,10 **25:**1
**charge** [1] **27:**23
**charged** [1] **27:**18
**charges** [1] **27:**23
**checked** [1] **15:**20
**choice** [1] **10:**17
**circulate** [1] **29:**10
**circumstances** [2] **7:**3 **30:**6
**claim** [3] **12:**13 **16:**11 **20:**4
**claims** [4] **11:**17 **13:**24 **19:**18,20
**clarification** [4] **24:**11 **27:**5,9,11
**clarified** [1] **25:**10
**clarifying** [1] **26:**5
**clear** [6] **10:**21 **12:**6 **24:**25 **26:**1,23 **27:**21
**clearly** [1] **7:**15
**CLERK** [3] **4:**3,7 **30:**24
**client** [6] **7:**22 **12:**18,20 **20:**3 **21:**23 **22:**8
**client's** [2] **6:**13 **20:**11
**close** [1] **29:**23
**collateral** [2] **8:**14 **20:**16
**collective** [1] **18:**14
**combination** [2] **8:**22 **10:**18
**come** [5] **16:**13 **18:**10 **23:**18 **25:**14 **30:**15
**comes** [1] **16:**12
**coming** [2] **7:**6 **8:**12

**commitment** [2] **27:**8,20
**committee** [5] **12:**2,8 **14:**13 **25:**4,11
**Company** [22] **5:**17 **6:**3,11 **7:**2,2,25 **8:**10,12,15,24 **9:**9,22,25 **10:**6,9 **13:**16 **16:**7,21 **19:**24 **23:**16,21 **28:**18
**completely** [1] **20:**13
**concern** [1] **16:**19
**concerned** [1] **21:**22
**concluded** [1] **30:**25
**condition** [1] **7:**4
**confirmed** [1] **27:**17
**connect** [1] **11:**13
**connection** [1] **27:**18
**Constellation** [1] **28:**16
**contested** [1] **21:**15
**context** [1] **19:**3
**continue** [2] **9:**21 **23:**19
**continuing** [1] **27:**7
**contract** [3] **18:**3 **20:**20 **21:**25
**contractually** [1] **13:**8
**control** [1] **26:**17
**conversation** [1] **23:**17
**conversations** [1] **20:**15
**convertible** [2] **13:**14 **14:**19
**correct** [6] **5:**14 **6:**15 **11:**6 **18:**8 **23:**9 **24:**4
**correspondence** [1] **22:**20
**costs** [1] **27:**24
**counsel** [6] **4:**12,20 **5:**10,12 **9:**25 **28:**9
**couple** [2] **24:**6,22
**Court** [89] **4:**3,5,9,13,17,22,25 **5:**4,18,24 **6:**13,16,21,24 **7:**9,20 **8:**11,20 **9:**11,24 **10:**3,10,13,16,24 **11:**1,7,11 **12:**15,24 **13:**10,17,21,23 **14:**1,4,9,21 **15:**1,8,12,18,24 **16:**2,4,7,23 **17:**1,4,7,9,21,24 **18:**5 **19:**2,4,9,17 **20:**2,8 **21:**3,8,10,14 **22:**12,

16,18,25 **23:**4,7,10,24 **24:**13,17,21 **25:**23 **26:**10 **27:**1 **28:**3,7,14,19,25 **29:**6,11,19 **30:**1,16,22
**cover** [2] **16:**5 **23:**10
**covers** [1] **23:**13
**credit** [6] **26:**1,3,5,7,14,17
**creditors** [2] **14:**13 **21:**1
**CRO** [1] **28:**17
**current** [1] **9:**21
**currently** [2] **17:**13,16
**Custom** [1] **4:**8
**Customs** [1] **16:**8

