Mona L. Burton (5399)
Engels J. Tejeda (11427)
HOLLAND & HART LLP
222 S. Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone: 801-799-5822
Facsimile: 801-799-5700
Email: mburton@hollandhart.com
        ejtejeda@hollandhart.com

*Attorneys for TARGET EASE INTERNATIONAL*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>NAARTJIE CUSTOM KIDS, INC.,<br><br>Debtor. | Case No. 14-29666<br><br>Chapter 11<br><br>The Honorable William T. Thurman |
|---|---|

**TARGET EASE INTERNATIONAL'S MOTION TO TERMINATE THE AUTOMATIC STAY**

Target Ease International ("**Target Ease**"), by and through its attorneys, Holland & Hart LLP, moves the Court for entry of an order substantially in the form concurrently filed, terminating the automatic stay under 11 U.S.C. 362(a), to the extent it applies, so that Target Ease may exercise its rights as a seller of rejected goods having a cost value of approximately $2 million. Target Ease manufactured the goods at the request of, and in accordance with, the designs and specifications of Naartjie Custom Kids, Inc. (the "**Debtor**") and the goods may bear the Debtor's label. The Debtor, however, has declined to accept delivery of the goods and does not intend to otherwise purchase the goods from Target Ease because the Debtor is now in a

controlled liquidation in the above-captioned chapter 11 case. Target Ease seeks termination of the automatic stay, if applicable, so that Target Ease may sell or otherwise dispose of the goods and thereby mitigate the damages resulting from the Debtor's breach of the purchase orders governing the goods. Because these goods are seasonal goods and their value will likely significantly decline if not sold promptly, Target Ease requests permission to resell them immediately on an "as is" basis.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1334.

2. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A) and (G).

3. Venue is proper pursuant to 28 U.S.C. § 1409(a).

## BACKGROUND

4. On September 12, 2014 (the "**Petition Date**"), the Debtor filed the above-captioned chapter 11 case.

5. The Debtor was a children's clothing, accessories and footwear retailer. [*See* Declaration of Jeff Nerland in Support of Chapter 11 Petition and First Day Motions ("**Nerland Dec.**"), Doc. No. 10, ¶ 5]. It filed this case seeking to restructure under chapter 11. [*See id.*, ¶ 10.] To that end, on the Petition Date the Debtor filed multiple "first day" motions, in support of which the Debtor declared the following:

   a. Historically, Target Ease produced and supplied approximately 75% of all of the products sold by the Debtor; [Nerland Dec., ¶ 14]

b. More specifically, Target Ease worked with a group of manufacturers in China (the "**Local Manufacturers**") who manufactured the goods to meet the Debtor's unique design process and quality; [*see id.*]

c. Supplying the goods to the Debtor was Target Ease's entire business; [*see id.*]

d. Target Ease paid the Local Manufacturers from the proceeds it received from the Debtor; [*see id.*]

e. As of the Petition Date, the Debtor owed approximately $3.4 million to Target Ease for goods that Target had delivered pre-petition; [*see id.* at ¶ 15]

f. The Debtor's arrears caused Target Ease a "cash crunch," forcing Target Ease to exhaust every finance facility from its bank in Hong Kong; [*see id.* at ¶ 20]

g. The situation was so severe, that the Debtor and Target Ease feared that Target Ease would default on its obligations to its creditors (and to the Local Manufacturers); [*see id.*]

h. The Debtor was concerned that if Target Ease defaulted on its obligations, it would not be able to sell additional goods to the Debtor; [*see id.* at ¶19]

i. In particular, as of the Petition Date, the Debtor had outstanding prepetition purchase orders with Target Ease for goods not yet delivered; [*id.* at ¶ 15]

j. Moreover the Debtor planned to purchase $5.7 million worth of goods from Target Ease for the 2014 holiday season; [*see id.* at ¶ 18]

k. Consequently, on the Petition Date, the Debtor filed a motion seeking authority to pay the Pre-Petition Claim to Target Ease from the proceeds of a post-

petition loan to be made to the Debtor by Victory Park Capital Advisors, LLC. [*See* Dkt. No. 3.]

6. The Debtor was unable to secure post-petition financing and instead has proceeded to liquidate all of its assets. [*See e.g.*, Dkt. Nos. 132, 199.]

7. Before the Petition Date, the Debtor placed two orders for a total of 467,239 units of product from Target Ease for the Debtor's "spring-transition" and spring 2015 retail season (the "**Spring Goods**"). [Copies of the corresponding Reservation Purchase Orders (the "**Purchase Orders**") are attached as **Exhibits "A"**. ]

8. As detailed in the Purchase Orders, the total purchase price of the Spring Goods was $1,999,967.70. [*See* Exhibit A.]

9. Pursuant to the terms of the Purchase Orders, the Spring Goods were to be delivered to the Debtor post-petition. [*See* Exhibit A.]

10. The Purchase Orders "serve[d] as [the Debtor's] commitment to the list of styles on page 1, so that [Target Ease] can procure the necessary fabric and trim as well as book production and dye house space." [*See* Purchase Orders, last page.]

11. Pursuant to the terms of the Purchase Orders and course of dealing between Target Ease and the Debtor, Target Ease organized production of the Spring Goods with the Local Manufacturers. [*See Declaration of Francis Chan in Support of Motion to Terminate the Stay* (the "**Chan Dec.**"), ¶¶ 7. ]

12. As of the date of this Motion, Target Ease had substantially completed manufacturing of the Spring Goods, many if not all of which contain the Debtor's label, brand or design. [*See* Chan Dec. ¶ 8.]

13. The Debtor has refused to accept delivery of the Spring Goods, and has informed Target Ease that it will not pay the amount due under the Purchase Orders upon delivery of the Spring Goods. [*See* Chan Dec. ¶ 9.]

14. While the Debtor has sought permission to sell its intellectual property and its South African subsidiary, it has not sought permission to purchase and resell the Spring Goods. [*See e.g.*, Dkt. No. 199.]

15. Target Ease believes that it or some of the Local Manufacturers may be able to resell some or all of the Spring Goods. [*See* Chan Dec. ¶ 10.]

16. Because the Spring Goods are seasonal goods, the time to maximize their potential salvage or resale value is over the next few weeks. [*See* Chan Dec. ¶ 11.]

17. Removing the Debtor's label from the Spring Goods would be time consuming, expensive and commercially unreasonable. [*See* Chan Dec. ¶ 12.]

18. The Debtor's liquidation has caused and is causing damage to Target Ease. Absent realizing money from a disposition of the Spring Goods, Target Ease will not have the ability to pay the debt it owes to the Local Manufacturers. Several of our Local Manufacturers have commenced action to collect the debts Target Ease owes, and other Local Manufacturers are threatening to take action against Target Ease for its failure to pay them for the Spring Goods. [*See* Chan Dec. ¶ 13.]

## ARGUMENT

The Court should modify the automatic stay, to the extent applicable, to allow Target Ease to dispose of the Spring Goods for three reasons.

First, the Spring Goods are not property of the estate and "the automatic stay pertains only to the actions involving the debtor or property of the estate." *In re Priestley*, 93 B.R. 253, 261 (Bankr.D.M. 1988) (citing 11 U.S.C. § 362). Here, the Debtor did not pay for the Spring Goods and has declined to accept delivery of the same. Consequently, the Spring Goods are not property of the estate and the automatic stay of § 362(a) does not apply.

Second, if applicable, the stay should be terminated "for cause" because as a matter of law, Target Ease has a license to sell the Spring Goods pursuant to the Uniform Commercial Code. Under § 362(d)(1), the Court may modify the stay "for cause." 11 U.S.C. § 362(d)(1). "Because there is no clear definition of what constitutes 'cause,' discretionary relief from the stay must be determined on a case by cases basis." *Pursifull v. Eakin*, 814 F.2d 1501, 1506 (10th Cir. 1987). Under this standard, there is cause for termination of the stay to the extent it is applicable because Target Ease is authorized to sell the Spring Goods under the UCC.

