*Prepared and Submitted By:*
Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
      hunt.peggy@dorsey.com
      thomson.michael@dorsey.com
      armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Case No. 14-29666 |
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | Judge William T. Thurman |

**ORDER GRANTING DEBTOR'S SUPPLEMENTAL MOTION FOR AN ORDER
AUTHORIZING THE DEBTOR TO MAKE CERTAIN INTERIM PAYMENTS TO ITS
WHOLLY OWNED SUBISIDIARY, ZA ONE (PTY) LTD. PURSUANT TO 11 U.S.C. §§
105 AND 363, AND FED. R. BANKR. P. 6004**

4817-6383-0816\1 11/25/2014 12:50 PM

Upon the Supplemental Motion (the "Motion")[1] of the Debtor in the above-captioned Chapter 11 Case seeking, pursuant to sections 105 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court, for entry of an Order increasing the second authorized transfer to its wholly owned subsidiary, ZA One (Pty) Ltd. ("ZA One"). The Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its estate and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and a hearing having been held on November 25, 2014, to consider the relief requested in the Motion; and it appearing that proper and adequate notice of the Motion has been given, and that no other or further notice is necessary; and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein and objections, if any, to the Motion have been withdrawn, resolved or adjourned and, to the extent not withdrawn, resolved or adjourned, are hereby overruled.

2. The Debtor is **AUTHORIZED** to transfer the amount of $305,000.00, to ZA One as an unsecured, subordinated intercompany loan or an equity contribution on November 25, 2014, in accordance with the ZA One Agreement and previous Orders of the Court.

3. The Debtor is **AUTHORIZED** to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[1] Docket No. 260. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

4. To the extent applicable, the requirements of Bankruptcy Rule 6004(h) are hereby waived and the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____End of Order_____