Michael R. Johnson, Esq (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
           dleigh@rqn.com

Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Teddy M. Kapur (CA Bar No. 242486)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jpomerantz @pszjlaw.com
           bsandler@pszjlaw.com
           tkapur@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**NAARTJIE CUSTOM KIDS, INC.,**<br><br>Debtor. | Bankruptcy Case No. 14-29666<br><br>Chapter 11<br><br>Honorable William T. Thurman<br><br>(Filed Electronically) |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN AND EMPLOY
HOGAN LOVELLS (SOUTH AFRICA) AS ITS SPECIAL SOUTH AFRICAN COUNSEL**

1

Upon consideration of the *Application of the Official Committee of Unsecured Creditors For Authority to Retain and Employ Hogan Lovells (South Africa) As Its Special South African Counsel* (the "**Application**") [Docket No. 256], filed by the Official Committee of Unsecured Creditors (the "**Committee**") of Naartjie Custom Kids, Inc. (the "**Debtor**"), and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and all other parties in interest, the Court having been advised that the objection of Target Ease International has been resolved pursuant to the terms of this Order, and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. § § 1408 and 1409; and it appearing that no other or further notice need be provided, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Application be, and it hereby is, granted; and it is further

**ORDERED** that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

**ORDERED** that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Hogan Lovells (South Africa) Incorporated as Routledge Modise Inc. ("**Hogan**" or the "**Firm**") as its special South African counsel on the terms set forth in the Application; and it is further

**ORDERED** that the Firm may not incur more than $50,000 in professional fees and expenses without further order of the Court; and it is further

**ORDERED** that all parties reserve the right to object to any fees incurred by the Firm in connection with requests for compensation made pursuant to the provisions of the Bankruptcy Code or any Orders of the Court; and it is further

**ORDERED** that this Order is without prejudice to Target Ease's assertion of any claims against the Debtor's bankruptcy estate and the rights of the Debtor and/or the Committee to object to any such claims.

**ORDERED** that Target's response to the Application [Docket No. 269] is hereby withdrawn; and it is further

**ORDERED** that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

---------------------------------------------END OF DOCUMENT------------------------------------------

**APPROVED AS TO FORM AND CONTENT**
Holland & Hart LLP


By: <u>Mona L. Burton (Signed with Permission)</u>
    Mona L. Burton (5399)
    Engels J. Tejeda (11427)
Attorneys for Target Ease International

Office of the United States Trustee


By: <u>John T. Morgan (Signed with Permission)</u>
    John T. Morgan