*Prepared and Submitted By:*
Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
      hunt.peggy@dorsey.com
      thomson.michael@dorsey.com
      armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Case No. 14-29666 |
|---|---|
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | Judge William T. Thurman |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS, AND (II) GRANTING RELATED RELIEF
[DOCKET NO. 237]**

The matter before the Court is the *Debtor's Ex Parte Motion to Continue Hearing on Debtor's Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [Docket No. 297] (the "Ex Parte Motion") filed by Naartjie Custom Kids, Inc. (the "Debtor"), the debtor in possession in the above-captioned bankruptcy case, which seeks to continue the hearing on the *Debtor's Motion for an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [Docket No. 237] (the "Motion"). On December 1, 2014, Target Ease International ("Target Ease") filed an "Objection" to the Motion [Docket No. 296]. As demonstrated in the *Certificate of Service* attached to the Ex Parte Motion, the Ex Parte Motion was served through the CM/ECF system on the parties of record in this case. On December 2, 2014, the Court held a hearing on the Ex Parte Motion (the "December 2 Hearing") where Michael Thomson and Jeff Armington appeared on behalf of the Debtor, Engels Tejeda appeared on behalf of Target Ease, and Peter Kuhn appeared on behalf of the Office of the United States Trustee. Based on the Ex Parte Motion, the *Certificate of Service* attached thereto, the statements of counsel at the December 2 Hearing, it appears that proper and adequate notice of the Ex Parte Motion has been given, and that no other or further notice of the Ex Parte Motion is necessary, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

(1) The Ex Parte Motion is **GRANTED**;

(2) The Court shall hold an evidentiary hearing on the Motion on **December 15, 2014 at 2:00 p.m. Mountain Time**;

(3) All parties who want to present evidence at the hearing shall file with the Court their respective lists of exhibits and lists of witnesses by **December 12, 2014 at 12:00 p.m. Mountain Time**, with courtesy copies of exhibits being provided to the Court, the Debtor, Target Ease, the Official Committee of Unsecured Creditors in this case, and the Office of the United States Trustee; and

(4) Replies, if any, in support of the Motion shall be filed by **December 12, 2014 at 12:00 p.m. Mountain Time**.

_____End of Order_____

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING DEBTOR'S EX PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS, AND (II) GRANTING RELATED RELIEF [DOCKET NO. 237]** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case, as identified below, are registered CM/ECF users in this bankruptcy case.

- Jeffrey M Armington armington.jeff@dorsey.com
- Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
- Dustin P. Branch dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
- Mona Lyman Burton mburton@hollandhart.com, ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com
- Andrew S. Conway Aconway@taubman.com
- J. Gregory Hardman ghardman@snowjensen.com
- Tyler M. Hawkins hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;brownld@ballardspahr.com
- Annette W. Jarvis jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- Teddy M. Kapur tkapur@pszjlaw.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Bria E LaSalle Mertens blmertens@stoel.com, docketclerk@stoel.com
- Frank A. Merola fmerola@stroock.com, cgabriel@stroock.com;morozco@stroock.com;mmagzamen@stroock.com;ssiegel@stroock.com;dmohamed@stroock.com
- John T. Morgan tr john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David L. Pollack pollack@ballardspahr.com
- Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
- Robert S. Prince rprince@kmclaw.com, squilter@kmclaw.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- Bradford J. Sandler bsandler@pszjlaw.com
- Engels Tejeda ejtejeda@hollandhart.com, tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com

- Michael F. Thomson thomson.michael@dorsey.com, montoya.michelle@dorsey.com;koontz.jennifer@dorsey.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Gale K. x6Francis txbk13@utah.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice: None.