*Prepared and submitted by:*
Mona L. Burton (5399)
Engels J. Tejeda (11427)
HOLLAND & HART LLP
222 S. Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone: 801-799-5822
Facsimile: 801-799-5700
Email:  mburton@hollandhart.com
            ejtejeda@hollandhart.com

*Attorneys for TARGET EASE INTERNATIONAL*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Case No. 14-29666 |
|---|---|
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | The Honorable William T. Thurman |

**ORDER GRANTING TARGET EASE INTERNATIONAL'S MOTION TO TERMINATE THE AUTOMATIC STAY**

This matter came before the Court upon the *Motion to Terminate the Automatic Stay* (the "**Motion**") [Dkt. No. 272], filed by Target Ease International ("**Target Ease**"). The Court held a hearing on the Motion on December 16, 2014, at which the following parties appeared: Engels Tejeda on behalf of Target Ease; Michael Thomson on behalf of Naartjie Custom Kids, Inc.;

Michael Johnson and Jeffrey Pomerantz on behalf of the Official Committee of Unsecured Creditors. The Court made its findings of facts and conclusions of law on the record, and incorporates the same herein.

The Court finds that to the extent the automatic stay applies to the Spring Goods, as defined in the Motion, there is "cause" under 11 U.S.C. § 362(d) for termination of the stay to allow Target Ease to liquidate the Spring Goods (as defined in the Motion). The Court further finds there is cause to waive the stay of this order pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1) and (a)(3).

The Court, having considered the record, the Motion, and the arguments made in support and against the same, hereby **ORDERS** that:

1. The Motion is granted;

2. The automatic stay, to the extent applicable to the Spring Goods, shall be and hereby is modified to allow Target Ease to exercise its rights as a seller of the same under the Uniform Commercial Code to dispose of the Spring Goods in China or Hong Kong; and,

3. The 14-day stay provided pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1) and (a)(3) is hereby waived and this Order shall be effective immediately upon entry of the same.

*-- end of order --*

# CLERK'S CERTIFICATE OF SERVICE

I certify that on \_\_\_\_\_ \_\_ 2014, I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid to:
☐ Hand Delivery
☒ Electronic Mail

Annette W. Jarvis
Michael F. Thomson
Jeffrey M. Armington
Emails: jarvis.annette@dorsey.com,
thomson.michael@dorsey.com
armington.jeff@dorsey.com
*Counsel for the Debtor*

Peter J. Kuhn
U.S. Trustees Office
John T. Morgan
Emails: Peter.J.Kuhn@usdoj.gov,
john.t.morgan@usdoj.gov

Michael R. Johnson
Ray Quinney & Nebeker P.C.
Emails: mjohnson@rqn.com
Counsel for the Committee of Unsecured Creditors

Jeffrey N. Pomerantz
Teddy M, Kappur
Pachulski Stang Ziehl & Jones LLP
Emails: jpomerantz@pszjlaw.com,
tkapur@pszjlaw.com
Counsel for the Committee of Unsecured Creditors

Joseph Covey
Brian Lloyd
Parr Brown Gee & Loveless
Emails: jcovey@parrbrown.com;
blloyd@parrbrown.com
Counsel for Truworths Limited

Seth Goldman
Andrea Weintrab
Munger Tolles & Olson LLP
Emails: seth.goldman@mto.com,
andrea.weintraub@mto.com
Counsel for the Nogales Creditors

And upon all other parties receiving notice through the Court's CM/ECF System.

**BY:** _____

DEPUTY CLERK OF COURT

# CERTIFICATE OF SERVICE

I certify that on December 16, 2014 ,I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid to:
☐ Hand Delivery
☒ Electronic Mail

| | |
|---|---|
| Annette W. Jarvis<br>Michael F. Thomson<br>Jeffrey M. Armington<br>Emails: jarvis.annette@dorsey.com,<br>thomson.michael@dorsey.com<br>armington.jeff@dorsey.com<br>*Counsel for the Debtor* | Jeffrey N. Pomerantz<br>Teddy M, Kappur<br>Pachulski Stang Ziehl & Jones LLP<br>Emails: jpomerantz@pszjlaw.com,<br>tkapur@pszjlaw.com<br>Counsel for the Committee of Unsecured Creditors |
| Peter J. Kuhn<br>US Trustees Office<br>John T. Morgan<br>Emails: Peter.J.Kuhn@usdoj.gov,<br>john.t.morgan@usdoj.gov | Joseph Covey<br>Brian Lloyd<br>Parr Brown Gee & Loveless<br>Emails: jcovey@parrbrown.com;<br>blloyd@parrbrown.com<br>Counsel for Truworths Limited |
| Michael R. Johnson<br>Ray Quinney & Nebeker P.C.<br>Emails: mjohnson@rqn.com<br>Counsel for the Committee of Unsecured Creditors | Seth Goldman<br>Andrea Weintrab<br>Munger Tolles & Olson LLP<br>Emails: seth.goldman@mto.com,<br>andrea.weintraub@mto.com<br>Counsel for the Nogales Creditors |

And upon all other parties receiving notice through the Court's CM/ECF System.

By: __Engels Tejeda__

7139440_2