**The below described is SIGNED.**



**Dated: March 26, 2015**



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

---

*Prepared and Submitted By:*
Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
        hunt.peggy@dorsey.com
        thomson.michael@dorsey.com
        armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 14-29666 |
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | Judge William T. Thurman |

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
### ESTABLISHING ADMINISTRATIVE CLAIMS BAR DATE

Upon the Motion[1] of Naartjie Custom Kids, Inc., the debtor-in-possession (the "Debtor") in the above-captioned case (the "Case") seeking entry of an order pursuant to Sections 105(a) and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), establishing April 20, 2015, as the deadline for parties, other than Retained Professionals, to file administrative claims under 11 U.S.C. § 503; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its estate and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion and of the hearing on the Motion has been given as demonstrated by the *Notice of Hearing* [Docket No. 418] (the "Notice") and the *Certificate of Service* [Docket No. 430] for the Notice, and that no other or further notice is necessary; and no objections to the Motion having been asserted; and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1.  The Motion is **GRANTED**;

2.  The Debtor shall serve a copy of this Order on the Debtor's entire mailing matrix and any other potential post-petition creditors within three (3) business days of the date of entry of this Order;

3.  All parties (other than attorneys and other professionals whose retentions are approved by the Court pursuant to sections 327 or 1103 of the Bankruptcy Code (the "Retained

---

[1]   Docket No. 415.  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

<u>Professionals</u>") and who will be required to file applications for allowance of compensation and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code) seeking allowance of a claim for an administrative expense must file an appropriate motion seeking payment of an administrative expense under section 503(b) of the Bankruptcy Code (an "<u>Administrative Expense Allowance Motion</u>") with the Court so as to be received by the Court by **<u>April 20, 2015</u>** (the "<u>Administrative Claims Bar Date</u>");

4.     Any party, other than Retained Professionals, which fails to file an Administrative Expense Allowance Motion prior to the expiration of the Administrative Claims Bar Date shall forever be barred from seeking the allowance of or any distribution on account of any administrative expense in this case, and any claim for an administrative expense in this case that might exist will be deemed to be barred and DISALLOWED in its entirety without further notice or hearing;

5.     No later than three (3) business days after the expiration of the Administrative Claims Bar Date, the Debtor shall file with the Court and serve on all creditors and parties in interest a Notice of Hearing related to any timely-filed Administrative Expense Allowance Motions.  Such notice will (i) give a schedule of administrative expenses requested, (ii) state the deadline by which any objections thereto must be filed, (iii) state the deadline by which any replies to objections must be filed, and (iv) disclose the time and place set for the hearing on the Administrative Expense Allowance Motions, in accordance with this Court's Local Rules of Practice and the applicable Bankruptcy Rules; and

6.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

3

_____End of Order_____

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing Order shall be served to the parties in the manner designated below:

**By Electronic Service**:  I certify that the parties of record in this case, as identified below, are registered CM/ECF users in this bankruptcy case.

- Jeffrey M Armington armington.jeff@dorsey.com
- Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
- Dustin P. Branch dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
- Mona Lyman Burton mburton@hollandhart.com, ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com
- Andrew S. Conway Aconway@taubman.com
- J. Gregory Hardman ghardman@snowjensen.com
- Tyler M. Hawkins hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;brownld@ballardspahr.com
- Annette W. Jarvis jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- Teddy M. Kapur tkapur@pszjlaw.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Bria E LaSalle Mertens blmertens@stoel.com, docketclerk@stoel.com
- Frank A. Merola fmerola@stroock.com, cgabriel@stroock.com;morozco@stroock.com;mmagzamen@stroock.com;ssiegel@stroock.com;dmohamed@stroock.com
- John T. Morgan tr john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David L. Pollack pollack@ballardspahr.com
- Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
- Robert S. Prince rprince@kmclaw.com, squilter@kmclaw.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- Bradford J. Sandler bsandler@pszjlaw.com
- Engels Tejeda ejtejeda@hollandhart.com, tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Michael F. Thomson thomson.michael@dorsey.com, montoya.michelle@dorsey.com;koontz.jennifer@dorsey.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Gale K. x6Francis txbk13@utah.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice: None.