**This order is SIGNED.**

**Dated: May 6, 2015**



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



*eeo*

*Prepared and Submitted By:*
Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  jarvis.annette@dorsey.com
          hunt.peggy@dorsey.com
          thomson.michael@dorsey.com
          armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>NAARTJIE CUSTOM KIDS, INC.,<br><br>Debtor. | Case No. 14-29666<br><br>Chapter 11<br><br>Judge William T. Thurman |

**ORDER GRANTING JOINT MOTION OF THE DEBTOR AND OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 9019, FOR THE ENTRY OF AN ORDER APPROVING
A SETTLEMENT WITH SYNCLAIRE BRANDS, INC.**

Upon the joint Motion[1] of the Debtor and the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 Case seeking, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 9014 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court, for entry of an Order approving that certain settlement (the "Settlement") among the Debtor, the Committee and Synclaire Brands, Inc., a creditor in the above-captioned bankruptcy case ("Synclaire"), as memorialized by the Stipulation attached hereto as **Exhibit A**; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its estate and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion and of the hearing on the Motion has been given as demonstrated by the *Notice of Hearing* [Docket No. 455] and the *Certificate of Service* for the Notice of Hearing [Docket No. 456], and that no other or further notice is necessary; and no objections to the Motion having been asserted; and a hearing having been held on the Motion on April 28, 2015, at which time the Court entered its findings of fact and conclusions of law on the record, which findings and conclusions are incorporated herein by reference, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**;

2. The Settlement memorialized in the Stipulation attached hereto as **Exhibit A** is **APPROVED**; and

---

[1] Docket No. 454. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____End of Order_____

Case 14-29666    Doc 510    Filed 05/06/15    Entered 05/06/15 14:42:05    Desc Main
                        Document      Page 3 of 10

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case, as identified below, are registered CM/ECF users in this bankruptcy case.

- Jeffrey M Armington armington.jeff@dorsey.com
- Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
- Dustin P. Branch dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
- Mona Lyman Burton mburton@hollandhart.com, ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com
- Andrew S. Conway Aconway@taubman.com
- J. Gregory Hardman ghardman@snowjensen.com
- Tyler M. Hawkins hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;brownld@ballardspahr.com
- Annette W. Jarvis jarvis.annette@dorsey.com, smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
- Michael R. Johnson mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
- Teddy M. Kapur tkapur@pszjlaw.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Bria E LaSalle Mertens blmertens@stoel.com, docketclerk@stoel.com
- Frank A. Merola fmerola@stroock.com, cgabriel@stroock.com;morozco@stroock.com;mmagzamen@stroock.com;ssiegel@stroock.com;dmohamed@stroock.com
- John T. Morgan tr john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David L. Pollack pollack@ballardspahr.com
- Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
- Robert S. Prince rprince@kmclaw.com, squilter@kmclaw.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- Bradford J. Sandler bsandler@pszjlaw.com
- Engels Tejeda ejtejeda@hollandhart.com, tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Michael F. Thomson thomson.michael@dorsey.com, montoya.michelle@dorsey.com;koontz.jennifer@dorsey.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Gale K. x6Francis txbk13@utah.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice:

# Exhibit A

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Teddy M. Kapur (CA Bar No. 242486)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
    bsandler@pszjlaw.com
    tkapur@pszjlaw.com

*Attorneys for the Official Committee of
Unsecured Creditors of Naartjie Custom Kids, Inc.*

Annette W. Jarvis (A1649)
Peggy Hunt (A6060)
Michael F. Thomson (A9707)
Jeffrey M. Armington (A14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
Email: hunt.peggy@dorsey.com
Email: thomson.michael@dorsey.com
Email: armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom
Kids, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re:<br><br>NAARTJIE CUSTOM KIDS, INC.,<br><br>Debtor. | **Bankruptcy Case No 14-29666**<br>Chapter 11<br><br>Chief Judge William T. Thurman<br><br>[Filed Electronically] |
|---|---|

**STIPULATION AMONG OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE DEBTOR AND SYNCLAIRE BRANDS, INC. RESOLVING CLAIM NO. 163 AND TERMINATING THE U.S. MERCHANDISE LICENSE AGREEMENT**

Naartjie Custom Kids, Inc., the debtor-in-possession (the "Debtor") in the above-entitled case (the "Case"), the Official Committee of Unsecured Creditors (the "Committee") appointed in the Case, and Synclaire Brands, Inc., a creditor in the Case ("Synclaire," and together with the Debtor and the Committee, the "Parties") hereby stipulate (the "Stipulation"), by and through their counsel, as follows:

DOCS_LA:287345.5 59681-002

## RECITALS

A. Synclaire and the Debtor entered into a certain U.S. Merchandise License Agreement, dated February 1, 2011 (as amended, the "License Agreement"). The expiration date for the License Agreement is December 31, 2015. The License Agreement calls for Synclaire to pay the Debtor certain Guaranteed Minimum Payments in the amount of $50,000 for 2014 (the "2014 Guaranteed Minimum Payment") and $75,000 for 2015 (the "2015 Guaranteed Minimum Payment"). Synclaire has not paid any portion of the 2014 Guaranteed Minimum Payment or the 2015 Guaranteed Minimum Payment.

