Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 6060)
Michael F. Thomson (Utah State Bar No. 9707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
          hunt.peggy@dorsey.com
          thomson.michael@dorsey.com
          armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankr. Case No. 14-29666 |
|---|---|
| NAARTJIE CUSTOM KIDS, INC., | Chapter 11 |
| Debtor. | The Honorable William T. Thurman |

**NOTICE OF CONTINUED HEARING ON JOINT MOTION OF THE DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO 11 U.S.C. §§ 105(A), 305(A) AND 349 AND FED. R. BANKR. P. 1017(A), FOR THE ENTRY OF AN ORDER (A) DISMISSING THE DEBTOR'S CHAPTER 11 CASE AND (B) GRANTING RELATED RELIEF**

**Continued Hearing Date: June 23, 2015 at 2:30 p.m. (Mountain Time)**

**PLEASE TAKE NOTICE** that on May 8, 2015, Naartjie Custom Kids, Inc., on behalf of itself and as debtor in possession in the above-captioned case (the "Debtor"), along with the Official Committee of Unsecured Creditors (the "Committee"), filed a *Joint Motion of the Debtor and Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. §§ 105(a), 305(a), and 349 and Fed. R. Bankr. P. 1017(a), for the Entry of an Order (a) Dismissing the Debtor's Chapter 11 Case and (b) Granting Related Relief* [Docket No. 513] (the "Motion").[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

**PLEASE TAKE FURTHER NOTICE** that the Debtor previously filed and served an *Amended Notice of Joint Motion of the Debtor and Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. §§ 105(a), 305(a), and 349 and Fed. R. Bankr. P. 1017(a), for the Entry of an Order (a) Dismissing the Debtor's Chapter 11 Case and (b) Granting Related Relief, and Notice of Hearing* [Docket No. 518] (the "Notice"), which provided notice of a **4:00 p.m. prevailing Mountain Time on May 28, 2015** deadline to object to the Motion (the "Objection Deadline"), and notice of a hearing on the Motion set for June 4, 2015 at 10:00 a.m. (the "Original Hearing Date")

**PLEASE TAKE FURTHER NOTICE** that the Original Hearing Date has been changed. The Court will now hold a hearing at **2:30 p.m. (prevailing Mountain Time) on June 23, 2015** (the "Hearing"), to consider entry of an order (the "Order") granting the Motion and approving the dismissal of the Chapter 11 Case, pursuant to section 305(a) of the Bankruptcy Code, upon the Certification of counsel that (a) the Debtor has completed its claims reconciliation process, (b) the Debtor has completed the sale of its interests in ZA One and the Debtor's intellectual property to Truworths, and all of the proceeds of the sales due to the Debtor have been transferred to the Debtor's estate, (c) the Debtor has complied with all of the terms and conditions of the Settlement Term Sheet and the Settlement Order, (d) the Debtor has given at least 14 days' notice to all parties listed on the creditor matrix in the Chapter 11 Case of its estimated distribution of funds pursuant to the Settlement Term Sheet, and that objections to the estimated distribution of funds, if any, have been withdrawn, waived, settled or overruled, (e) all U.S. Trustee fees attributable to the Debtor have been paid in full, and (f) the Court has entered orders with respect to final fee applications. The Certification also will attach a summary of estimated distributions to creditors. In addition, the Motion requests that the Order grant the Parties customary releases and exculpations provided for in the Settlement Order.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the fuller terms of the Motion and the exhibits thereto, which shall control in the event of any conflict, and the Debtor encourages parties-in-interest to review such documents in their entirety. The Motion and any other pleadings may be found for a fee at the Court's website (http://www.utb.uscourts.gov/) for registered users of the Public Access to Court Electronic Records (PACER) System, or may be obtained for a copying fee from the Debtor's counsel: Dorsey & Whitney LLP, Attn: Jeff Armington, 136 S. Main St., Suite 1000, Salt Lake City, Utah, 84101.

DATED this 1st day of June, 2015.

**DORSEY & WHITNEY LLP**

*/s/ Jeffrey M. Armington*
Annette W. Jarvis
Peggy Hunt
Michael F. Thomson
Jeffrey M. Armington
*Attorneys for Debtor Naartjie Custom Kids, Inc.*