**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.          **MONTHLY OPERATING REPORT**
                                                CHAPTER 11

**CASE NUMBER:** 14-29666

Form 2-A
**COVER SHEET**

For Period Ending    May 2, 2015

**Accounting Method:**   [x] Accrual Basis    [ ] Cash Basis

## THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 6/1/15

**Print Name:**    Jeff Nerland

**Signature:**

**Title:**    Chief Restructuring Officer

Rev. 12/10/2009

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.              **CASE NO:**    14-29666

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    4/5/15    to    5/2/15

**CASH FLOW SUMMARY**

| | | Current Month | | Accumulated |
|---|---|---:|---|---:|
| **1. Beginning Cash Balance** | $ | 1,789,985.91 (1) | $ | 765,864.78 (1) |
| | | | | |
| 2. Cash Receipts | | | | |
|    Operations | | 1,059.84 | | 21,277,820.97 |
|    Sale of Assets, net | | 21,000.00 | | 4,883,814.14 |
|    Loans/advances | | 0.00 | | 967,000.00 |
|    Other | | 582,703.97 | | 5,053,751.91 |
|    Total Cash Receipts | $ | 604,763.81 | $ | 32,182,387.02 |
| | | | | |
| 3. Cash Disbursements | | | | |
|    Operations | | 63,582.26 | | 9,054,104.55 |
|    Debt Service/Secured loan payment | | 0.00 | | 2,017,562.45 |
|    Professional fees/U.S. Trustee fees | | 166,177.91 | | 712,745.55 |
|    Other | | 0.00 | | 1,806,138.20 |
|    Great American Distributions | | 0.00 | | 17,148,391.44 |
|    Total Cash Disbursements | $ | 229,760.17 | $ | 30,738,942.19 |
| | | | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 375,003.64 | | 1,443,444.83 |
| | | | | |
|    Adjusting entries / Elim | | 0.00 | | (44,320.06) |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 2,164,989.55 (2) | $ | 2,164,989.55 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---:|
| WF Main Acct 413 & Deposit Acct 204 | Wells Fargo | $ | 1,808,068.32 |
| BoA Cash Concentration-757 | Bank of America | | 0.00 |
| USBank Main Account - 939 | US Bank | | 1,241.65 |
| BB&T Main Account - 415 | BB&T | | 0.00 |
| JP Morgan Main Account - 511 | JP Morgan | | 0.00 |
| Zions Bank Main Account - 293 | Zions Bank | | 0.00 |
| MB Financial Main Account | MB Financial | | 0.00 |
| WF Canada Main - 8164 | Wells Fargo | | 0.00 |
| WF Canada USD checking - 8400 | Wells Fargo | | 798.59 |
| WF Canada Collateral - 6119 | Wells Fargo | | 74,202.94 |
| WF Payroll Chk - 421 | Wells Fargo | | 4,073.84 |
| WF Auction / Sales Tax Escrow - 714 | Wells Fargo | | 40,000.00 |
| WF Utilities Deposit Escrow - 730 | Wells Fargo | | 40,000.00 |
| WF UCC Professional Fee Escrow - 7042 | Wells Fargo | | 161,604.21 |
| WF Ch7 Trustee Escrow - 7067 | Wells Fargo | | 25,000.00 |
| WF UST Escrow - 7059 | Wells Fargo | | 10,000.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 2,164,989.55 (2) |

**(1) Accumulated beginning cash balance is the cash available at the commencement of the case.**
   **Current month beginning cash balance should equal the previous month's ending balance.**
**(2) All cash balances should be the same.**

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.                    **CASE NO:**  14-29666

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: __4/5/15__ to __5/2/15__

**Name:** Wells Fargo Main Account
**CASH RECEIPTS DETAIL**                    **Account No:** xxxxxxx413
**(attach additional sheets as necessary)**            **GL Account#:** 999-1005-00

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| 4/1/15 | 0000001737 | Intellibed Sale of Fixed Asset | $ 10,000.00 |
| 4/8/15 | 0000001738 | Tams LLC - IT equipment Sold | 11,000.00 |
| 4/10/15 | 0000001739 | SA Loan Repayment | 500,000.00 |
| 4/15/15 | 0000001724 | ADP | 18.22 |
| 4/15/15 | 0000001725 | GBE | 657.09 |
| 4/15/15 | 0000001726 | ATT | 40.81 |
| 4/15/15 | 0000001727 | Enersource Canada | 281.47 |
| 4/29/15 | 0000001733 | Store Southlake Deposit Outstanding | 33.41 |
| 4/29/15 | 0000001734 | ADP CK10581987 Stale | 22.74 |
| 4/29/15 | 0000001736 | UPS  Refund | 82,703.97 |

**Total Cash Receipts**  $    604,757.71  (1)

(1) **Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1**

| DEBTOR: | NAARTJIE CUSTOM KIDS, INC. | CASE NO: | 14-29666 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  4/5/15  to  5/2/15

