**DEBTOR:** <u>NAARTJIE CUSTOM KIDS, INC.</u>

**CASE NUMBER:** <u>14-29666</u>

**MONTHLY OPERATING REPORT**
CHAPTER 11

### Form 2-A
### COVER SHEET

For Period Ending <u>May 30, 2015</u>

**Accounting Method:** [x] Accrual Basis    [ ] Cash Basis

### *THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts<br>    IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** <u>6/23/15</u>

**Print Name:** Jeff Nerland

**Signature:**

**Title:** Chief Restructuring Officer

Rev. 12/10/2009

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.    **CASE NO:** 14-29666

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/3/15 to 5/30/15

**CASH FLOW SUMMARY**

| | | Current Month | | Accumulated |
|---|---|---:|---|---:|
| **1. Beginning Cash Balance** | $ | 2,164,989.55 (1) | $ | 765,864.78 (1) |
| 2. Cash Receipts | | | | |
| Operations | | 19,748.34 | | 21,297,569.31 |
| Sale of Assets, net | | 2,105,636.94 | | 6,989,451.08 |
| Loans/advances | | 0.00 | | 967,000.00 |
| Other | | 0.00 | | 5,053,751.91 |
| Total Cash Receipts | $ | 2,125,385.28 | $ | 34,307,772.30 |
| 3. Cash Disbursements | | | | |
| Operations | | 62,984.48 | | 9,117,089.03 |
| Debt Service/Secured loan payment | | 0.00 | | 2,017,562.45 |
| Professional fees/U.S. Trustee fees | | 53,315.70 | | 766,061.25 |
| Other | | 0.00 | | 1,806,138.20 |
| Great American Distributions | | 0.00 | | 17,148,391.44 |
| Total Cash Disbursements | $ | 116,300.18 | $ | 30,855,242.37 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 2,009,085.10 | | 3,452,529.93 |
| Adjusting entries / Elim | | 0.10 | | (44,319.96) |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 4,174,074.75 (2) | $ | 4,174,074.75 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---:|
| WF Main Acct 413 & Deposit Acct 204 | Wells Fargo | $ | 3,865,557.62 |
| BoA Cash Concentration-757 | Bank of America | | 0.00 |
| USBank Main Account - 939 | US Bank | | 0.00 |
| BB&T Main Account - 415 | BB&T | | 0.00 |
| JP Morgan Main Account - 511 | JP Morgan | | 0.00 |
| Zions Bank Main Account - 293 | Zions Bank | | 0.00 |
| MB Financial Main Account | MB Financial | | 0.00 |
| WF Canada Main - 8164 | Wells Fargo | | 0.00 |
| WF Canada USD checking - 8400 | Wells Fargo | | 445.54 |
| WF Canada Collateral - 6119 | Wells Fargo | | 74,209.24 |
| WF Payroll Chk - 421 | Wells Fargo | | 4,073.84 |
| WF Auction / Sales Tax Escrow - 714 | Wells Fargo | | 40,000.00 |
| WF Utilities Deposit Escrow - 730 | Wells Fargo | | 40,000.00 |
| WF UCC Professional Fee Escrow - 7042 | Wells Fargo | | 114,788.51 |
| WF Ch7 Trustee Escrow - 7067 | Wells Fargo | | 25,000.00 |
| WF UST Escrow - 7059 | Wells Fargo | | 10,000.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 4,174,074.75 (2) |

**(1) Accumulated beginning cash balance is the cash available at the commencement of the case.**
**Current month beginning cash balance should equal the previous month's ending balance.**
**(2) All cash balances should be the same.**

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.  **CASE NO:** 14-29666

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  5/3/15  to  5/30/15

**Name:** Wells Fargo Main Account
**CASH RECEIPTS DETAIL**  **Account No:** xxxxxxx413
**(attach additional sheets as necessary)**  **GL Account#:** 999-1005-00

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| 5/5/15 | 0000001740 | CAN Enbridge | $ 378.42 |
| 5/6/15 | 0000001741 | Truworths Payment 05.06.2015 | 660,978.34 |
| 5/6/15 | 0000001742 | Truworths Payment 05.06.2015 | 285,775.70 |
| 5/7/15 | 0000001743 | Refund Rent April 2015 | 13,367.20 |
| 5/7/15 | 0000001744 | Refund Rent April 2015 | 4,084.00 |
| 5/8/15 | 0000001745 | First Mile Asset Shelves | 5,000.00 |
| 5/12/15 | 0000001746 | Century Link Refund Office Phones | 563.64 |
| 5/21/15 | 0000001747 | Truwoths Payment | 1,128,216.00 |
| 5/22/15 | 0000001748 | Jaybird Refund | 955.55 |
| 5/22/15 | 0000001749 | Truworths Payment | 25,666.90 |
| 5/22/15 | 0000001750 | Money Network CFA to HTB | 393.23 |

**Total Cash Receipts**  $  2,125,378.98  (1)

**(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1**

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.                          **CASE NO:**  14-29666

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   5/3/15   to   5/30/15

**Name:** Wells Fargo Main Account

**CASH DISBURSEMENTS DETAIL**          **Account No:** xxxxxxx413
**(attach additional sheets as necessary)**    **GL Account#:** 999-1005-00

