Annette W. Jarvis (Utah State Bar No. 01649)
Peggy Hunt (Utah State Bar No. 06060)
Michael F. Thomson (Utah State Bar No. 09707)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
          hunt.peggy@dorsey.com
          thomson.michael@dorsey.com
          armington.jeff@dorsey.com

*Attorneys for Debtor Naartjie Custom Kids, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>NAARTJIE CUSTOM KIDS, INC.,<br><br>Debtor. | Bankr. Case No. 14-29666<br><br>Chapter 7<br><br>The Honorable William T. Thurman |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015, the *Notice of Debtor's Third Motion for an Extension of Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to 11 U.S.C. § 1121(d) and Notice of Hearing* [Docket No. 542] (the "Notice") was filed electronically with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system:

I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and were served with the Notice through the CM/ECF system (collectively, the "ECF Parties").

- Jeffrey M Armington     armington.jeff@dorsey.com,
  long.candy@dorsey.com;ventrello.ashley@dorsey.com
- Darwin H. Bingham     dbingham@scalleyreading.net, cat@scalleyreading.net
- Dustin P. Branch     dustin.branch@kattenlaw.com,
  donna.carolo@kattenlaw.com;lora.anderson@kattenlaw.com
- Mona Lyman Burton     mburton@hollandhart.com,
  ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
- Kenneth L. Cannon     kcannon@djplaw.com, khughes@djplaw.com
- Andrew S. Conway     Aconway@taubman.com
- Joseph M.R. Covey     calendar@parrbrown.com
- Tim Dance     tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com
- Bonnie Glantz Fatell     fatell@blankrome.com
- Thomas E. Goodwin     tgoodwin@parrbrown.com, abreeze@parrbrown.com
- J. Gregory Hardman     ghardman@snowjensen.com
- Tyler M. Hawkins     hawkinst@ballardspahr.com,
  saltlakedocketclerk@ballardspahr.com;lawsont@ballardspahr.com
- Annette W. Jarvis     jarvis.annette@dorsey.com,
  smith.ron@dorsey.com;slc.lit@dorsey.com;lalor.carol@dorsey.com;posada.monica@dorsey.com
- Michael R. Johnson     mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Teddy M. Kapur     tkapur@pszjlaw.com
- Peter J. Kuhn tr     Peter.J.Kuhn@usdoj.gov,
  James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Bria E LaSalle Mertens     blmertens@stoel.com, docketclerk@stoel.com
- Frank A. Merola     fmerola@stroock.com,
  cgabriel@stroock.com;morozco@stroock.com;mmagzamen@stroock.com;ssiegel@stroock.com;dmohamed@stroock.com
- John T. Morgan tr     john.t.morgan@usdoj.gov,
  James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David L. Pollack     pollack@ballardspahr.com
- Jeffrey N. Pomerantz     jpomerantz@pszjlaw.com
- Robert S. Prince     rprince@kmclaw.com, squilter@kmclaw.com
- Brian M. Rothschild     brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- Bradford J. Sandler     bsandler@pszjlaw.com
- Engels Tejeda     ejtejeda@hollandhart.com,
  tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com

- Michael F. Thomson     thomson.michael@dorsey.com,
  montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- Gale K. x6Francis     txbk13@utah.gov

I further certify that on June 9, 2015, I caused the Notice to be served on the parties listed

on the mailing matrix in the above-referenced case, a copy of which is attached hereto as

**Exhibit A**, by regular U.S. Mail, postage pre-paid.

DATED this 14th day of July, 2015.

DORSEY & WHITNEY LLP

*/s/ Jeffrey M. Armington*
Annette W. Jarvis
Peggy Hunt
Michael F. Thomson
Jeffrey M. Armington
*Attorneys for Debtor Naartjie Custom Kids, Inc.*

# **EXHIBIT A**

Label Matrix for local noticing
1088-2
Case 14-29666
District of Utah
Salt Lake City
Tue Jun  9 09:18:46 MDT 2015

A&G Realty
445 Brodhollow Drive, Suite 410
Melville, NY 11747-3601

ABM
10250 Santa Moncia Blvd.
Los Angeles, CA 90067-6633

ADP Payroll, Inc.
7333 S. Hardy Drive, Suite 101
Building E
Tempe, AZ 85283-4478

ADP Screening & Selection Services
PO Box 645177
Cincinnati, OH 45264-5177

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014-3537

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

ADT Security Services Canada Inc.
615 - 18th Street S.E.
Calgary, AB T2E 6J5
CANADA

ANCA Velisar
2316 Cornet Blvd
Belmont CA 94002-1623

APS
PO Box 2906
Phoenix, AZ 85062-2906

AT&T
PO Box 105068
Atlanta, GA 30348-5068

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T
PO Box 5001
Carol Stream, IL 60197-5001

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

AT&T
PO Box 5082
Carol Stream, IL 60197-5082

AT&T U-verse
PO Box 5014
Carol Stream, IL 60197-5014

Acces Point Inc.
PO Box 842447
Boston, MA 02284-2447

Adelina Zadourian
1344 5th St #7
Glendale CA 91201-1949

Affiliate Traction
2125 Delaware Avenue, Suite E
Santa Cruz, CA 95060-5752

Affiliate Traction Canada, Inc.
7676 Woodbine Ave, Suite 200
Markham, ON L3R 2N2
CANADA

Air Design Heating & Cooling LLC
PO Box 900
Draper, UT 84020-0900

Airport Corporate Center
533 Airport Boulevard, Suite 225
Burlingame, CA 94010-2027

Alaia Merz
1 South Vista de la Luna
Laguna Beach CA 92651-6750

Alderwood Mall L.L.C.
110 N. Wacker Dr.
Chicago, IL 60606-1511

Alderwood Mall LLC
SDS - 12 -3019
PO Box 86
Minneapolis, MN 55486-3019

Alejandro Da Costa
c/o Jorge Girona
2, 4 1?
Barcelona, Spain 08034
SPAIN

Alexandra Cohen
38126 US Highway 50
Gunnison CO 81230-8730

Alfred Degen
Langackerstrasse 11
Thurnen, Switzerland CH-4441
SWITZERLAND

Alina Krivitsey
16575 Park Lane Drive
Los Angeles CA 90049-1148

Allen D. Sr. and Rosalie Ray
106 SW 20th Street
Oak Island NC 28465-7403

Ameren - Missouri
PO Box 66529
Saint Louis, MO 63166-6529

Ameren Missouri
PO Box 66881
Saint Louis MO 63166-6881

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services
Company, Inc.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anna P Litovchenko
8305 51st Ave NE
Marysville WA 98270-3507

Jeffrey M Armington
Dorsey & Whitney, LLP
136 South Main St.
Suite 1000
Salt Lake City, UT 84101-1685

Arnold Michael Crook
Theatre Royal Haymarket
18 Suffolk Street
London, England SW1Y 4HT
ENGLAND

Ashley F. McClain
3944 Carson Cuttoff
Martinez, GA 30907-3392

Atlanta Outlet Shoppes LLC
PO Box 809324
Chicago, IL 60680-9324

Audry Last
3223 Surmont Dr.
Lafayette, CA 94549-2029

Avalon Risk Management
150 Northwest Point Blvd, 2nd Floor
Elk Grove Village, IL 60007-1015

B-P Trucking
PO Box 386
Ashland, MA 01721-0386

BCNY International, Inc.
25 Newbridge Road, Ste. 405
Hicksville, NY 11801-2887

BGE
PO Box 13070
Philadelphia, PA 19101-3070

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BMW Financial Services NA
Ascension Capital Group
PO Box 201347
Arlington TX 76006-1347

Baltimore County, Maryland
Attn: Bambi Glenn
400 Washington Avenue, Room 219
Towson, Maryland 21204-4606

Barbara McBryde (IRA Resources FBO)
4748 Homestead Place
Matthews, NC 28104-8905

Barbara Thompson (IRA Resources FBO)
2334 Jefferson Ave.
Gastonia, NC 28056-6525

Barry S. and Terri F. Pope
128 Valley Ranch Lane
Matthews, NC 28104-7769

Bay Area Executive Offices, Inc.
533 Airport Blvd., Suite 400
Burlingame, CA 94010-2013

