**This order is SIGNED.**

**Dated: October 29, 2015**




**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### IN THE CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| **NAARTJIE CUSTOM KIDS, INC.,** | Bankruptcy Number 14-29666 |
| Debtor. | Chapter 11 |
| | Judge William T. Thurman |

### ORDER

Pursuant to the Order entered July 17, 2015, at Docket 575, and the Certification being filed on October 20, 2015, at Docket 608, the case is hereby dismissed.

_____End of Document_____

## SERVICE LIST

Service of the foregoing **ORDER** will be effected through the Bankruptcy Noticing Center to each party listed on the matrix.