---

## D

**daily** [1] **23:**16
**damages** [1] **19:**20
**date** [7] **15:**21,22,24 **17:**21 **19:**12 **21:**1 **30:**11
**dates** [1] **30:**10
**day** [3] **5:**21 **28:**13 **29:**21
**days** [4] **12:**11 **25:**7,12 **26:**8
**day-to-day** [2] **23:**22 **27:**22
**deal** [1] **20:**12
**dealing** [3] **8:**23 **9:**23 **26:**6
**deals** [1] **12:**7
**dealt** [2] **9:**22 **25:**11
**debt** [11] **6:**11 **13:**5,8,11,14 **14:**4,15,16,19 **19:**21 **21:**2
**debtor** [12] **4:**11,20 **10:**21 **11:**8,16 **12:**3 **18:**8,15,19 **20:**23 **21:**18 **26:**3
**debtor's** [4] **6:**16 **12:**21 **18:**11 **22:**9
**defined** [1] **25:**3
**defining** [2] **24:**25 **25:**22
**definition** [1] **26:**1
**delay** [1] **26:**20
**demand** [1] **21:**24
**depend** [1] **17:**18
**depending** [1] **17:**15
**describe** [1] **6:**5
**description** [1] **6:**2
**diligence** [1] **10:**4

**DIP** [7] **22:**21 **23:**18 **26:**2,5,17 **27:**13,19
**directing** [1] **26:**24
**directors** [1] **16:**21
**discovery** [1] **14:**23
**discuss** [1] **24:**7
**discussed** [3] **12:**5 **24:**24 **29:**9
**discussing** [1] **12:**12
**discussions** [1] **17:**14
**dock** [1] **17:**10
**docket** [2] **11:**4 **24:**14
**documents** [3] **10:**4,11 **12:**25
**doing** [4] **11:**20 **14:**23 **25:**18 **29:**8
**dollar** [4] **12:**25 **18:**18,22 **27:**20
**dollars** [1] **18:**20
**dominion** [1] **26:**15
**done** [7] **10:**3,5,8,9,13,14 **22:**23
**Dorsey** [3] **4:**19 **10:**8 **28:**4
**dots** [1] **11:**13
**double** [2] **8:**15,16
**down** [3] **5:**25 **9:**8,17
**due** [3] **7:**7 **10:**4 **23:**8
**Dustin** [2] **5:**12,15

---

## E

**E(iii** [1] **11:**8
**Ease** [8] **5:**6 **7:**12,16 **19:**19,23 **20:**1 **23:**17 **30:**8
**economic** [1] **7:**4
**education** [1] **15:**6
**effectively** [1] **18:**21
**either** [1] **7:**18
**employment** [1] **28:**5
**end** [3] **20:**19 **21:**23 **25:**5
**endorsements** [5] **29:**14,21,22 **30:**7,13
**engaged** [1] **9:**1
**English** [1] **20:**12
**enter** [1] **17:**22
**entered** [1] **26:**9
**Epic** [1] **13:**19

escrow [1] 28:4
estate [8] 11:9,18 12:1,9 14:2 19:7 25:2,14
estate's [1] 11:19
et [3] 12:14 25:8 27:8
even [1] 21:25
everyone [2] 24:10,18
everything [1] 10:22
examiner [3] 12:1,9 25:2
example [1] 11:16
existing [1] 6:6
exit [4] 27:8,12,13,19
expect [2] 18:2 28:12
expedited [2] 21:15 30:4
expenses [1] 27:25
experienced [1] 9:23
expertise [4] 9:12,16,20 28:10
explanation [1] 5:21
extended [1] 25:12
extra [1] 27:12

**F**

faced [1] 21:24
facility [4] 6:6 13:1 27:7,7
facts [1] 15:2
failed [2] 9:10 23:19
far [1] 23:1
Fasten [1] 30:18
fee [6] 16:14 27:12,13,18, 19 28:4
fees [7] 27:6,7,8,8,12,22,25
few [1] 26:4
fiduciary [1] 9:13
figure [2] 14:24 20:5
file [4] 17:20 19:13,16 28: 13
filed [6] 19:12 20:25 24:3,8 26:8,19
filing [1] 28:8
fill [1] 30:10
final [3] 15:21 29:14 30:8
finally [1] 27:2
financial [1] 8:25
financing [1] 27:14
find [3] 9:4,5 10:10

fine [2] 29:16,17
first [4] 12:21 17:2 25:24 29:21
fit [1] 25:3
five [1] 26:8
fly [1] 14:23
form [6] 11:5 24:3,8,9 29: 15 30:8
forwarder [1] 20:22
freeze [1] 26:20
freight [1] 20:22
fruition [1] 9:19
fully [2] 14:17 18:12
funding [1] 28:4
further [1] 17:14
future [1] 11:18