The UCC provides, in pertinent part, "[w]here the buyer wrongfully rejects or revokes acceptance of goods or fails to make a payment due on or before delivery [of the goods] . . . the aggrieved seller may . . . resell and recover damages as hereafter provided." Utah Code Ann. § 70A-2-703(d). The UCC makes almost identical provisions for unfinished goods in the seller's possession. *Id.* at § 70A-2-704. The UCC then outlines the manner in which sellers may resell the goods, including a private or public sale. *See id.* at §§ 70A-2-704, 706. Combined, these provisions grant a manufacturer a license implied in law to sell rejected goods when the goods bear the trademark or intellectual property of the breaching buyer. *See e.g.*, *McCoy v. Mitsuboshi Cutlery*, 67 F.3d 917 (Fed. Cir. 1995); *Diebold Inc. v. Positran Mfg.*, CA No. 02-374, unpublished op., 2002 U.S. Dist. LEXIS 18129 (D. Del. Sept. 26, 2002).

*Diebold* is directly on point. In that case, a chapter 11 debtor ordered certain goods from a manufacturer prior to filing bankruptcy. *Diebold*, 2002 U.S. Dist. LEXIS 18129 at *4. As of the petition date, the manufacturer had completed manufacturing a substantial amount of the goods, but had not yet delivered the same. *See id.* at *5. It was also in possession of additional goods at various stages of completion. *See id.* The debtor refused to accept delivery of these goods and instead sold all of its assets, including its trademarks and patents, to a third party. *See id.* at *6. The third-party buyer attempted to enjoin the manufacturer from disposing of the rejected goods, arguing that such sale would infringe on the intellectual property it purchased from the debtor. *See id.* The court rejected this argument, and held that the manufacturer had an "implied license at law" to dispose of the goods arising out of the debtor's rejection of the same. *See id.* at *7. The court held that under §§ 703, 704 and 706 of the UCC, the manufacturer's "implied license is available for any goods or parts ordered [by the debtor] before rejection, and for which [the manufacturer] has likewise ordered goods or parts or made commitments to deliver." *Id.* at *10.

Like *Diebold*, the Debtor ordered the Spring Goods pre-petition, Target Ease has produced or began to produce the Spring Goods, and the Debtor has rejected delivery of the Spring Goods. Also like *Diebold*, the Debtor sold substantially all of its inventory and proposes to sell its remaining asset, including its trademarks and other intellectual property, under § 363 of the Code. Like *Diebold*, however, Target Ease has a license implied in law to sell the Spring Goods "as is" to mitigate its claim. Thus, to the extent that the automatic stay applies, there is cause to terminate the same so that Target Ease may exercise its right to dispose of the Spring Goods.

Third, the Court may terminate or modify the stay, if applicable, under § 362(d)(2). Under that section, the Court may terminate or modify the stay with respect to property of the estate where (1) the debtor does not have an equity in such property, and (2) such property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2). Both elements are met here because (1) the Debtor does not have an equity in the Spring Goods since it never paid for the same and payment was due upon delivery, and (2) the Debtor is in a controlled liquidation and is thus not reorganizing. Even if the Debtor were reorganizing, it has declined delivery of the Spring Goods and does not own them. Further, Target Ease's disposition of the Spring Goods will mitigate its own claim, correspondingly increasing any likely distribution to other creditors.

## CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, the Court should modify or terminate the stay, if applicable, to allow Target Ease to resell or otherwise dispose of the Spring Goods on an "as is" basis. Because the Spring Goods are seasonal goods that must be sold as soon as possible and because the Debtor does not own them, the Court should waive the 14-day stay applicable to an order granting this Motion pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3).

Dated November 24, 2014

> Respectfully submitted,
>
> HOLLAND & HART LLP
>
> */s/Engels J. Tejeda*
> Mona L. Burton
> Engels J. Tejeda
> *Attorneys for Target Ease International*

# CERTIFICATE OF SERVICE

I certify that on November 24, 2014 ,I served a copy of the foregoing document to the following by

☒       U.S. Mail, postage prepaid to:

Bishop Special Asset Management, LLC
c/o Brent Bishop
P.O. Box 767
Farmington, Utah 84025

Brent L Bishop Trust
c/o Brent Bishop
P.O. Box 767
Farmington, Utah 84025

Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W. Sunset Boulevard, Suite 900
West Hollywood, Ca 90069

The B. Attitudes Foundation
c/o Brent Bishop
P.O. Box 767
Farmington, Utah 84025

Zions SBIC, L.L.C.
Attn: Chris Stone
15 West South Temple, Suite 500
Salt Lake City, Utah 84101

☐       Hand Delivery
☒       Electronic Mail

Annette W. Jarvis
Michael F. Thomson
Jeffrey M. Armington
Emails: jarvis.annette@dorsey.com, thomson.michael@dorsey.com
armington.jeff@dorsey.com
*Counsel for the Debtor*

Peter J. Kuhn
US Trustees Office
John T. Morgan
Emails: Peter.J.Kuhn@usdoj.gov, john.t.morgan@usdoj.gov

Michael R. Johnson
Ray Quinney & Nebeker P.C.
Emails: mjohnson@rqn.com
Counsel for the Committee of Unsecured Creditors

Jeffrey N. Pomerantz
Teddy M, Kappur
Pachulski Stang Ziehl & Jones LLP
Emails: jpomerantz@pszjlaw.com, tkapur@pszjlaw.com
Counsel for the Committee of Unsecured Creditors

And upon all other parties receiving notice through the Court's CM/ECF System.