B. On September 12, 2014 (the "Petition Date"), the Debtor filed a voluntary petition with this Court under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and thereby commenced this Case. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtor is continuing to operate its business and manage its properties and assets as a debtor in possession.

C. On September 22, 2014, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. [Docket No. 69, as amended by Docket No. 82]

D. On January 14, 2015, Synclaire filed a proof of claim in the sum of $177,867.75 that was designated as an administrative claim under section 503(b)(9) of the Bankruptcy Code and as Claim No. 163 in the claims register maintained by the Court (the "Proof of Claim").

E. The Parties have agreed that in full and final satisfaction of all amounts owed or claimed to be owed from the Debtor to Synclaire, including in full satisfaction of all amounts claimed to be due under the Proof of Claim, the Proof of Claim shall be deemed an allowed Section 503(b) administration claim in the reduced total amount of $100,000; the Parties have agreed to terminate the License Agreement; and the Debtor has agreed to waive Synclaire's obligation to pay the 2014 Guaranteed Minimum Payment and the 2015 Guaranteed Minimum Payment.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and

DOCS_LA:287345.5 59681-002

sufficiency of which are hereby acknowledged, and the Parties intending to be legally bound by this Stipulation, the Parties hereby agree as follows:

### AGREEMENT

1. The Proof of Claim shall be deemed an allowed Section 503(b) administration claim in the reduced total amount of $100,000, which shall be paid on a *parri passu* basis with all other Section 503(b) claims in the Case.

2. The License Agreement shall be deemed terminated upon the Bankruptcy Court's approval of this Stipulation.

3. Synclaire shall have no obligation to pay the 2014 Guaranteed Minimum Payment or the 2015 Guaranteed Minimum Payment.

4. The Parties and their employees, agents, and owners, each hereby waive, withdraw, release, remise, forgive, acquit, settle, compromise and forever discharge any and all claims, demands, debts, liabilities, contracts, obligations, accounts, torts, causes of action, or claims for relief of whatever kind or nature that they may have against the other and its employees, agents, and owners, based on any grounds (including, but not limited to tort and breach of contract), whether known or unknown, suspected or unsuspected, or liquidated or unliquidated (the "Release"), provided however, that the Release granted by the Committee is solely with respect to claims that the Committee has in its representative capacity for the Debtor's estate and not with respect to claims held by individual members of the Committee.

5. Synclaire warrants and represents that it is the sole owner of the Proof of Claim, and the Proof of Claim has not been assigned or transferred to any third party.

6. This Stipulation shall become effective upon (i) receipt by the Committee of a fully-executed copy of this Stipulation; and (ii) approval by the Bankruptcy Court of this Stipulation.

7. This Stipulation contains the entire understanding of the Parties hereto and supersede all prior understandings and agreements, whether written or oral, between the Parties.

8. Each party to this Stipulation warrants and represents that he, she or it has the power and authority to execute, deliver and perform its obligations under this Stipulation.

DOCS_LA:287345.5 59681-002

Case 14-29666 Doc 550 Filed 05/06/15 Entered 05/06/15 16:42:05 Desc Main
Document Page 10 of 10


9. The provisions of this Stipulation shall inure to the benefit of the Parties, as well as their successors and assigns.

10. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

Dated: March __, 2015

KANE KESSLER, P.C.

By: /s/ Robert Kolodney
Robert Kolodney
*Counsel for Synclaire Brands, Inc.*

Dated: March 30, 2015

DORSEY & WHITNEY LLP

By: /s/
Annette W. Jarvis
Peggy Hunt
Michael F. Thomson
Jeffrey M. Armington
*Counsel for the Debtor Naartjie Custom Kids, Inc.*

Dated: March 30, 2015

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 13th Floor
Los Angeles, CA 90067

--and--

RAY QUINNEY & NEBEKER P.C.

By: /s/
Michael R. Johnson
David H. Leigh
*Counsel for the Official Committee of Unsecured Creditors*

4

DOCS_LA:287345.5 59681-002