**Name:** Wells Fargo Main Account

**CASH DISBURSEMENTS DETAIL**
**(attach additional sheets as necessary)**

**Account No:** xxxxxxx413
**GL Account#:** 999-1005-00

| Date | Trans No. | Description | | Amount |
|------|-----------|-------------|---|--------|
| 4/6/15 | 0000004751 | Payroll 04.06.2015 | $ | 11,771.72 |
| 4/6/15 | 0000004752 | Payroll 04.06.2015 | | 5,562.52 |
| 4/7/15 | 0000004755 | Sage Software -Mass500 | | 879.27 |
| 4/9/15 | 0000037033 | ADP Payroll, Inc. | | 10,010.45 |
| 4/9/15 | 0000037034 | CenturyLink QCC 82406970 | | 12.78 |
| 4/9/15 | 0000037035 | Green Planet 21, Inc | | 44.60 |
| 4/9/15 | 0000037036 | Integra 869882 #999 | | 754.46 |
| 4/9/15 | 0000037037 | MegaPath Corporation   2710265 | | 624.31 |
| 4/9/15 | 0000037038 | Mountain Alarm | | 135.00 |
| 4/9/15 | 0000037039 | National Benefit Services, LLC | | 35.00 |
| 4/9/15 | 0000037040 | National Grid  15308-92008 | | 46.43 |
| 4/13/15 | 0000002404 | Main Bank Charges | | 1,393.57 |
| 4/14/15 | 0000037041 | CenturyLink 0-385-234-2583 879M | | 735.19 |
| 4/14/15 | 0000037042 | MetLife Small Business Center | | 322.91 |
| 4/14/15 | 0000037043 | Questar Gas 0893030625 #999 | | 448.23 |
| 4/14/15 | 0000037044 | Rocky Mountain  50001012-002 9 #999 | | 1,271.81 |
| 4/14/15 | 0000037045 | Salt Lake City Corp | | 266.25 |
| 4/15/15 | 0000037062 | Arizona Department of Revenue | | 50.00 |
| 4/15/15 | 0000037063 | Kentucky State Treasurer | | 175.00 |
| 4/15/15 | 0000037066 | Tennessee Department of Revenue | | 91.00 |
| 4/15/15 | 0000037067 | Utah State Tax Commission | | 100.00 |
| 4/15/15 | 0000037064 | Massachusetts Dept. of Revenue | | 456.00 |
| 4/15/15 | 0000037065 | SC Department of Revenue - Corporate Tax | | 25.00 |
| 4/16/15 | 0000037068 | Stor-N-Lock | | 1,477.70 |
| 4/17/15 | 0000004757 | CAN Bank Charges Enbridge | | 63.64 |
| 4/17/15 | 0000004758 | CT 2014 Extention DEP05 | | 250.00 |
| 4/20/15 | 0000004753 | Payroll 04.20.2015 | | 11,969.04 |
| 4/20/15 | 0000004754 | Payroll 04.20.2015 | | 5,666.65 |
| 4/22/15 | 0000037069 | CenturyLink 801-908-7328 017B #999 | | 50.73 |
| 4/22/15 | 0000037070 | Glenn Wood | | 1,058.82 |
| 4/22/15 | 0000037071 | Stephen Ensign | | 1,750.55 |
| 4/27/15 | 0000004759 | Funds US Visa | | 2,500.00 |
| 4/29/15 | 0000037072 | Green Planet 21, Inc | | 377.60 |
| 4/29/15 | 0000002403 | BB&T Final Bank Charges | | 21.99 |
| 4/29/15 | 0000037073 | The Travelers Indemnity Company | | 2,821.05 |

**Total Cash Disbursements**  $   63,219.27  (1)

**(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1**

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.                                    **CASE NO:**  14-29666

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  __4/5/15__  to  __5/2/15__

**Name:** Canada US$ Checking Account

**CASH RECEIPTS DETAIL**                    **Account No:** xxxxxx8400
**(attach additional sheets as necessary)**  **GL Account No:** 999-1014-00

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| NONE |  |  | $ |
|  |  | **Total Cash Receipts** | $      0.00 |

**CASH DISBURSEMENTS DETAIL**

| | | | |
|------|-----------|-------------|--------|
| 4/13/15 |  | Bank Service Charge | $      200.10 |
| 4/13/15 |  | Bank Service Charge |        162.89 |
|  |  | **Total Cash Disbursements** | $      362.99 |

Rev. 12/10/2009

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.      **CASE NO:**      14-29666

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:   4/5/15   to   5/2/15

**Name:** WF UCC Professional Fee Escrow - 7042

**CASH RECEIPTS DETAIL**      **Account No:** xxxxxx7042
**(attach additional sheets as necessary)**

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| NONE | | | $ |

**Total Cash Receipts** $ _____

**CASH DISBURSEMENTS DETAIL**

| Date | | Description | | Amount |
|------|--|-------------|--|--------|
| 4/14/15 | | Pachulski Stang Ziehl & Jones LLP | $ | 109,042.13 |
| 4/14/15 | | FTI Consulting | | 42,201.00 |
| 4/14/15 | | Ray Quinney & Nebeker | | 9,426.40 |
| 4/14/15 | | Hogan Lovells | | 5,508.38 |

**Total Cash Disbursements** $ 166,177.91

**Form 2-C**
## COMPARATIVE BALANCE SHEET
**For Period Ended:** May 2, 2015

|  |  | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 2,164,990 | $ 765,865 |
| Store Change Funds / other | | 393 | 25,600 |
| Accounts Receivable (from Form 2-E) | | 45,290 | 43,881 |
| Receivable from Officers, Employees, Affiliates | | 0 | 0 |
| Inventory | | 0 | 7,969,462 |
| Other Current Assets:(List) | Prepaid Expenses | 387,510 | 420,920 |
| | Salus Indemnity Reserve | 0 | 0 |
| | Salus disputed amounts | 0 | 0 |
| | US Customs payment due from WF | 0 | 0 |
| | Prepaid Closing Cost | 0 | 264,186 |
| | Other Current Assets | 5,460 | 5,041 |
| Total Current Assets | | $ 2,603,643 | $ 9,494,955 |
| Fixed Assets: | | | |
| Land | | $ 0 | $ 0 |
| Building | | 0 | 0 |
| Equipment, Furniture and Fixtures | | 0 | 15,362,608 |
| Total Fixed Assets | | 0 | 15,362,608 |
| Less: Accumulated Depreciation | | ( 0 ) | ( 9,633,764 ) |
| Net Fixed Assets | | $ 0 | $ 5,728,844 |
| Other Assets (List): | Goodwill and Intangible Assets, Net | 0 | 1,332,250 |
| | Other Long-Term Assets (primarily ZA) | 4,157,269 | 3,842,367 |
| **TOTAL ASSETS** | | $ 6,760,912 | $ 20,398,416 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 30,109 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 276,908 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | 0 |
| Post-petition Notes Payable | | 0 | 0 |
| Other Post-petition Payable(List): Accrued expenses | | 0 | 0 |
| | | 0 | 0 |
| Total Post Petition Liabilities | | $ 307,017 | $ 0 |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 8,884,900 | 12,372,071 |
| Priority Debt | | 20 | 0 |
| Unsecured Debt | | 7,803,066 | 9,041,198 |
| Accrued Expenses Pre-Petition | | 219,037 | 1,108,031 |
| Total Pre Petition Liabilities | | $ 16,907,022 | $ 22,521,300 |
| **TOTAL LIABILITIES** | | $ 17,214,040 | $ 22,521,300 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ 58,771,855 | $ 58,771,855 |
| Retained Earnings - Prepetition | | (60,894,740) | (60,894,740) |
| Retained Earnings - Post-petition | | (8,330,244) | 0 |
| **TOTAL OWNERS' EQUITY** | | $ (10,453,128) | $ (2,122,884) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 6,760,912 | $ 20,398,416 |