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|-------:|
| 5/4/15 | 0000037074 | Brian Anderson - Payroll | $ 5,000.00 |
| 5/5/15 | 0000037075 | Canon Financial Services | 426.32 |
| 5/5/15 | 0000037076 | Farias, Inc | 32.61 |
| 5/5/15 | 0000037077 | Green Planet 21, Inc | 408.00 |
| 5/5/15 | 0000037078 | National Benefit Services, LLC | 35.00 |
| 5/5/15 | 0000002406 | US Bank Closure | 314.96 |
| 5/5/15 | 0000004760 | Payroll WE May01 | 4,982.25 |
| 5/5/15 | 0000004761 | Sage Accounting System | 879.27 |
| 5/5/15 | 0000004763 | Payroll WE May01 | 10,980.92 |
| 5/7/15 | 0000037079 | Integra 869882 #999 | 754.46 |
| 5/7/15 | 0000037080 | Samuel Gonzalez | 200.00 |
| 5/7/15 | 0000037081 | RPAI Southwest Management LLC | 285.85 |
| 5/11/15 | 0000002407 | Bank Charges | 1,030.61 |
| 5/12/15 | 0000037083 | Green Planet 21, Inc | 44.60 |
| 5/12/15 | 0000037084 | Marion County Tax Collector | 55.20 |
| 5/12/15 | 0000037085 | CenturyLink QCC 82406970 | 33.75 |
| 5/12/15 | 0000037082 | CT Corporation | 105.70 |
| 5/13/15 | 0000037086 | Office of the US Trustee | 6,500.00 |
| 5/18/15 | 0000004764 | Texas Franchise Tax 2014 - TEX01 | 13,519.00 |
| 5/19/15 | 0000004765 | Payroll 05.23.2015 | 13,563.69 |
| 5/19/15 | 0000004766 | Payroll Taxes 23 May 2015 | 5,737.32 |
| 5/26/15 | 0000037091 | Taxware LLC | 410.00 |
| 5/26/15 | 0000037087 | Canon Financial Services | 426.32 |
| 5/26/15 | 0000037088 | Glenn Wood - exp reimbursement (phone and medical) | 978.29 |
| 5/26/15 | 0000037089 | MetLife Small Business Center | 197.26 |
| 5/26/15 | 0000037090 | Stephen Ensign - exp reimbursement (postage, medical, supplies and moving) | 2,229.93 |
| 5/30/15 | 0000002409 | Bank Charges | 0.02 |

**Total Cash Disbursements**  $   69,131.33  (1)

**(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1**

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.                                    **CASE NO:** 14-29666

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  5/3/15  to  5/30/15

**Name:** Canada US$ Checking Account

**CASH RECEIPTS DETAIL**
**(attach additional sheets as necessary)**

**Account No:** xxxxxx8400
**GL Account No:** 999-1014-00

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| NONE | | | $ |
| | | **Total Cash Receipts** | $        0.00 |

**CASH DISBURSEMENTS DETAIL**

| | | | |
|------|-----------|-------------|--------|
| 5/11/15 | | Bank Service Charge | $        200.10 |
| 5/11/15 | | Bank Service Charge | 153.05 |
| | | **Total Cash Disbursements** | $        353.15 |

Rev. 12/10/2009

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.          **CASE NO:**          14-29666

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  5/3/15  to  5/30/15

**Name:** WF UCC Professional Fee Escrow - 7042

**CASH RECEIPTS DETAIL**                    **Account No:** xxxxxx7042
**(attach additional sheets as necessary)**

| Date | Trans No. | Description | Amount |
|------|-----------|-------------|--------|
| NONE | | | $ |

|  | **Total Cash Receipts** | $ |
|--|--|--|

**CASH DISBURSEMENTS DETAIL**

| Date | Description | Amount |
|------|-------------|--------|
| 5/19/15 | Pachulski Stang Ziehl & Jones LLP | $    29,950.09 |
| 5/19/15 | FTI Consulting | 11,819.70 |
| 5/19/15 | Ray Quinney & Nebeker | 5,045.91 |
| | **Total Cash Disbursements** | $    46,815.70 |

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.                                           **CASE NO:** 14-29666

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
**For Period Ended:**  May 30, 2015

|  |  | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 4,174,075 | $ | 765,865 |
| Store Change Funds / other | | 0 | | 25,600 |
| Accounts Receivable (from Form 2-E) | | 45,290 | | 43,881 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 0 | | 7,969,462 |
| Other Current Assets:(List)  Prepaid Expenses | | 320,246 | | 420,920 |
| Salus Indemnity Reserve | | 0 | | 0 |
| Salus disputed amounts | | 0 | | 0 |
| US Customs payment due from WF | | 0 | | 0 |
| Prepaid Closing Cost | | 0 | | 264,186 |
| Other Current Assets | | 82 | | 5,041 |
| Total Current Assets | $ | 4,539,692 | $ | 9,494,955 |
| Fixed Assets: | | | | |
| Land | $ | 0 | $ | 0 |
| Building | | 0 | | 0 |
| Equipment, Furniture and Fixtures | | 0 | | 15,362,608 |
| Total Fixed Assets | | 0 | | 15,362,608 |
| Less:  Accumulated Depreciation | ( | 0 | ) ( | 9,633,764 ) |
| Net Fixed Assets | $ | 0 | $ | 5,728,844 |
| Other Assets (List):  Goodwill and Intangible Assets, Net | | 0 | | 1,332,250 |
| Other Long-Term Assets *(primarily ZA)* | | 99,333 | | 3,842,367 |
| **TOTAL ASSETS** | $ | 4,639,025 | $ | 20,398,416 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 22,989 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 287,108 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | | 0 |
| Post-petition Notes Payable | | 0 | | 0 |
| Other Post-petition Payable(List):  Accrued expenses | | 6,274 | | 0 |
|  | | 0 | | 0 |
| Total Post Petition Liabilities | $ | 316,371 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 8,884,900 | | 12,372,071 |
| Priority Debt | | 20 | | 0 |
| Unsecured Debt | | 7,799,160 | | 9,041,198 |
| Accrued Expenses Pre-Petition | | 219,037 | | 1,108,031 |
| Total Pre Petition Liabilities | $ | 16,903,117 | $ | 22,521,300 |
| **TOTAL LIABILITIES** | $ | 17,219,488 | $ | 22,521,300 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 58,771,855 | $ | 58,771,855 |
| Retained Earnings - Prepetition | | (60,894,740) | | (60,894,740) |
| Retained Earnings - Post-petition | | (10,457,579) | | 0 |
| **TOTAL OWNERS' EQUITY** | $ | (12,580,463) | $ | (2,122,884) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 4,639,025 | $ | 20,398,416 |