Bell Canada
PO Box 9000, Station Don Mills
North York, ON M3C 2X7
CANADA

Bell Canada Customer Payment Center
Box 3650, Station Don Mills
Toronto, ON M3C 3X9
CANADA

Bell Family Investments Ltd
c/o Brent Bell
9271 Durban Road
Sandy, UT 84093-3854

BellSouth Telecommunications, Inc.
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Bernard Harvey
115 Blakemore Dr
Shelby, NC 28152-9104

Betty L. Thomas
13 Railroad Blvd.
Pelzer, SC 29669-1213

Bevan Brumwell
Po de Claudi Gell 20
Barcelona, Spain 08034
SPAIN

Bexar County
C/o David G. Aevoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro St, Ste 300
San Antonio, TX 78205-1749

Bexar County
c/o Tara Grundemeier
LINEBARGER GOGGAN BLAIR & Sampson, LLP
711 Navarro St., Ste 300
San Antonio, TX 78205-1749

Bexar County, Texas
c/o David G. Aelvoet
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 Navarro Street, Ste 300
SAN ANTONIO, TX 78205-1749

Bill Rudisill
285 Tanglebrook Trail
Eden, NC 27288-7665

Darwin H. Bingham
Scalley Reading Bates Hansen & Rasmussen
Gateway Tower West
15 West South Temple, Suite 600
P.O. Box 11429
Salt Lake City, UT 84147-0429

Bishop Special Asset Management, LLC
c/o Brent Bishop
P.O. Box 767
Farmington, UT 84025-0767

Bishop Special Asset Mgmt., LLC
c/o Strong & Hanni
102 S. 200 E., Suite 800
Salt Lake City, UT 84111-3110

Bluebonnet Electric Cooperative
PO Box 240
Giddings, TX 78942-0240

Bonnie Newman
1362 East 1700 South
Bountiful, UT 84010-0914

Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Brenda H. Wilson
1545 Hopkins Ln
Lancaster, SC 29720-7415

Brent Bell
9271 Durban Road
Sandy, UT 84093-3854

Brent Bishop
PO Box 767
Farmington, UT 84025-0767

Brent L Bishop Trust
c/o Brent Bishop
P.O. Box 767
Farmington, UT 84025-0767

Bridgewater Commons Mall II, LLC
110 N. Wacker Dr
Chicago, IL 60606-1511

Bridgewater Commons Mall II, LLC
SDS-12-2893
PO Box 86
Minneapolis, MN 55486-2893

Mona Lyman Burton
Holland and Hart
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101-2194

Business Village, LC
c/o Brubaker Construction
7067 S. Commerce Park Dr.
Midvale, UT 84047-1090

C. La Don Butler
1912 Baker Ave
Haines City, FL 33844-9101

CBL - Friendly Center CMBS, LLC
PO Box 74480
Cleveland, OH 44194-4480

CBL-FRIENDLY CENTER, LLC
c/o CBL & Associates Management, Inc.
2030 Hamilton Place Blvd, Suite 500
Chattanooga, TN 37421-6000

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

Canada Post Corporation
Payment Processing, 2701 Riverside Drive
Ottawa, ON K1A 1L7
CANADA

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Carol Morris (IRA Resources FBO)
528 Greystone Trail, NE
Marietta, GA 30068-3237

Carolina Place, L.L.C.
110 N. Wacker Dr.
Chicago, IL 60606-1511

Carolina Place, LLC
SDS-12-3058
PO Box 86
Minneapolis, MN 55486-3058

Carroll Independent School District
Perdue, Brandon, Fielder, Collins & Mott
500 East Border ST Suite 640
Arlington TX 76010-7457

Century City Mall, LLC
10250 Santa Monica Blvd.
Los Angeles, CA 90067-6633

Century City Mall, LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

CenturyLink
PO Box 52187
Phoenix, AZ 85072-2187

CenturyLink
PO Box 91154
Seattle, WA 98111-9254

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

CenturyTel of San Marcos, Inc. d/b/a Century
CenturyLink Bankruptcy
359 Bert Kouns
Shreveport, La 71106-8124

Charles Jagolinzer
600 W Broadway Suite 400
San Diego CA 92101-3352

Charles Michael Williams Revocable Trust
c/o Philip Hegg
15720 John Delaney Drive, Suite 110
Charlotte, NC 28277-3413

Charles S. Clayton
306 Riverton Rd
Matthews, NC 28104-8539

Charter Communications
PO Box 60229
Los Angeles, CA 90060-0229

Chris Stone
c/o Zions SBIC, L.L.C.
c/o Wasatch Venture Fund
1 South Main Street, 8th Floor
Salt Lake City, UT 84133-1113

Christina Bishop
3374 Corpus Christi St
Simi Valley CA 93063-1406

(p)CITY AND COUNTY OF BROOMFIELD
ATTN DAVID SCHMIDT
ONE DESCOMBES DRIVE
BROOMFIELD CO 80020-2495

City of Danbury Office fo the Tax Coll
PO Box 237
Danbury, CT 06813-0237

City of Frisco
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas TX 75207-2328

City of Greensboro
PO Box 26118
Greensboro, NC 27402-6118

City of Palo Alto Utilities
PO Box 7026
San Francisco, CA 94120-7026

City of Roseville
PO Box 45807
San Francisco, CA 94145-0807

City of Woodburn
270 Montgomery St.
Woodburn, OR 97071-4797

Colorado Department of Revenue
Denver, CO 80261-0013

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 1577
Newark, NJ 07101-1577

Commercial Credit Supervisor
Arizona Public Service CO
PO Box 53933
Mail Station 3209
Phoenix AZ 85072-3933

Commission Junction
4140 Solutions Center
Chicago, IL 60677-4001

Connect PR Corp
dba Konnect Public Relations
888 S. Figueroa St., Ste. 630
Los Angeles, CA 90017-5331

Connecticut General Life Insurance Co.
a Cigna company)
900 Cottage Grove Road
Bloomfield, CT 06002-2920

Consolidated Communications
PO Box 969
Roseville, CA 95678

Andrew S. Conway
The Taubman Company
200 East Long Lake Road
Bloomfield Hills, MI 48304-2360

County of Fairfax
Dept. of Taxation
PO Box 10206
Fairfax, VA 22035-0206

County of San Diego
Dept of Agriculture, Weights & Meas
555 Overland Ave. Bldg. 3
San Diego, CA 92123-1292

Joseph M.R. Covey
Parr Brown Gee & Loveless
101 South 200 East
Suite 700
Salt Lake City, UT 84111-3105

(p)COX COMMUNICATIONS
ATTN BANKRUPTCY CENTER
1341 CROSSWAYS BLVD
CHESAPEAKE VA 23320-2897

Cox Communications - Phoenix
PO Box 53249
Phoenix, AZ 85072-3249

Craig Keller
100 Larkspur Landing Circle, Suite 204
Larkspur, CA 94939-1700

Craig Realty Group
PO Box 849871
Los Angeles, CA 90084-9871

Craig Realty Group - Anthem L.P.
4100 MacArthur Boulevard Suite 200
Newport Beach, CA 92660-2064

Craig RealtyGroup - Woodburn, LLC
4100 MacArthur Blvd. Suite 200
Newport Beach, CA 92660-2064

Cynthia Ann Smith
N8433 Glacial CT
Elkhart Rake WI 53020-1950

Cynthia Zurolo
725 California Way
Redwood City CA 94062-4053

Daffodil Trust
c/o Manager NMT Trustees Ltd
PO Box 264, Suite A
Sausmarez Street
St. Peter Port, Guernsey, Channel Island
CHANNEL ISLANDS

Dan Paxton
1757 South Stone Hollow Dr.
Bountiful, UT 84010

Dan and Shellie George
395 North 200 West
Bountiful, UT 84010-7045

Danbury Mall, LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Daniel Driggs
11643 S. Redwood Rd.
South Jordan, UT 84095-7808