**G**

General [3] 5:10 7:4 19:18
generated [1] 9:7
gives [1] 26:15
Glenn [1] 9:21
goods [6] 7:18,19 17:5 18: 25 19:1 20:22
got [3] 5:19 23:8 24:14
grant [1] 30:6
grind [1] 29:13
group [1] 28:17
Growth [1] 5:10
guarantors [1] 20:17
guess [3] 8:22 16:23 29:12

**H**

hand [1] 25:18
happened [1] 6:20
happy [1] 7:23
HAWKINS [4] 5:9,9 22:16, 17
heading [1] 8:25
hear [4] 12:18 20:9 21:7,11
heard [1] 30:3
hearing [8] 14:22 15:25 17:21 22:4 30:4,9,12,25
held [1] 30:9
help [1] 9:18
helpful [5] 21:3 22:11 25: 19 29:4,10

holders [1] 13:13
hole [1] 8:1
Hong [1] 20:11
Honor [35] 4:10,18,23 5:3, 14,23 6:8,18 7:13 8:22 10: 19 12:22 13:25 14:20 15: 4 16:10 17:18 18:7 19:5 20:7,24 21:9,17 22:5 23: 15 25:17,19 27:2,16 28:2 29:4,7,18 30:14,23
hundred [2] 18:17,19

**I**

idea [1] 8:20
identified [1] 17:24
include [2] 11:14 25:13
included [2] 16:17,22
includes [1] 26:2
including [1] 7:3
increasing [1] 8:18
incurred [1] 27:13
indeterminable [3] 23:3 28:5,20
industry [1] 9:20
informed [4] 10:14 15:15, 16 23:21
insider [2] 13:5,10
insolvent [1] 14:2
instances [2] 26:12,19
instead [1] 8:18
interim [6] 11:5 16:4 24:1 26:7 29:13 30:6
International [1] 5:6
inventory [20] 6:25 7:16 8: 7,16,18,23 16:9,12 17:2, 17,17,23 18:16,18,20 19:8 21:24 22:1,10 28:11
investigated [1] 18:13
investigating [1] 18:9
investment [1] 9:1
Investors [1] 13:19
IP [1] 8:10
issue [4] 14:20 22:12 26: 14,16
item [1] 16:8
itself [2] 11:9,17

**J**

January [2] 8:24 9:4
JARVIS [68] 4:10,10,14,15, 18,18 6:18,23,25 7:13 8:3, 19,21 9:15 10:2,5,12,15, 18,25 11:6,10,22 13:12,18, 22,25 14:3,6,11,25 15:4, 11,14,22 16:1,3,6,10,25 17:3,5,8,12 18:1,8 19:5,11, 22 20:24 22:14,19 23:15 24:5,16,18,22 25:24 26:11 27:2 28:1,6,8,15,22 30:14, 20,23
Jeff [6] 4:11,19,24 6:8 27: 16 28:16
John [1] 5:7
Judge [3] 15:20 30:9,12

**K**

Katten [1] 5:15
Kenneth [1] 4:23
Kids [1] 4:8
kind [3] 7:4 16:14 19:9
knowledge [5] 9:25 10:2 13:2 15:9,10
Kong [1] 20:11
KUHN [5] 5:7,7 29:2,4,23

**L**

landlords [2] 22:20,25
language [3] 11:2,23 27: 10
large [2] 7:11 19:19
largest [1] 20:25
last [2] 8:2 24:8
late [1] 21:20
later [1] 11:14
layer [1] 13:8
lead [1] 5:11
leaseholds [2] 8:9 22:23
leases [4] 7:1 19:25 22:22 23:2
lender [2] 18:14 21:18
lender's [1] 12:13
less [1] 18:17
liability [1] 16:20

lien [3] **12**:21 **13**:1 **22**:21
line [1] **16**:8
liquidation [3] **18**:10,16 **19**:3
liquidator [5] **17**:23 **18**:10, 21,24,24
list [1] **20**:25
listening [1] **23**:1
little [1] **21**:22
LLC [1] **5**:16
LLP [1] **5**:15
loan [5] **5**:22 **6**:1,9 **7**:7 **25**:8
local [1] **5**:10
long [2] **5**:25 **17**:10
look [9] **6**:1 **7**:9 **8**:13 **9**:2 **15**:19 **18**:13 **19**:6 **27**:6 **29**:23
losses [2] **8**:17,24
lot [3] **5**:20 **19**:22 **21**:21