By: __Teri Jones_____

7139440_2

**Exhibit A**
(Purchase Orders)

Date Issued: August 4, 20__

**naartjie** kids
...the original name in fun clothing sizes 0 - 10

## Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA
Import RN#: 103627

| Agent: Target Ease International Limited | | | | Vendor: TBA - Targetease | | |
|---|---|---|---|---|---|---|
| Shipment Samples Due: Sept. 16, 2016 | | | Issued: May 15, 2014 revised August 28, 2014 | Hand over to Forwarder: | EC/SLC: Sept 30, 2014 WC: Oct. 7, 2014 | |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTY | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|
| K | GBT6169SPT5 | ESS LS STRIPE-SPOT RUFFLED TUNIC | 1584 | 305 | 33 | 1922 | $ 3.00 | $ 5,766.00 |
| K | GKT6168SPT5 | ESS LS STRIPE-SPOT RUFFLED TUNIC | 3723 | 1095 | 50 | 4868 | $ 3.50 | $ 17,038.00 |
| K | GBT6422SPT5 | ESS SS STRIPE-SPOT RFFLED TUNIC | 416 | 255 | 33 | 704 | $ 2.80 | $ 1,971.20 |
| K | GKT6421SPT5 | ESS SS STRIPE-SPOT RFFLED TUNIC | 918 | 928 | 102 | 1948 | $ 3.30 | $ 6,428.40 |
| K | GBT6161SPT5 | LS ASSYM TIE DYE GRAPHIC TUNIC | 968 | 201 | 24 | 1193 | $ 3.49 | $ 4,163.57 |
| K | GKT6160SPT5 | LS ASSYM TIE DYE GRAPHIC TUNIC | 2652 | 629 | 39 | 3320 | $ 4.09 | $ 13,578.80 |
| K | GTT7000SPT5 | 3/4 SLEEVE ASSYMETRICAL TIE DYE TUNIC | 0 | 332 | 18 | 350 | $ 4.64 | $ 1,624.00 |
| K | GBT6424SPT5 | SS ASSYM TIE DYE GRAPHIC TUNIC | 224 | 150 | 24 | 398 | $ 3.19 | $ 1,269.62 |
| K | GKT6423SPT5 | SS ASSYM TIE DYE GRAPHIC TUNIC | 578 | 529 | 88 | 1195 | $ 3.79 | $ 4,529.05 |
| K | GBT6163SPT5 | LS MIXED PRINT TUNIC | 1296 | 251 | 45 | 1592 | $ 3.33 | $ 5,301.36 |
| K | GKT6162SPT5 | LS MIXED PRINT TUNIC | 3281 | 969 | 130 | 4380 | $ 3.93 | $ 17,213.40 |
| K | GBO6175SPT5 | TEXTURED U/B FLEECE JACKET | 816 | 243 | 23 | 1082 | $ 5.43 | $ 5,875.26 |
| K | GKO6174SPT5 | TEXTURED U/B FLEECE JACKET | 2550 | 770 | 101 | 3421 | $ 6.60 | $ 22,578.60 |
| K | GTO7001SPT5 | TEXTURED U/B FLEECE JACKET | 0 | 250 | 18 | 268 | $ 7.87 | $ 2,109.16 |
| K | GBO6153SPT5 | HOODED LACE TRIM FRENCH TERRY VEST | 912 | 219 | 23 | 1154 | $ 7.05 | $ 8,135.70 |
| K | GKO6152SPT5 | HOODED LACE TRIM FRENCH TERRY VEST | 2108 | 666 | 97 | 2871 | $ 8.05 | $ 23,111.55 |
| K | GBT6177SPT5 | TEXTURED LACE TRIM TUNIC | 1200 | 154 | 30 | 1384 | $ 3.92 | $ 5,418.36 |
| K | GKT6176SPT5 | TEXTURED LACE TRIM TUNIC | 2958 | 997 | 79 | 4034 | $ 4.42 | $ 17,810.11 |
| K | GTT7002SPT5 | TEXTURED LACE TRIM TUNIC | 0 | 332 | 18 | 350 | $ 5.32 | $ 1,860.25 |
| K | GBB6171SPT5 | ESS STRIPED LEGGING | 2792 | 692 | 30 | 3514 | $ 2.70 | $ 9,487.80 |
| K | GKB6170SPT5 | ESS STRIPED LEGGING | 7973 | 2418 | 321 | 10712 | $ 3.10 | $ 33,207.20 |
| K | GBB6167SPT5 | SPRINKLE SPOT LEGGING WITH RUFFLE | 1864 | 461 | 30 | 2355 | $ 2.83 | $ 6,664.65 |
| K | GKB6166SPT5 | SPRINKLE SPOT LEGGING WITH RUFFLE | 6222 | 1819 | 221 | 8262 | $ 3.23 | $ 26,686.26 |
| W | GBB6151SPT5 | CRACKER PANT WITH LACE OVERLAYS | 896 | 223 | 24 | 1143 | $ 5.63 | $ 6,435.09 |
| W | GKB6150SPT5 | CRACKER PANT WITH LACE OVERLAYS | 2873 | 861 | 103 | 3837 | $ 6.98 | $ 26,782.26 |
| W | GTB7003SPT5 | CRACKER PANT WITH LACE OVERLAYS | 0 | 182 | 12 | 194 | $ 9.33 | $ 1,810.02 |
| W | GBB6147SPT5 | STRETCH DENIM PANT WITH EMB | 400 | 100 | 9 | 509 | $ 7.31 | $ 3,720.79 |
| W | GKB6146SPT5 | STRETCH DENIM PANT WITH EMB | 935 | 278 | 101 | 1314 | $ 8.96 | $ 11,773.44 |
| W | GTB7004SPT5 | STRETCH DENIM PANT WITH EMB | 0 | 86 | 6 | 92 | $ 10.66 | $ 980.72 |
| K | GBB6173SPT5 | LACE TRIM PIECED LEGGING | 2232 | 543 | 31 | 2806 | $ 3.40 | $ 9,540.40 |
| K | GKB6172SPT5 | LACE TRIM PIECED LEGGING | 6137 | 1916 | 150 | 8203 | $ 4.00 | $ 32,812.00 |
| K | GTB7005SPT5 | LACE TRIM PIECED LEGGING | 0 | 309 | 18 | 327 | $ 4.80 | $ 1,569.60 |
| K | GBD6159SPT5 | LS SPOT/STRIPE HOODED DRESS WITH EMB | 1136 | 227 | 30 | 1393 | $ 5.60 | $ 7,800.80 |
| K | GKD6158SPT5 | LS SPOT/STRIPE HOODED DRESS WITH EMB | 3162 | 699 | 155 | 4016 | $ 6.25 | $ 25,100.00 |
| K | GBD6428SPT5 | SS SPOT/STRIPE HOODED DRESS WITH EMB | 256 | 154 | 30 | 440 | $ 5.20 | $ 2,288.00 |
| K | GKD6425SPT5 | SS SPOT/STRIPE HOODED DRESS WITH EMB | 731 | 636 | 183 | 1550 | $ 5.65 | $ 8,757.50 |
| K | GBD6149SPT5 | SOLID LACE OVERLAY DRESS | 1752 | 479 | 31 | 2262 | $ 6.83 | $ 15,449.46 |
| K | GKD6148SPT5 | SOLID LACE OVERLAY DRESS | 4114 | 1642 | 204 | 5960 | $ 7.87 | $ 46,905.20 |
| K | GTD7006SPT5 | SOLID LACE OVERLAY DRESS | 0 | 305 | 18 | 323 | $ 8.93 | $ 2,884.39 |
| K | GBD6165SPT5 | 2X2 DRESS WITH FLORAL RUFFLES | 1832 | 412 | 30 | 2274 | $ 5.53 | $ 12,575.22 |
| K | GKD6164SPT5 | 2X2 DRESS WITH FLORAL RUFFLES | 4199 | 1644 | 203 | 6046 | $ 6.53 | $ 39,480.38 |
| K | GBA6182SPT5 | PRINT HEADBAND | 784 | 122 | 16 | 922 | $ 1.80 | $ 1,659.60 |
| K | GKA6181SPT5 | PRINT HEADBAND | 1172 | 327 | 40 | 1539 | $ 1.80 | $ 2,770.20 |
| K | GBA6184SPT5 | SOLID LACE TRIM HEADBAND | 800 | 150 | 20 | 970 | $ 1.92 | $ 1,862.40 |
| K | GKA6183SPT5 | SOLID LACE TRIM HEADBAND | 1400 | 400 | 40 | 1840 | $ 1.92 | $ 3,532.80 |
| K | GKA6185SPT5 | SOLID LACE BAG | 440 | 76 | 16 | 532 | $ 3.51 | $ 1,867.32 |