**(1)** Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.

**DEBTOR:**   NAARTJIE CUSTOM KIDS, INC.          **CASE NO:**  14-29666

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period**   4/5/15  **to**   5/2/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 0 | $ 10,633,144 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 47,169 ) |
| **Net Operating Revenue** | $ 0 | $ 10,585,975 |
| Cost of Goods Sold | 0 | 8,277,239 |
| **Gross Profit** | $ 0 | $ 2,308,736 |
| Operating Expenses | | |
| Selling, General and Administrative | $ 36,177 | $ 3,834,373 |
| Rents and Leases | 0 | 48,499 |
| Depreciation, Depletion and Amortization | 0 | 644,674 |
| Communication Expenses | 126 | 80,204 |
| Marketing & Advertising Expense | 0 | 86,823 |
| Occupancy Expenses | 1,859 | 899,826 |
| Other | 22,299 | 444,517 |
| Total Operating Expenses | $ 60,462 | $ 6,038,915 |
| **Operating Income (Loss)** | $ (60,462) | $ (3,730,180) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ (1,147) | $ (109,884) |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 6 | 97 |
| Interest Expense | 0 | (49,660) |
| Other Non-Operating Income | 284,827 | (1,852,756) |
| Net Non-Operating Income or (Expenses) | $ 283,686 | $ (2,012,203) |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 105,162 | $ 2,039,742 |
| Other Reorganization Expense | 0 | 548,119 |
| Total Reorganization Expenses | $ 105,162 | $ 2,587,861 |
| **Net Income (Loss) Before Income Taxes** | $ 118,062 | $ (8,330,244) |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 118,062 | $ (8,330,244) |

(1) Accumulated Totals include all revenue and expenses since the petition date.

(2) Negative COGS primarily due to the reversal of intercompany design fee expenses incurred by the Debtor's US entity (and earned by ZA One) that were previously booked throughout the fiscal year ended January 31, 2015.

*For full professional fee details see attached Exhibit 2E.2*

**DEBTOR:**   NAARTJIE CUSTOM KIDS, INC.           **CASE NO:**   14-29666

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:**   4/5/15   to   5/2/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal $ | | | | | | |
| State | | | | | | |
| Local | | | | | | |
| FICA Tax Withheld | *Note: Payroll tax line-item detail not readily available* | | | | | |
| Canadian Pension Plan | *as of 5/2/15 Debtor has fully funded all payroll tax obligations* | | | | | |
| Employer's FICA Tax | | | | | | |
| Employer's CPP | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| State Disability/Unemployment Insurance EE (CA, OR, NJ) | | | | | | |
| TOTAL Payroll tax liab | 0 | | | | | 0 |
| Sales, Use & Excise Taxes (US) | 0 | 0 | 0 | n.a. | n.a. | 0 |
| Canada Sales Tax | 0 | 0 | 0 | n.a. | n.a. | 0 |
| Property Taxes | 0 | 0 | 0 | n.a. | n.a. | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | n.a. | n.a. | 0 |
| State | 0 | 0 | 0 | n.a. | n.a. | 0 |
| TOTAL $ | 0 | | | | $ | 0 |

**(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.**

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers | $ 1M/1M/1M | 2/2016 | 2/2016 |
| General Liability | Travelers | $ 1M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 2M Products/Completed Operations Aggregate | | |
| | | $ 10M General Aggregate | | |
| Property (Fire, Theft) | Travelers | $ Scheduled | 8/15/15 | 8/15/15 |
| Vehicle | Travelers | $ 1M CSL | 8/15/15 | 8/15/15 |
| Umbrella/Excess | Travelers | $ 5M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 5M Aggregate | | |
| International Liab Package | Ace | $ 1M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 2M Products/Completed Operations Aggregate | | |
| | | $ 2M General Aggregate | | |
| D&O, EPLI | Ace | $ 5M Aggregate | 8/15/17 | 8/15/17 |

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.                    **CASE NO:** 14-29666

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period:  4/5/15  to  5/2/15

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 45,290.05 | $ 30,109.35 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 45,290.05 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 45,290.05 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 45,290.05 | |
| Sales collected due to Great American | | 0.00 |

*SEE ATTACHED EXHIBIT 2-E.1*          **Total Post Petition Accounts Payable** $ 30,109.35

**\* Attach a detail listing of accounts receivable and post-petition accounts payable**

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel - Dorsey | $ 0 | $ 44,413.89 | 24,399.76 [1] | | $ 92,174.31 |
| Debtor's Counsel - Stroock | 0 | 0 | 33,229.52 | | 0.00 |
| UCC Counsel - PSZJ | 0 | 28,078.45 | 109,042.13 | | 88,984.94 |
| UCC Counsel - RQN | 0 | 3,576.60 | 9,426.40 | | 16,279.01 |
| UCC Counsel - HLSA | 0 | 0 | 5,508.38 | | 0.00 |
| Trustee's Counsel | 0 | 0 | 0 | | 0.00 |
| Debtor Fin Advisor / CRO | 0 | 22,674.00 | 118,486.01 | | 58,048.93 |
| UCC Fin. Advisor / FTI | 0 | 6,650.00 | 42,201.00 | | 21,420.70 |
| Ombudsman | 0 | 0 | 0 | | 0.00 |
| **Total** | $ 0.00 | $ 105,392.94 | 342,293.20 | | $ 276,907.89 |

*Balance due to include fees and expenses incurred but not yet paid.
1 Dorsey retainer balances of $113,217.64 applied in the period ending May 2, 2015

**Memo:**
Carve-Out Escrow balance as of 5/2/15    334,338.47
For additional fee escrow balances, see Form 2-B;
For further professional fee detail see Exhibit 2E.2

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Glenn Wood | CEO | wages (gross) | $ 15,385 |

note: Naartjie is the Lessor of two automobiles used by CEO, Glenn Wood.
However, all lease payments are made directly by Mr. Wood to BMW financial services and Mr.
Wood is a Guarantor of the lease obligations.
This arrangement was made as a practical solution upon Mr. Wood's relocation from South Africa.