**(1)** Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
    listed on the Debtor's schedules.

**DEBTOR:**    NAARTJIE CUSTOM KIDS, INC.               **CASE NO:**   14-29666

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period**   5/3/15   **to**   5/30/15

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0 | $ | 10,633,144 |
| Less:  Discounts, Returns and Allowances | ( | 0 ) | ( | 47,169 ) |
| **Net Operating Revenue** | $ | 0 | $ | 10,585,975 |
| Cost of Goods Sold | | 0 | | 8,277,239 |
| **Gross Profit** | $ | 0 | $ | 2,308,736 |
| Operating Expenses | | | | |
| Selling, General and Administrative | $ | 49,556 | $ | 3,883,928 |
| Rents and Leases | | (17,272) | | 31,227 |
| Depreciation, Depletion and Amortization | | 0 | | 644,674 |
| Communication Expenses | | 399 | | 80,603 |
| Marketing & Advertising Expense | | 0 | | 86,823 |
| Occupancy Expenses | | (5,008) | | 894,818 |
| Other | | 17,642 | | 462,159 |
| Total Operating Expenses | $ | 45,316 | $ | 6,084,231 |
| **Operating Income (Loss)** | $ | (45,316) | $ | (3,775,495) |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | (13,519) | $ | (123,403) |
| Gains (Losses) on Sale of Assets | | 0 | | 0 |
| Interest Income | | 6 | | 103 |
| Interest Expense | | 0 | | (49,660) |
| Other Non-Operating Income* | | (1,957,299) | | (3,810,055) |
| Net Non-Operating Income or (Expenses) | $ | (1,970,811) | $ | (3,983,015) |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 111,208 | $ | 2,150,950 |
| Other Reorganization Expense | | 0 | | 548,119 |
| Total Reorganization Expenses | $ | 111,208 | $ | 2,699,069 |
| **Net Income (Loss) Before Income Taxes** | $ | (2,127,335) | $ | (10,457,579) |
| Federal and State Income Tax Expense (Benefit) | | 0 | | 0 |
| **NET INCOME (LOSS)** | $ | (2,127,335) | $ | (10,457,579) |

**(1)  Accumulated Totals include all revenue and expenses since the petition date.**

**\*  Primarily related to book Loss on sale of ZA One interests**

*For full professional fee details see attached Exhibit 2E.2*

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.    **CASE NO:**  14-29666

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:**  5/3/15  **to**  5/30/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | $ | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Local | | | | | | |
| FICA Tax Withheld | *Note: Payroll tax line-item detail not readily available* | | | | | |
| Canadian Pension Plan | *as of 5/30/15 Debtor has fully funded all payroll tax obligations* | | | | | |
| Employer's FICA Tax | | | | | | |
| Employer's CPP | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| State Disability/Unemployment Insurance EE (CA, OR, NJ) | | | | | | |
| TOTAL Payroll tax liab | 0 | | | | | 0 |
| Sales, Use & Excise Taxes (US) | 0 | 0 | 0 | *n.a.* | *n.a.* | 0 |
| Canada Sales Tax | 0 | 0 | 0 | *n.a.* | *n.a.* | 0 |
| Property Taxes | 0 | 0 | 0 | *n.a.* | *n.a.* | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | *n.a.* | *n.a.* | 0 |
| State | 0 | 0 | 0 | *n.a.* | *n.a.* | 0 |
| TOTAL | $ 0 | | | | $ | 0 |

**(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.**

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Travelers | $ 1M/1M/1M | 2/2016 | 2/2016 |
| General Liability | Travelers | $ 1M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 2M Products/Completed Operations Aggregate | | |
| | | $ 10M General Aggregate | | |
| Property (Fire, Theft) | Travelers | $ Scheduled | 8/15/15 | 8/15/15 |
| Vehicle | Travelers | $ 1M CSL | 8/15/15 | 8/15/15 |
| Umbrella/Excess | Travelers | $ 5M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 5M Aggregate | | |
| International Liab Package | Ace | $ 1M per Occ. | 8/15/15 | 8/15/15 |
| | | $ 2M Products/Completed Operations Aggregate | | |
| | | $ 2M General Aggregate | | |
| D&O, EPLI | Ace | $ 5M Aggregate | 8/15/17 | 8/15/17 |

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.      **CASE NO:** 14-29666

### Form 2-E
### SUPPORTING SCHEDULES
For Period:   5/3/15   to   5/30/15

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $      45,290.05 | $      22,988.72 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 45,290.05 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $      45,290.05 | |
| Less:  Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $      45,290.05 | |

*SEE ATTACHED EXHIBIT 2-E.1*      **Total Post Petition Accounts Payable** $      22,988.72

**\* Attach a detail listing of accounts receivable and post-petition accounts payable**

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel - Dorsey | $      0 | $   45,000.00 | 32,768.02 | | $   104,406.29 |
| Debtor's Counsel - Stroock | 0 | 0 | 0 | | 0.00 |
| UCC Counsel - PSZJ | 0 | 33,884.34 | 29,950.09 | | 92,919.19 |
| UCC Counsel - RQN | 0 | 1,596.00 | 5,045.91 | | 12,829.10 |
| UCC Counsel - HLSA | 0 | 0 | 0 | | 0.00 |
| Trustee's Counsel | 0 | 0 | 0 | | 0.00 |
| Debtor Fin Advisor / CRO | 0 | 26,509.00 | 21,423.73 | | 63,134.20 |
| UCC Fin. Advisor / FTI | 0 | 4,218.70 | 11,819.70 | | 13,819.70 |
| Ombudsman | 0 | 0 | 0 | | 0.00 |
| Total | $      0.00 | $   111,208.04 | 101,007.45 | | $   287,108.48 |