Danielle Wood
6924 SW Tierra Del Mar Drive
Beaverton, OR 97007-5169

Thomas W. Daniels
1265 Scottsville Road
Rochester, NY 14624-5104

(c)DAREN J. SHAW
110 S REGENT ST STE 100
SALT LAKE CITY UT  84111-1995

David B. Bishop
2333 South Dakota Ave
Provo UT 84606-5507

David Brian Curran
J.S. Bach 14, 2, B 1a
Barcelona, Spain 08021
SPAIN

David L. Curtis
PO Box 278
Denver, NC 28037-0278

David and Delane Winchester
1302 Potter Road South
Monroe, NC 28110-9563

Dax Studios
6105 Melrose Avenue
Los Angeles, CA 90038-3501

Deborah L. Tyler IRA Resources FBO
5379 Conifer Drive
Mason, OH 45040-8728

Deer Park Enterprise, LLC
c/o Tanger Outlet Centers
3200 Northline Avenue Suite 360
Greensboro, NC 27408-7612

Dennis R. Webb
2626 Hillsden Dr.
Holladay, UT 84117-7722

Densey Investments SA
c/o Manager NMT Trustees Ltd
PO Box 264, Suite A
Sausmarez Street
St. Peter Port, Guernsey, Channel Island
CHANNEL ISLANDS

Des R. Townsend
1203 Tee Time
Farmington, UT 84025-2920

Dnabury Mall LLC
PO Box 849548
Los Angeles, CA 90084-9548

Dominique Merz
Mattweg 99
Arlesheim, Switzerland 1411
SWITZERLAND

Don G. And Debra Forrest
3307 Greeson Country Road
Climax, NC 27233-8286

Donald D. Davis
966 Wintook Drive
Ivins, UT 84738-6438

Dori Buonanno
12 Bethany Woods Road
Bethany CT 06524-3103

Douglas Luckett (IRA Resources FBO)
5405 Cedarfield Drive
Summerfield, NC 27358-9097

Duke Energy Carolinas
PO Box 1321
Charlotte NC 28201-1321

E.C. Carter-Johnson
17 Invermark Crescent
Higgovale
Cape Town, South Africa 8001
SOUTH AFRICA

EE Investments
c/o Mike Elloitt
49 Strathmore Road
Camps Bay, Cape Town, South Africa 8005
SOUTH AFRICA

Eastview Mall, LLC
1265 Scottsville Road
Rochester, NY 14624-5104

Eastview Mall, LLC
PO Box 8000
Dept #976
Buffalo, NY 14267-0002

Eide Bailey LLP
5929 Fashion Point Drive, Suite 300
Ogden, UT 84403-4684

Emily Kevock
5 Colonial Road
Medway MA 02053-2350

Enbridge
PO Box 650
Scarborough, ON M1K 5E3
CANADA

Enersource
3240 Mavis Road
Mississauga, ON L5C 3K1
CANADA

Esther Weeathers
2147 Hillside Place
Ferndale WA 98248-9320

Fairfax Company of Virginia L.L.C.
200 East Long Lake Road
P.O. Box 200
Bloomfield Hills, MI 48303-0200

Fairfax Company of Virginia LLC
c/o Commerica Bank - Dept. 56501
PO Box 67000
Detroit, MI 48267-0565

Fashion Outlets of Chicago LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Fashion Outlets of Chicago LLC
c/o The Talisman Companies Group LLC
355 Alhambra Circle, Suite 1250
Miami, FL 33134-5038

Fashion Place, LLC
GGP Limited Partnership
110 North Wacker Drive
Chicago IL 60606-1511

Fashion Square
Bank of America
File #56991
Los Angeles, CA 90074-6991

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801-1807

Bonnie Glantz Fatell
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801-1807

Pawaz AbdulAziz Alhokair & Co. (SJSC)
Al Shemaisy Square
PO Box Shemaisy Riyadh 11411
KINGDOM OF SAUDI ARABIA

Felicia W. Thomas (IRA Resources FBO)
4401 Sages Drive
Indian Trail, NC 28079-6619

Fergus Reid
c/o Lumelite Corporation
85 Charles Colman Boulevard
Pawling, NY 12564-1194

First Services Networks, Inc
11333 North Scottsdale Road Suite 160
Scottsdale AZ 85254-5191

Fixture Pronto
5098 Foothills Blvd., Suite 3-312
Roseville, CA 95747-6526

FlatIron Property Holding, L.L.C.
Management Office
One West FlatIron Crossing D., Ste 1083
Broomfield, CO 80021-8882

Flatiron Property Holding, L.L.C.
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Forest City Commercial Management
50 Public Square, Terminal Tower
Suite 1360
Cleveland, OH 44113-2233

Forrest Butch Freeman
Oklahoma County Treasurer
320 Robert S Kerr, Rm 307
Oklahoma City OK 73102-3441

Forte of Utah
c/o Forte North America Inc.
4376 S 700 E Ste 223
Salt Lake City, UT 84107-3077

Frank McGowan
6576 Bluewaters Drive
Flowery Branch, GA 30542-3113

Frank and Jean Wright
1701 Cathy Road
Charlotte, NC 28214-1283

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Fulton County Tax Commissioner
141 Pryor St Suite 1113
Atlanta GA 30303-3566

Fulton County Tax Commissioner
Arthur E. Ferdinand
PO Box 105052
Atlanta, GA 30348-5052

GGP Limited Partnership-Rouse Fashion Pl
SDS-12-2780
PO Box 86
Minneapolis, MN 55486-2780

GGP Staten Island Mall LLC
SDS-12-2730
PO Box 86
Minneapolis, MN 55486-2730

GGP Staten Island Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

GGP Staten Island Mall, LLC
GGP Limited Partnership
110 North Wacker Drive
Chicago IL 60606-1511

Gail Cooperman
14104 Harvest Ridge Ln
Alpharetta, GA 30022-8644

Galleria at Roseville
PO Box 31001-0782
Lockbox 910782
Pasadena, CA 91110-0782

Gary M. Sides (IRA Resources FBO)
2829 Pulaski Drive
Monroe, NC 28110-7818

Gary, Tim and Patricia Wade Jointly
18 Westside
Turnford
Herts, England EN10 6DF
ENGLAND

Gayane Abrahamyan
1043 Justin Ave #7
Glendale CA 91201-2147

Genevieve Smith-Henry
6105 SE 20th Ave
Portland OR 97202-5370

George Rankin
700 Carolina Ave.
Lowell, NC 28098-1656

Georgia Power Company
Nathan A. Wood
McGuire Woods LLP
1230 Peachtree St NE Suite 2100
Atlanta GA 30309-3534

Ginny U Smith Irrev Trust
c/o Brent Bishop, Trustee
P.O. Box 767
Farmington, UT 84025-0767

Gladys L. Spencer (IRA Resources FBO)
401 Kingswood Drive
Greenville, SC 29611-1813

Glenda K. Swinford
1306 Kings Road
Anderson, SC 29621-2441

Glendale I Mall Associates, LLC
GGP Limited Partnership
110 North Wacker Drive
Chicago IL 60606-1511

Glendale Mall Associates LLC
2148 Glendale Galleria
Glendale, CA 91210-2101

Glenn Wood
1807 Cottonwood Glen
Salt Lake City, UT 84117-4249

Thomas E. Goodwin
Parr Brown Gee & Loveless
101 South 200 East
Suite 700
Salt Lake City, UT 84111-3105

Great American Group, LLC
21860 Burbank Blvd
Suite 300 South
Woodland Hills, CA 91367-6493

Great American Group, LLC
21860 Burbank Blvd., Suite 300 South
Woodland Hills, CA 91367-6493
Attn: Mark P. Naughton

Green Planet 21, Inc.
5185 West Harold Gatty Dr.
Salt Lake City, UT 84116-2867

Greenberg Traurig, LLP
Attn: Jeffrey M. Wolf
One International Place
Boston, MA 02110-2612

Griffin Publishing
3868 Pueblo Ave.
Santa Barbara, CA 93110-1259

Tara L. Grundemeier
4828 Loop Central Dr., Suite 600
Houston, TX 77081-1246

Gwinnett County License and Revenue
PO Box 1045
Lawrenceville, GA 30046-1045

J. Gregory Hardman
Snow, Jensen and Reece
912 West 1600 South
Bldg B, Suite 200
St. George, UT 84770-7152

Harold L. Noles
7601 Tirzah Church Rd.
Waxhaw, NC 28173-7640

Harris County, et al.
Tara L. Grundemeier
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 3064
HOUSTON,TX77253-3064