## M

Macerich [2] **5**:11,17
made [5] **5**:25 **6**:9 **19**:10 **20**:21 **22**:1,21
major [1] **19**:24
MAN [2] **5**:23 **29**:17
management [2] **9**:14 **10**:1
math [1] **8**:1
matter [2] **4**:7 **21**:15
mean [10] **7**:14,25 **8**:3 **14**:1, 11,14,23 **19**:23 **23**:20 **24**:7
meaning [3] **10**:7 **14**:3,19
mentions [1] **28**:4
microphone [1] **12**:19
might [5] **18**:7 **20**:24 **22**:7 **23**:15 **25**:14
Mike [2] **4**:11,19
milestones [1] **17**:19
million [11] **6**:2 **7**:16,21,23 **8**:1,6 **12**:25 **13**:25 **20**:5,21 **27**:20
mind [1] **19**:17
minimal [1] **20**:1
model [1] **19**:3
modification [1] **17**:16
Mona [1] **5**:5

Monday [2] **17**:20 **18**:4
money [8] **6**:3,4,7,7,10 **8**:17 **19**:8 **21**:23
monitoring [1] **27**:8
month [1] **20**:19
months [2] **7**:10 **8**:2
Morgan [4] **5**:7 **21**:6,8 **29**:2
morning [4] **4**:5 **11**:4 **24**:10 **29**:9
most [1] **21**:2
motion [4] **5**:19 **15**:19,21 **17**:20
movie [1] **30**:17
MS [78] **4**:10,14,15,18 **5**:5 **6**:18,23,25 **7**:13,22 **8**:3,19, 21 **9**:15 **10**:2,5,12,15,18, 25 **11**:6,10,22 **13**:12,18,22, 25 **14**:3,6,11,25 **15**:4,11, 14,22 **16**:1,3,6,10,25 **17**:3, 5,8,12 **18**:1,8 **19**:5,11,22 **20**:2,6,9,24 **21**:10,12,17 **22**:14,15,19 **23**:15 **24**:5,16, 18,22 **25**:24 **26**:11 **27**:2 **28**:1,6,8,15,22,25 **29**:7,16 **30**:14,20,23
much [3] **21**:23 **23**:16,22
Muchin [1] **5**:15

## N

Naartjie [1] **4**:8
nature [1] **21**:16
need [5] **4**:13 **16**:18 **19**:15 **29**:2,23
needed [1] **7**:5
needs [1] **28**:25
negotiating [1] **18**:1
Nerland [9] **9**:11 **10**:6,9 **23**:2,3,6,9,12 **28**:20
Nerland's [1] **28**:16
new [6] **6**:7,7,10 **13**:8 **17**:17 **19**:8
next [2] **17**:9 **28**:13
nice [1] **12**:19
night [1] **24**:8
nitpicking [1] **11**:21
nobody [1] **13**:3

nobody's [1] **5**:19
Nogales [2] **13**:19 **15**:9
none [1] **10**:2 **23**:4
normal [1] **27**:22
nothing [4] **14**:18 **17**:16 **22**:17 **26**:21
notice [1] **26**:14
noticed [2] **13**:14 **15**:14
number [1] **11**:4
numbers [1] **19**:18