Date Issued: August 14, 2014

**naartjiekids** .. the original name in fun clothing sizes 0 - 10

## Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA
Import RN#: 103627

| Agent: Target Ease International Limited | | Vendor: TBA - Targetease |
|---|---|---|
| Shipment Samples Due: Sept. 16, 2016 | Issued: May 15, 2014 revised August 28, 2014 | EC/SLC: Sept 30, 2014 Hand over to Forwarder: WC: Oct. 7, 2014 |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTY | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| K | BBT5937SPT5 | ESS OMBRE DINO FOOTPRINT TEE | 1176 | 66 | 15 | 1257 | $ | 2.70 | $ 3,393.90 |
| K | BKT5936SPT5 | ESS OMBRE DINO FOOTPRINT TEE | 1911 | 180 | 68 | 2159 | $ | 3.00 | $ 6,477.00 |
| K | BBT5933SPT5 | ESS PIECED T-REX DINO TEE | 816 | 46 | 8 | 870 | $ | 2.80 | $ 2,436.00 |
| K | BKT5932SPT5 | ESS PIECED T-REX DINO TEE | 1326 | 119 | 39 | 1484 | $ | 3.10 | $ 4,600.40 |
| K | BBT5929SPT5 | S/S THICK EMBROIDED AMAZING DINO TEE | 456 | 21 | 8 | 485 | $ | 2.70 | $ 1,309.50 |
| K | BKT5928SPT5 | S/S THICK EMBROIDED AMAZING DINO TEE | 741 | 49 | 9 | 799 | $ | 3.00 | $ 2,397.00 |
| K | BBT5927SPT5 | L/S 2FER COLOSSAL MULTI DINO TEE | 816 | 46 | 8 | 870 | $ | 3.10 | $ 2,697.00 |
| K | BKT5926SPT5 | L/S 2FER COLOSSAL MULTI DINO TEE | 1911 | 237 | 47 | 2195 | $ | 3.40 | $ 7,463.00 |
| K | BBT5931SPT5 | PIQUE CAMO ELBOW PIECED HOODY | 816 | 56 | 8 | 880 | $ | 3.30 | $ 2,904.00 |
| K | BKT5930SPT5 | PIQUE CAMO ELBOW PIECED HOODY | 1365 | 216 | 30 | 1611 | $ | 3.80 | $ 6,121.80 |
| K | BBT5935SPT5 | SLUB LIZARD STRIPE TEE | 1032 | 208 | 15 | 1255 | $ | 3.30 | $ 4,141.50 |
| K | BKT5934SPT5 | SLUB LIZARD STRIPE TEE | 1781 | 510 | 39 | 2330 | $ | 3.80 | $ 8,854.00 |
| W | BBT5949SPT5 | GML SLV W/ CHECK BODY WOVEN SHIRT | 456 | 21 | 8 | 485 | $ | 6.70 | $ 3,249.50 |
| W | BKT5948SPT5 | GML SLV W/ CHECK BODY WOVEN SHIRT | 741 | 84 | 9 | 834 | $ | 8.50 | $ 7,089.00 |
| K | BBO5945SPT5 | SPRAY STRIPE FLEECE JACKET | 576 | 45 | 8 | 629 | $ | 4.80 | $ 3,019.20 |
| K | BKO5944SPT5 | SPRAY STRIPE FLEECE JACKET | 936 | 181 | 21 | 1138 | $ | 6.00 | $ 6,828.00 |
| K | BBO5947SPT5 | FRENCH TERRY HOODY VEST | 816 | 114 | 8 | 938 | $ | 6.90 | $ 6,472.20 |
| K | BKO5946SPT5 | FRENCH TERRY HOODY VEST | 1430 | 263 | 22 | 1715 | $ | 7.90 | $ 13,548.50 |
| W | BBB5939SPT5 | EWAIST LINED CRACKER PANT | 480 | 36 | 8 | 524 | $ | 6.40 | $ 3,353.60 |
| W | BKB5938SPT5 | EWAIST LINED CRACKER PANT | 780 | 176 | 17 | 973 | $ | 8.80 | $ 8,562.40 |
| W | BBB5943SPT5 | EWAIST WAIST CAMO | 480 | 41 | 8 | 529 | $ | 5.80 | $ 3,068.20 |
| W | BKB5942SPT5 | ADJ WAIST CAMO | 845 | 176 | 17 | 1038 | $ | 7.80 | $ 8,096.40 |
| W | BBB5941SPT5 | KNIT WAIST DENIM PANT | 600 | 100 | 8 | 708 | $ | 5.50 | $ 3,894.00 |
| W | BKB5940SPT5 | KNIT WAIST DENIM PANT | 1170 | 314 | 54 | 1538 | $ | 7.05 | $ 10,842.90 |
| K | BBB6179SPT5 | FRENCH TERRY WOVEN TRIM PANT | 1160 | 86 | 15 | 1261 | $ | 6.10 | $ 7,692.10 |
| K | BKB6178SPT5 | FRENCH TERRY WOVEN TRIM PANT | 1950 | 255 | 30 | 2235 | $ | 7.80 | $ 17,433.00 |
| W | BBA5951SPT5 | BB CAMO TWILL HAT | 570 | 33 | 5 | 608 | $ | 3.20 | $ 1,945.60 |
| W | BKA6322SPT5 | BK CAMO TWILL HAT | 684 | 62 | 6 | 752 | $ | 3.30 | $ 2,481.60 |
| K | LGT6126SPT5 | FLORAL TREE SCREEN TUNIC | 1020 | 135 | 10 | 1165 | $ | 3.00 | $ 3,495.00 |
| K | LGB6129SPT5 | WILLOW SPOT RUFFLE BUTT PANT | 1020 | 180 | 10 | 1210 | $ | 3.00 | $ 3,630.00 |
| K | LGG6130SPT5 | FLUTTER HEART STRIPE & SPOT BABYGROW | 2100 | 241 | 30 | 2371 | $ | 6.10 | $ 14,463.10 |
| K | LGG6128SPT5 | SOLID BIRDIE ART BABYGROW | 1800 | 330 | 20 | 2150 | $ | 6.10 | $ 13,115.00 |
| K | LGG6132SPT5 | WILLOW SPOT HOME TWEET HOME BABYGROW | 1800 | 228 | 20 | 2048 | $ | 6.30 | $ 12,902.40 |
| K | LGO6131SPT5 | SOLID W/ TRIM CARDIGAN | 405 | 82 | 9 | 496 | $ | 4.90 | $ 2,430.40 |
| K | LGA6133SPT5 | WILLOW SPOT BEANIE | 1200 | 255 | 10 | 1465 | $ | 1.90 | $ 2,783.50 |
| K | LGA6135SPT5 | WILLOW SPOT OAK STRIPE HEADBAND | 1230 | 187 | 12 | 1429 | $ | 1.60 | $ 2,286.40 |
| K | LGA6134SPT5 | WILLOW SPOT BOOTIES | 950 | 253 | 10 | 1213 | $ | 2.20 | $ 2,668.60 |
| K | LBG6122SPT5 | TRACKER RAGLAN BODYSUIT | 1720 | 72 | 20 | 1812 | $ | 4.35 | $ 7,882.20 |
| K | LBT6136SPT5 | HOODY MELANGE TEE | 570 | 22 | 10 | 602 | $ | 4.50 | $ 2,709.00 |
| K | LBB6123SPT5 | FLEECE MIXED DIGGER STRIPE PANT | 570 | 22 | 10 | 602 | $ | 3.80 | $ 2,287.60 |
| W | LBB5642SPT5 | DENIM GML WAIST PANT | 513 | 31 | 9 | 553 | $ | 3.90 | $ 2,156.70 |
| K | LBG6121SPT5 | HOODED DIGGER STP BOY AT WORK BABYGRO | 1710 | 177 | 20 | 1907 | $ | 6.00 | $ 11,442.00 |
| K | LBG6120SPT5 | DIGGER STRIPE TOOLBELT BABYGROW | 1140 | 116 | 20 | 1276 | $ | 5.80 | $ 7,400.80 |
| W | LBB6124SPT5 | DENIM DUNGAREE | 513 | 43 | 9 | 565 | $ | 7.00 | $ 3,955.00 |
| K | LBO6137SPT5 | FLEECE PATCH VEST | 513 | 22 | 9 | 544 | $ | 4.80 | $ 2,611.20 |
| K | LBA6139SPT5 | DIGGER STRIPE BEANIE | 1050 | 73 | 10 | 1133 | $ | 2.00 | $ 2,266.00 |
| K | LBA6138SPT5 | DIGGER STRIPE BOOTIES | 1050 | 63 | 10 | 1123 | $ | 2.30 | $ 2,582.90 |