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.**

DEBTOR:        NAARTJIE CUSTOM KIDS, INC.                        CASE NO:    14-29666

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:**        4/4/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | 2015 | $  1,190,191.26 | | | |
| February | 2015 | 329,547.19 | | | |
| March | 2015 | 216,213.97 | | | |
| TOTAL 1st Quarter | | $  1,735,952.42 | $  6,500.00 | 37086 | 5/13/15 |
| April | 2015 | $  229,760.17 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $  229,760.17 | $ | | |
| July | | $  0 | | | |
| August | | 0 | | | |
| September | 2014 | 3,346,650.71 | | | |
| TOTAL 3rd Quarter | | $  3,346,650.71 | $  10,408.49 | 36730 | 12/12/14 |
| October | 2014 | $  8,831,650.14 | | | |
| November | 2014 | 7,191,010.34 | | | |
| December | 2014 | 9,403,918.42 | | | |
| TOTAL 4th Quarter | | $  25,426,578.90 | $  20,000.00 | 36963 | 2/11/15 |

**FEE SCHEDULE (as of JANUARY 1, 2008)**
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more | $30,000 |

*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

**  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 12/10/2009

**DEBTOR:**   NAARTJIE CUSTOM KIDS, INC.                    **CASE NO:** 14-29666

Form 2-G
## NARRATIVE
For Period Ending __May 2, 2015_____

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

During the fiscal period ended May 2, 2015, the Debtor was no longer operating any U.S. retail locations. Remaining corporate staff were focused on claims reconciliation, tax returns, reporting requirements, and managing the operations of its South African entity (ZA One) to ensure that all conditions to the sale agreement with Truworths Limited were satisfied.

On May 21, 2015 and May 22, 2015 Naartjie transferred a total of $1,153,882.90 in proceeds from the Truworths sale transaction from SA to the Debtor's main US bank account.  This represents the final proceeds payment less funds held back in SA to satisfy deregistration expenses and potential claims.

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.                                        **CASE NO:** 14-29666

**EXHIBIT 2E.1**

| Accounts Receivable Schedule | 5/2/15 |
|---|---|
| American Express held deposit | 31,476.21 |
| TSYS held deposit | 13,813.84 |
| Total Accounts Receivable | 45,290.05 |
| Less: Bad Debt Reserve | - |
| Net Accounts Receibable  (to Form 2-C) | 45,290.05 |

**Naartjie Custom Kids, Inc.**

EXHIBIT 2E.2

*Post-Petition Professional Fees*
*(US$)*

CASE NO: 14-29666

*as of 5/2/15*

| | Petition Date to 11/30/14 | December 2014 | January 2015 | February 2015 | March 2015 | April 2015 | TOTAL Accrued | less: Total Payments | less: Retnr Appld | TOTAL Balance | less: Retainer Bal | NET Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UCC** | | | | | | | | | | | | |
| Legal - PSZJ | 213,903 | 89,041 | 51,937 | 23,502 | 37,404 | 28,078 | 443,866 | (354,881) | - | 88,985 | - | 88,985 |
| Legal - RQN (Local) | 36,598 | 5,731 | 6,551 | 6,312 | 6,173 | 3,577 | 64,941 | (48,662) | - | 16,279 | - | 16,279 |
| Legal - HLSA (Local) | - | 21,890 | 1,254 | - | - | (231) | 22,913 | (22,913) | - | - | - | - |
| Financial Advisor - FTI | 169,395 | 32,906 | 4,020 | - | 14,771 | 6,650 | 227,741 | (206,321) | - | 21,421 | - | 21,421 |
| Total | 419,896 | 149,567 | 63,762 | 29,815 | 58,348 | 38,074 | 759,462 | (632,777) | - | 126,685 | - | 126,685 |
| **Debtor** | | | | | | | | | | | | |
| Legal - Dorsey | 432,142 | 79,170 | 42,840 | 37,794 | 40,496 | 44,414 | 676,856 | (471,464) | (113,218) | 92,174 | - | 92,174 |
| Legal - Stroock | 144,231 | - | - | - | 5,000 | - | 149,231 | (131,484) | (17,747) | - | - | - |
| CRO / Financial Advisor | 336,564 | 55,360 | 41,364 | 48,931 | 26,461 | 22,674 | 531,354 | (378,714) | (94,591) | 58,049 | - | 58,049 |
| Ombudsman | - | 17,431 | - | - | - | - | 17,431 | (17,431) | - | - | - | - |
| Total | 912,936 | 151,961 | 84,204 | 86,726 | 71,957 | 67,088 | 1,374,871 | (999,092) | (225,556) | 150,223 | - | 150,223 |
| **TOTAL** | 1,332,833 | 301,527 | 147,966 | 116,540 | 130,304 | 105,162 | 2,134,333 | (1,631,869) | (225,556) | 276,908 | - | **276,908** |

| | | Naartjie Custom Kids, Inc | | |
|---|---|---|---|---|
| | | Bank Reconciliation Form | | |
| Acct# : | | | | |
| Account Name: | | Wells Fargo Main Account | | |
| Company | | USA | | |
| Period: | Period 3/15 | Year: | | 2014 |