**\*Balance due to include fees and expenses incurred but not yet paid.**

**Memo:**
Carve-Out Escrow balance as of 5/30/15      280,146.72
For additional fee escrow balances, see Form 2-B;
For further professional fee detail see Exhibit 2E.2

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\*

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Glenn Wood | CEO | wages (gross) | $      19,231 |

note: Naartjie is the Lessor of two automobiles used by CEO, Glenn Wood.
However, all lease payments are made directly by Mr. Wood to BMW financial services and Mr.
Wood is a Guarantor of the lease obligations.
This arrangement was made as a practical solution upon Mr. Wood's relocation from South Africa.

**\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,**

**partner, shareholder, officer or director.**

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.                    **CASE NO:** 14-29666

**Form 2-F**
**QUARTERLY FEE SUMMARY \***
**For the Month Ended:** 5/30/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | 2015 | $ 1,190,191.26 | | | |
| February | 2015 | 329,547.19 | | | |
| March | 2015 | 216,213.97 | | | |
| TOTAL 1st Quarter | | $ 1,735,952.42 | $ 6,500.00 | 37086 | 5/13/15 |
| April | 2015 | $ 229,760.17 | | | |
| May | 2015 | 116,300.18 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 346,060.35 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | 2014 | 3,346,650.71 | | | |
| TOTAL 3rd Quarter | | $ 3,346,650.71 | $ 10,408.49 | 36730 | 12/12/14 |
| October | 2014 | $ 8,831,650.14 | | | |
| November | 2014 | 7,191,010.34 | | | |
| December | 2014 | 9,403,918.42 | | | |
| TOTAL 4th Quarter | | $ 25,426,578.90 | $ 20,000.00 | 36963 | 2/11/15 |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more | $30,000 |

\*  This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 12/10/2009

**DEBTOR:** NAARTJIE CUSTOM KIDS, INC.                    **CASE NO:** 14-29666

**Form 2-G**
# NARRATIVE
**For Period Ending ___May 30, 2015_____**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

During the fiscal period ended May H€, 2015, the Debtor was no longer operating any U.S. retail locations. Remaining corporate staff were focused on claims reconciliation, tax returns, reporting requirements, and managing the operations of its South African entity (ZA One) to ensure that all conditions to the sale agreement with Truworths Limited were satisfied.

Significant non-operating losses for the period ending May 30, 2015 were primarily the result of a book loss resulting from the ZA One sale transaction.

On May 21, 2015 and May 22, 2015 Naartjie transferred a total of $1,153,882.90 in proceeds from the Truworths sale transaction from SA to the Debtor's main US bank account.  This represents the final proceeds payment less funds held back in SA to satisfy deregistration expenses and potential claims.

Á

U}Á¦ÁæâÁ¦ÁÈÁŒ€FÍ ÈÁàc@ÁŒÖ^àc¦Á¦æ)ÁâÁàc@ÁŒÖ[{Áãc^^Áãã^âÁ¦æÐÁãoÁ¦[cã}Á¦^^\ã*Á^Ádˆ¦Á·æ)ÁÅÚ¦â^¦Áãaã{Áã·â*Áàc@ÁÁ
Ö^àc¦¦Ø©Á&@ej c^¦ÁFFÁ&æ·^Áæ)Áà¦¦æ)cã}*Á^¦¦æ·^àÁ¦¦|ã·ÐÁŒŒ@Áà£ã}*Á¦}Ác@ææ¦Á[cã}Áã·Á¦^¦c¦Á¦{}Á^ŒÈÁŒ€FÍ ÈÁ
Á

U}Á¦ÁæâÁ¦¦ÁÈÁŒ€FÍ ÈÁàc@ÁŒÖ[ˇ¦cŒ·cæã]^Áàc@ÁŒÖ^àc¦Á¦c@¦Á{}ãˇ·Á¦àcb^&c¦}Á¦{¦æã{Áã¦ãrcææã^¦/¦&¦æã¦·Á¦^æcã}*Áàc@ÁÁ
Ö^àc¦¦Ø©Á¦·æ·æ^¦Á¦[¦^Ác@ej¦ÁŒÁG¦€€€€ÈÁ
Á
Á

**DEBTOR:**  NAARTJIE CUSTOM KIDS, INC.                                        **CASE NO:** 14-29666

**EXHIBIT 2E.1**

| Accounts Receivable Schedule | 5/30/15 |
|---|---|
| American Express held deposit | 31,476.21 |
| TSYS held deposit | 13,813.84 |
| Total Accounts Receivable | 45,290.05 |
| Less: Bad Debt Reserve | - |
| Net Accounts Receibable  (to Form 2-C) | 45,290.05 |