Harry Brown
1010 Timberlake Drive
Charlotte, NC 28227-4039

Harry and Kevin Brown
1010 Timberlake Drive
Charlotte, NC 28227-4039

Tyler M. Hawkins
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, UT 84111-2210

Heidi Kettler
614 Aberdeen Way
Southlake, Texas 76092-9553

Helen Eiliya
15782 Midwood Drive #4
Granapa Hills CA 91344-3223

Helen S. Moore
6607 Indian Lane
Charlotte, NC 28213-5620

Hoang Tran
303 Anna Ave
Mountain View CA 94043-4103

Hocker Oxmoor, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Hocker Oxmoor, LLC
Oxmorr Center Mall - SDS 12-3059
PO Box 86
Minneapolis, MN 55486-3059

Horizon Atlanta Outlet Shoppes LLC
c/o Horizon Group Properties, L.P.
5000 Hakes Drive Suite 500
Muskegon, MI 49441-6247

Horizon Group Properties
PO Box 809602
Chicago, IL 60680-8802

Horry County Treasurer's Office
PO Box 1828
Conway SC 29528-1828

Hui Qun Liu
7 Walker St
Staten Island NY 10302-1658

Hunter Leighton
3603 Eastfield Rd.
Carmel, CA 93923-9453

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ilissa Lipworth
9024 Marseille Dr
Potomac MD 20854-3120

Illinois Bell Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Illinois Department of Revenue
PO Box 19013
Springfield, IL 62794-9013

Ilyssa Weinberg
2935 Estancia
San Clemente CA 92673-3465

Inetz Corporation
1055 East 3900 South
Salt Lake City, UT 84124-1139

Inetz Media Group
1055 East 3900 South
Salt Lake City, UT 84124-1139

Inland Southwest Management LLC
2901 Butterfield Road
Oak Brook, IL 60523-1190

Integra
PO Box 2966
Milwaukee, WI 53201-2966

(p)INTEGRA TELECOM
1201 NE LLOYD BLVD
SUITE 500
PORTLAND OR 97232-1259

Inteprepid Investment Bankers, LLC
11755 Wilshire Blvd., Suite 2200
Los Angeles, CA 90025-1567

Iryno Dabrylko
19 Danbury Rd Apt 11
Ridgefield CT 06877-4028

J. Curtis Blackwood
4620 Homestead Place
Matthews, NC 28104-7958


JAC Ventures Ltd.
c/o John Ure, Trustee
220 N. Morgan Valley Dr.
Morgan, UT 84050-9623

JB&C Family Limited Liability Company
c/o Strong & Hanni
102 S. 200 E., Suite 800
Salt Lake City, UT 84111-3110

Jack W. Sunderlage
2122 Gad Way
Sandy, UT 84093-1025


Jaclyn Coladonato
26 Woodvale Ave
Staten Island NY 10309-3521

James Albert McGuire
13517 Bridle Gate Lane
Draper, UT 84020-7002

James B. Nelson
c/o Peterson Partners
2825 East Cottonwood Parkway Suite 400
Salt Lake City, UT 84121-7057


James E. Bates Jr.
316 Pointe Olympus Drive
Gainesville, GA 30506-1619

James H. Duncan (IRA Resources FBO)
10711 Vicino Court
Matthews, NC 28105-5920

James R. Ivins
1525 Maple Hills Dr
Bountiful, UT 84010-2427


James T. McGuire Trustee
5222 Fire Water Lane
Indian Land, NC 29707-6468

Janet Ellen Schulman
100 Ascension St
Passaic NJ 07055-4621

Janice Stevens White
3603 Hobbs Road
Greensboro, NC 27410-2811


Janice Stevens White (IRA Resources FBO)
3603 Hobbs Road
Greensboro, NC 27410-2811

Annette W. Jarvis
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Jeff Nerland
11612 Lasluces
Santa Ana, CA 92705-3175


Jeffrey J. Scott
999 8th Street S.W.
Calgary, Alberta, Canada T2R 1J5
CANADA

Jeffrey M. Wolf
Greenberg Traurig
One International Place
Boston, MA 02110-2602

Jennifer Ann Nguyen
6426 Via de Anzar
Rancho Palos Verdes, CA 90275-6561


Jennifer M. Guynn
1018 Redfield Lane
Dunwoody, GA 30338-3720

Jessica Olcha
13 South St
Milltown NJ 08850-1535

Jo Ann Harkey
411 N. 6th Street
Emery, SD 57332-2124


Joanna Boyer
16011 Grandview Ave
Monte Sereno, CA 95030-3149

Joanne Enders
969 Sara Avenue
Sunnyvale, CA 94086-5944

Jocelyn Lee
12609 Horseshoe Bend Circle
CLarksburg MD 20871-9385


Joe Norwood
9760 Bluffside Dr
Sandy, UT 84092-4035

Joelle M. Williams
100 Larkspur Landing Circle, Suite 204
Larkspur, CA 94939-1700

John & Priscilla Rankin
2111 Rankin Rd
Gastonia, NC 28056-7693

John E. Townsend
Mas la Papesse
Route d'Ales
Cavillargues, France 30330
FRANCE

John K. Peltier
c/o Damrell, Nelson, Schrimp, Pallios, P
1601 I Street, 5th Floor
Modesto, CA 95354-1110

John Lawrie
Theatre Royal Haymarket
18 Suffolk Street
London, England SW1Y 4HT
ENGLAND

John Miller
P.O. Box 2238
Ketchum, ID 83340-2238

John R. Cleveland
PO Box 2958
Gainesville, GA 30503-2958

John W. Trotter
632 Trotter Road
Pickens, SC 29671-9341

John and Kathy Spain JTWROS
622 Pacer Lane
Waxhaw, NC 28173-8530

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Jorge Sandoval
6701 Wilson Ave.
Los Angeles, CA 90001-2165

Joseph Choi
9229 W. Sunset Boulevard, Suite 900
West Hollywood, CA 90069-3410

Joseph Franceschi
2251 East High Ridge Lane
Sandy, UT 84092-4860

Joseph W. Sutton, (IRA Resources FBO)
184 Six Mile Creek Road
Lancaster, SC 29720-6816

Joyce Kight
10721 Jordan Rae Lane
Charlotte, NC 28277-0401

Joyce S. Clark (IRA Resources FBO)
811 Woodland Forest Drive
Waxhaw, NC 28173-8546

Joyce Summervillle
3709 Huntington Drive
Matthews, NC 28104-7385

Joyce W. Summerville (IRA Resources FBO)
3709 Huntington Drive
Matthews, NC 28104-7385

Joyce Wu
7316 56th Ave NE
Seattle WA 98115-6225

Julian Trust (Julian Marcus)
Sloterweg 327
1171 VC Badhoevedorp
THE NETHERLANDS

Julie Mai
16343 Pinto Ridge Ct
San Diego, CA 92127-3429

Juxian Zhou
2225 Cornell Street
Palo ALto CA 94306-1312

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-3005

Teddy M. Kapur
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114

Karen Burks Keesee
132 Fraley Road
Statsville, NC 28625-1104

Karen S. Foster
234 So. Joy Dr.
Farmington, UT 84025-2301

Karen Vuong Soriano
Quyen Samantha Chi Nguyen Esq
PO BOx 2267
Elk Grove CA 95759-2267

Karlie Alaina McCormick
7012 47th Ave NE
Marysville WA 98270-4308

Kate P Hong
10779 Heather Ridge Drive
San Diego CA 92130-6940

Kathy W. and Garret S. Cronin
6801 Miami Church Road
Concord, NC 28025-8490

Keller Norris
c/o Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W Sunset Bouldevard, Suite 900
West Hollywood, CA 90069-3410

Kimberly Lynn
136 Millard Ave
West Babylon NY 11704-7324

Kirk C. and Michelle R. Miller
1601 No. Pony Express Way
Centerville, UT 84014-3023

Kirk Miller
dba Precision Graphics
1601 Pony Express Way
Centerville UT 84014-3023

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

LEI Customs Brokers Inc
456 Humber Place
New West Minster BC C3M6A5 Canada

LEI Customs Brokers Inc.
30 Midair Court
Brampton, ON L6T 5V1
CANADA

LG&E
PO Box 9001960
Louisville, KY 40290-1960

La Cantera Retail Limited Partnership
110 N. Wacker Dr.
Chicago, IL 60606-1511

La Cantera Retail Limited Partnership
SDS-12-2532
PO Box 86
Minneapolis, MN 55486-2532