## O

Oakland [2] **20**:18 **22**:2
object [1] **15**:15
objecting [1] **15**:13
obligation [3] **7**:11 **8**:5 **16**:18
obligations [1] **19**:25
obviously [2] **17**:5 **23**:17
October [6] **6**:1 **8**:16 **15**:23 **17**:22 **23**:8,11
offer [1] **9**:7
officers [1] **16**:21
Okay [16] **4**:15 **5**:24 **6**:13, 24 **7**:9 **8**:11 **10**:3 **11**:1 **12**:15,24 **16**:2 **23**:7,24 **24**:17 **25**:20 **30**:2
old [3] **6**:11 **24**:19 **30**:17
one [13] **5**:20 **9**:7,17 **11**:2 **12**:11 **24**:7,11 **25**:15 **26**:11 **27**:12,19 **28**:9 **29**:24
only [9] **9**:7 **11**:9 **12**:3 **18**:20 **20**:14 **21**:20 **22**:22 **25**:11 **27**:18
operate [1] **9**:21
operating [1] **28**:17
operations [1] **7**:1
opportunity [1] **18**:25
options [1] **9**:2
order [23] **5**:19 **11**:3,5 **16**:5 **22**:6,10,21 **24**:3,8,9,15,19 **25**:21,25 **26**:9,15,17,23,25 **29**:3,15,24 **30**:8
orders [1] **29**:21
other [17] **5**:21 **8**:8 **10**:17, 23 **12**:3,8 **14**:11 **15**:24 **19**:

18,24 **23**:8 **24**:11,22 **25**:13, 15 **26**:11 **27**:12
out [6] **9**:4 **10**:10 **14**:2,24 **15**:3 **29**:25
out-of-pocket [1] **27**:24
outstanding [1] **7**:24
Over [5] **7**:20 **8**:1 **26**:15,17 **29**:3
owed [3] **7**:22 **20**:1 **21**:23
own [2] **8**:10 **13**:1

## P

page [6] **11**:7 **25**:6,25 **27**:3, 6 **30**:11
paid [8] **16**:11,14,18,19 **17**:11 **23**:2,4,14
papers [2] **5**:25 **7**:22
paragraph [10] **11**:7,8 **12**:6 **24**:24 **25**:6,21,23 **26**:22 **27**:3 **30**:11
Park [2] **9**:8,18
part [5] **7**:17 **14**:23 **17**:19 **26**:16 **27**:13
parties [7] **10**:23 **11**:14 **12**:3,8 **14**:12 **24**:23 **26**:22
Partners [3] **4**:24 **6**:9 **27**:17
party [2] **15**:10 **27**:24
past [1] **16**:13
pathway [1] **9**:17
pay [2] **17**:17 **23**:18
payment [5] **7**:1 **20**:21 **21**:25 **22**:1,11
payments [1] **23**:8
people [2] **5**:2 **20**:11
percent [2] **27**:12,19
perhaps [1] **27**:14
period [4] **16**:5 **23**:13 **25**:12 **28**:10
personal [1] **16**:20
perspective [1] **6**:17
Peter [1] **5**:7
petition [1] **21**:1
phone [2] **5**:12,16
place [2] **9**:12 **18**:3
pleadings [1] **28**:7

**Please** [4] 4:4,5,9 12:16
**point** [3] 7:5,6,23
**Port** [2] 20:18 22:2
**position** [1] 22:9
**possession** [3] 4:12,21
26:3
**possible** [4] 11:18 15:21
16:20 19:13
**post-petition** [1] 23:13
**prejudice** [1] 22:8
**preliminary** [1] 21:5
**preparation** [1] 22:5
**pre-petition** [2] 10:4 26:
14
**pretty** [2] 23:16,22
**prime** [2] 13:1,2
**priming** [2] 12:24 15:10
**prior** [2] 9:14 10:1
**priority** [6] 10:22 12:13,21
16:11,17 25:8
**probably** [1] 21:2
**problem** [2] 9:6,13
**problems** [3] 8:25 9:22,23
**proceeds** [1] 22:22
**process** [3] 9:7 18:8 20:13
**professional** [1] 28:3
**profit** [1] 19:6
**progress** [1] 19:10
**pronounce** [1] 5:3
**pronouncing** [1] 5:1
**Properties** [1] 5:10
**propose** [1] 12:12
**proposed** [2] 4:12,20
**provided** [1] 24:9
**provides** [1] 25:5
**provision** [4] 11:13 12:25
15:12 17:1
**provisions** [1] 22:7
**purchase** [1] 7:15
**purchases** [1] 6:25
**purposes** [2] 6:12,19
**put** [4] 9:12 15:5 21:19 27:
4