Date Issued: August, 2012

**naartjie**kids  ...the original name in fun clothing sizes 0 - 10

## Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

| Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA |||||||||
|---|---|---|---|---|---|---|---|---|
| Import RN#: 103627 |||||||||
| Agent: Target Ease International Limited |||||| Vendor: TBA - Targetease |||
| Shipment Samples Due: | Sept. 16, 2016 || Issued: May 15, 2014 revised August 28, 2014 ||| Hand over to Forwarder: | EC/SLC: Sept 30, 2014 WC: Oct. 7, 2014 ||
| This Reservation Purchase Order pertains to the following list of styles: |||||||||
| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTY | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 128,981 | 32,709 | 3,843 | 165,533 |  | $ 773,624.99 |

*All prices noted above are strictly Free- On Board (F.O.B) ex Hong Kong*
Agent/Vendor to provide a Pro Forma Invoice as per above

### Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

**Payment Terms:** Document Presentation

**Terms of Contract**

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing Instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- **It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.**

_____   Glenn Wood   _____
Signature of Naartjie Corporation representative   Print name in block letters   Date

_____   _____   _____
Signature of Agent/Vendor representative   Print name in block letters   Date

Page 3

Date: 28 August, 2014                                                                                                    28/8/2014

# naartjiekids
*...the original name in fun clothing sizes 0 - 10*

## Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

| Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA |||||||||
|---|---|---|---|---|---|---|---|---|
| Import RN#: 103627 |||||||||
| Agent: Target Ease International Limited |||||| Vendor: TBA - Targetease |||
| Shipment Samples Due: | Sept. 16, 2016 ||| Issued: May 15, 2014 revised August 28, 2014 || Hand over to Forwarder: | EC/SLC: Sept 30, 2014 WC: Oct. 7, 2014 ||
| This Reservation Purchase Order pertains to the following list of styles: |||||||||
| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|  |  |  | 128,981 | 32,709 | 3,843 | 165,533 |  | $ 773,624.99 |

*All prices noted above are strictly Free- On Board (F.O.B) ex Hong Kong*
Agent/Vendor to provide a Pro Forma Invoice as per above

## Reservation Purchase Order (US) - Spring Trans 15 - Knits and Wovens

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

**Payment Terms:** Document Presentation

### Terms of Contract

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing Instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.

Signature of Naartjie Corporation representative — Glenn Wood — Print name in block letters — Date

Signature of Agent/Vendor representative — Frances Cheon — Print name in block letters — 9/1/2014