| CURRENT BANK STATEMENT BALANCE | | | GENERAL LEDGER BALANCE | |
|---|---|---|---|---|
| | | Bank as of 4/30/2015 | | GL 05/02/2015 |
| | | | Book Balance | 1,809,309.97 |
| Wells Fargo | Master Deposit Acct 204 | 60,223.20 | | |
| | Concentration Acct (Main) 413 | 1,753,784.73 | | |
| | Stagecoach | - | Bank Rec Adjustments | - |
| | Wells Fargo 204 Items thru 05.02.2015 | (479.73) | | |
| | 0 | - | | |
| | Wells Fargo Deposits in transit thru 4/04/2015 | | | |
| | Wells Fargo Outstanding Checks 4/04/2015 | (5,439.88) | Disbursements and other credits | - |
| | Total Wells Fargo | 1,808,088.32 | | |
| BOA | Cash Concentration-757 | - | | |
| | Deposits-003 | - | | |
| | Items taken in of statement as of 4/30/2015 | - | | |
| | BOA Deposits in transit thru 1/03/2015 | | | |
| | Total BOA | - | | |
| US Bank | US BANK DEPOSIT 05.06.2015 | 926.69 | | |
| | US BANK Bank Charges for Closing Account | 314.96 | | |
| | Items taken in of statement as of 4/30/2015 | - | | |
| | US Bank Deposits in transit thru 1/03/2015 | | | |
| | Total US Bank | 1,241.65 | | |
| BB&T | Main Account - 415 | - | | |
| | Items taken in of statement as of 4/30/2015 | - | | |
| | BB&T Deposits in transit thru 1/03/2015 | | | |
| | Toatla BB&T | - | | |
| JP Morgan | Main Account -511 | - | | |
| | Items taken in of statement as of 4/30/2015 | - | | |
| | JP Morgan Deposits in transit thru 1/03/2015 | | | |
| | | - | | |
| Zions Bank | Main Account - 293 | - | | |
| | 3 Items taken in of statement as of 4/30/2015 | - | | |
| | Zions Bank Deposits in transit thru 1/03/2015 | - | | |
| MB Financial | Main Account - | - | | |
| | Items taken in of statement as of 4/30/2015 | - | | |
| | MB Financial Bank Deposits in transit thru 1/03/2015 | | | |
| | | - | | |
| ENDING CASH BALANCE | | 1,809,309.97 | ENDING BOOK BALANCE | 1,809,309.97 |
| | | | Adj. Between Periods | - |
| | | | ENDING GL BALANCE | - |

| Prepared by | Petro Wood | For Manager Approval |
|---|---|---|
| Date | 05.04.2015 | |
| Batch | | |

| For Secondary Approval | Controller Approval |
|---|---|

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Summary

| | |
|---|---|
| Bank Account: | Wells Main Sweep |
| Account No: | |
| Statement Date: | 5/2/2015 |

| Cleared | | Outstanding | |
|---|---|---|---|
| Starting Statement Balance | 1,274,798.58 | Ending Statement Balance | 1,814,749.85 |
| Cleared Debits | 610,266.09 | Outstanding Debits | 0.00 |
| Cleared Credits | -70,314.82 | Outstanding Credits | -5,439.88 |
| Subtotal | 1,814,749.85 | Ending Total | 1,809,309.97 |
| Ending Statement Total | 1,814,749.85 | Book Balance | 1,809,309.97 |
| Variance | 0.00 | Variance | 0.00 |

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Detail

Bank Account:    Wells Main Sweep
Account No:
Statement Date:    5/2/2015

| Cleared | Tran Type | Number | Tran Date | Description | Debit | Credit |
|---|---|---|---|---|---|---|
| X | Check | 0000037021 | 3/20/2015 | Consolidated Fire Protection | | 45.00 |
| X | Check | 0000037028 | 3/31/2015 | Brian Anderson | | 565.06 |
| X | Check | 0000037029 | 3/31/2015 | eFax Corporate | | 1,036.40 |
| X | Check | 0000037030 | 3/31/2015 | Glenn Wood | | 1,070.15 |
| X | Check | 0000037031 | 3/31/2015 | Los Angeles Dept of Water & Power CC#15 | | 277.79 |
| X | Check | 0000037032 | 3/31/2015 | Stephen Ensign | | 1,415.09 |
| X | Check | 0000037033 | 4/9/2015 | ADP Payroll, Inc. | | 10,010.45 |
| X | Check | 0000037034 | 4/9/2015 | CenturyLink QCC 82406970 | | 12.78 |
| X | Check | 0000037035 | 4/9/2015 | Green Planet 21, Inc | | 44.60 |
| X | Check | 0000037036 | 4/9/2015 | Integra 869882 #999 | | 754.46 |
| X | Check | 0000037037 | 4/9/2015 | MegaPath Corporation   2710265 | | 624.31 |
| X | Check | 0000037038 | 4/9/2015 | Mountain Alarm | | 135.00 |
| X | Check | 0000037039 | 4/9/2015 | National Benefit Services, LLC | | 35.00 |
| X | Check | 0000037040 | 4/9/2015 | National Grid   15308-92008 | | 46.43 |
| X | Check | 0000037041 | 4/14/2015 | CenturyLink 0-385-234-2583 879M | | 735.19 |
| X | Check | 0000037042 | 4/14/2015 | MetLife Small Business Center | | 322.91 |
| X | Check | 0000037043 | 4/14/2015 | Questar Gas 0893030625 #999 | | 448.23 |
| X | Check | 0000037044 | 4/14/2015 | Rocky Mountain   50001012-002 9 #999 | | 1,271.81 |
| X | Check | 0000037045 | 4/14/2015 | Salt Lake City Corp | | 266.25 |
| X | Check | 0000037062 | 4/15/2015 | Arizona Department of Revenue | | 50.00 |
| X | Check | 0000037063 | 4/15/2015 | Kentucky State Treasurer | | 175.00 |
| X | Check | 0000037066 | 4/15/2015 | Tennessee Department of Revenue | | 91.00 |
| X | Check | 0000037067 | 4/15/2015 | Utah State Tax Commission | | 100.00 |
| X | Deposit | 0000001724 | 4/15/2015 | ADP | 18.22 | |
| X | Deposit | 0000001725 | 4/15/2015 | GBE | 657.09 | |
| X | Deposit | 0000001726 | 4/15/2015 | ATT | 40.81 | |
| X | Deposit | 0000001727 | 4/15/2015 | Enersource Canada | 281.47 | |
| X | Check | 0000037068 | 4/16/2015 | Stor-N-Lock | | 1,477.70 |
| X | Check | 0000037069 | 4/22/2015 | CenturyLink 801-908-7328 017B #999 | | 50.73 |
| X | Check | 0000037070 | 4/22/2015 | Glenn Wood | | 1,058.82 |
| X | Check | 0000037071 | 4/22/2015 | Stephen Ensign | | 1,750.55 |
| X | Check | 0000037072 | 4/29/2015 | Green Planet 21, Inc | | 377.60 |
| X | Misc. Bank Debi | 0000002909 | 4/14/2015 | Escrow Transfer Acc7042 to 8413 | 5,508.38 | |
| X | Misc. Bank Cred | 0000004751 | 4/6/2015 | Payroll 04.06.2015 | | 11,771.72 |
| X | Misc. Bank Cred | 0000004752 | 4/6/2015 | Payroll 04.06.2015 | | 5,562.52 |
| X | Misc. Bank Cred | 0000004753 | 4/20/2015 | Payroll 04.20.2015 | | 11,969.04 |
| X | Misc. Bank Cred | 0000004754 | 4/20/2015 | Payroll 04.20.2015 | | 5,666.65 |
| X | Deposit | 0000001733 | 4/29/2015 | Store Southlake Deposit Outstanding | 33.41 | |