**Naartjie Custom Kids, Inc.**

*Post-Petition Professional Fees (US$)*

*as of 5/2/15*

EXHIBIT 2E.2

**CASE NO:** 14-29666

| | Petition Date to 11/30/14 | December 2014 | January 2015 | February 2015 | March 2015 | April 2015 | May 2015 | TOTAL Accrued | less: Total Payments | less: Retnr Appld | TOTAL Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **UCC** | | | | | | | | | | | |
| Legal - PSZJ | 213,903 | 89,041 | 51,937 | 23,502 | 37,404 | 28,078 | 33,884 | 477,750 | (384,831) | - | 92,919 |
| Legal - RQN (Local) | 36,598 | 5,731 | 6,551 | 6,312 | 6,173 | 3,577 | 1,596 | 66,537 | (53,708) | - | 12,829 |
| Legal - HLSA (Local) | - | 21,890 | 1,254 | - | - | (231) | - | 22,913 | (22,913) | - | - |
| Financial Advisor - FTI | 169,395 | 32,906 | 4,020 | - | 14,771 | 6,650 | 4,219 | 231,960 | (218,140) | | 13,820 |
| Total | 419,896 | 149,567 | 63,762 | 29,815 | 58,348 | 38,074 | 39,699 | 799,161 | (679,593) | - | 119,568 |
| **Debtor** | | | | | | | | | | | |
| Legal - Dorsey | 432,142 | 79,170 | 42,840 | 37,794 | 40,496 | 44,414 | 45,000 | 721,856 | (504,232) | (113,218) | 104,406 |
| Legal - Stroock | 144,231 | - | - | - | 5,000 | - | - | 149,231 | (131,484) | (17,747) | - |
| CRO / Financial Advisor | 336,564 | 55,360 | 41,364 | 48,931 | 26,461 | 22,674 | 26,509 | 557,863 | (400,138) | (94,591) | 63,134 |
| Ombudsman | - | 17,431 | - | - | - | - | - | 17,431 | (17,431) | | - |
| Total | 912,936 | 151,961 | 84,204 | 86,726 | 71,957 | 67,088 | 71,509 | 1,446,380 | (1,053,284) | (225,556) | 167,540 |
| **TOTAL** | 1,332,833 | 301,527 | 147,966 | 116,540 | 130,304 | 105,162 | 111,208 | 2,245,541 | (1,732,877) | (225,556) | **287,108** |

| | | | | |
|---|---|---|---|---|
| | **Naartjie Custom Kids, Inc** | | | |
| | **Bank Reconciliation Form** | | | |
| Acct# : | 999-1005-00 | | | |
| Account Name: | Wells Fargo Main Account | | | |
| Company | USA | | | |
| Period: | Period 4/15 | | Year: | 2014 |

| CURRENT BANK STATEMENT BALANCE | | | GENERAL LEDGER BALANCE | 999-1005-00 |
|---|---|---|---|---|
| | | Bank as of 5/31/2015 | | GL 05/31/2015 |
| | | | Book Balance | $3,865,557.62 |
| Wells Fargo | | | | |
| 3204 | Master Deposit Acct 204 | - | | |
| 8413 | Concentration Acct (Main) 413 | 3,872,088.95 | Bank Rec Adjustments | - |
| | Stagecoach | - | | |
| | Wells Fargo 204 Items thru 05.31.2015 | - | | |
| | 0 | - | | |
| | | - | | |
| | Wells Fargo Deposits in transit thru 5/31/2015 | - | | |
| | Wells Fargo Outstanding Checks 4/04/2015 | (6,531.33) | Disbursements and other credits | - |
| | Total Wells Fargo | 3,865,557.62 | | |
| BOA | | | | |
| 2757 | Cash Concentration-757 | - | | |
| 0003 | Deposits-003 | - | | |
| | Items taken in of statement as of 5/31/2015 | - | | |
| | BOA Deposits in transit thru 1/03/2015 | | | |
| | Total BOA | - | | |
| US Bank | | | | |
| 6939 | US BANK DEPOSIT 05.06.2015 | - | | |
| 0782 | US BANK Bank Charges for Closing Account | - | | |
| | Items taken in of statement as of 5/31/2015 | - | | |
| | US Bank Deposits in transit thru 1/03/2015 | | | |
| | Total US Bank | - | | |
| BB&T | | | | |
| 5415 | Main Account - 415 | - | | |
| | Items taken in of statement as of 5/31/2015 | - | | |
| | BB&T Deposits in transit thru 1/03/2015 | | | |
| | Toatla BB&T | - | | |
| JP Morgan | | | | |
| | Main Account -511 | - | | |
| | Items taken in of statement as of 5/31/2015 | - | | |
| | JP Morgan Deposits in transit thru 1/03/2015 | | | |
| | | - | | |
| Zions Bank | | | | |
| | Main Account - 293 | - | | |
| 8293 | Items taken in of statement as of 5/31/2015 | - | | |
| | Zions Bank Deposits in transit thru 1/03/2015 | | | |
| MB Financial | | | | |
| | Main Account - | - | | |
| | Items taken in of statement as of 5/31/2015 | - | | |
| | MB Financial Bank Deposits in transit thru 1/03/2015 | | | |
| | | - | | |
| **ENDING CASH BALANCE** | | 3,865,557.62 | **ENDING BOOK BALANCE** | 3,865,557.62 |
| | | | Adj. Between Periods | - |
| | | | ENDING GL BALANCE | - |

| Prepared by | Petro Wood | | For Manager Approval |
|---|---|---|---|
| Date | 06.09.2015 | | |
| Batch | | | |

| For Secondary Approval | | Controller Approval |
|---|---|---|

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Summary

| | |
|---|---|
| Bank Account: | Wells Main Sweep |
| Account No: | 8413 |
| Statement Date: | 5/30/2015 |

### Cleared

| | |
|---|---|
| Starting Statement Balance | 1,814,749.85 |
| Cleared Debits | 2,125,378.98 |
| Cleared Credits | -68,039.88 |
| Subtotal | 3,872,088.95 |
| Ending Statement Total | 3,872,088.95 |
| Variance | 0.00 |

### Outstanding

| | |
|---|---|
| Ending Statement Balance | 3,872,088.95 |
| Outstanding Debits | 0.00 |
| Outstanding Credits | -6,531.33 |
| Ending Total | 3,865,557.62 |
| Book Balance | 3,865,557.62 |
| Variance | 0.00 |