Bria E LaSalle Mertens
Stoel Rives, LLP
201 South State Street
Suite 1100
Salt Lake City, UT 84111

Laila Gerace
8109 Spring Hill Farm Dr
Mclean VA 22102-2330

Larry Chase
1994 S White Oak
Springfield, MO 65809-2941

Latisha Cordrey
5407 Worthington Place Dr
Louisville KY 40241-1373

Laura W. and Jason C. Holt
6335 Fox Chase Drive
Davidson, NC 28036-8036

Lauren Holzman Mikuteit
4129 Calle Mar de Ballenas
San Diego, CA 92130-2684

Lea Finn
464 6th Ave
Menlo Park CA 94025-1841

Lee Roy Moore (IRA Resources FBO)
6608 Indian Lane
Charlotte, NC 28213-5621

Lennard H. Ostrom
c/o Correio Azul Intl
Val do Cavo, Celulaq 45, P
Caroerio, LGA , Portugal 8400-509
PORTUGAL

Leo F. Ingham
5 Clos des Fontaines
St. Martins, Guernsey, Channel Islands
UK GY4 6RF
CHANNEL ISLANDS

Lilit Karapetyan
208 E Cherry Chase Drive #8
Glendale CA 91205-3138

Linda Dexter-Fraser
82 Cedar Avenue
Natick, MA 01760-5323

Lindsay S Harrington
1383 Berry Creek Road
West Sacramento CA 95691-4969

Lindy A. Boozer (IRA Resources FBO)
3831 Cornerwood Ln Apt 12
Charlotte, NC 28211-3684

Lingaiah Mannem
809 W Grove Pkwy Apt 1134
Tempe AZ 85283-8446

Liz Desantis
167 Unden Ave
Emerson NJ 07630

Long Island Power Authority (LIPA)
PO Box 90939
Hicksville, NY 11802-9039

Longbow Holding Co., LLC
Longbow Holding Co, LLC
Eccles Management Group
P.O. Box 3028
Salt Lake City, UT 84110-3028

Los Angeles Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030-0808

Los Angeles Dept of Water & Power SO#08
PO Box 30808
Los Angeles, CA 90030-0808

Louis I. Michaels Limited
Louis I Michaels Ltd
Theatre Royal Haymarket
18 Suffolk Street
London, England SW1Y 4HT
ENGLAND

(p)LOUISVILLE GAS AND ELECTRIC COMPANY
PO BOX 9001960
LOUISVILLE KY 40290-1960

Hogan Lovells
Incorporate as Rouldege Modise Inc.
22 Fredman Drive
PO Box 78333
DX 7 Sandton Square
Sandton , Johannesburg Africa

Lynda M. B. Esposito
235 Big Island Trail
Ponta Vedra, FL 32081-0698

M.C. Turbin
28 Pound Lane
Bowers Gifford, Basildon
SS13 2HF
Essex, UK CM13 3AR
UNITED KINGDOM

Mabel H. Dye
102 Elliott Circle
Anderson, SC 29621-3361

Manbreet K Wadhwa
12500 Boulder Heights Terrace
Clarksbury MD 20871-4493

Marcus E. Archer (IRA Resources FBO)
208 Dundin Place
Weddington, NC 28104-7331

Maricopa County Treasurer
Attn: Charles Hos Hoskins
301 W Jefferson RM 100
Phoenix, AZ 85003-2199

Marlo Kropiewnichi
244 Kelsey Lynn Court
Townsend, DE 19734-2024

Mecklenburg County Tax Collector
PO Box 31637
Charlotte NC 28231-1637

Melinda Dundore
8411 Ridgebrook Circle
Odessa, FL 33556-3133

Lucy Prieto
1051 Casitas Pass Road #103
Caprinteria, California 93013-2144

Lynn Ann Imes (IRA Resources FBO)
663 Park Circle
Bradenton, FL 34207-2165

MOAC Mall Holdings LLC
60 East Broadway
Minneapolis, MN 55425-5550

Mall of Georgia, LLC
PO Box 643741
Pittsburgh, PA 15264-3741

Mansell Group Inc.
WhatCounts
75 Remittance Drive, Suite 6050
Chicago, IL 60675-6050

Margaret B. Evans
27 Geariesville Gardens
Ilford
Essex, England IG6 1JH
ENGLAND

Marion County Tax Collector
PO Box 2511
Salem Or 97308-2511

Mary Konstalid
125 Russek Drive
Staten island NY 10312-1640

MegaPath Corporation
Dept 0324
PO Box 120324
Dallas, TX 75312-0324

Menderes Holdings Ltd.
Palmerstrasse 3 Postfach 176
4001 Basel
SWITZERLAND

Luis Nogales
c/o Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W Sunset Bouldevard, Suite 900
West Hollywood, CA 90069-3410

Lynn Robbins
145 West 1600 North
Centerville, UT 84014-1158

MOAC Mall Holdings LLC
NW 5826
PO Box 1450
Minneapolis, MN 55485-5826

Mall of Georgia, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Mara Holdings
650 Fifth Avenue, 3rd floor
New York NY 10019-6108

Margaret Dickie
4689 Eagle Ridge Lane
Monticello, MN 55362-8411

Mark S. Rzepczynski
299 Lexinton Rd
Concord, MA 01742-3722

Maya Klein
29712 Kimberly Dr
Agoura Hills  91301-4120

Melanie Forbes
1209 Bear Hollow Cove
Draper, UT 84020-9054

Frank A. Merola
Stoock & Stoock & Lavan LLP
2029 Centruy Park East
Los Angeles, CA 90067-3086

Metropolitan Telecommunications
PO Box 9660
Manchester, NH 03108-9660

Michael L. Guynn
1018 Redfield Lane
Dunwoody, GA 30338-3720

Michelle Shipley-Riddle
13315 Judah Ave
Hawthorne, CA 90250-4901

Mid-America Overseas, Inc.
333 W. Pierce Road, Suite 400
Itasca, IL 60143-3137

Milo Ott
627 Bonita
Millbrae, CA 94030-1112

Milpitas Mills Limited Partnership
PO Box 409714
Atlanta, GA 30384-9714

Milpitas Mills Limited Partnership
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Minnesota Revenue
Mail Station 1765
Saint Paul, MN 55145-1765

Mirna Torres
2140 Cortez Lane
Sacramento, CA 94203-0001

Mission Viejo Associates LP
1371 Momentum Place
Chicago, IL 60689-5311

Mission Viejo Associates, L.P.
c/o M.S. Management Associates Inc.
National City Center 115 W. Washington
Indianapolis, IN 46204-3420

Monster Worldwide, Inc.
622 Third Avenue, 39th Floor
New York, NY 10017-6711

Montgomery Mall LLC
c/o Bank of America File #54738
Los Angeles, CA 90074-4738

Montgomery Mall LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Mood Media North America Ltd.
PO Box 602782
Charlotte, NC 28260-2782

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Mozelle Lemons
4849 N C Highway 24-27 W
Mt. Gilead, NC 27306-8917

Mrs. Doreen E. Spacie
1 Waterloo Street
Birmingham
Stratford upon Avoncott, Warwickshire, U
UNITED KINGDOM

Mrs. F. Witzigmann
Paseo Colon, 24, 4o 1a
Barcelona, Spain 08002
SPAIN

Munhui Diane Bang
7756 Crest Ave.
Oakland, CA 94605-3033

Myrian N Kaye
Kaye Law Offices
9701 Wilshire Boulevard Suite 1000
Beverly Hills CA 90212-2010

NRTJJ, LLC
c/o Robert Weidhauer
2814 La Mesa Drive
Henderson, NV 89014-3717
NRTJJ, LLC

NSTAR
PO Box 660369
Dallas, TX 75266-0369

(p)NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPA
ATTN LEGAL COLLECTIONS
1 NSTAR WAY NW 220
WESTWOOD MA 02090-2341

NW Natural
PO Box 6017
Portland, OR 97228-6017

Naartjie Custom Kids, Inc.
3676 W California Ave., Suite D-100
Salt Lake City, UT 84104-6516