**Q**

**question** [3] 11:2,23 17:9

**questions** [3] 14:22 21:6
23:25
**quickly** [3] 19:13 21:19 24:
19
**quite** [1] 25:18

**R**

**ran** [1] 26:21
**rapid** [1] 15:6
**rapidly** [3] 15:5 19:15 25:
18
**realize** [2] 19:14 21:18
**really** [1] 5:19
**reason** [1] 16:16
**received** [1] 15:22
**recent** [1] 16:13
**record** [1] 27:4
**redline** [3] 24:14 25:17 29:
8
**redlines** [1] 24:10
**refer** [1] 26:5
**references** [1] 27:5
**refinance** [1] 6:10
**regard** [1] 22:8
**rejection** [1] 19:20
**release** [1] 26:24
**released** [1] 20:22
**relief** [4] 24:1 29:13 30:5,6
**remain** [2] 12:18 20:7
**rent** [2] 19:25 23:11
**replace** [1] 6:6
**replaced** [2] 11:11 24:9
**replacement** [3] 8:23 16:
9 17:2
**representative** [3] 12:2,
10 25:2
**representatives** [3] 13:
15 15:16 25:14
**representing** [1] 4:24
**request** [4] 24:1,7 26:11
29:14
**requested** [3] 24:12,23 30:
5
**require** [1] 22:10
**required** [2] 17:20 19:12
**requires** [1] 21:25

**reservation** [1] 12:7
**respect** [2] 14:18 28:11
**rest** [1] 29:24
**resumes** [1] 4:3
**retail** [1] 9:20
**retained** [2] 20:6 21:20
**review** [2] 22:6 29:10
**reviewed** [1] 24:19
**revised** [1] 11:5
**ride** [1] 30:18
**rights** [1] 12:7
**road** [1] 9:8
**Romanette** [1] 25:5
**Rosenman** [1] 5:15
**rough** [1] 8:1
**run** [1] 18:10

**S**

**sales** [2] 16:23 18:11
**Salus** [21] 4:24 5:3,22,22,
23,24 6:9,10 7:24 11:17
14:17,17 16:22 19:18 24:
12 25:13 26:12 27:11,17
29:22 30:7
**Salus's** [2] 10:4 25:8
**same** [1] 15:24
**saying** [1] 30:17
**says** [1] 11:8
**schedules** [2] 19:10,16
**SCP** [1] 28:14
**seatbelts** [1] 30:18
**seated** [3] 4:4 12:18 20:7
**second** [1] 25:16
**secured** [2] 12:13 13:6,13
14:4,15,17,19 18:14
**security** [2] 10:22 20:4
**see** [5] 11:3 19:6 24:2,19
27:4
**sell** [1] 18:21
**sense** [3] 18:15,19 19:3
**September** [1] 23:2
**session** [1] 4:4
**shall** [1] 26:23
**sheet** [2] 8:14 26:2,7
**ship** [1] 7:18
**shipment** [1] 20:17

**shipped** [1] 7:19
**short** [2] 20:14 28:10
**shortly** [1] 28:9
**short-term** [1] 7:7
**side** [3] 8:5,6 29:20
**Sierra** [2] 28:15,16
**sign** [2] 29:21 30:12
**since** [2] 9:4 11:1
**sit** [1] 29:12
**sitting** [2] 17:10,11
**situations** [1] 9:13
**snug** [1] 12:19
**solution** [1] 9:5
**somebody** [2] 6:5 17:25
**someone** [2] 9:23 18:2
**somewhere** [1] 6:22
**sorry** [5] 11:12 13:18,21
24:13 25:23
**South** [1] 8:9
**spend** [1] 5:20
**spending** [1] 18:19
**stalking-horse** [2] 18:3,9
**starting** [1] 14:2
**stated** [1] 14:18
**States** [2] 5:8 20:14
**statutory** [2] 25:4,11
**stay** [1] 12:15
**still** [2] 21:20 29:20
**stock** [1] 8:10
**stores** [3] 7:3 18:11 23:14
**structure** [1] 14:8
**stub** [2] 23:13,13
**stuff** [1] 17:10
**subject** [3] 13:7 29:14 30:
6
**subordinated** [1] 13:13
**subordination** [1] 13:7
**subsequent** [2] 12:1,8
**successor** [1] 25:2
**sudden** [1] 9:3
**supplier** [1] 19:24
**support** [1] 10:13