**Reservation Purchase Order (US) - Spring 1 2015 - Knit & Woven**

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA
Import RN#: 103627

| Agent: Target Ease International Limited | | | | | Vendor: TBA - Targetease | |
|---|---|---|---|---|---|---|
| Shipment Samples Due: Oct. 21, 2014 | | Issued: June 27, 2014 | Amended Sept. 11, 2014 | Hand over to Forwarder: | EC/SLC: Nov 04, 2014 WC: Nov 11, 2014 | |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTY | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|
| K | GBT6412SP15 | ESS SEED SPOT MIXED PRINT TUNIC | 3648 | 779 | 51 | 4478 | $ 2.85 | $ 12,762.30 |
| K | GKT6410SP15 | ESS SEED SPOT MIXED PRINT TUNIC | 6664 | 3219 | 201 | 10084 | $ 3.45 | $ 34,789.80 |
| K | GBT6609SP15 | ESS GARDENING GRAPHIC SLVLS TEE | 3048 | 680 | 88 | 3816 | $ 2.55 | $ 9,730.80 |
| K | GKT6608SP15 | ESS GARDENING GRAPHIC SLVLS TEE | 5729 | 2721 | 422 | 8872 | $ 2.95 | $ 26,172.40 |
| K | GBT6400SP15 | ESS 3/4 SLV TUNIC | 2360 | 713 | 51 | 3124 | $ 2.85 | $ 8,903.40 |
| K | GKT6399SP15 | ESS 3/4 SLV TUNIC | 4522 | 2393 | 213 | 7128 | $ 3.41 | $ 24,306.48 |
| K | GTT8000SP15 | 3/4 SLV TUNIC | 0 | 405 | 30 | 435 | $ 4.29 | $ 1,866.15 |
| K | GBO6390SP15 | ESS SLUB CARDIGAN | 1760 | 634 | 50 | 2444 | $ 2.61 | $ 6,378.84 |
| K | GKO6389SP15 | ESS SLUB CARDIGAN | 3723 | 2319 | 283 | 6325 | $ 2.99 | $ 18,911.75 |
| K | GBT6414SP15 | SEED SPOT TUNIC WITH BOW | 1720 | 534 | 32 | 2286 | $ 2.60 | $ 5,943.60 |
| K | GKT6413SP15 | SEED SPOT TUNIC WITH BOW | 3672 | 1914 | 103 | 5689 | $ 3.20 | $ 18,204.80 |
| W | GBT6373SP15 | LAWN MIXED PRINT SPLIT BODICE TOP | 1432 | 453 | 32 | 1917 | $ 5.60 | $ 10,735.20 |
| W | GKT6372SP15 | LAWN MIXED PRINT SPLIT BODICE TOP | 3383 | 1616 | 261 | 5260 | $ 6.65 | $ 34,979.00 |
| W | GTT8001SP15 | LAWN MIXED PRINT SPLIT BODICE TOP | 0 | 340 | 28 | 368 | $ 9.05 | $ 3,330.40 |
| K | GBT6378SP15 | SOLID WITH PRINT PANEL SS TUNIC | 1576 | 433 | 32 | 2041 | $ 3.15 | $ 6,429.15 |
| K | GKT6377SP15 | SOLID WITH PRINT PANEL SS TUNIC | 3434 | 1717 | 170 | 5321 | $ 3.65 | $ 19,421.65 |
| K | GBO6409SP15 | U/B FLEECE BUTTON FRONT HOODY | 816 | 238 | 25 | 1079 | $ 5.57 | $ 6,010.03 |
| K | GKO6411SP15 | U/B FLEECE BUTTON FRONT HOODY | 1649 | 1030 | 92 | 2771 | $ 6.53 | $ 18,094.63 |
| K | GBT6514SP15 | NETTING TRIM JIE JIE GRAPHIC TOP | 672 | 230 | 32 | 934 | $ 2.95 | $ 2,755.30 |
| K | GKT6510SP15 | NETTING TRIM JIE JIE GRAPHIC TOP | 1360 | 837 | 57 | 2254 | $ 3.55 | $ 8,001.70 |
| K | GBT6512SP15 | MESH OVERLAY RUFFLED TOP | 768 | 251 | 25 | 1044 | $ 2.96 | $ 3,090.24 |
| K | GKT6507SP15 | MESH OVERLAY RUFFLED TOP | 2159 | 1140 | 74 | 3373 | $ 3.33 | $ 11,232.09 |
| W | GBO6471SP15 | LACE TRIM DENIM JACKET | 416 | 190 | 8 | 614 | $ 7.80 | $ 4,789.20 |
| W | GKO6470SP15 | LACE TRIM DENIM JACKET | 850 | 569 | 28 | 1447 | $ 8.90 | $ 12,878.30 |
| W | GTO8002SP15 | LACE TRIM DENIM JACKET | 0 | 100 | 6 | 106 | $ 10.80 | $ 1,144.80 |
| K | GBT6681SP15 | S HOODED TOP WITH ASSYMETRICAL BAC | 952 | 300 | 33 | 1285 | $ 3.60 | $ 4,626.00 |
| K | GKT6680SP15 | S HOODED TOP WITH ASSYMETRICAL BAC | 3196 | 1645 | 101 | 4942 | $ 4.60 | $ 22,733.20 |
| K | GTT8003SP15 | S HOODED TOP WITH ASSYMETRICAL BAC | 0 | 341 | 32 | 373 | $ 5.50 | $ 2,051.50 |
| W | GBB6921SP15 | ESS SKINNY STRETCH DENIM | 1136 | 267 | 35 | 1438 | $ 3.50 | $ 5,033.00 |
| W | GKB6920SP15 | ESS SKINNY STRETCH DENIM | 2040 | 1078 | 287 | 3405 | $ 4.30 | $ 14,641.50 |
| W | GTB8004SP15 | SKINNY STRETCH DENIM | 0 | 136 | 13 | 149 | $ 6.25 | $ 931.25 |
| K | GBB6396SP15 | ESS SEED SPOT LEGGING | 3744 | 706 | 44 | 4494 | $ 2.70 | $ 12,133.80 |
| K | GKB6395SP15 | ESS SEED SPOT LEGGING | 7412 | 3924 | 287 | 11623 | $ 3.10 | $ 36,031.30 |
| K | GTB8005SP15 | SEED SPOT LEGGING | 0 | 335 | 39 | 374 | $ 3.70 | $ 1,383.80 |
| K | GBB6392SP15 | ESS SOLID SCRUNCHED LEGGING | 3144 | 605 | 51 | 3800 | $ 2.67 | $ 10,146.00 |
| K | GKB6391SP15 | ESS SOLID SCRUNCHED LEGGING | 5729 | 3021 | 372 | 9122 | $ 3.04 | $ 27,730.88 |
| K | GBB6394SP15 | ESS MEADOW CAPRI | 2992 | 599 | 68 | 3659 | $ 2.70 | $ 9,879.30 |
| K | GKB6393SP15 | ESS MEADOW CAPRI | 4964 | 2621 | 372 | 7957 | $ 3.10 | $ 24,666.70 |
| K | GBB6417SP15 | TRELLIS FLORAL BANDED CAPRI | 1496 | 554 | 35 | 2085 | $ 3.00 | $ 6,255.00 |
| K | GKB6416SP15 | TRELLIS FLORAL BANDED CAPRI | 3485 | 1914 | 271 | 5670 | $ 3.40 | $ 19,278.00 |
| K | GBB6420SP15 | SOLID LEGGING WITH PRINT TRIM | 2016 | 697 | 35 | 2748 | $ 3.15 | $ 8,656.20 |
| K | GKB6419SP15 | SOLID LEGGING WITH PRINT TRIM | 4437 | 2516 | 203 | 7156 | $ 3.65 | $ 26,119.40 |
| K | GBB6406SP15 | SOLID LEGGING WITH MESH | 1792 | 616 | 29 | 2437 | $ 2.71 | $ 6,604.27 |
| K | GKB6405SP15 | SOLID LEGGING WITH MESH | 3859 | 2318 | 230 | 6407 | $ 3.19 | $ 20,438.33 |
| K | GTB8006SP15 | SOLID LEGGING WITH MESH | 0 | 341 | 32 | 373 | $ 3.92 | $ 1,462.16 |
| W | GBB6478SP15 | CAPE STRIPE LAWN PANT | 1760 | 606 | 32 | 2398 | $ 4.30 | $ 10,311.40 |
| W | GKB6477SP15 | CAPE STRIPE LAWN PANT | 3825 | 719 | 181 | 4725 | $ 5.25 | $ 24,806.25 |
| W | GBB6613SP15 | JIE JIE SKIRT W/ LEGS | 672 | 279 | 16 | 967 | $ 5.45 | $ 5,270.15 |
| W | GKB6612SP15 | JIE JIE SKIRT | 1428 | 903 | 73 | 2404 | $ 5.05 | $ 12,140.20 |
| W | GBB6474SP15 | E WAIST LACE TRIM DENIM PANT | 464 | 239 | 26 | 729 | $ 5.80 | $ 4,228.20 |
| W | GKB6473SP15 | ADJ WAIST LACE TRIM DENIM PANT | 850 | 639 | 119 | 1608 | $ 6.90 | $ 11,095.20 |
| K | GBB6704SP15 | MIXED PRINT SKIRT W/ LEGS | 952 | 360 | 35 | 1347 | $ 5.10 | $ 6,869.70 |
| K | GKB6703SP15 | MIXED PRINT SKIRT | 2737 | 1513 | 202 | 4452 | $ 5.20 | $ 23,150.40 |
| K | GTB8008SP15 | MIXED PRINT SKIRT | 0 | 307 | 32 | 339 | $ 6.20 | $ 2,101.80 |
| W | GBD6385SP15 | MEADOW PRINT LAWN DRESS | 2264 | 481 | 43 | 2788 | $ 5.35 | $ 14,915.80 |
| W | GKD6384SP15 | MEADOW PRINT LAWN DRESS | 5593 | 3014 | 261 | 8868 | $ 6.90 | $ 61,189.20 |
| K | GBD6403SP15 | SS SOLID TEXTURED DRESS | 1544 | 358 | 39 | 1941 | $ 5.13 | $ 9,957.33 |
| K | GKD6375SP15 | SS SOLID TEXTURED DRESS | 3757 | 2217 | 261 | 6235 | $ 6.28 | $ 39,155.80 |
| K | GTD8009SP15 | SS SOLID TEXTURED DRESS | 0 | 406 | 32 | 438 | $ 7.43 | $ 3,254.34 |
| K | GBD6382SP15 | DANDELION SPARKLE DRESS | 1880 | 523 | 32 | 2435 | $ 5.40 | $ 13,149.00 |
| K | GKD6381SP15 | DANDELION SPARKLE DRESS | 4539 | 2927 | 187 | 7653 | $ 6.40 | $ 48,979.20 |
| W | GBD6476SP15 | DENIM LACE TRIM PINNIE | 416 | 190 | 8 | 614 | $ 6.20 | $ 3,806.80 |
| W | GKD6475SP15 | DENIM LACE TRIM PINNIE | 1020 | 689 | 45 | 1754 | $ 7.40 | $ 12,979.60 |
| W | GBA6616SP15 | FLORAL HEADBAND WITH SPOTTY BOW | 1080 | 300 | 32 | 1412 | $ 1.60 | $ 2,259.20 |
| K | GKA6615SP15 | FLORAL HEADBAND WITH SPOTTY BOW | 1680 | 527 | 96 | 2303 | $ 1.60 | $ 3,684.80 |
| W | GKA6617SP15 | MEADOW FLORAL SCRUNCHIE | 440 | 126 | 24 | 590 | $ 1.30 | $ 767.00 |
| W | GBA6620SP15 | SOLID HEADBAND WITH 3 D FLOWERS | 700 | 196 | 16 | 912 | $ 2.24 | $ 2,042.88 |
| W | GKA6619SP15 | SOLID HEADBAND WITH 3 D FLOWERS | 1488 | 428 | 52 | 1968 | $ 2.24 | $ 4,408.32 |

Page 1

### Reservation Purchase Order (US) - Spring 1 2015 - Knit & Woven

Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA
Import RN#: 103627

| Agent: Target Ease International Limited | | | | | Vendor: TBA - Targetease | |
|---|---|---|---|---|---|---|
| Shipment Samples Due: Oct. 21, 2014 | Issued: June 27, 2014 | Amended Sept. 11, 2014 | Hand over to Forwarder: | EC/SLC: Nov 04, 2014  WC: Nov 11, 2014 | | |