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Detail

Bank Account: Wells Main Sweep
Account No:
Statement Date: 5/2/2015

| Cleared | Tran Type | Number | Tran Date | Description | Debit | Credit |
|---|---|---|---|---|---|---|
| X | Deposit | 0000001734 | 4/29/2015 | ADP CK10581987 Stale | 22.74 | |
| X | Deposit | 0000001736 | 4/29/2015 | UPS Refund | 82,703.97 | |
| X | Bank Charge | 0000002403 | 4/29/2015 | BB&T Final Bank Charges | | 21.99 |
| X | Deposit | 0000001737 | 4/1/2015 | Intellibed Sale of Fixed Asset | 10,000.00 | |
| X | Deposit | 0000001738 | 4/8/2015 | Tams LLC - IT equipment Sold | 11,000.00 | |
| X | Deposit | 0000001739 | 4/10/2015 | SA Loan Repayment | 500,000.00 | |
| X | Misc. Bank Cred | 0000004755 | 4/7/2015 | Sage Software -Mass500 | | 879.27 |
| X | Bank Charge | 0000002404 | 4/13/2015 | Main Bank Charges | | 1,393.57 |
| X | Misc. Bank Cred | 0000004756 | 4/14/2015 | SA Legal Fees - Hogan Lovells | | 5,508.38 |
| X | Misc. Bank Cred | 0000004757 | 4/17/2015 | CAN Bank Charges Enbridge | | 63.64 |
| X | Misc. Bank Cred | 0000004758 | 4/17/2015 | CT 2014 Extention DEP05 | | 250.00 |
| X | Misc. Bank Cred | 0000004759 | 4/27/2015 | Funds US Visa | | 2,500.00 |
| X | Bank Charge | 0000002405 | 4/2/2015 | Bank Charges Acc 4123003204 | | 479.73 |
| | Check | 0000035768 | 10/9/2014 | ADT Security Services  01200 140813045 | | 140.31 |
| | Check | 0000036301 | 11/14/2014 | National Benefit Services, LLC | | 112.00 |
| | Check | 0000036920 | 1/22/2015 | Oklahoma County Treasurer | | 1,860.52 |
| | Check | 0000036925 | 1/22/2015 | Secretary of State | | 25.00 |
| | Check | 0000037064 | 4/15/2015 | Massachusetts Dept. of Revenue | | 456.00 |
| | Check | 0000037065 | 4/15/2015 | SC Department of Revenue - Corporate Tax | | 25.00 |
| | Check | 0000037073 | 4/29/2015 | The Travelers Indemnity Company | | 2,821.05 |

### Report Totals

| | | | | | 610,266.09 | 75,754.70 |
|---|---|---|---|---|---|---|

# WellsOne® Account

Account number:         ■ April 1, 2015 - April 30, 2015   ■ Page 1 of 2



NAARTJIE CUSTOM KIDS, INC                    W0
CONCENTRATION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $1,211,625.88 | $611,472.22 | -$69,813.10 | $1,753,285.00 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/07 | 82,703.97 | Deposit |
| 04/14 | 04/15 | 997.59 | Deposit |
| | 04/29 | 1,228.87 | Deposit |
| | 04/29 | 33.41 | Deposit |
| | | **$84,963.84** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/01 | 10,000.00 | Edeposit IN Branch/Store 04/01/15 09:37:05 Am 18356 Irvine Blvd Tustin CA 8413 |
| | 04/08 | 11,000.00 | WT Fed#00023 Zions First Nation /Org=Tams LLC Srf# 2015040700006451 Trn#150408026946 Rfb# |
| | 04/10 | 500,000.00 | WT F50410662845000 Standard Bank of /Org=1/Cliffe Dekker Hofmeyr Incorpor Srf# F50410662845000 Trn#150410043827 Rfb# |
| | 04/14 | 5,508.38 | WT Seq142232 Naartjie Custom Kids, I /Org=Naartjie Custom Kids, Inc Srf# IN15041413354611 Trn#150414142232 Rfb# 000000431 |
| | | **$526,508.38** | **Total electronic deposits/bank credits** |
| | | **$611,472.22** | **Total credits** |