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Detail

| Bank Account: | Wells Main Sweep |
| Account No: | 8413 |
| Statement Date: | 5/30/2015 |

| Cleared | Tran Type | Number | Tran Date | Description | Debit | Credit |
|---|---|---|---|---|---|---|
| X | Check | 0000037065 | 4/15/2015 | SC Department of Revenue - Corporate Tax | | 25.00 |
| X | Check | 0000037073 | 4/29/2015 | The Travelers Indemnity Company | | 2,821.05 |
| X | Check | 0000037074 | 5/4/2015 | Brian Anderson | | 5,000.00 |
| X | Check | 0000037075 | 5/5/2015 | Canon Financial Services | | 426.32 |
| X | Check | 0000037076 | 5/5/2015 | Farias, Inc | | 32.61 |
| X | Check | 0000037077 | 5/5/2015 | Green Planet 21, Inc | | 408.00 |
| X | Check | 0000037078 | 5/5/2015 | National Benefit Services, LLC | | 35.00 |
| X | Check | 0000037079 | 5/7/2015 | Integra 869882 #999 | | 754.46 |
| X | Check | 0000037080 | 5/7/2015 | Samuel Gonzalez | | 200.00 |
| X | Check | 0000037081 | 5/7/2015 | RPAI Southwest Management LLC | | 285.85 |
| X | Check | 0000037083 | 5/12/2015 | Green Planet 21, Inc | | 44.60 |
| X | Check | 0000037084 | 5/12/2015 | Marion County Tax Collector | | 55.20 |
| X | Check | 0000037085 | 5/12/2015 | CenturyLink QCC 82406970 | | 33.75 |
| X | Check | 0000037086 | 5/13/2015 | Office of the US Trustee | | 6,500.00 |
| X | Deposit | 0000001740 | 5/5/2015 | CAN Enbridge | 378.42 | |
| X | Bank Charge | 0000002406 | 5/5/2015 | US Bank Closure | | 314.96 |
| X | Misc. Bank Cred | 0000004760 | 5/5/2015 | Payroll WE May01 | | 4,982.25 |
| X | Misc. Bank Cred | 0000004761 | 5/5/2015 | Sage Accounting System | | 879.27 |
| X | Misc. Bank Cred | 0000004763 | 5/5/2015 | Payroll WE May01 | | 10,980.92 |
| X | Deposit | 0000001741 | 5/6/2015 | Truworths Payment 05.06.2015 | 660,978.34 | |
| X | Deposit | 0000001742 | 5/6/2015 | Truworths Payment 05.06.2015 | 285,775.70 | |
| X | Deposit | 0000001743 | 5/7/2015 | Refund Rent April 2015 | 13,367.20 | |
| X | Deposit | 0000001744 | 5/7/2015 | Refund Rent April 2015 | 4,084.00 | |
| X | Deposit | 0000001745 | 5/8/2015 | First Mile Asset Shelves | 5,000.00 | |
| X | Bank Charge | 0000002407 | 5/11/2015 | Bank Charges | | 1,030.61 |
| X | Deposit | 0000001746 | 5/12/2015 | Century Link Refund Office Phones | 563.64 | |
| X | Misc. Bank Cred | 0000004764 | 5/18/2015 | Texas Franchise Tax 2014 - TEX01 | | 13,519.00 |
| X | Misc. Bank Cred | 0000004765 | 5/19/2015 | Payroll 05.23.2015 | | 13,563.69 |
| X | Misc. Bank Cred | 0000004766 | 5/19/2015 | Payroll Taxes 23 May 2015 | | 5,737.32 |
| X | Check | 0000037091 | 5/26/2015 | Taxware LLC | | 410.00 |
| X | Deposit | 0000001747 | 5/21/2015 | Truworths Payment | 1,128,216.00 | |
| X | Deposit | 0000001748 | 5/22/2015 | Jaybird Refund | 955.55 | |
| X | Deposit | 0000001749 | 5/22/2015 | Truworths Payment | 25,666.90 | |
| X | Deposit | 0000001750 | 5/22/2015 | Money Network CFA to HTB | 393.23 | |
| X | Bank Charge | 0000002409 | 5/30/2015 | Bank Charges | | 0.02 |
| | Check | 0000035768 | 10/9/2014 | ADT Security Services  01200 140813045 | | 140.31 |
| | Check | 0000036301 | 11/14/2014 | National Benefit Services, LLC | | 112.00 |

| Run Date: | 6/22/2015 | 2:25:54 PM |
| Business Date | 6/22/2015 |

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation Register - Detail

| Bank Account: | Wells Main Sweep |
| Account No: | 8413 |
| Statement Date: | 5/30/2015 |

| Cleared | Tran Type | Number | Tran Date | Description | Debit | Credit |
|---|---|---|---|---|---|---|
| | Check | 0000036920 | 1/22/2015 | Oklahoma County Treasurer | | 1.860.52 |
| | Check | 0000036925 | 1/22/2015 | Secretary of State | | 25.00 |
| | Check | 0000037064 | 4/15/2015 | Massachusetts Dept. of Revenue | | 456.00 |
| | Check | 0000037082 | 5/12/2015 | CT Corporation | | 105.70 |
| | Check | 0000037087 | 5/26/2015 | Canon Financial Services | | 426.32 |
| | Check | 0000037088 | 5/26/2015 | Glenn Wood | | 978.29 |
| | Check | 0000037089 | 5/26/2015 | MetLife Small Business Center | | 197.26 |
| | Check | 0000037090 | 5/26/2015 | Stephen Ensign | | 2.229.93 |

**Report Totals**                                          2,125,378.98        74.571.21

020 - Naartjie Custom Kids, Inc.