Nadine Alsaigh
9438 Via Salerno
Burbank, CA 91504-1222

Nadya Smolsky
978 Alpine Ter #1
Sunnyvale CA 94086-2455

Nahal Milani
18 Altezza Dr
Mission Viejo CA 92692-5107

Nancy A Bono
79 MC Cue Lane
Bablylon NY  11702-3001

Nancy Bishop (IRA Resources FBO)
1217 S Rutherford St
Blacksburg, SC 29702-8549

Nancy S. Inge (IRA Resources FBO)
300 Middleton Ave
Matthews, NC 28104-7346

Natick Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Natick Mall, LLC
SDS - 12 - 3111
PO Box 86
Minneapolis, MN 55486-3111

National Accounts, Inc.
PO Box 826369
Philadelphia, PA 19182-6359

National Grid
Bankruptcy
300 Erie Blvd W
Syracuse NY 13202-4201

Nelson O'Neal
PO Box 1355
Matthews, NC 28106-1355

New York State Sales Tax
PO Box 15168
Albany, NY 12212-5168

Nicholle Clinton
2505 Buckelew Drive
Falls Church VA 22046-1910

Nicole Pliaconis
945 Fleetwood Rd
Cutchogue, NY 11935-2265

Ninfa Freeze
4506 Belvoir Drive
Greensboro NC 27406-9396

Nogales Investors Fund II, LP
Attn: J. Keller Norris
9229 W. Sunset Boulevard, Suite 900
West Hollywood, CA 90069-3410

Norma Jean Wilson
120 Brooke Lane, North East
Cleveland, TN 37312-7409

North Point Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

North Point Mall, LLC
SDS-12-3051
PO Box 86
Minneapolis, MN 55486-3051

North Star Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

North Star Mall, LLC
SDS-12-2770
PO Box 86
Minneapolis, MN 55486-2770

OG & E Electric Services
PO Box 321 M223
Oklahoma City OK 73101-0321

OK City Outlets, LLC
PO Box 809602
Chicago, IL 60680-8802

OK City Outlets, LLC
c/o Horizon Group Properties, L.P.
5000 Hakes Drive Suite 500
Muskegon, MI 49441-5574

OPB Realty Inc. c/o 20 Vic Management
3620A Laird Road, Unit 7
Mississauga, Ontario L5L 6A8
CANADA

Oak Park Mall, LLC
11149 West 95th Street
Overland Park, KS 66214-1824

Oak Park Mall, LLC
Gary L. Roddy CBL & Associates Propertie
CBL Center Ste 500
2030 Hamilton Place Blvd
Chattanooga TN 37421-6038

Office Depot
6600 N Military Trail-S413G
Boca Raton FL 33496-2434

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Tammy Jones (pre se) Oklahoma County Treasur
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102-3441

Olympic III Mall Services
PO Box 55287
Houston, TX 77255-5287

Oregon Department of Revenue
PO Box 14780
Salem, OR 97309-0469

Organizational Leadership Resource, Inc.
c/o Dan R. Paxton
1757 South Stone Hollow Dr.
Bountiful, UT 84010

PG&E
Box 997300
Sacramento, CA 95899-7300

PPR Redmond Retail LLC
2029 Century Park East, 26th Fl.
Los Angeles, CA 90067-2901

PPR Washington Square LLC
PO Box 849471
Los Angeles, CA 90084-9471

PPR Washington Square LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012


PSEG Long Island
Geralyn Clinch
15 Park Drive Melville NY 11747

PSEGLI
Suzanne Brienza, Esq
15 Park Drive
Melville NY 11747-3035

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308


Pacific Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Patricia Chatham
3620 Chilham Pl.
Charlotte, NC 28226-3005


Patricia R. and Gary M. Kirscher
2744 Camino Segura
Pleasanton, CA 94566-5887

Patsy P. Richardson
121 Brickyard Road
Fort Mill, SC 29715-8202

Patsy R. Sutton, (IRA Resources FBO)
184 Six Mile Creek Road
Lancaster, SC 29720-6816


Paul Gosling
La Porte Au Nord
Les Portes
St. Sampsons's , Guernsey, Channel Islan
CHANNEL ISLANDS

Pepco
PO Box 13608
Philadelphia, PA 19101-3608

Peter H. and Kathryn A. Touzeau
Candia, Les Cherfs,
Ruette des Corneilles, Cobo, Castel
Castel, Guernsey, UK GY5 7HG
UNITED KINGDOM


Peter Wilson
5732 Rebel Dr.
Charlotte, NC 28210-6440

Phara Rodrigue
6701 Hanson Ln
Lorton VA 22079-1369

Phil Thompson (IRA Resources FBO)
2334 Jefferson Ave.
Gastonia, NC 28056-6525


Philip R. Sutterfield
2583 Silver Cloud Court
Park City, UT 84060-7068

David L. Pollack
BALLARD SPAHR LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Polly G. Haigler
521 Helms Efird Rd.
Marshville, NC 28103-7009


Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4114

Portland GE
PO Box 4438
Portland, OR 97208-4438

Price B. Brown (IRA Resources FBO)
1315 W. Bank Street
Salisbury, NC 28144-3909


Robert S. Prince
Kirton & McConkie
60 East South Temple
Eagle Gate Tower, Suite 1800
Salt Lake City, UT 84111-1004

Public Service Electric and Gas Company
PSE&G
PO Box 490
Cranford NJ 07016-0490

Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue, WA 98009-9269


Quest Resource Management Group, LLC
MSC 30081
PO Box 415000
Nashville, TN 37241-5000

Questar Gas
PO Box 45840
Salt Lake City, UT 84139-0001

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

R. Dean Harrell
5615 Potter Road
Matthews, NC 28104-0508

R. Gordon and Lee Gooding, JTWROS
3401 Lanai Drive
San Ramon, CA 94582

R.G. Hinckley Company LLC
1284 Federal Heights Dr.
Salt Lake City, UT 84103-4326

RDRW Gardner Family Rev Living Trust
c/o Mr. Ronald D. Gardner
2420 Fairway Dr.
Bountiful, UT 84010-4200

RLC Real Estate LLC
c/o Ronald Craven
316 West 1465 North
Centerville, UT 84014-3319

RPAI Southwwest Management LLC
15105 Collections Center Dr.
Chicago, IL 60693-5105

Rancho Mall, LLC
PO Box 72439
Cleveland, OH 44192-0002

Rancho Mall, LLC
Terminal Tower
50 Public Square, Suite 1100
Cleveland, OH 44113-2267

Randi Swenson
3335 Laguna St
Greeley CO 80634-9136

Randy Church
769 Villa Ridge Way
Sandy, UT 84070-2539

Ray and Colleen Buffstickler
1881 Old Wilkesboro Road
Statesville, NC 28625-9328

Reda W. Jurney
116 Parlier Street
Statesville, NC 28265-8257

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Remember LLC
PO Box 767
Farmington, UT 84025-0767

Rena K. Sargent (IRA Resources FBO)
204 Cone Drive
Liberty, SC 29657-9150

Rene LeFrancois
1073 Tithin Hill Place
Riverton, UT 84065-7032

Rexel Capitol Light
PO Box 418453
Boston, MA 02241-8453

Rexel, Inc
Jim Quaintance
14951 Dallas Parkway
Dallas TX 75254-6784

Richard G. and Elizabeth D. Propst
601 Weddington Rd.
Matthews, NC 28104-8311

Richard Grenley
308 Ginger Court
San Ramon, CA 94582-5573

Richard J. Burks
136 Fraley Road
Statesville, NC 28625-1104

Richard Wolfley
66 E. 2050 N.
Centerville, UT 84014-1083

Ricks Creek Limited
c/o Bob Steed
654 Ridgewood Circle
Farmington, UT 84025-4246

Rita Wood
1689 Turnersburg Highway
Statesville, NC 28625-2556

Rob and Sue Wright-Broughton
1707 Cypress Street
Brentwood, CA 94513-7005

Robert Antony Davis
Le Souleillat
Albas, France 46140
FRANCE

Robert Cashman
905 Dana Highlands Court
Lafayette, CA 94549-1737

Robert H. Starnes
15237 Cabarrus Road
Charlotte, NC 28227-6441

Robert and Sandra Ray
P.O. Box 318
Smartville, CA 95901

(p) PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Roger Imes
1212 East Celesta Ave.
Spokane, WA 99202-2315