**T**

**Target** [8] 5:6 7:12,16 19:
19,23 20:1 23:17 30:8

tax [3] 16:11,17,24
taxes [1] 19:21
taxing [1] 16:14
Ten [1] 13:25
term [2] 26:2,6
terms [1] 20:20
themselves [1] 22:23
therefore [2] 16:22 19:15
there's [17] 7:21,23 8:6 9:
 25 11:2,13 13:18 14:3 16:
 8 17:16 19:6,22 24:2 26:4,
 20 27:23 28:5
they've [2] 9:5 29:9
third [3] 15:9 24:2 27:24
Thomson [2] 4:11,19
though [1] 21:25
three [2] 13:12 27:3
Thurman [2] 30:9,12
Thurman's [1] 15:20
tiers [1] 14:15
today [2] 7:8 30:15
together [2] 15:6 21:19
top [2] 13:8 27:6
track [1] 19:11
trade [1] 19:21
traditional [1] 21:15
transaction [3] 9:19 10:7
 18:23
transferred [1] 22:1
transit [2] 7:18 17:6
treating [1] 21:14
tried [1] 23:17
Trustee [12] 5:8 11:15,19,
 20 12:1,6,9,10 24:24 25:1
 29:20 30:7
trying [8] 7:21 9:3,5 10:10
 14:24 15:2,5 21:19
turn [1] 18:20
turnover [2] 21:24 22:10
two [3] 17:2 20:14 28:13
Tyler [1] 5:9
types [1] 9:12

U

U.S [5] 12:5 16:8 24:24 29:
 20 30:7

ultimate [2] 26:2,7
ultimately [1] 9:9
Under [3] 20:20 26:13 30:5
understand [2] 5:11 21:
 17
understanding [7] 6:14,
 18 11:24 12:17,20,23 28:1
unfamiliar [1] 20:13
unfiled [1] 24:15
UNIDENTIFIED [2] 5:23
 29:17
United [2] 5:8 20:14
unprofitable [1] 7:3
unsecured [3] 14:13 21:1,
 2
until [1] 18:12
unused [1] 27:7
up [9] 4:13,15 7:6 8:17 11:2
 12:19 21:23 25:14,19
uploaded [1] 11:4
using [1] 8:1

V

valid [1] 11:22
variety [1] 7:2
various [1] 27:6
Venture [1] 13:19
Victory [2] 9:8,18

W

waiting [2] 29:20 30:2
waived [1] 11:19
waiver [2] 10:19 11:25
waivers [1] 10:11
waiving [1] 11:16
wanted [2] 18:6 27:4
way [3] 5:2 9:4 20:18
weeks [1] 17:2
weigh [1] 18:6
welcome [1] 30:16
Westfield [2] 5:11,16
whatever [1] 8:8
whether [2] 18:15 20:4
White [2] 28:24,24
Whitney [1] 4:20
Who's [2] 13:10 28:14
will [14] 17:13,13,17 18:2,

10,13 19:1 20:18 24:25
 25:3,6,10 28:8,12
William [2] 28:23,24
wire [1] 27:22
wish [1] 30:3
within [1] 19:12
Without [5] 14:7,7,9 21:24
 22:11
Wolf [13] 4:24 6:8,8,15 11:
 24 12:17,22 13:4 18:5,7
 27:14,16,16
Woods [1] 9:21
word [1] 26:4
words [1] 14:12
working [4] 6:12,19 7:5
 19:14
works [1] 28:23
write [1] 5:25
writing [1] 22:24
wrongdoing [1] 10:1

Y

year [2] 7:10,17
yesterday [2] 20:7 21:20

CitiCourt, LLC
801-532-3441