This Reservation Purchase Order pertains to the following list of styles:

| K/W | STYLE NUMBER | DESCRIPTION | US Store QTYS | US Web QTYS | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|
| W | GKA6614SP15 | SOLID LACE TRIM BAG | 580 | 151 | 16 | 747 | $ 3.67 | $ 2,741.49 |
| K | BBT6431SP15 | ESS STRIPE VNECK TEE | 912 | 84 | 8 | 1004 | $ 2.20 | $ 2,208.80 |
| K | BKT6430SP15 | ESS STRIPE VNECK TEE | 1482 | 251 | 20 | 1753 | $ 2.90 | $ 5,083.70 |
| K | BBT6434SP15 | ESS L/S FLAG TEE | 416 | 26 | 8 | 450 | $ 2.65 | $ 1,192.50 |
| K | BKT6435SP15 | ESS L/S FLAG TEE | 676 | 163 | 13 | 852 | $ 2.95 | $ 2,513.40 |
| K | BBT6441SP15 | ESS SLUB NIGHT MOON | 416 | 26 | 8 | 450 | $ 2.40 | $ 1,080.00 |
| K | BKT6440SP15 | ESS SLUB NIGHT MOON | 871 | 169 | 28 | 1068 | $ 2.80 | $ 2,990.40 |
| K | BBT6439SP15 | ESS CHEST WAVE STRIPE TEE | 536 | 66 | 8 | 610 | $ 2.45 | $ 1,494.50 |
| K | BKT6438SP15 | ESS CHEST WAVE STRIPE TEE | 871 | 347 | 28 | 1246 | $ 2.85 | $ 3,551.10 |
| K | BBT6433SP15 | ESS L/S SLUB WIND RACER TEE | 536 | 84 | 16 | 636 | $ 2.65 | $ 1,685.40 |
| K | BKT6432SP15 | ESS L/S SLUB LAND SPEED RACER TEE | 1690 | 421 | 52 | 2163 | $ 3.05 | $ 6,597.15 |
| K | BBT6437SP15 | ESS FLYING SQUIRREL TEE | 832 | 102 | 15 | 949 | $ 2.35 | $ 2,230.15 |
| K | BKT6436SP15 | ESS CROSS WINDS PARASAILING TEE | 1261 | 416 | 37 | 1714 | $ 2.70 | $ 4,627.80 |
| K | BBT6442SP15 | ESS PIQUE SLUB MIX 1 PCKT SOLID TEE | 1032 | 57 | 8 | 1097 | $ 2.45 | $ 2,687.65 |
| K | BKT6443SP15 | ESS PIQUE SLUB MIX 1 PCKT SOLID TEE | 1677 | 272 | 32 | 1981 | $ 3.00 | $ 5,943.00 |
| K | BBT6449SP15 | KITE SURFING APPLIQUE TEE | 816 | 98 | 8 | 922 | $ 2.85 | $ 2,627.70 |
| K | BKT6448SP15 | KITE SURFING APPLIQUE TEE | 1352 | 254 | 64 | 1670 | $ 3.30 | $ 5,511.00 |
| K | BBT6450SP15 | 2-FER FLECK 1 PCKT TEE | 400 | 42 | 8 | 450 | $ 3.90 | $ 1,755.00 |
| K | BKT6451SP15 | 2-FER FLECK 1 PCKT TEE | 845 | 267 | 43 | 1155 | $ 4.70 | $ 5,428.50 |
| K | BBT6452SP15 | SLUB STRIPE HENLEY TEE | 912 | 102 | 8 | 1022 | $ 3.90 | $ 3,985.80 |
| K | BKT6453SP15 | SLUB STRIPE HENLEY TEE | 1482 | 248 | 43 | 1773 | $ 4.60 | $ 8,155.80 |
| K | BBT6456SP15 | SLUB WAVE STRIPE PALM HOODY | 912 | 74 | 8 | 994 | $ 4.30 | $ 4,274.20 |
| K | BKT6457SP15 | SLUB WAVE STRIPE PALM HOODY | 1677 | 393 | 90 | 2160 | $ 4.90 | $ 10,584.00 |
| K | BBT6486SP15 | 2-FER WAVE SHARK EMB TEE | 536 | 72 | 8 | 616 | $ 3.30 | $ 2,032.80 |
| K | BKT6485SP15 | 2-FER WAVE SHARK EMB TEE | 871 | 306 | 43 | 1220 | $ 4.05 | $ 4,941.00 |
| K | BBO6459SP15 | BR FLEECE COLD WASH SHARK EMB HOO | 792 | 41 | 8 | 841 | $ 8.60 | $ 7,232.60 |
| K | BKO6458SP15 | BR FLEECE COLD WASH SHARK EMB HOO | 1482 | 277 | 37 | 1796 | $ 9.80 | $ 17,600.80 |
| W | BBB6445COR5 | ESS PIECED DENIM PANT | 456 | 168 | 10 | 634 | $ 4.22 | $ 2,675.48 |
| W | BKB6444COR5 | ESS PIECED DENIM PANT | 780 | 914 | 71 | 1765 | $ 5.40 | $ 9,531.00 |
| K | BBB6446SP15 | ESS FLEECE SHORT | 1992 | 380 | 35 | 2407 | $ 3.20 | $ 7,702.40 |
| K | BKB6447SP15 | ESS FLEECE SHORT | 3484 | 2833 | 181 | 6498 | $ 3.95 | $ 25,667.10 |
| W | BBB6480SP15 | ESS TWILL SHORT | 1288 | 299 | 10 | 1597 | $ 3.40 | $ 5,429.80 |
| W | BKB6479SP15 | ESS TWILL SHORT | 2093 | 588 | 36 | 2717 | $ 4.00 | $ 10,868.00 |
| W | BBB6462SP15 | EWAIST CARGO KNIT WAIST DENIM PANT | 456 | 26 | 8 | 490 | $ 6.07 | $ 2,974.30 |
| W | BKB6463SP15 | EWAIST CARGO KNIT WAIST DENIM PANT | 741 | 351 | 37 | 1129 | $ 7.63 | $ 8,614.27 |
| W | BBB6467SP15 | EWAIST CRACKER ROLLUP PANT | 416 | 58 | 8 | 482 | $ 5.20 | $ 2,506.40 |
| W | BKB6466SP15 | EWAIST CRACKER ROLLUP PANT | 1222 | 308 | 40 | 1570 | $ 6.40 | $ 10,048.00 |
| K | BBB6461SP15 | EWAIST UNBR FLEECE PIECED PANT | 1128 | 121 | 8 | 1257 | $ 5.70 | $ 7,164.90 |
| K | BKB6460SP15 | EWAIST UNBR FLEECE PIECED PANT | 1833 | 356 | 39 | 2228 | $ 6.70 | $ 14,927.60 |
| W | BBB6465SP15 | EWAIST STRIPE SHORT | 456 | 58 | 8 | 522 | $ 4.65 | $ 2,427.30 |
| W | BKB6464SP15 | ADJ WST STRIPE SHORT | 741 | 232 | 16 | 989 | $ 5.85 | $ 5,785.65 |
| W | BBA6468SP15 | BB YARN STRIPE WIDE BRIM HAT | 570 | 25 | 5 | 600 | $ 3.25 | $ 1,950.00 |
| W | BKA6469SP15 | BK YARN STRIPE WIDE BRIM HAT | 684 | 62 | 6 | 752 | $ 3.25 | $ 2,444.00 |
| K | LGT6245SP15 | BALLET RUFFLE SLV TUNIC | 920 | 139 | 20 | 1079 | $ 2.95 | $ 3,183.05 |
| W | LGB6252SP15 | DENIM SKORT | 540 | 31 | 9 | 580 | $ 3.95 | $ 2,291.00 |
| K | LGB6323SP15 | TOOTOO FLORAL PANT | 950 | 81 | 20 | 1051 | $ 2.80 | $ 2,942.80 |
| K | LGG6246SP15 | FLORAL MESH RUFFLES SHORT BG | 1350 | 181 | 20 | 1551 | $ 4.85 | $ 7,522.35 |
| K | LGG6247SP15 | TOOTOO FLORAL WRAP BALLET BG | 1470 | 267 | 20 | 1757 | $ 5.45 | $ 9,575.65 |
| K | LGG6361SP15 | MOUSE BALLET SIZE SNAP BG | 1440 | 378 | 20 | 1838 | $ 5.45 | $ 10,017.10 |
| K | LGD6249SP15 | SUPER MESH TUTU BODYSUIT | 1170 | 152 | 30 | 1352 | $ 4.40 | $ 5,948.80 |
| K | LGO6251SP15 | MESH BOW CROP CARDIGAN | 360 | 60 | 9 | 429 | $ 3.10 | $ 1,329.90 |
| W | LGA6320SP15 | TOOTOO FLORAL SUNHAT | 895 | 140 | 10 | 1045 | $ 2.95 | $ 3,082.75 |
| K | LGA6250SP15 | MESH FRILL HEADBAND | 702 | 140 | 12 | 854 | $ 1.50 | $ 1,281.00 |
| W | LGA6362SP15 | BALLET BOOTIES | 795 | 260 | 10 | 1065 | $ 2.50 | $ 2,662.50 |
| K | LBG6371SP15 | LS RAD SKATE CLUB BODYSUIT | 1170 | 66 | 20 | 1256 | $ 3.90 | $ 4,898.40 |
| K | LBB6376SP15 | UNBR FLEECE PANT | 570 | 21 | 10 | 601 | $ 3.90 | $ 2,343.90 |
| K | LBG6383SP15 | OLLIE STRIPE HENLEY BG | 1590 | 153 | 20 | 1763 | $ 5.50 | $ 9,696.50 |
| K | LBG6388SP15 | 2FER DUDE SKATER OLIE STRIPE BG | 1570 | 217 | 20 | 1807 | $ 5.60 | $ 10,119.20 |
| K | LBO6374SP15 | UNBR FLEECE ELBOW PATCH HOODY | 513 | 22 | 9 | 544 | $ 5.60 | $ 3,046.40 |
| K | LBA6386SP15 | OLLIE STRIPE BEANIE | 785 | 191 | 10 | 986 | $ 2.00 | $ 1,972.00 |
| K | LBA6387SP15 | SOLID FAUX LACE BOOTIES | 795 | 108 | 10 | 913 | $ 2.20 | $ 2,008.60 |
| K | LBG6401SP15 | UNI SOOTY TRIANGE PRINT BABYGROW | 650 | 51 | 10 | 711 | $ 4.40 | $ 3,128.40 |
| K | LBA6398SP15 | UNI SOOTY PRINT BOOTIE | 300 | 30 | 5 | 335 | $ 2.20 | $ 737.00 |
| K | LBA6397SP15 | UNI SOOTY PRINT BEANIE | 300 | 30 | 5 | 335 | $ 1.90 | $ 636.50 |
| W | GBA6912SP15 | MEADOW FLORAL SUNHAT | 1025 | 251 | 15 | 1291 | $ 3.30 | $ 4,260.30 |
| | | | | | | 0 | | $ - |