Account number: _____    April 1, 2015 - April 30, 2015  ■  Page 2 of 2



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/06 | 11,771.72 | WT Fed#05562 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15040608255614 Trn#150406054197 Rfb# 000000424 |
| | 04/06 | 5,562.52 | WT Fed#05574 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15040608262850 Trn#150406054247 Rfb# 000000425 |
| | 04/07 | 879.27 | Sage Software Collection Naartjie CO. |
| | 04/13 | 1,393.57 | Client Analysis Srvc Chrg 150410 Svc Chge 0315 000004124218413 |
| | 04/14 | 5,508.38 | WT 150414-138400 Absa Bank Limited /Bnf=Hogan Lovells (South Africa) Srf# IN15041413155985 Trn#150414138400 Rfb# 000000429 |
| | 04/17 | 63.64 | Foreign Check Ref1781747778 - Check Needs Foreign Exchange Rate 5176248 |
| | 04/17 | 250.00 | CT Dor Payment Bus Dirpay 150416 477895990000071 Naartjie Custom Kids I |
| | 04/20 | 11,969.04 | WT Fed#08712 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15042012360706 Trn#150420126737 Rfb# 000000433 |
| | 04/20 | 5,666.65 | WT Fed#08694 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15042012353726 Trn#150420126709 Rfb# 000000432 |
| | 04/27 | 2,500.00 | WT Fed#07182 US Bank, NA /Ftr/Bnf=U.S. Bank Corporate Payment Systems Srf# IN15042711125072 Trn#150427118060 Rfb# 000000434 |
| | | **$45,564.79** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 37021 | 45.00 | 04/01 | 37037 | 624.31 | 04/15 | 37062 * | 50.00 | 04/22 |
| 37028 * | 565.06 | 04/01 | 37038 | 135.00 | 04/13 | 37063 | 175.00 | 04/30 |
| 37029 | 1,036.40 | 04/03 | 37039 | 35.00 | 04/16 | 37066 * | 91.00 | 04/22 |
| 37030 | 1,070.15 | 04/16 | 37040 | 46.43 | 04/16 | 37067 | 100.00 | 04/22 |
| 37031 | 277.79 | 04/03 | 37041 | 735.19 | 04/17 | 37068 | 1,477.70 | 04/17 |
| 37032 | 1,415.09 | 04/06 | 37042 | 322.91 | 04/20 | 37069 | 50.73 | 04/24 |
| 37033 | 10,010.45 | 04/13 | 37043 | 448.23 | 04/16 | 37070 | 1,058.82 | 04/27 |
| 37034 | 12.78 | 04/13 | 37044 | 1,271.81 | 04/17 | 37071 | 1,750.55 | 04/22 |
| 37035 | 44.60 | 04/14 | 37045 | 266.25 | 04/17 | 37072 | 377.60 | 04/30 |
| 37036 | 754.46 | 04/13 | | | | | | |
| | **$24,248.31** | | **Total checks paid** | | | | | |

*Gap in check sequence.*

| | | |
|---|---|---|
| | **$69,813.10** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 1,211,625.88 | 04/10 | 1,793,777.00 | 04/20 | 1,758,176.42 |
| 04/01 | 1,221,015.82 | 04/13 | 1,781,470.74 | 04/22 | 1,756,184.87 |
| 04/03 | 1,219,701.63 | 04/14 | 1,781,426.14 | 04/24 | 1,756,134.14 |
| 04/06 | 1,200,952.30 | 04/15 | 1,781,799.42 | 04/27 | 1,752,575.32 |
| 04/07 | 1,282,777.00 | 04/16 | 1,780,199.61 | 04/29 | 1,753,837.60 |
| 04/08 | 1,293,777.00 | 04/17 | 1,776,135.02 | 04/30 | 1,753,285.00 |
| | **Average daily ledger balance** | | **$1,610,581.58** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account



Account number: _____ ■ April 1, 2015 - April 30, 2015 ■ Page 1 of 1

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

NAARTJIE CUSTOM KIDS, INC                              W0
MASTER ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $60,702.92 | $0.00 | -$479.72 | $60,223.20 |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/02 | 375.77 | Tsys Pymt Proc 150401 84870007015360 Naartjie 030 Web |
| | 04/02 | 30.00 | Tsys Fees SEP 150401 84870007015564 Naartjie 25 Dan |
| | 04/02 | 16.00 | Tsys Fees SEP 150401 84870007015360 Naartjie 030 Web |
| | 04/02 | 15.00 | Tsys Fees SEP 150401 84870006640299 Naartjie 061 |
| | 04/02 | 15.00 | Tsys Fees SEP 150401 84870007015658 Naartjie 035 Mym Fr 0000000035 |
| | | | Naartjie Custom Kids, Inc Montgomery MA Sub Acct 000004948905161 |
| | 04/02 | 7.95 | American Express Collection 150402 1350926093 Naartjie 59 1350926093 |
| | 04/02 | 20.00 | Authnet Gateway Billing 37626493 Naartjie UT Store Depo |
| | | **$479.72** | **Total electronic debits/bank debits** |
| | | **$479.72** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 60,702.92 | 04/02 | 60,223.20 |
| | Average daily ledger balance | $60,239.19 | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3947      TRN                    Y      ST01

**Business Statement**
Account Number:

Statement Period:
Apr 1, 2015
through
Apr 30, 2015

Page 1 of 1

000167748 1 AT 0.406 106481021683262 P
NAARTJIE CUSTOM KIDS INC
3676 W CALIFORNIA AVE STE D100
SALT LAKE CTY UT 84104-6516

☎                                    **To Contact U.S. Bank**

**Commercial Customer
Service:**                              **1-866-853-2446**

**Telecommunications Device
for the Deaf:**                         **1-800-685-5065**

**Internet:**                           **usbank.com**

## NEWS FOR YOU

Important changes are coming to your Online and Mobile Financial Services Agreement.
Review the specific changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

--------------------------------------------------

**Try Self-Service for Quick Solutions to Everyday Banking Needs**

Did you know that Online Banking has Self-Service options that can save you time and a trip to the branch? You can use Self-Service to:

- Activate an ATM card or change your PIN
- Order checks
- Find past checks or deposits
- Request copies of statements
- And more!

Bank on your schedule. Choose "Self Service" from the "Customer Service" tab in Online Banking to get started.

## ANALYZED CHECKING                                    Member FDIC

### ACCOUNT CLOSED                          Account Number

U.S. Bank National Association

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Apr 1 | | $ | 1,241.65 | |
| Other Withdrawals | 2 | | 1,241.65 - | |
| **Ending Balance on Apr 30, 2015** | | $ | 0.00 | |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Apr 13 | ANALYSIS SVC CHG | | $ | 314.96 - |
| Apr 14 | Account Closed | | | 926.69 - |
| | | **Total Other Withdrawals** | $ | 1,241.65 - |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Apr 13 | 926.69 | Apr 14 | 0.00 |

Balances only appear for days reflecting change.

# ⊔Ⴝbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3947        TRN                         Y        ST01

**Business Statement**

Account Number:
?

Statement Period:
Apr 1, 2015
through
Apr 30, 2015

Page 1 of 1



|ᵢₗₗₒₗₗₐₗₒₗₗₗₚₒₗₗₐₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ|
000167739  1 AT 0.406  106481021683253 P
NAARTJIE CUSTOM KIDS INC
3676 W CALIFORNIA AVE STE D100
SALT LAKE CTY UT  84104-6516

☎                        *To Contact U.S. Bank*

*Commercial Customer
Service:*                        *1-866-853-2446*

*Telecommunications Device
for the Deaf:*                    *1-800-685-5065*
*Internet:*                       *usbank.com*

---

## NEWS FOR YOU

**Important changes are coming to your Online and Mobile Financial Services Agreement.**
Review the specific changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

----------------------------------------

**Try Self-Service for Quick Solutions to Everyday Banking Needs**

Did you know that Online Banking has Self-Service options that can save you time and a trip to the branch? You can use Self-Service to:

- Activate an ATM card or change your PIN
- Order checks
- Find past checks or deposits
- Request copies of statements
- And more!