# Cash Management
## Bank Account Reconciliation Register
## Error Log Listing

| Error No | Error Type | Severity | Error Comment |
|---|---|---|---|
| 1 Register | | Warning | Batch CMRE-0000452: Posting to a future period. |

| | |
|---|---|
| Total Number of Errors: | 0 |
| Total Number of Warnings: | 1 |

020 - Naartjie Custom Kids, Inc.

# Cash Management

## Bank Account Reconciliation

## General Ledger Posting Register - Detail

Batch:                                   Post Date:
Desc:

Journal

| GL Account | Reference | Quantity | Debit | Credit |
|---|---|---|---|---|

Comment

Totals for GL Account

Totals for Journal

Report Totals

# WellsOne® Account

Account number:       '8413   ■   May 1, 2015 - May 31, 2015   ■   Page 1 of 3



NAARTJIE CUSTOM KIDS, INC                                W0
CONCENTRATION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

| **Questions?** |
| --- |
| Call your Customer Service Officer or Client Services |
| **1-800-AT WELLS**  (1-800-289-3557) |
| 5:00 AM TO 6:00 PM Pacific Time Monday - Friday |
| |
| *Online: wellsfargo.com* |
| |
| *Write:*  Wells Fargo Bank, N.A. (182) |
| PO Box 63020 |
| San Francisco, CA  94163 |

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
| --- | --- | --- | --- | --- |
| 8413 | $1,753,285.00 | $2,233,581.54 | -$114,777.59 | $3,872,088.95 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 05/05 | 1,401.77 | Deposit |
| | 05/07 | 17,451.20 | Deposit |
| | 05/08 | 5,000.00 | Deposit |
| | 05/12 | 563.64 | Deposit |
| 05/19 | 05/20 | 140.31 | Reversal of Check Posted 5-19-15 Stale Date Our Ref: 5-19-15 00000000 |
| | | **$24,556.92** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 05/06 | 946,754.04 | WT F50506609477000 Standard Bank of /Org=1/Cliffe Dekker Hofmeyr Incorporat Srf# F50506609477000 Trn#150506032281 Rbf# |
| | 05/18 | 60,223.20 | WT Seq141697 Naartjie Custom Kids, I /Org=Naartjie Custom Kids, Inc Srf# IN15051813411220 Trn#150518141697 Rbf# 000000437 |
| | 05/19 | 29,950.09 | WT Seq133352 Naartjie Custom Kids, I /Org=Naartjie Custom Kids, Inc Srf# IN15051914281157 Trn#150519133352 Rbf# 000000445 |
| | 05/19 | 11,819.70 | WT Seq133212 Naartjie Custom Kids, I /Org=Naartjie Custom Kids, Inc Srf# IN15051914271103 Trn#150519133212 Rbf# 000000444 |
| | 05/19 | 5,045.91 | WT Seq133635 Naartjie Custom Kids, I /Org=Naartjie Custom Kids, Inc Srf# IN15051914291218 Trn#150519133635 Rbf# 000000446 |
| | 05/21 | 393.23 | Money Network Cfa to Htb Naartjie Wells Fargo |
| | 05/21 | 1,128,216.00 | WT Fed#00715 Firstrand Bank Lim /Org=Z A One (Pty) Ltd Srf# 141411589 Trn#150521007799 Rbf# S672942572187574 |

Account number:        8413 ■ May 1, 2015 - May 31, 2015 ■ Page 2 of 3



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/22 | 955.55 | Jaybird LLC ACH Pmt 150522 4978321027 Invoice 100-1080R |
| | 05/22 | 25,666.90 | WT F50522668521000 Standard Bank of /Org=1/Cliffe Dekker Hofmeyr Incorporat Srf# F50522668521000 Trn#150522040422 Rfb# |
| | | **$2,209,024.62** | **Total electronic deposits/bank credits** |
| | | **$2,233,581.54** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/05 | 10,980.92 | WT Fed#06446 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15050508340864 Trn#150505060178 Rfb# 000000435 |
| | 05/05 | 4,982.25 | WT Fed#06452 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15050508343875 Trn#150505060196 Rfb# 000000436 |
| | 05/05 | 879.27 | Sage Software Collection Naartjie CO. |
| | 05/07 | 96.68 | Foreign Check Ref1784710231 - Check Needs Foreign Exchange Rate 5285161 |
| | 05/11 | 1,030.61 | Client Analysis Srvc Chrg 150508 Svc Chge 0415 000004124218413 |
| | 05/18 | 13,519.00 | Webfile Tax Pymt DD 902/20848086 33311/12345/EDI/Xml - |
| | 05/19 | 29,950.09 | WT Fed#00495 Mufg Union Bank, N /Ftr/Bnf=Pachulski Stang Ziehl & Jones LLP Srf# IN15051914175917 Trn#150519132361 Rfb# 000000441 |
| | 05/19 | 13,563.69 | WT Fed#09878 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15051814562558 Trn#150519038115 Rfb# 000000438 |
| | 05/19 | 11,819.70 | WT Fed#00510 Bank of America, N /Ftr/Bnf=Fti Consulting, Inc Srf# IN15051914184504 Trn#150519132405 Rfb# 000000442 |
| | 05/19 | 5,737.32 | WT Fed#09892 Deutsche Bank Trus /Ftr/Bnf=ADP Srf# IN15051814571532 Trn#150519038148 Rfb# 000000439 |
| | 05/19 | 5,045.91 | WT Seq132436 Ray Quinney & Nebeker P /Bnf=Ray Quinney & Nebeker Trust Srf# IN15051914194205 Trn#150519132436 Rfb# 000000443 |
| | | **$97,605.44** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 35768 | 140.31 | 05/19 | 37077 | 408.00 | 05/07 | 37083 * | 44.60 | 05/15 |
| 37065 * | 25.00 | 05/04 | 37078 | 35.00 | 05/11 | 37084 | 55.20 | 05/19 |
| 37073 * | 2,821.05 | 05/04 | 37079 | 754.46 | 05/11 | 37085 | 33.75 | 05/15 |
| 37074 | 5,000.00 | 05/05 | 37080 | 200.00 | 05/11 | 37086 | 6,500.00 | 05/18 |
| 37075 | 426.32 | 05/08 | 37081 | 285.85 | 05/11 | 37091 * | 410.00 | 05/29 |
| 37076 | 32.61 | 05/12 | | | | | | |
| | | | | **$17,172.15** | | **Total checks paid** | | |