Roger J Brumwell
Po de Claudi Gell 20
Barcelona, Spain 08034

Ronald D. Gardner
2420 Fairway Dr.
Bountiful, UT 84010-4200
Ronald D. Gardner

Rosalia LaRosa
1536 Drumgoole Rd West
Staten Island NY 10312-2605

Rose B. Worley IRA Resources FBO
819 Old Rock Quarry Rd
Princeton, NC 27569-8072

Roseville Shoppingtown LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

Rouse-Fashion Place, LLC
10275 Little Patuxent Pkwy
The Rouse Company
Columbia, MD 21044-3412

Russell Investments
Russell Investments
329 Stump Creek Rd.
Mooresville, NC 28117-8462

SA Galleria IV, L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

SA Galleria IV, LP
1481 Paysphere Circle
Chicago, IL 60674-0014

SDGE
PO Box 2511
Santa Ana, CA 92799-5111

SEO What.com
207 Mapleridge Drive
Mankato, MN 56001-8951

SPG Center, LLC
File No. 57331
Los Angeles, CA 90074-7331

SPG Center, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Salus Capital Partners, LLC
Attn: Daniel O'Rourke
197 First Avenue, Suite 250
Needham Heights, MA 02494-2831

Sam Gustafson
2498 Wrenhaven Lane
Salt Lake City, UT 84121-2365

San Marcos CISD
C/O Linebarger Goggan Blair & Sampson, L
PO Box 17428
Austin, TX 78760-7428

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801-3034

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-0188

Sara Lunde
2530 W Sat Nam Way
Phoenix, AZ 85086-5609

Sarah Barnes
977 Pinebrooke Court
Norman, OK 73072-4193

Secretary of State - Missouri
149 Park Central Square
Room 624
Springfield, MO 65806-3146

Sevier County Electric System
PO Box 4870
Sevierville, TN 37864-4870

Sevier County Utility District
Department 1340
PO Box 2153
Birmingham, AL 35287-1340

Shailesh Redkar
Eduard-Bilz Strasse 44
Radebeul Germany 01445
GERMANY

Shannon Miller
18355 Kalabash Road
Charlotte, NC 28278-8948

Sharona Soleymani
7940 Marbella Circle
Las Vegas NV 89128-2801

Shauna Beard
PO Box 553
Draper, UT 84020-0553

Shelby Hawkins (IRA Resources FBO)
105 Queen Drive
Anderson, SC 29625-2708

Sherman Oaks Fashion Associates, LP
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Sheryl Fox
722 Americana Way #329
Glendale CA 91210-1546

Shops at Mission Viejo LLC
7415 Solution Center
Chicago, IL 60677-7004

Sidney Alexander
104 Canterbury Dr.
Easley, SC 29642-3105

Sidney Maughan
11641 Watson Rd.
Sandy, UT 84092-5749

Simon Property Group, Inc.
Ronald Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204-3435

Snohomish County PUD #1
PO Box 1107
Everett WA 98206-1107

Snohomish County Treasurer
Bankrupty
3000 Rockefeller Ave M/S 501
Everett WA 98201-4060

South Towne Management, LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southern California Edison Company
Credit and Payment Services
1551 W San Bernardino Rd
Covina CA 91722-3407

Southpoint Mall LLC
SDS-12-2886
PO Box 86
Minneapolis, MN 55486-2886

Southpoint Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Southwestern Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Soxnet, Inc.
235 S 6th St
La Puente CA 91746-2916

Spring Haven Farms, LC
c/o Lynn Robbins
145 West 1600 North
Centerville, UT 84014-1158

Standard Parking
1801 Avenue of the Stars, Suite 833
Los Angeles, CA 90067-5801

State Board of Equalization
Special Operations Branch, Mic 55
PO Box 942879
Sacramento, CA 94279-0055

(p)STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

Stephanie RickaGaugh
2517 Farrier Lane
Reston CA 20191-2115

Sterling K. Jenson
568 S. 350 E.
Farmington, UT 84025-3212

Steven M. Pomerantz
182-20 Liberty Av
Jamaica, NY 11412-1015

Stiftung fuer Lebensqualitaet
Falknerstrasse 3, P.O. 176
Basel, Switzerland
SWITZERLAND

Stonebriar Mall, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Stonebriar Mall, LLC
2034 Collection Center Drive
Chicago, IL 60693-0020

Store Supply Warehouse
12955 Enterprise Way
Bridgeton MO 63044-1206

SupplyOne Cleveland, Inc.
26401 Richmond Road
Bedford Heights, Ohio 44146-1443

Susan B. McGann
125 Ownes Beach Road Extension
Harbinger, NC 27941-9758

Sustainable Solutions Group
Dept 40299
PO Box 740209
Atlanta, GA 30374-0209

Sutterfield Investments LLC
c/o Philip R. Sutterfield
2583 Silver Cloud Court
Park City, UT 84060-7068

Svetlana Sowers
4457 Benhurst Ave
San Diego CA 92122-3015

Synclaire Brands, Inc.
25 Newbridge Road, Suite 405
Hicksville, NY 11801-2887


TJ Palm Beach Associates LP
200 East Long Lake Road
P.O. Box 200
Bloomfield Hills, MI 48303-0200

TM Wellington Green Mall LP
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

TSYS Merchant Solutions, LLC
1601 Dodge St.
Omaha, NE 68102-1639


TWMB Associates, LLC
3200 Northline Avenue, Suite 360
Greensboro, NC 27408-7612

TWMB Associates, LLC
3200 Northline Avenue, Suite 360
Wilmington, NC 28407

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393


Talie Veinbergs
2836 Gobat Ave
San Diego CA 92122-3132

Tanger Outlet Centers
Attn: Lease Administration
3200 Northline Avenue, Suite 360
Greensboro, NC 27408-7612

Tanger Properties LTD Partnership
PO Box 414225
Boston, MA 02241-4225


Tanger Properties Limited Partnership
3200 Northline Avenue, Suite 360
Greensboro, NC 27408-7612

Tanya Hamparsoumian
6307 Aura Ave
Tarzana CA 91335-6520

Target Ease International
c/o Holland & Hart LLP
Attn: Mona L. Burton
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194


Target Ease International Ltd.
Block B, 4/FL Winful Industrial Building
15-17 Tai Yip Street, Kwun Tong
HONG KONG

Tarrant County
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas TX 75207-2328

Taubman Landlords
c/o The Taubman Company
Attn. Andrew S. Conway
200 E. Long Lake Road
Suite 300
Bloomfield Hills, MI 48304-2324


Tax Collector City Of Danbury
155 Deer Hill Avenue
Danbury CT 06810-7726

Tax Free Shopping LTD
14665 Midway Road, Suite 150
Addison, TX 75001-3498

Taxware LLC
PO Box 347977
Pittsburgh, PA 15251-4977


Engels Tejeda
Holland & Hart LLP
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101-2194

Tennessee Department of Revenue
PO Box 20207
Nashville TN 37202-4015

Terry G. Rock
380 North 1225 East
Bountiful, UT 84010-1800


The B. Attitudes Foundation
c/o Brent Bishop
P.O. Box 767
Farmington, UT 84025-0767

The Brew 1998 Revocable Trust
1168 Copper Cottage Lane
Modesto, CA 95355-8950

The Buckner Group
6550 S. Millrock Dr., Ste.300
Salt Lake City, UT 84121-2331


The City of San Antonio
CPS Energy
145 Navarro Mail Drop 101013
San Antonio TX 78205

The ELSIE MILLS Irrevocable Trust dated 6/10
6307 Scott Long Road
Indian Trail, NC 28079-3629

The Irvine Company
A Delaware limited liability comp
Ernie Zachary Park
13215 E Penn Street Suite 510
Whittier CA 90602-1797

The Irvine Company
TIC Retail Properties-Irvine Spectrum
DEPT. 0350
Los Angeles, CA 90084-0350

The Irvine Company LLC
Retail Center: Irvine Spectrum
Dept 6058-062101
Los Angeles, CA 90084-6058

The Kids Watch Company LLC
c/o Magnolia Financial, Inc.
PO Box 16807
Atlanta, GA 30321-0807