**Reservation Purchase Order (US) - Spring 1 2015 - Knit & Woven**

| Purchaser: Naartjie Custom Kids, Inc., 533 Airport Boulevard, Suite 300, Burlingame, CA 94010-2041, USA |||||||||
|---|---|---|---|---|---|---|---|---|
| Import RN#: 103627 |||||||||
| Agent: Target Ease International Limited |||||| Vendor: TBA - Targetease |||
| Shipment Samples Due: | Oct. 21, 2014 ||| Issued: 2014 | June 27, | Amended Sept. 11, 2014 | Hand over to Forwarder: | EC/SLC: Nov 04, 2014 WC: Nov 11, 2014 |
| This Reservation Purchase Order pertains to the following list of styles: |||||||||
| K/W | STYLE NUMBER | DESCRIPTION || US Store QTYS | US Web QTY | CAN QTYS | TOTAL UNITS | CONFIRMED PRICE | VALUE |
|  |  |  ||  |  |  |  |  |  |
|  |  |  || 210,909 | 82,493 | 8,304 | 301,706 |  | $ 1,226,342.71 |

*All prices noted above are strictly Free- On Board (F.O.B) ex Hong Kong*
Agent/Vendor to provide a Pro Forma Invoice as per above

**Reservation Purchase Order (US) - Spring 1 2015 - Knit & Woven**

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

**Payment Terms:** Document Presentation

**Terms of Contract**

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing Instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- **It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.**

_____    Glenn Wood    _____
Signature of Naartjie Corporation representative    Print name in block letters    Date

_____    _____    _____
Signature of Agent/Vendor representative    Print name in block letters    Date

Page 3

naartjie kids
...the original name in fun clothing sizes 0 - 10

1 2 SEP 2014

| 210,909 | 82,493 | 8,304 | 301,706 | | $ | 1,226,342.71 |

All prices noted above are strictly Free- On Board (F.O.B) ex Hong Kong
Agent/Vendor to provide a Pro Forma Invoice as per above

## Reservation Purchase Order (US) - Spring 1 2015 - Knit & Woven

This Reservation Purchase Order serves as Naartjie's commitment to the list of styles on page 1, so that the Vendor can procure the necessary fabric and trim as well as book production and dye house space.

A detailed Purchase Order Contract will follow this Reservation Purchase Order and will provide the Agent/Vendor with a PO number for invoicing and payment reference purposes.

**Payment Terms:** Document Presentation

### Terms of Contract

- The prototype sample must be approved in writing by a representative of Naartjie Corporation before bulk production may commence;
- The shipment samples must be approved in writing by a representative of Naartjie Corporation before delivering to the warehouse;
- Final sample must adhere to all Consumer Product Safety Commission and US Customs requirement for all required documentation
- Finished goods and all relevant documentation must be delivered to the warehouse within 5 working days of the specified date and not before;
- Any delivery between 6 and 10 working days after the specified date will result in a 2½% penalty of cost price;
- Any delivery later than 10 working days after the specified date, at the discretion of Naartjie Corporation, will result in a 5% penalty of cost price or cancellation;
- No less than 95% (5% short) and no more than 105% (5% more) of the specified order (as per Order Matrix and Packing Instructions) may be delivered to the warehouse. Final figures within this parameter must be communicated in writing to a representative of Naartjie Corporation before delivery;
- Any shortage of more than 5% of the specified order, for whatever reason, must be communicated in writing to a representative of Naartjie Corporation. At the discretion of Naartjie Corporation, the Vendor may be charged the full retail price of all shortage of more than 5% of the specified order;
- Any excess of more than 5% of the specified order must be disposed of by the Agent/Vendor ONLY within the borders of the People's Republic of China;
- No unmade goods will be accepted by the Purchaser;
- At any time, a representative of Naartjie Corporation must be allowed unconditional access to the Vendor's, or its sub-contractor, manufacturing facility to inspect its goods in progress;
- No Naartjie goods may be sub-contracted to an unspecified Vendor without prior permission in writing by a representative of Naartjie Corporation. Failure to comply may result in non-payment;
- Changes to the contract may only be made by means of written notification signed by both parties.
- It is the responsibility of the Agent/Vendor to ensure that the correct visa is purchased, where applicable.

_[signature]_ _____Glenn Wood_____ _____
Signature of Naartjie Corporation representative   Print name in block letters   Date

_[signature]_ _____Francis Chan_____ __9/12/2014__
Signature of Agent/Vendor representative   Print name in block letters   Date

Page 3