Bank on your schedule. Choose "Self Service" from the "Customer Service" tab in Online Banking to get started.

---

## ANALYZED CHECKING                    ACCOUNT CLOSED                    *Member FDIC*

Account Number

U.S. Bank National Association
### Account Summary

|                              | # Items |   |       |
| ---------------------------- | ------- | - | ----- |
| Beginning Balance on Apr 1   |         | $ | 0.00  |
| Ending Balance on  Apr 30, 2015 |      | $ | 0.00  |

### Other Withdrawals

| Date   | Description of Transaction | Ref Number |   | Amount |
| ------ | -------------------------- | ---------- | - | ------ |
| Apr 14 | Account Closed             |            | $ | 0.00-  |
|        | Total Other Withdrawals    |            | $ | 0.00-  |

### Balance Summary

| Date   | Ending Balance |
| ------ | -------------- |
| Apr 14 | 0.00           |

Balances only appear for days reflecting change.

# WellsOne® Account

Account number: _____ ■ April 1, 2015 - April 30, 2015 ■ Page 1 of 1



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
       PO Box 63020
       San Francisco, CA 94163

NAARTJIE CUSTOM KIDS, INC
NAARTJIE CANADA USD CHECKING
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $1,535.87 | $0.00 | -$362.99 | $1,172.88 |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/13 | 200.10 | Client Analysis Srvc Chrg 150410 Svc Chge 0315 000004946308400 |
| | 04/13 | 162.89 | Client Analysis Srvc Chrg 150410 Svc Chge 0315 000004946308400 |
| | | **$362.99** | **Total electronic debits/bank debits** |
| | | **$362.99** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 1,535.87 | 04/13 | 1,172.88 |
| | **Average daily ledger balance** | **$1,318.07** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Money Market Account



Account number: _____ ◆ April 1, 2015 - April 30, 2015 ■ Page 1 of 1

NAARTJIE CUSTOM KIDS, INC
CANADA COLLATERAL ACCOUNT
2369 W ORTON CIR
SALT LAKE CITY UT 84119-7679

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### Commercial Money Market Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $74,196.84 | $6.10 | $0.00 | $74,202.94 |

### Interest summary

| | |
|---|---|
| Annual percentage yield earned this period | 0.10% |
| Interest earned during this period | $6.10 |
| Year to date interest and bonuses paid | $24.39 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/30 | 6.10 | Interest Payment |
| | | $6.10 | **Total electronic deposits/bank credits** |
| | | $6.10 | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 74,196.84 | 04/30 | 74,202.94 |
| | **Average daily ledger balance** | **$74,197.04** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number: **4124218421**  ■  April 1, 2015 - April 30, 2015  ■  Page 1 of 1



NAARTJIE CUSTOM KIDS, INC
PAYROLL ACCOUNT
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $4,746.79 | $0.00 | $0.00 | $4,746.79 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 03/31 | 4,746.79 |
| **Average daily ledger balance** | **$4,746.79** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number.            ....    ■  April 1, 2015 - April 30, 2015   ■  Page 1 of 1



NAARTJIE
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
AUCTION ESCROW
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (182)
        PO Box 63020
        San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
|  | $40,000.00 | $0.00 | $0.00 | $40,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 03/31 | 40,000.00 |

**Average daily ledger balance**   **$40,000.00**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number:  ····    ■ April 1, 2015 - April 30, 2015   ■ Page 1 of 1



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
UTILITIES DEPOSIT ESCROW
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ··1911730 | $40,000.00 | $0.00 | $0.00 | $40,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 03/31 | 40,000.00 |
| **Average daily ledger balance** | **$40,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number: _____ April 1, 2015 - April 30, 2015 ■ Page 1 of 1



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE CUSTOM KIDS, INC
UCC ESCROW ACOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $327,782.12 | $0.00 | -$166,177.91 | $161,604.21 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/14 | 109,042.13 | WT Fed#00185 Mufg Union Bank, N /Ftr/Bnf=Pachulski Stang Ziehl & Jones LLP Srf# IN15041412290968 Trn#150414129457 Rfb# 000000426 |
| | 04/14 | 42,201.00 | WT Fed#00197 Bank of America, N /Ftr/Bnf=Fti Consulting, Inc Srf# IN15041412301634 Trn#150414129575 Rfb# 000000428 |
| | 04/14 | 9,426.40 | WT Seq129495 Ray Quinney & Nebeker P /Bnf=Ray Quinney & Nebeker Trust Accoun Srf# IN15041412294712 Trn#150414129495 Rfb# 000000427 |
| | 04/14 | 5,508.38 | WT Seq142232 Naartjie Custom Kids, I /Bnf=Naartjie Custom Kids Inc Srf# IN15041413354611 Trn#150414142232 Rfb# 000000431 |
| | | **$166,177.91** | **Total electronic debits/bank debits** |
| | | **$166,177.91** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 327,782.12 | 04/14 | 161,604.21 |
| | Average daily ledger balance | **$233,614.63** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number:  ● April 1, 2015 - April 30, 2015  ● Page 1 of 1



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE CUSTOM KIDS, INC
CH7 TRUSTEE EXCROW ACCT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $25,000.00 | $0.00 | $0.00 | $25,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 03/31 | 25,000.00 |
| **Average daily ledger balance** | **$25,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account



Account number:————    April 1, 2015 - April 30, 2015  ▪ Page 1 of 1

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE CUSTOM KIDS, INC
UST EXCROW ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| | $10,000.00 | $0.00 | $0.00 | $10,000.00 |

**Daily ledger balance summary**

| Date | Balance |
|---|---|
| 03/31 | 10,000.00 |
| **Average daily ledger balance** | **$10,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(182)
Sheet Seq = 0025910
Sheet 00001 of  00001