* Gap in check sequence.

| | | |
|---|---|---|
| | **$114,777.59** | **Total debits** |

Account number:        **8413** ■ May 1, 2015 - May 31, 2015 ■ Page 3 of 3



WELLS
FARGO

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 1,753,285.00 | 05/08 | 2,698,272.52 | 05/19 | 2,717,126.96 |
| 05/04 | 1,750,438.95 | 05/11 | 2,695,966.60 | 05/20 | 2,717,267.27 |
| 05/05 | 1,729,998.28 | 05/12 | 2,696,497.63 | 05/21 | 3,845,876.50 |
| 05/06 | 2,676,752.32 | 05/15 | 2,696,419.28 | 05/22 | 3,872,498.95 |
| 05/07 | 2,693,698.84 | 05/18 | 2,736,623.48 | 05/29 | 3,872,088.95 |

**Average daily ledger balance**        **$2,961,970.07**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0052192
Sheet 00003 of 00003

# WellsOne® Account

Account number:       **8421**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



NAARTJIE CUSTOM KIDS, INC
PAYROLL ACCOUNT
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8421 | $4,746.79 | $0.00 | $0.00 | $4,746.79 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 04/30 | 4,746.79 |
| **Average daily ledger balance** | **$4,746.79** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number    8400  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE CUSTOM KIDS, INC
NAARTJIE CANADA USD CHECKING
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8400 | $1,172.88 | $0.00 | -$353.05 | $819.83 |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/11 | 200.00 | Client Analysis Srvc Chrg 150508 Svc Chge 0415 000004946308400 |
| | 05/11 | 153.05 | Client Analysis Srvc Chrg 150508 Svc Chge 0415 000004946308400 |
| | | $353.05 | **Total electronic debits/bank debits** |
| | | $353.05 | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 1,172.88 | 05/11 | 819.83 |
| | **Average daily ledger balance** | **$933.71** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Money Market Account



Account number:    6119  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1

NAARTJIE CUSTOM KIDS, INC
CANADA COLLATERAL ACCOUNT
2369 W ORTON CIR
SALT LAKE CITY UT 84119-7679

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### Commercial Money Market Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 6119 | $74,202.94 | $6.30 | $0.00 | $74,209.24 |

### Interest summary

| | |
|---|---|
| Annual percentage yield earned this period | 0.10% |
| Interest earned during this period | $6.30 |
| Year to date interest and bonuses paid | $30.69 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 05/31 | 05/29 | 6.30 | Interest Payment |
| | | $6.30 | **Total electronic deposits/bank credits** |
| | | $6.30 | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 74,202.94 | 05/29 | 74,209.24 |
| | Average daily ledger balance | $74,203.14 | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number:    **1714**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



NAARTJIE
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
AUCTION ESCROW
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1714 | $40,000.00 | $0.00 | $0.00 | $40,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 04/30 | 40,000.00 |
| **Average daily ledger balance** | **$40,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number      **1730**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



NAARTJIE
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
UTILITIES DEPOSIT ESCROW
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1730 | $40,000.00 | $0.00 | $0.00 | $40,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 04/30 | 40,000.00 |
| **Average daily ledger balance** | **$40,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account

Account number:        7042  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



WELLS
FARGO

NAARTJIE CUSTOM KIDS, INC
UCC ESCROW ACOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 7042 | $161,604.21 | $0.00 | -$46,815.70 | $114,788.51 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/19 | 29,950.09 | WT Seq133352 Naartjie Custom Kids, I /Bnf=Naartjie Custom Kids Inc Srf# IN15051914281157 Trn#150519133352 Rfb# 000000445 |
| | 05/19 | 11,819.70 | WT Seq133212 Naartjie Custom Kids, I /Bnf=Naartjie Custom Kids Inc Srf# IN15051914271103 Trn#150519133212 Rfb# 000000444 |
| | 05/19 | 5,045.91 | WT Seq133635 Naartjie Custom Kids, I /Bnf=Naartjie Custom Kids Inc Srf# IN15051914291218 Trn#150519133635 Rfb# 000000446 |
| | | **$46,815.70** | **Total electronic debits/bank debits** |
| | | **$46,815.70** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 161,604.21 | 05/19 | 114,788.51 |
| | **Average daily ledger balance** | **$141,971.81** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# WellsOne® Account



Account number:          **7067**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

NAARTJIE CUSTOM KIDS, INC
CH7 TRUSTEE EXCROW ACCT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 7067 | $25,000.00 | $0.00 | $0.00 | $25,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 04/30 | 25,000.00 |

**Average daily ledger balance**      **$25,000.00**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(182)
Sheet Seq = 0030512
Sheet 00001 of  00001

# WellsOne® Account

Account number      **7059**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 1



NAARTJIE CUSTOM KIDS, INC
UST EXCROW ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE 14-29666 (UT)
3676 W CALIFORNIA AVE STE D100
SALT LAKE CITY UT 84104-6516

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 7059 | $10,000.00 | $0.00 | $0.00 | $10,000.00 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 04/30 | 10,000.00 |
| **Average daily ledger balance** | **$10,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.