The Southern New England Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

The Travelers Indemnity Company
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Michael F. Thomson
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Three West
c/o Investec Management Co.
200 East Carillo Street, Ste. 200
Santa Barbara, CA 93101-2144

Three West Carrillo Partners, L.P.
115 W. Canon Perdido, Suite 200
Santa Barbara, CA 93101-3210

Tiffany D Rushton
150 Providence Plantation Drive
Alpharetta GA 30004-3448

Tim Martin
1 Cote de Colline
Les Vardes, St. Peter Port
Guernsey, Channel Islands, UK GY1 1BH
UNITED KINGDOM

Time Warner Cable Inc.
PO Box 223085
Pittsburgh, PA 15251-2085

Tirza Auni
7000 Hemsdale Rd
West Hills CA 91307-1343

Tom Grimm
1895 Stone Hollow Dr.
Bountiful, UT 84010-1058

Town Square Ventures, L.P.
c/o RPAI Southwest Management LLC
2021 Spring Road
Suite 200
Oak Brook, IL 60523-1845

Towson TC, LLC
110 N. Wacker Dr.
Chicago, IL 60606-1511

Towson Town Center
SDS-12-2891
PO Box 86
Minneapolis, MN 55486-2891

Tracy Kramer
PO Box 45
James Port NY 11947-0045

Travelers Indemnity Company
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204-3435

Tyson Corner Holdings LLC
PO Box 849554
Los Angeles, CA 90084-9554

Tysons Corner Holdings LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

UPS
Lockbox 577
Carol Stream, IL 60132-0577

UPS Canada
PO BOX 4900, Station A
Toronto, ON M5W 0A7
CANADA

US Customs and Border Protection
6650 Telecom Dr Suite 100
Indianapolis IN 46278-2010

UTC
Bank of America
File #55976
Los Angeles, CA 90074-5976

Uline
PO Box 88741
Chicago, IL 60680-1741

United Parcel Service
c/o Receivable Management Services (RMS
P.O. Box 4396
Timonium, MD 21094-4396

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

University Towne Centre LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Utah State Tax Commission
Attn Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

VF Mall LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Valley Fair
Bank of America
File # 55702
Los Angeles, CA 90074-5702

Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon
PO Box 920041
Dallas, TX 75392-0041

Verizon Southwest
PO Box 920041
Dallas, TX 75392-0041

Veronica Saltiel
366 Forward St Apt H
La Jolla CA 92037-7561


Victor A. Gamble
357 Chemin de la Rabine,
La Roque sur Pernes, France 84210

Virginia Dept of Taxation
PO Box 2156
Richmond, VA 23218-2156

W. J. Byrnes & Co.
1111 Bayhill Drive Suite 205
San Bruno CA 94066-3035


W. J. Byrnes & Co.
PO Box 280205
San Francisco, CA 94128-0205

Walter Rossi
282 Cherry Lane
Los Altos, CA 94022-2270

Washington State Department of Revenue
PO Box 34051
Seattle, WA 98124-1051


Waste Management of Canada Corporation
PO Box 4205, Station A
Toronto, ON M5W 5L4
CANADA

Wells Fargo Bank, N.A.
299 S. Main Street, 9th Floor
Salt Lake City, UT 84111-2577

West County Mall CMBS, LLC
CBL & Associates Properties, Inc
2030 Hamilton Place Blvd Ste 500
Chattanooga TN 37421-6000


West County Shoppingtown LLC
80 West County Centre
Saint Louis, MO 63131-3701

Westcor San Tan Village LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Westcor SanTan Village LLC
1411 North Tatum Boulevard
Phoenix, AZ 85028


Westfield Topanga Owner, LLC
c/o Bank of America File #54734
Los Angeles, CA 90074-4734

Westfield Topanga Owner, LP
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Westland Garden State Plaza Limited Partners
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012


White & Associates, LLC
11639 S 700 E, Suite 220
Draper, UT 84020-3217

Will Ascend LLC
1331 North Hidden Quail Cove
Farmington, UT 84025-3940

William C. Thompson
2334 Jefferson Ave.
Gastonia, NC 28056-6525


William F. Palmer
6740 Indian Knoll Road
Cumming, GA 30041-4720

William J. Leffew
228 Harrison St.
Eden, NC 27288-3502

William M. Davidson
10475 Medlock Bridge Road, Suite 820
Johns Creek, GA 30097-4437


William M. Harris Jr.
15 Cleveland Street
Williamson, SC 29697-1948

Jeffery C. Wisler
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801-1054

Jeffrey M. Wolf
Greenberg Traurig
One International Place
Bost, MA 02110-2602

Woodburn Premium Outlets, LLC
c/o Simon Property Group, Inc.
225 W. Washington Street
Indianapolis, IN 46204-3435

Woodrow L. Blanchard
4509 Blanchard Circle
Indian Trail, NC 28079-3511

XO Communications
14239 Collections Center Drive
Chicago, IL 60693-0142


Yufe Glick
10363 La Grange Ave
LA California 90025-5119

Zions SBIC, L.L.C.
Attn: Chris Stone
15 West South Temple, Suite 500
Salt Lake City, UT 84101-1500

Zohreh Momeni
13209 Haxton Pl
San Diego, CA 92130-1284


iContact LLC
PO Box 418296
Boston, MA 02241-8296

Gale K. x6Francis
Office of the Attorney General
160 East 300 South
Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103

(d)BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

City and County of Broomfield
Sales Tax Administration Division
PO Box 407
Broomfield, CO 80038-0407


Cox Communication
PO Box 79172
Phoenix, AZ 85062

Frontier Communications
PO Box 20550
Rochester, NY 14602-0050

INTERNAL REVENUE SERVICE
MAIL STOP: 5021-SLC
50 SOUTH 200 EAST
SALT LAKE CITY, UT 84111


Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966

Louisville Gas & Electric Company
820 W Broadway
Louisville KY 40202

NSTAR Electric Company
Attn: Special Collections
1 NSTAR Way
Westwood, MA 02090


Pacific Gas and Electric Company
Bankruptcy Department
PO Box 8329
Stockton CA 95208

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

State of New Jersey
Department of Treasury
Division of Taxation
PO Box 245
Trenton, NJ 08695-0245


TXU Energy
PO Box 650638
Dallas, TX 75265-0638


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Daren J. Shaw
30 E 100 S., Suite 100
Salt Lake City, UT 84111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ana Allen<br>31251 N 42 ND PL | (u)Bear County, Texas | (u)Cigna Health and Life Insurance Company |
| (u)City of Houston, Texas | (u)City of San Antonio, Texas | (u)Eastview Mall, LLC. |
| (u)FTI Consulting, Inc. | (u)GGP Limited Partnership | (u)Harris County, Texas |
| (u)Hilco IP Services, LLC | (u)Inland Southwest Management LLC | (u)Mid-America Overseas, Inc. |
| (u)Official Committee of Unsecured Creditors | (d)PPR Redmond Retail LLC<br>2029 Century Park East, 26th Floor<br>Los Angeles, CA 90067-2901 | (u)Parmess Mills |
| (d)Salus Capital Partners, LLC<br>Attn: Daniel O'Rourke<br>197 First Avenue, Suite 250<br>Needham Heights, MA 02494-2831 | (d)San Marcos CISD<br>c/o Linebarger Goggan Blair & Sampson, L<br>PO BOX 17428<br>Austin, TX 78760-7428 | (u)Simon Property Group, Inc. |
| (u)SupplyOne Cleveland, Inc. | (u)Target Ease International | (d)Taubman Landlords<br>c/o The Taubman Company<br>Attn. Andrew S. Conway<br>200 E. Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304-2324 |
| (u)The Macerich Company | (u)Tiger Capital Group | (d)Town Square Ventures, L.P.<br>c/o RPAI Southwest Management LLC<br>2021 Spring Road, Suite 200<br>Oak Brook, IL 60523-1845 |

| (d)Utah State Tax Commission | (u)Westfield, LLC | End of Label Matrix | |
| Attn: Bankruptcy Unit | | Mailable recipients | 637 |
| 210 North 1950 West | | Bypassed recipients | 26 |
| Salt Lake City, UT 84134-9000 | | Total | 663 |